# EXHIBIT A

274
FJUD
1-3

IN THE CIRCUIT COURT OF THE
11TH JUDICIAL CIRCUIT IN AND FOR
MIAMI-DADE COUNTY, FLORIDA

GENERAL JURISDICTION DIVISION

CASE NO.: 12-48803-CA-02

ANTONIO CABALLERO,
    Plaintiff,
vs.
FUERZAS ARMADAS
REVOLUCIONARIAS DE
COLOMBIA, a/k/a FARC-EP a/k/a
REVOLUTIONARY ARMED FORCES
OF COLOMBIA; EJERCITO DE
LIBERACION NACIONAL a/k/a ELN
a/k/a NATIONAL LIBERATION
ARMY; and THE NORTE DE VALLE
CARTEL;
    Defendants.
_____/

### FINAL JUDGMENT

**THIS CAUSE** came before the Court for non-jury trial on October 30 and 31,

2014 upon the entry of the Memorandum Opinion and Order on Plaintiff's Motion and

Incorporated Memorandum of Law for Partial Summary Judgment as to Liability on all

Counts dated May 20, 2014 (hereinafter the "Summary Judgment Order").

After receiving evidence in this case and otherwise being fully advised, the Court

hereby makes the following findings.

### FINDINGS OF FACT

The Court hereby incorporates, as if fully set forth herein, the findings of fact

made in the Summary Judgment Order, including those made in numbered paragraphs 1-

86 contained in the section of the Summary Judgment Order titled "Facts."

During the trial, the Court heard testimony from Antonio Caballero, as well as the following individuals, who were accepted as expert witnesses by the Court: Dr. Bruce Bagley, Beatriz Elena Sevillano Correa (also known as Beatriz Avila), and Dr. Rolando J. Diaz.

Based on the substantial evidence submitted at trial, which the Court found to be clear, convincing, competent, and substantive evidence, and the factual findings incorporated from the Summary Judgment Order, the Court makes the following additional findings of fact.

### *Background*

1.     As set forth in more detail in the Summary Judgment Order, Defendant Fuerzas Armadas Revolucionarias de Colombia ("FARC") is a narco-terrorist organization and active participant in the ongoing war against the Colombian government, funded by narco-terrorist activities including the trafficking of illicit narcotic drugs from Colombia into foreign markets, principally the United States.

2.     As set forth in more detail in the Summary Judgment Order, Defendant Ejercito de Liberacion Nacional ("ELN") is a narco-terrorist organization and active participant in an ongoing war against the Colombian government funded by narco-terrorist activities including the trafficking of illicit narcotic drugs from Colombia into foreign markets, principally the United States.

3.     As set forth in more detail in the Summary Judgment Order, Defendant El Norte del Valle Cartel ("NDVC") was, at all relevant times to this case, an illegal drug organization and narco-terrorist association that engaged in terrorist activities.   The

2

NDVC emerged as a partnership to traffic cocaine into Florida and the United States out of the breakup of the infamous Cali Cartel in 1995-97.

4.      In the late 1990s, the NDVC conspired with the FARC and ELN to forge a criminal enterprise (hereinafter the "Colombia Narco-Terrorist Association") to establish a route north through the Magdalena River Valley to the northern Caribbean coast of Colombia by which to smuggle cocaine through the Caribbean ports of Colombia to South Florida and the eastern United States.

5.      Carlos Caballero, the father of Plaintiff Antonio Caballero, was a resident and citizen of Colombia and was the father of ten children and the grandfather of eighteen grandchildren.

6.      Carlos Caballero was a politically active and well-known resident of Magdalena Colombia.  He was a member and former President of the Partido Liberal Colombiano (Colombian Liberal Party).     Carlos Caballero was also active in the government of Colombia and was a Senator of Colombia for many years.  In addition, Carlos Caballero also served as a Colombian Ambassador to the United Nations in 1973 (hereinafter referred to as "Ambassador Caballero").

7.      Ambassador Caballero was politically active in speaking out against Colombian narcotics traffickers, including both FARC and ELN, which was a dangerous and risky position to take.

8.      The Defendants kidnapped, tortured and assassinated individuals in order to eliminate perceived threats and to intimidate and prevent other persons from cooperating with law enforcement authorities.

3

9. Some of Ambassador Caballero's properties, including the contiguous ranch properties known as the "Ecuador" and "Ginebra" were located in the Magdalena region of Colombia.

10. According to the testimony of Dr. Bagley and Antonio Caballero, the Ecuador and Ginebra properties were located in strategic positions for the movement of illicit drugs in the area. This is because of small roads that traversed the properties, where the drugs could be transported while avoiding more developed roads that were more frequently travelled by law enforcement or military vehicles.

11. Because the Ecuador and Ginebra properties were located on higher ground than properties to the east of these properties, they were more favorable for the use of transporting drugs. Areas to the east of these properties would flood in heavy rains, particularly during the rainy season, making them impassable for periods of time.

12. Furthermore, there were airstrips, commonly reported to be used by drug traffickers, located near the properties. These airstrips were located to the east and west of the properties.

13. The properties were also located within a few miles of the Magdalena River, where drug traffickers would frequently transport drugs to the Colombia coast or other offloading points before exporting the drugs to South Florida and the eastern United States.

14. As a result of these strategic factors, the Defendants moved drugs via armed caravans through the Ecuador and Ginebra properties, with increasing frequency during the late 1990s.

15. In or about November of 1998, FARC, specifically the 19th Front Jose Prudencio Padilla Caribbean Block of FARC, issued and circulated a politically charged and threatening written bulletin entitled "What is Happening in Pivijay?" ("FARC Bulletin 1"). In FARC Bulletin 1, FARC specifically described the Caballero family as "alimañas" (which is Spanish for "scoundrels") and accused the Caballero family of financing the FARC's enemies. The FARC Bulletin 1 announced the beginning of an armed conflict against FARC's enemies and for the people of Pivijay, Magdalena.

16. In or about February of 1999, FARC issued and circulated the second part of the bulletin entitled "What is Happening in Pivijay?" In FARC Bulletin 2, the FARC specifically accused the Caballero family, along with the local mayor, and other ranchers, as being murderers and financiers of the FARC's enemies. In FARC Bulletin 2, FARC further threatened the Caballero family and foretold of a "golpe de fusil" or a gunshot.

17. In February 1999, while traveling to Pivijay, Magdalena, Ambassador Caballero was abducted by Defendants. At the time of his abduction, Ambassador Caballero was 76 years old and suffered from hypertension and pre-diabetes.

18. Ambassador Caballero was held captive for 184 days, over 6 months. Throughout the 184 days of Ambassador Caballero's captivity, Defendants' forces tortured Ambassador Caballero daily by, among other horrific acts:

      a. Forcing Ambassador Caballero to walk through the woods and jungle for hours on "death marches";

      b. Depriving Ambassador Caballero of food and water to the point where Ambassador Caballero became severely malnourished and emaciated;

5

          c.   Depriving Ambassador Caballero of necessary medication that his family had delivered to the Defendants, including hypertension medication and pre-diabetes medication;

          d.   Forcing Ambassador Caballero to spend the six-months of captivity in tunnels or holes in the ground with minimal clothing - exposed to the cold, wet, and humid conditions of the Colombian jungle; and,

          e.   Subjecting Ambassador Caballero to near-constant emotional and verbal abuse, including death threats.

19.    Throughout his captivity, Antonio Caballero's family was contacted by Defendants in an ongoing effort to compel them to pay a ransom for their father's safety and freedom. They demanded six million dollars to secure Ambassador Caballero's safety and release.

20.    The Colombian government froze the assets of the family upon hearing of Ambassador Caballero's kidnapping as part of its policy of non-negotiation with terrorists.

21.    Nevertheless the family gathered what assets it could and paid a substantial sum to the Defendants in an attempt to obtain the release of Ambassador Caballero. The Defendants took the money, but did not release Ambassador Caballero.

22.    After the kidnapping of Ambassador Caballero, the Police Commander of the Anti-Sequestering Task Force warned Antonio Caballero that he should flee the country, as they would be unable to protect him from the Defendants.

23.    Fearing for his life due to threats from the Defendants, and upon the urging of the Police Commander of the Anti-Sequestering Task Force, Antonio Caballero

6

was forced to flee Colombia for the United States, where he sought and received political asylum.

24.     Tragically, after six months of captivity and torture, Defendants assassinated Ambassador Caballero by shooting him five times in the back of his neck. On August 15, 1999, the Ambassador's emaciated cadaver was found discarded on a dirt road.

25.     Such a high-profile assassination, such as Ambassador Caballero, would not have been carried out by any one of the co-conspirator Defendants without the knowledge of, consultations with, and the approval and acquiescence of, each of the co-conspirator Defendants.

26.     Ambassador Caballero was targeted, seized and detained by Defendants in order to compel Antonio Caballero and his family to, among other reasons, provide ransom and finance the Defendants' terrorist activities and criminal enterprises, including the Defendants' extensive narco-trafficking operations.

27.     The Defendants, aiding and abetting one another and acting in conspiracy and through the Colombia Narco-Terrorist Association, moved their illegal drugs to Florida and the eastern United States along routes up through the central regions of Colombia, including through the Magdalena District, where Antonio Caballero, his father, and their family owned and operated farms and other properties.  Because the Caballero family's property was strategically located and crucial to the Defendants' drug trafficking route, Defendants kidnapping and eventual assassination of Ambassador Caballero was a necessary component part of the Defendants' overall criminal activity and scheme to traffic illicit drugs into South Florida and the United States for their profit

7

and gain. Defendants' actions against the Ambassador and Antonio Caballero were inextricably intertwined with, and a necessary component of, Defendants' trafficking of illegal drugs into and throughout South Florida and the United States for their profit and gain.

28.     Ambassador Caballero was also targeted, seized, detained and eventually assassinated because, among other reasons, of his political affiliations and official anti-narco-terrorist positions, to facilitate use of Ambassador Caballero's properties by the Defendants, and to send a message to other potentially uncooperative landowners in the region that resistance to (or failure to comply with) Defendants' demands would not be tolerated and would result in them being targeted for kidnapping for ransom and/or assassination.

### *Findings Related to Damages*

29.     The Court finds that Antonio Caballero has suffered both economic and non-economic damages.

30.     Antonio Caballero's non-economic damages have been substantial. The Court finds that the circumstances in this case are special. This is not simply a wrongful death type of case, but is so much more profound. This is a case that justifies an extraordinary judgment. The Court heard excruciating testimony from Antonio Caballero and Dr. Diaz regarding the emotional distress and psychological trauma that Antonio Caballero has suffered. This Court accepts Dr. Diaz's opinion that Antonio Caballero has, ever since the ordeal of his father's kidnapping and assassination, suffered, and continues to suffer, from depression, severe depressive disorder, and post traumatic stress disorder.

31. Antonio Caballero was particularly close to his father. While his siblings became professionals in Colombia, Antonio Caballero worked the family's land with his father, cultivating crops and cattle.

32. Ambassador Caballero, who was 76 when kidnapped, was forced to sleep in holes in the ground, was deprived of needed medicines, was made to endure forced "death marches," and was deprived of food as demonstrated by his dramatic weight loss. The Court finds these circumstances represent an aggravating factor in this case. All laws of nations recognize that the elder and frail should not be treated this way.

33. After Ambassador Caballero was kidnapped, Antonio Caballero and his family used every means possible to free him, but the family's assets were frozen by the Colombian government. Antonio Caballero, who was instructed to flee to the United States, began to suffer from an overwhelming feeling of helplessness in conjunction with his father's kidnapping. Defendants deprived Antonio Caballero of being able to give his father dignity in his later years and especially at the end of his life. As a result, Antonio Caballero has had a lifelong feeling of guilt, compounded by the fact that he could not save his father and that he couldn't obtain additional funds to try to have his father released because the government of Colombia froze his family's funds.

34. Antonio Caballero had to deal with that guilt and anxiety every day for the 184 days that his father was in captivity. He had to deal with the communications from his father to his family members as to the horrific treatment from which he was suffering at the hands of the Defendants, and the pleas for help that Antonio Caballero could do nothing about. Antonio Caballero continues to live with this guilt every day.

9

He has had to endure the loss his country of birth and of his home because he has never been able to return to Colombia.

35.     The Court agrees with Dr. Diaz's assessment that Antonio Caballero is a textbook example of post traumatic stress disorder, easily meeting all the criteria of the standardized tests for that diagnosis.     These include his symptoms of avoidance, nightmares, severe depression, and fear of crowds and of being kidnapped.     For years, Antonio Caballero was unable to sleep and used food in an attempt to sooth his nerves. As a result, Antonio Caballero has suffered from morbid obesity, reaching a weight of over 520 pounds.     He has clearly suffered from eating disorders and severe obesity requiring bypass surgery.     Antonio Caballero's post traumatic stress disorder has resulted in a loss of function that the Court finds equal to a disability.

36.     As a result of both his psychological and physical issues, Antonio Caballero has been unable to maintain adequate employment.     The Court finds that Antonio Caballero is suffering from the equivalent of a physical disability that has and will affect him for the rest of his life.

37.     In awarding damages, the Court has considered the criteria established for damages under the ATS.     A federal court in California set forth several factors that this Court has considered with regard to the award of damages in an ATS case.     *See Doe v. Saravia*, 348 F. Supp. 2d 1112, 1158 (E.D. Cal. 2004).     Courts in the Eleventh Circuit have historically considered some combination of these factors when making awards. *See, e.g., Mehinovic v. Vuckovic*, 198 F. Supp. 2d 1322, 1358 (N.D. Ga. 2002) (brutality, egregiousness, deterrence); *Paul v. Avril*, 901 F. Supp. 330, 336 (S.D. Fla. 1994) (egregiousness, international condemnation); *Abebe-Jiri v. Negewo*, No. 1:90-

10

CV-2010-GET, 1993 U.S. Dist. LEXIS 21158, 1993 WL 814304, at *4 (N.D. Ga. Aug. 20, 1993), aff'd 72 F.3d 844, 847 (11th Cir. 1996) (finding that plaintiffs were entitled to "compensatory damages sufficient to compensate for all physical and nonphysical injuries caused by the illegal act and punitive damages sufficient to punish the defendant and deter future violations."). Finally, it is worth noting that in each of the above cases, the defendant was an individual, who could likely be effectively punished and deterred by a smaller award than a large business enterprise. *Rodriguez Licea v. Curacao Drydock Co.*, 584 F. Supp. 2d 1355, 1364 (S.D. Fla. 2008). The Court applied the factors discussed in these cases when entering its award of damages.

38. The Court finds that the evidence establishes beyond doubt that the actions of the Defendants meet the first and second criteria – the "brutality of the act" and "egregiousness of defendant's conduct," in every conceivable way. The Court finds that under federal, Florida, as well as Colombian law, damages are justified in this case.

39. With regard to the third criteria, the "unavailability of a criminal remedy," the Court finds that there is no available remedy in Colombia because of the safety issues relating to Antonio Caballero and his family and threats and violence against judges in that country.

40. With regard to the fourth criteria, the "international condemnation of the act," the Court finds that the acts of the Defendants are universally condemned by the all nations, including murder and kidnapping for profit, which is, in fact, trafficking in persons.

41. With regard to the fifth criteria, the "deterrence of others from committing similar acts" this case justifies the entry of a substantial judgment against Defendants to

11

deter others from committing similar acts. The Defendants, through their criminal enterprise, systematically and continuously exported substantial illegal drugs into South Florida and the United States, where they caused well documented and substantial harm to the citizens of the State of Florida, citizens of this country, and this country's national interests.

42. With regard to the sixth criteria, the "provision of redress to plaintiff, the country and world," the Court finds, based on the evidence presented by Dr. Bagley, the Defendants' establishment of an Atlantic route through which the Defendants conspired to, and in fact did, move drugs from Colombia to South Florida. The purpose and object of Defendants' joint actions and conspiracy, and their targeting of Antonio Caballero's family and murder of his father, was in furtherance of that purpose and objective.

43. With regard to economic damages, Antonio Caballero has suffered damage to his business and property that caused him to lose income of an estimated Forty Thousand Dollars ($40,000.00) a year from 1994 through 1998 and an estimated Eighty Thousand Dollars ($80,000.00) a year from 1999 through the date of this Final Judgment, which totals One Million, Four Hundred and Sixty Six Thousand, Six Hundred and Sixty Seven Dollars ($1,466,667.00). Additionally, he suffered damages of Seventeen Thousand Dollars ($17,000.00), which was his portion of the ransom paid by his family to the Defendants as part of the failed effort to release Ambassador Caballero. As a result of the actions of the Defendants, Antonio Caballero's family property was sold at greatly diminished prices between 1999 and 2003, which has

12

caused Antonio Caballero to suffer damages in the amount of Two Hundred and Forty Six Thousand Dollars ($246,000.00).

### *Findings Related to Agents and Instrumentalities*

44.    The Court accepts Dr. Bruce Bagley as a well qualified expert on the subject of narcotics and terrorist organizations in Latin America. The Court accepts the opinions and testimony of Dr. Bagley as set forth in his Expert Affidavit and Supplemental Affidavit submitted in support of Antonio Caballero's Motion and Incorporated Memorandum of Law for Partial Summary Judgment as to Liability on all Counts, and the opinions of Dr. Bagley set forth in his Summary Report Regarding Defendants' Agents and Instrumentalities as well as in his extensive live testimony.

45.    The Court finds, based on the evidence submitted by Dr. Bagley that the Defendants are terrorist and narco-trafficking organizations. The Court finds that the three Defendants acted in concert and in conspiracy that justifies joint and several liability for their actions.

46.    Moreover, the Court finds that the Defendants operated through organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups and/or individuals that are "agents and instrumentalities" of the Defendants as that term is defined in this Court's Conclusions of Law section of this Final Judgment.

47.    Given the structure and manner in which the Defendants operated, it is often difficult, if not impossible, to distinguish between the acts of the Defendants and their agents and instrumentalities. According to the Office of Foreign Assets Control ("OFAC"), blocked property includes the property specifically held in a blocked

13

person's or entity's name and all other property or interests in property that the person or entity is considered to have, directly or indirectly, a 50% or greater interest. *See* August 13, 2014 Revised Guidance on Entities Owned by Persons Whose Property And Interests in Property are Blocked issued by the Office of Foreign Assets Control.

48.   The Court finds, based on the evidence submitted by Dr. Bagley, that:

a.   The list attached hereto and titled Exhibit E[1] is a non-exhaustive list of FARC associated organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups and/or individuals, that are agents and instrumentalities of the FARC.  OFAC has designated FARC, among others, as an FTO pursuant to Section 302 of the Antiterrorism Act and Effective Death Penalty Act of 1996 and an SDGT pursuant to the IEEPA.

b.   All organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups and/or individuals, who have assisted and/or provided financial, material, or technological support of, or provided goods or services in support of, or who have conspired with, or have acted on behalf of, the FARC, are each agents and instrumentalities of the FARC (The "FARC General Agents and Instrumentalities").  Any such "FARC General Agents and Instrumentalities," that participated in conspiracies, relationships,

---

[1] There are forty-two exhibits attached to this Final Judgment.   The Court has not labeled the exhibits sequentially, but has instead used the exhibit names used by Dr. Bagley.  Because this Court has not used all of Dr. Bagley's exhibits, there are gaps between the letters used to identify the exhibits attached to this Final Judgment.

14

undertakings, cooperation, and/or activities with the FARC during the CNTA Period, are also agents and instrumentalities of each of the ELN and NDVC.

c. The list attached hereto and titled Exhibit I is a non-exhaustive list of the Barrera Barrera Organization associated organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, that are agents and instrumentalities of the FARC.

d. All of the Barrera Barrera Organization's organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, who have assisted and/or provided financial, material, or technological support of, or provided goods or services in support of, or who have conspired with, or have acted on behalf of, the FARC, are each agents and instrumentalities of the FARC (the "Barrera Barrera Organization General Agents and Instrumentalities of FARC"). Any such "Barrera Barrera Organization General Agents and Instrumentalities of FARC," that participated in conspiracies, relationships, undertakings, cooperation, and/or activities with the FARC during the CNTA Period, are also agents and instrumentalities of each of the ELN and NDVC.

e. The list attached hereto and titled Exhibit L is a non-exhaustive list of Mexican narco-terrorist associated organizations, associations, cartels, corporations, entities, affiliates, principals, members, family

15

members, representatives, groups, and/or individuals, that are agents and instrumentalities of the FARC.

f.  All Mexican narco-terrorist associated organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups and/or individuals, who have assisted and/or provided financial, material, or technological support of, or provided goods or services in support of, or who have conspired with, or have acted on behalf of, the FARC, are each agents and instrumentalities of the FARC (the "Mexican Narco-terrorist Organizations General Agents and Instrumentalities of FARC"). Any such "Mexican Narco-terrorist Organizations General Agents and Instrumentalities of FARC," that participated in conspiracies, relationships, undertakings, cooperation, and/or activities with the FARC during the CNTA Period, are also agents and instrumentalities of each of the ELN and NDVC.

g.  The list attached hereto and titled Exhibit M is a non-exhaustive list of Los Zetas associated organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, that are agents and instrumentalities of the FARC.

h.  All of the Los Zetas' organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, who have assisted and/or

16

provided financial, material, or technological support of, or provided goods or services in support of, or who have conspired with, or have acted on behalf of, the FARC, are each agents and instrumentalities of the FARC (the "Los Zetas General Agents and Instrumentalities of FARC"). Any such "Los Zetas General Agents and Instrumentalities of FARC," that participated in conspiracies, relationships, undertakings, cooperation, and/or activities with the FARC during the CNTA Period, are also agents and instrumentalities of each of the ELN and NDVC.

i.  The list attached hereto and titled Exhibit Q is a non-exhaustive list of Cifuentes Villa Organization associated organizations, associations, cartels, corporations, entities, affiliates, associated entities, corporations, principals, members, family members, representatives, groups, and/or individuals, that are agents and instrumentalities of the FARC.

j.  All of the Cifuentes Villa Organization's organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or  individuals, who have assisted and/or provided financial, material, or technological support of, or provided goods or services in support of, or who have conspired with, or have acted on behalf of, the FARC, are each agents and instrumentalities of the FARC  (the "Cifuentes Villa Organization General Agents and Instrumentalities of FARC").   Any such

17

"Cifuentes Villa Organization General Agents and Instrumentalities of FARC," that participated in conspiracies, relationships, undertakings, cooperation, and/or activities with the FARC during the CNTA Period, are also agents and instrumentalities of each of the ELN and NDVC.

k.  The list attached hereto and titled Exhibit U is a non-exhaustive list of Cali Cartel associated organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, that are agents and instrumentalities of the FARC.

l.  All of the Cali Cartel's organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, who have assisted and/or provided financial, material, or technological support of, or provided goods or services in support of, or who have conspired with, or have acted on behalf of, the FARC, are each agents and instrumentalities of the FARC (the "Cali Cartel General Agents and Instrumentalities of FARC"). Any such "Cali Cartel General Agents and Instrumentalities of FARC," that participated in conspiracies, relationships, undertakings, cooperation, and/or activities with the FARC during the CNTA Period, are also agents and instrumentalities of each of the ELN and NDVC.

m.  The list attached hereto and titled Exhibit W is a non-exhaustive list of Los Rastrojos associated organizations, associations, cartels,

18

corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, that are agents and instrumentalities of the FARC, the ELN, and the NDVC.

n. All of the Los Rastrojos' organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, who have assisted and/or provided financial, material, or technological support of, or provided goods or services in support of, or who have conspired with, or have acted on behalf of, the FARC, are each agents and instrumentalities of the FARC, ELN and NDVC (the "Los Rastrojos Organization General Agents and Instrumentalities of FARC, ELN, and NDVC"). Any such "Los Rastrojos Organization General Agents and Instrumentalities of FARC, ELN, and NDVC," that participated in conspiracies, relationships, undertakings, cooperation, and/or activities with the FARC, ELN, or NDVC respectively during the CNTA Period, are also agents and instrumentalities of each of the FARC, ELN, and NDVC.

o. The list attached hereto and titled Exhibit Y is a non-exhaustive list of ELN associated organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, that are agents and instrumentalities of the ELN. OFAC has designated ELN as an FTO pursuant to Section 302 of the Antiterrorism Act and Effective Death Penalty Act of 1996 and an SDGT pursuant to the IEEPA.

19

p. All organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, who have assisted and/or provided financial, material, or technological support of, or provided goods or services in support of, or who have conspired with, or have acted on behalf of, the ELN, are each agents and instrumentalities of the ELN (The "ELN General Agents and Instrumentalities"). Any such "ELN General Agents and Instrumentalities," that participated in conspiracies, relationships, undertakings, cooperation, and/or activities with the ELN during the CNTA Period, are also agents and instrumentalities of each of the FARC and NDVC.

q. The list attached hereto and titled Exhibit AA is a non-exhaustive list of NDVC associated organizations, associations, cartels, corporations, entities, principals, members, family members, representatives, groups and/or individuals, that are agents and instrumentalities of the NDVC.

r. All organizations, associations, cartels, corporations, entities, principals, members, family members, representatives, groups and/or individuals, who have assisted and/or provided financial, material, or technological support of, or provided goods or services in support of, or who have conspired with, or have acted on behalf of, the NDVC, are each agents and instrumentalities of the NDVC (The "NDVC General Agents and Instrumentalities"). Any such "NDVC General Agents and Instrumentalities that participated in conspiracies,

20

relationships, undertakings, cooperation, and/or activities with the NDVC during the CNTA Period, are also agents and instrumentalities of each of the FARC and ELN.

s.   The list attached hereto and titled Exhibit VV is a non-exhaustive list of Defensas Unidas de Colombia (a/k/a "AUC" or the "United Self-Defense Forces of Colombia") associated organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, that are agents and instrumentalities of the NDVC.

t.   All of the AUC's organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, who have assisted and/or provided financial, material, or technological support of, or provided goods or services in support of, or who have conspired with, or have acted on behalf of, the NDVC, are each agents and instrumentalities of the NDVC (the "AUC Organization General Agents and Instrumentalities of NDVC"). Any such "AUC Organization General Agents and Instrumentalities of NDVC," that participated in conspiracies, relationships, undertakings, cooperation, and/or activities with the NDVC during the CNTA Period, are also agents and instrumentalities of each of the FARC and ELN.

u.   The list attached hereto and titled Exhibit ZZ is a non-exhaustive list of Ochoa Vasco associated organizations, associations, cartels,

21

corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, that are agents and instrumentalities of the NDVC.

   v. All of the Ochoa Vasco's organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, who have assisted and/or provided financial, material, or technological support of, or provided goods or services in support of, or who have conspired with, or have acted on behalf of, the AUC and/or NDVC, are each agents and instrumentalities of the NDVC (the "Ochoa Vasco General Agents and Instrumentalities of NDVC"). Any such "Ochoa Vasco General Agents and Instrumentalities of NDVC," that participated in conspiracies, relationships, undertakings, cooperation, and/or activities with the AUC and/or NDVC during the CNTA Period, are also agents and instrumentalities of each of the FARC and ELN.

49.   The Court finds, based on the evidence submitted by Dr. Bagley, that:

   a. as with other narco-terrorist organizations, the FARC had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups and individuals (the "FARC Front Agents and Instrumentalities"). Such "FARC Front Agents and Instrumentalities" (to the extent such were organizations, corporations, or entities) were, in actuality, often owned by FARC. The FARC was often the true

22

owner of the "FARC Front Agents and Instrumentalities'" assets, property, money, and/or other items of value.

b. any "Specially Designated Narcotics Trafficker" under the Kingpin Act ("SDNTK") as designated by OFAC, that appear on **Exhibit F** attached hereto (the "FARC Affiliated SDNTKs"), that had a purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "FARC Affiliated SDNTKs'" association with, and/or acts on behalf of, the FARC: property, money, and/or other items of value, including in or related to, affiliated corporations and/or entities, and/or corresponding assets of such corporations and/or entities (the "Valuables"). Such "FARC Affiliated SDNTKs" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of FARC. It was the practice of the FARC to place such Valuables in the names of these "FARC Affiliated SDNTKs", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal the FARC's true

23

ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of "FARC Affiliated SDNTKs" and/or their Presta Nombres, were in fact truly owned by the FARC. Thus, because the FARC has been designated an FTO pursuant to Section 302 of the Antiterrorism and Effective Death Penalty Act of 1996 and an SDGT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "FARC Affiliated SDNTKs" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as the FARC had complete ownership and control of the Valuables.

c.   any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit G** attached hereto (the "FARC Non-Designated Agents and Instrumentalities of FARC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "FARC Non-Designated Agents and Instrumentalities of FARC's" association with, and/or acts on behalf of, the FARC: property, money, other items of value, including, in or to, affiliated corporations and/or

24

entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "FARC Non-Designated Agents and Instrumentalities of FARC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of the FARC. It was the practice of the FARC to place such Valuables in the names of these "FARC Non-Designated Agents and Instrumentalities of FARC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal the FARC's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "FARC Non-Designated Agents and Instrumentalities of FARC" and/or their Presta Nombres, were in fact truly owned by FARC. Thus, because FARC has been designated an SDGT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "FARC Non-Designated Agents and Instrumentalities of FARC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as FARC had complete ownership and control of the Valuables.

d.  as with other narco-terrorists, Daniel Barrera Barrera ("Mr. Barrera") had a vast network of front organizations, associations, cartels,

25

corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Barrera Front Agents and Instrumentalities of FARC"). Such "Barrera Front Agents and Instrumentalities of FARC" (to the extent such were organizations, corporations, or entities) were, in actuality, often owned by Mr. Barrera. Mr. Barrera was often the true owner of the "Barrera Front Agents and Instrumentalities of FARC's" assets, property, money, and/or other items of value.

e. any "Specially Designated Narcotics Trafficker" under the Kingpin Act ("SDNTK") as designated by OFAC, on **Exhibit J** attached hereto (the "Barrera Affiliated SDNTKs of FARC"), that had a purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Barrera Affiliated SDNTKs of FARC's" association with, and/or acts on behalf of, Mr. Barrera: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Barrera Affiliated SDNTKs of FARC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and

26

direction of Mr. Barrera. It was the practice of Mr. Barrera to place such Valuables in the names of these "Barrera Affiliated SDNTKs of FARC," and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Mr. Barrera's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of "Barrera Affiliated SDNTKs of FARC" and/or their Presta Nombres, were in fact truly owned by Mr. Barrera.

f. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit J.1** attached hereto (the "Barrera Non-Designated Agents and Instrumentalities of FARC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Barrera Non-Designated Agents and Instrumentalities of FARC's" association with, and/or acts on behalf of, Mr. Barrera: property, money, other items of value, including, in or to, affiliated corporations

27

and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Barrera Non-Designated Agents and Instrumentalities of FARC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Mr. Barrera. It was the practice of Mr. Barrera to place such Valuables in the names of these "Barrera Non-Designated Agents and Instrumentalities of FARC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal the Mr. Barrera's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Barrera Non-Designated Agents and Instrumentalities of FARC" and/or their Presta Nombres, were in fact truly owned by Mr. Barrera.

g. as with other narco-terrorists, the various Mexican narco-terrorist associated organizations, associations, and/or cartels had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Mexican Front Agents and Instrumentalities of FARC"). Such "Mexican Front Agents and Instrumentalities of FARC" (to the extent such were organizations,

28

corporations or entities), were, in actuality, often owned by these Mexican narco-terrorist organizations, associations, and/or cartels (such as Los Zetas, Sinaloa, Juarez, just to name a few). Such Mexican narco-terrorist organizations, associations, and/or cartels were often the true owner of the "Mexican Front Agents and Instrumentalities of FARC's" assets, property, money, and/or other items of value. (E.g. Los Zetas were the true owners of their "Presta Nombres'" front companies and of the assets and property of its members.)

h.  as with other narco-terrorist, Los Zetas had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Los Zetas Front Agents and Instrumentalities of FARC"). Such "Los Zetas Front Agents and Instrumentalities of FARC" (to the extent such were organizations, corporations, or entities) were, in actuality, often owned by Los Zetas. Los Zetas was often the true owner of the "Los Zetas Front Agents and Instrumentalities of FARC's" assets, property, money, and/or other items of value.

i.  any "Specially Designated Narcotics Trafficker" under the Kingpin Act ("SDNTK") as designated by OFAC, on **Exhibit N** attached hereto (the "Los Zetas Affiliated SDNTKs of FARC"), that had a purported ownership in (and/or other direct or indirect relationship to)

29

any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Los Zetas Affiliated SDNTKs of FARC's" association with, and/or acts on behalf of, Los Zetas: property, money, other times, of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Los Zetas Affiliated SDNTKs of FARC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals under the control and direction of Los Zetas. It was the practice of Los Zetas to place such Valuables in the names of these "Los Zetas Affiliated SDNTKs of FARC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Los Zetas' true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of "Los Zetas Affiliated SDNTKs of FARC" and/or their Presta Nombres, were in fact truly owned by Los Zetas. Thus, because Los Zetas are designated as a Transnational Criminal Organization ("TCO") pursuant to the International Emergency Economic Powers Act ("IEEPA"), the

30

National Emergencies Act ("NEA"), and section 301 of title 3, United States Code, Such Valuables (regardless of whether some were in the names of the putative "Los Zetas Affiliated SDNTKs of FARC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Los Zetas had complete ownership and control of the Valuables.

j.  any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit O** attached hereto (the "Los Zetas Non-Designated Agents and Instrumentalities of FARC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Los Zetas Non-Designated Agents and Instrumentalities of FARC's" association with, and/or acts on behalf of, Los Zetas: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Los Zetas Non-Designated Agents and Instrumentalities of FARC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family

31

members, representatives, groups, and/or individuals, under the control and direction of Los Zetas. It was the practice of Los Zetas to place such Valuables in the names of these "Los Zetas Non-Designated Agents and Instrumentalities of FARC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Los Zetas' true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Los Zetas Non-Designated Agents and Instrumentalities of FARC" and/or their Presta Nombres, were in fact truly owned by Los Zetas. Because Los Zetas has been designated a TCO pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Los Zetas Non-Designated Agents and Instrumentalities of FARC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Los Zetas had complete ownership and control of the Valuables.

k. as with other narco-terrorists, Jorge Milton Cifuentes Villa had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Cifuentes Villa Front Agents and Instrumentalities of FARC"). Such "Cifuentes Villa Front Agents and Instrumentalities of FARC" (to the extent such were

32

organizations, corporations, or entities), were, in actuality, often owned by Jorge Milton Cifuentes Villa. Jorge Milton Cifuentes Villa was often the true owner of the "Cifuentes Villa Front Agents and Instrumentalities of FARC's" assets, property, money or other items of value.

l. any "Specially Designated Narcotics Trafficker" under the Kingpin Act ("SDNTK") as designated by OFAC, on **Exhibit R** attached hereto (the "Cifuentes Villa Affiliated SDNTKs of FARC"), that had a purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Cifuentes Villa Affiliated SDNTKs of FARC's'" association with, and/or acts on behalf of, Jorge Milton Cifuentes Villa: property, money, other items of value, as well as affiliated corporations and/or entities, corresponding assets of such corporate and/or entity (the "Valuables"). Such "Cifuentes Villa Affiliated SDNTKs of FARC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Jorge Milton Cifuentes Villa. It was the practice of Jorge Milton Cifuentes Villa to place such Valuables in the names of these "Cifuentes Villa Affiliated SDNTKs of FARC", and/or their

33

organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Jorge Milton Cifuentes Villa's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of "Cifuentes Villa Affiliated SDNTKs of FARC" and/or their Presta Nombres, were in fact truly owned by Jorge Milton Cifuentes Villa.

m. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit S** attached hereto (the "Cifuentes Villa Non-Designated Agents and Instrumentalities of FARC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Cifuentes Villa Non-Designated Agents and Instrumentalities of FARC's" association with, and/or acts on behalf of, Jorge Milton Cifuentes Villa: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such

"Cifuentes Villa Non-Designated Agents and Instrumentalities of FARC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Jorge Milton Cifuentes Villa. It was the practice of Jorge Milton Cifuentes Villa to place such Valuables in the names of these "Cifuentes Villa Non-Designated Agents and Instrumentalities of FARC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Jorge Milton Cifuentes Villa's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Cifuentes Villa Non-Designated Agents and Instrumentalities of FARC" and/or their Presta Nombres, were in fact truly owned by Jorge Milton Cifuentes Villa.

n.  as with other narco-terrorists, Ivan Urdinola Grajales and Julio Fabio Urdinola Grajales had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Urdinola Grajales Front Agents and Instrumentalities of NDVC"). Such "Urdinola Grajales Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Ivan Urdinola Grajales

and/or Julio Fabio Urdinola Grajales.   Ivan Urdinola Grajales and/or Julio Fabio Urdinola Grajales were often the true owners of the "Urdinola Grajales Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

o.   any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit BB** attached hereto (the "Urdinola Grajales Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Urdinola Grajales Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Ivan Urdinola Grajales and/or Julio Fabio Urdinola Grajales: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such Urdinola Grajales Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals,

36

under the control and direction of Ivan Urdinola Grajales and/or Julio Fabio Urdinola Grajales. It was the practice of Ivan Urdinola Grajales and Julio Fabio Urdinola Grajales to place such Valuables in the names of these "Urdinola Grajales Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Ivan Urdinola Grajales' and Julio Fabio Urdinola Grajales' true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Urdinola Grajales Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Ivan Urdinola Grajales and/or Julio Fabio Urdinola Grajales. Thus, because Ivan Urdinola Grajales and Julio Fabio Urdinola Grajales have each been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Urdinola Grajales Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Ivan Urdinola Grajales and/or Julio Fabio Urdinola Grajales had complete ownership and control of the Valuables.

p.  as with other narco-terrorists, Arcangel de Jesus Henao Montoya had a vast network of front organizations, associations, cartels, corporations,

entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Henao Montoya Front Agents and Instrumentalities of NDVC"). Such "Henao Montoya Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Arcangel de Jesus Henao Montoya. Arcangel de Jesus Henao Montoya was often the true owner of the "Henao Montoya Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

q. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit CC** attached hereto (the "Henao Montoya Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Henao Montoya Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Arcangel de Jesus Henao Montoya: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding

38

assets of such corporations and/or entities (the "Valuables"). Such "Henao Montoya Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Arcangel de Jesus Henao Montoya. It was the practice of Arcangel de Jesus Henao Montoya to place such Valuables in the names of these "Henao Montoya Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Arcangel de Jesus Henao Montoya's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Henao Montoya Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Arcangel de Jesus Henao Montoya. Because Arcangel de Jesus Henao Montoya has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Henao Montoya Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Arcangel de Jesus Henao Montoya had complete ownership and control of the Valuables.

39

r.   as with other narco-terrorists, Juan Carlos Ramirez Abadia had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Ramirez Abadia Front Agents and Instrumentalities of NDVC"). Such "Ramirez Abadia Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Juan Carlos Ramirez Abadia. Juan Carlos Ramirez Abadia was often the true owner of the "Ramirez Abadia Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

s.   any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit DD** attached hereto (the "Ramirez Abadia Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Ramirez Abadia Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Juan Carlos

40

Ramirez Abadia: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Ramirez Abadia Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Juan Carlos Ramirez Abadia. It was the practice of Juan Carlos Ramirez Abadia to place such Valuables in the names of these "Ramirez Abadia Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Juan Carlos Ramirez Abadia's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Ramirez Abadia Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Juan Carlos Ramirez Abadia. Because Juan Carlos Ramirez Abadia has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Ramirez Abadia Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by

41

TRIA § 201(d) (2) (A), as Juan Carlos Ramirez Abadia had complete ownership and control of the Valuables.

t.  as with other narco-terrorists, Victor Julio Patiño Fomeque had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Patiño Fomeque Front Agents and Instrumentalities of NDVC"). Such "Patiño Fomeque Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Victor Julio Patiño Fomeque. Victor Julio Patiño Fomeque was often the true owner of the "Patiño Fomeque Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

u.  any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit EE** attached hereto (the "Patiño Fomeque Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such

42

"Patiño Fomeque Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Victor Julio Patiño Fomeque: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Patiño Fomeque Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Victor Julio Patiño Fomeque. It was the practice of Victor Julio Patiño Fomeque to place such Valuables in the names of these "Patiño Fomeque Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Victor Julio Patiño Fomeque's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Patiño Fomeque Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Victor Julio Patiño Fomeque. Because Victor Julio Patiño Fomeque has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Patiño

43

Fomeque Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Victor Julio Patiño Fomeque had complete ownership and control of the Valuables.

v.  as with other narco-terrorists, Diego Leon Montoya Sanchez had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Montoya Sanchez Front Agents and Instrumentalities of NDVC"). Such "Montoya Sanchez Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Diego Leon Montoya Sanchez. Diego Leon Montoya Sanchez was often the true owner of the "Montoya Sanchez Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

w.  any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit FF** attached hereto (the "Montoya Sanchez Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S.

44

government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Montoya Sanchez Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Diego Leon Montoya Sanchez: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Montoya Sanchez Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Diego Leon Montoya Sanchez. It was the practice of Diego Leon Montoya Sanchez to place such Valuables in the names of these "Montoya Sanchez Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Diego Leon Montoya Sanchez's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Montoya Sanchez Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Diego Leon Montoya Sanchez. Because Diego Leon Montoya

45

Sanchez has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Montoya Sanchez Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Diego Leon Montoya Sanchez had complete ownership and control of the Valuables.

x. as with other narco-terrorists, Luis Hernando Gomez Bustamante had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Gomez Bustamante Front Agents and Instrumentalities of NDVC"). Such "Gomez Bustamante Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Luis Hernando Gomez Bustamante. Luis Hernando Gomez Bustamante was often the true owner of the "Gomez Bustamante Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

y. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit GG** attached hereto (the "Gomez Bustamante Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or

other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Gomez Bustamante Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Luis Hernando Gomez Bustamante: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Gomez Bustamante Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Luis Hernando Gomez Bustamante. It was the practice of Luis Hernando Gomez Bustamante to place such Valuables in the names of these "Gomez Bustamante Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Luis Hernando Gomez Bustamante's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Gomez Bustamante Non-Designated Agents

47

and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Luis Hernando Gomez Bustamante. Because Luis Hernando Gomez Bustamante has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Gomez Bustamante Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Luis Hernando Gomez Bustamante had complete ownership and control of the Valuables.

z.  as with other narco-terrorists, Orlando Sabogal Zuluaga had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Sabogal Zuluaga Front Agents and Instrumentalities of NDVC"). Such "Sabogal Zuluaga Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Orlando Sabogal Zuluaga. Orlando Sabogal Zuluaga was often the true owner of the "Sabogal Zuluaga Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

aa. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not

48

designated as an SDNT, SDNTK, etc.), that appear on **Exhibit HH** attached hereto (the "Sabogal Zuluaga Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Sabogal Zuluaga Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Orlando Sabogal Zuluaga: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Sabogal Zuluaga Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Orlando Sabogal Zuluaga. It was the practice of Orlando Sabogal Zuluaga to place such Valuables in the names of these "Sabogal Zuluaga Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Orlando Sabogal Zuluaga's true

49

ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Sabogal Zuluaga Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Orlando Sabogal Zuluaga. Because Orlando Sabogal Zuluaga has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Sabogal Zuluaga Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Orlando Sabogal Zuluaga had complete ownership and control of the Valuables.

bb. as with other narco-terrorists, Gabriel Puerta Parra had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Puerta Parra Front Agents and Instrumentalities of NDVC"). Such "Puerta Parra Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Gabriel Puerta Parra. Gabriel Puerta Parra was often the true owner of the "Puerta Parra Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

cc. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives,

50

groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit II** attached hereto (the "Puerta Parra Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Puerta Parra Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Gabriel Puerta Parra: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Puerta Parra Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Gabriel Puerta Parra. It was the practice of Gabriel Puerta Parra to place such Valuables in the names of these "Puerta Parra Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to

51

conceal Gabriel Puerta Parra's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Puerta Parra Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Gabriel Puerta Parra. Because Gabriel Puerta Parra has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Puerta Parra Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Gabriel Puerta Parra had complete ownership and control of the Valuables.

dd. as with other narco-terrorists, Carlos Alberto Renteria Mantilla had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Renteria Mantilla Front Agents and Instrumentalities of NDVC"). Such "Renteria Mantilla Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Carlos Alberto Renteria Mantilla. Carlos Alberto Renteria Mantilla was often the true owner of the "Renteria Mantilla Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

ee. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit JJ** attached hereto (the "Renteria Mantilla Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Renteria Mantilla Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Carlos Alberto Renteria Mantilla: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Renteria Mantilla Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Carlos Alberto Renteria Mantilla. It was the practice of Carlos Alberto Renteria Mantilla to place such Valuables in the names of these "Renteria Mantilla Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations,

cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Carlos Alberto Renteria Mantilla's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Renteria Mantilla Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Carlos Alberto Renteria Mantilla. Because Carlos Alberto Renteria Mantilla has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Renteria Mantilla Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Carlos Alberto Renteria Mantilla had complete ownership and control of the Valuables.

ff. as with other narco-terrorists, Raul Alberto Grajales Lemos had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Grajales Lemos Front Agents and Instrumentalities of NDVC"). Such "Grajales Lemos Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Raul Alberto Grajales Lemos. Raul Alberto Grajales Lemos was often the true owner of the "Grajales Lemos Front Agents

and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

gg. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit KK** attached hereto (the "Grajales Lemos Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Grajales Lemos Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Raul Alberto Grajales Lemos: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Grajales Lemos Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Raul Alberto Grajales Lemos. It was the practice of Raul Alberto Grajales Lemos to place such Valuables in the names of these

55

"Grajales Lemos Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Raul Alberto Grajales Lemos' true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Grajales Lemos Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Raul Alberto Grajales Lemos. Because Raul Alberto Grajales Lemos has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Grajales Lemos Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Raul Alberto Grajales Lemos had complete ownership and control of the Valuables.

hh. Grajales Lemos and Renteria Matilla, also had a joint network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Grajales Lemos and Renteria Matilla Front Agents and Instrumentalities of NDVC"). Such "Grajales Lemos and Renteria Matilla Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality,

56

often owned by Grajales Lemos and Renteria Matilla. Grajales Lemos and Renteria Matilla were often the true owners of the "Grajales Lemos and Renteria Matilla Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

ii. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit LL** attached hereto (the "Grajales Lemos and Renteria Matilla Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Grajales Lemos and Renteria Matilla Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Raul Alberto Grajales Lemos and/or Carlos Alberto Renteria Matilla: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Grajales Lemos and Renteria Matilla Non-Designated Agents and Instrumentalities of NDVC" were

57

organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Raul Alberto Grajales Lemos and Carlos Alberto Renteria Matilla. It was the practice of Raul Alberto Grajales Lemos and Carlos Alberto Renteria Matilla to place such Valuables in the names of these "Grajales Lemos and Renteria Matilla Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Raul Alberto Grajales Lemos' and Carlos Alberto Renteria Matilla's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Grajales Lemos and Renteria Matilla Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Raul Alberto Grajales Lemos and Carlos Alberto Renteria Matilla. Because Raul Alberto Grajales Lemos and Carlos Alberto Renteria Matilla have each been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Grajales Lemos and Renteria Matilla Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Raul Alberto Grajales

58

Lemos and Carlos Alberto Renteria Matilla had complete ownership and control of the Valuables.

jj. as with other narco-terrorists, Jhonny Cano Correa had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Cano Correa Front Agents and Instrumentalities of NDVC"). Such "Cano Correa Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Jhonny Cano Correa.   Jhonny Cano Correa was often the true owner of the "Cano Correa Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

kk. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit MM** attached hereto (the "Cano Correa Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Cano Correa Non-Designated Agents and Instrumentalities of

59

NDVC's" association with, and/or acts on behalf of, Jhonny Cano

Correa: property, money, other items of value, including, in or to,

affiliated corporations and/or entities, and/or the corresponding assets

of such corporations and/or entities (the "Valuables"). Such "Cano

Correa Non-Designated Agents and Instrumentalities of NDVC" were

organizations, associations, cartels, corporations, entities, affiliates,

principals, members, family members, representatives, groups, and/or

individuals, under the control and direction of Jhonny Cano Correa. It

was the practice of Jhonny Cano Correa to place such Valuables in the

names of these "Cano Correa Non-Designated Agents and

Instrumentalities of NDVC", and/or their organizations, associations,

cartels, corporations, entities, affiliates, principals, members, family

members, representatives, groups, and/or individuals (commonly

referred to as "Presta Nombres").   This practice was intended to

conceal Jhonny Cano Correa's true ownership and control of such

Valuables. These Valuables, regardless of whether in the putative

name   of   the   "Cano   Correa   Non-Designated   Agents   and

Instrumentalities of NDVC" and/or their Presta Nombres, were in fact

truly owned by Jhonny Cano Correa.  Because Jhonny Cano Correa

has been designated an SDNT pursuant to the IEEPA, such Valuables

(regardless of whether some were in the names of the putative "Cano

Correa Non-Designated Agents and Instrumentalities of NDVC" or

their Presta Nombres) are "blocked" assets as defined by TRIA §

201(d) (2) (A), as Jhonny Cano Correa had complete ownership and control of the Valuables.

ll.  Cano Correa, Gomez Bustamante, and Sabogal Zuluaga, also had a joint network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Correa-Bustamante-Zuluaga Front Agents and Instrumentalities of NDVC"). Such "Correa-Bustamante-Zuluaga Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Cano Correa, Gomez Bustamante, and Sabogal Zuluaga. Cano Correa, Gomez Bustamante, and Sabogal Zuluaga were often the true owners of the "Correa-Bustamante-Zuluaga Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

mm.  any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit NN** attached hereto (the "Correa-Bustamante-Zuluaga Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction,

experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Correa-Bustamante-Zuluaga Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Jhonny Cano Correa, Luis Hernandez Gomez Bustamante, and/or Orlando Sabogal Zuluaga: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Correa-Bustamante-Zuluaga Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Jhonny Cano Correa, Luis Hernandez Gomez Bustamante, and Orlando Sabogal Zuluaga. It was the practice of Jhonny Cano Correa, Luis Hernandez Gomez Bustamante, and Orlando Sabogal Zuluaga to place such Valuables in the names of these "Correa-Bustamante-Zuluaga Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres").  This practice was intended to conceal Jhonny Cano Correa's, Luis Hernandez Gomez Bustamante's, and Orlando Sabogal Zuluaga's true ownership and control of such Valuables. These Valuables, regardless of whether in

the putative name of the "Correa-Bustamante-Zuluaga Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Jhonny Cano Correa, Luis Hernandez Gomez Bustamante, and Orlando Sabogal Zuluaga. Because Jhonny Cano Correa, Luis Hernandez Gomez Bustamante, and Orlando Sabogal Zuluaga have each been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Correa-Bustamante-Zuluaga Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Jhonny Cano Correa, Luis Hernandez Gomez Bustamante, and Orlando Sabogal Zuluaga had complete ownership and control of the Valuables.

nn. as with other narco-terrorists, Ramon Quintero Sanclemente had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Quintero Sanclemente Front Agents and Instrumentalities of NDVC"). Such "Quintero Sanclemente Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Ramon Quintero Sanclemente. Ramon Quintero Sanclemente was often the true owner of the "Quintero

63

Sanclemente Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

oo. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit NN.1** attached hereto (the "Quintero Sanclemente Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Quintero Sanclemente Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Ramon Quintero Sanclemente: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Quintero Sanclemente Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Ramon Quintero Sanclemente. It was the practice of Ramon Quintero Sanclemente to place such Valuables in the names of

64

these "Quintero Sanclemente Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Ramon Quintero Sanclemente's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Quintero Sanclemente Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Ramon Quintero Sanclemente. Because Ramon Quintero Sanclemente has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Quintero Sanclemente Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Ramon Quintero Sanclemente had complete ownership and control of the Valuables.

pp. as with other narco-terrorists, Wilber Varela had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Varela Front Agents and Instrumentalities of NDVC"). Such "Varela Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Wilber

65

Varela. Wilber Varela was often the true owner of the "Varela Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

qq. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit OO** attached hereto (the "Varela Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Varela Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Wilber Varela: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Varela Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Wilber Varela. It was the practice of Wilber Varela to place such Valuables in the names of these "Varela

66

Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Wilber Varela's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Varela Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Wilber Varela. Because Wilber Varela has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Varela Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Wilber Varela had complete ownership and control of the Valuables.

rr. Wilber Varela had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups and/or individuals, who were also associated with Los Rastrojos (the "Affiliated Rastrojos Front Agencies and Instrumentalities of NDVC"). Such "Affiliated Rastrojos Front Agencies and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Wilber Varela. Wilber Varela was often the

67

true owner of the "Affiliated Rastrojos Front Agencies and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

ss. any "Specially Designated Narcotics Trafficker" under the Kingpin Act ("SDNTK") as designated by OFAC, that appear on **Exhibit PP** attached hereto (the "Los Rastrojos Affiliated SDNTKs of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Los Rastrojos Affiliated SDNTKs of NDVC's" association with, and/or acts on behalf of, Wilber Varela: property, money, and/or other items of value, as well as affiliated corporations and/or entities, and/or corresponding assets of such corporations and/or entities (the "Valuables"). Such "Los Rastrojos Affiliated SDNTKs of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups and/or individuals, under the control and direction of Wilber Varela. It was the practice of Wilber Varela to place his Valuables in the names of these "Los Rastrojos Affiliated SDNTKs of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives,

68

groups and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Wilber Varela's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of "Los Rastrojos Affiliated SDNTKs of NDVC" and/or their Presta Nombres, were in fact truly owned by Wilber Varela. Because Wilber Varela has been designated an "SDNT" pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Los Rastrojos Affiliated SDNTKs of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Wilber Varela had complete ownership and control of the Valuables.

tt. as with other narco-terrorists, Gilberto Rodriguez Orejuela and Miguel Rodriguez Orejuela had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Rodriguez Orejuela Front Agents and Instrumentalities of NDVC"). Such "Rodriguez Orejuela Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Gilberto Rodriguez Orejuela and Miguel Rodriguez Orejuela. Gilberto Rodriguez Orejuela and Miguel Rodriguez Orejuela were often the true owners of the "Rodriguez Orejuela Front Agents and

69

Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

uu. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit QQ** attached hereto (the "Rodriguez Orejuela Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such " Rodriguez Orejuela Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Gilberto Rodriguez Orejuela and Miguel Rodriguez Orejuela: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Rodriguez Orejuela Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Gilberto Rodriguez Orejuela and Miguel Rodriguez Orejuela. It was the practice of Gilberto Rodriguez

70

Orejuela and Miguel Rodriguez Orejuela to place such Valuables in the names of these "Rodriguez Orejuela Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Gilberto Rodriguez Orejuela's and Miguel Rodriguez Orejuela's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Rodriguez Orejuela Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Gilberto Rodriguez Orejuela and Miguel Rodriguez Orejuela. Because Gilberto Rodriguez Orejuela and Miguel Rodriguez Orejuela have each been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Rodriguez Orejuela Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Gilberto Rodriguez Orejuela and Miguel Rodriguez Orejuela had complete ownership and control of the Valuables.

vv. as with other narco-terrorists, Helmer Herrera Herrera Buitrago (a/k/a/ "Pacho Herrera") had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals,

71

members, family members, representatives, groups, and/or individuals (the "Herrera Buitrago Front Agents and Instrumentalities of NDVC"). Such "Herrera Buitrago Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Pacho Herrera. Pacho Herrera was often the true owner of the "Herrera Buitrago Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

ww.    any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit RR** attached hereto (the "Herrera Buitrago Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Herrera Buitrago Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Pacho Herrera: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Herrera Buitrago

72

Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Pacho Herrera. It was the practice of Pacho Herrera to place such Valuables in the names of these "Herrera Buitrago Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Pacho Herrera's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Herrera Buitrago Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Pacho Herrera. Because Pacho Herrera has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Herrera Buitrago Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Pacho Herrera had complete ownership and control of the Valuables.

xx. as with other narco-terrorists, Jose Santacruz Londoño had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members,

73

representatives, groups, and/or individuals (the "Santacruz Londoño Front Agents and Instrumentalities of NDVC"). Such "Santacruz Londoño Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Jose Santacruz Londoño. Jose Santacruz Londoño was often the true owner of the "Santacruz Londoño Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

yy. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit SS** attached hereto (the "Santacruz Londoño Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Santacruz Londoño Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Jose Santacruz Londoño: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such

"Santacruz Londoño Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Jose Santacruz Londoño. It was the practice of Jose Santacruz Londoño to place such Valuables in the names of these "Santacruz Londoño Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Jose Santacruz Londoño's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Santacruz Londoño Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Jose Santacruz Londoño. Because Jose Santacruz Londoño has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Santacruz Londoño Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Jose Santacruz Londoño had complete ownership and control of the Valuables.

75

zz. as with other narco-terrorists, Joaquin Mario Valencia Trujillo and Guillermo Valencia Trujillo had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Valencia Trujillo Front Agents and Instrumentalities of NDVC"). Such "Valencia Trujillo Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Joaquin Mario Valencia Trujillo and/or Guillermo Valencia Trujillo.   Joaquin Mario Valencia Trujillo and/or Guillermo Valencia Trujillo were often the true owners of the "Valencia Trujillo Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

aaa. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit TT** attached hereto (the "Valencia Trujillo Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Valencia Trujillo Non-Designated Agents and Instrumentalities of

76

NDVC's" association with, and/or acts on behalf of, Joaquin Mario Valencia Trujillo and/or Guillermo Valencia Trujillo: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Valencia Trujillo Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Joaquin Mario Valencia Trujillo and Guillermo Valencia Trujillo. It was the practice of Joaquin Mario Valencia Trujillo and Guillermo Valencia Trujillo to place such Valuables in the names of these "Valencia Trujillo Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Joaquin Mario Valencia Trujillo's and Guillermo Valencia Trujillo's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Valencia Trujillo Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Joaquin Mario Valencia Trujillo and Guillermo Valencia Trujillo.

bbb.    as with other narco-terrorists, Carlos Mario Jimenez Naranjo had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Jimenez Naranjo Front Agents and Instrumentalities of NDVC"). Such "Jimenez Naranjo Front Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Carlos Mario Jimenez Naranjo. Carlos Mario Jimenez Naranjo was often the true owner of the "Jimenez Naranjo Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

ccc.    any "Specially Designated Narcotics Trafficker" under the Kingpin Act ("SDNTK") as designated by OFAC, that appear on **Exhibit WW** attached hereto (the "Jimenez Naranjo Affiliated SDNTKs of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Jimenez Naranjo Affiliated SDNTKs of NDVC's'" association with, and/or acts on behalf of, Carlos Mario Jimenez Naranjo: property, money, other items of value, as well as affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities

78

(the "Valuables"). Such "Jimenez Naranjo Affiliated SDNTKs of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals under the control and direction of Carlos Mario Jimenez Naranjo. It was the practice of Carlos Mario Jimenez Naranjo to place such Valuables in the names of these "Jimenez Naranjo Affiliated SDNTKs of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Carlos Mario Jimenez Naranjo's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of "Jimenez Naranjo Affiliated SDNTKs of NDVC" and/or their Presta Nombres, were in fact truly owned by Carlos Mario Jimenez Naranjo. Because Carlos Mario Jimenez Naranjo has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Jimenez Naranjo Affiliated SDNTKs of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Carlos Mario Jimenez Naranjo had complete ownership and control of the Valuables. Because Carlos Mario Jimenez Naranjo has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names

79

of the putative "Jimenez Naranjo Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Carlos Mario Jimenez Naranjo had complete ownership and control of the Valuables.

ddd.    any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit XX** attached hereto (the "Jimenez Naranjo Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Jimenez Naranjo Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Carlos Mario Jimenez Naranjo: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Jimenez Naranjo Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and

80

direction of Carlos Mario Jimenez Naranjo. It was the practice of Carlos Mario Jimenez Naranjo to place such Valuables in the names of these "Jimenez Naranjo Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Carlos Mario Jimenez Naranjo's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Jimenez Naranjo Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Carlos Mario Jimenez Naranjo. Because Carlos Mario Jimenez Naranjo has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Jimenez Naranjo Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Carlos Mario Jimenez Naranjo had complete ownership and control of the Valuables.

eee.    as with other narco-terrorists, Fabio Enrique Ochoa Vasco had a vast network of front organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (the "Ochoa Vasco Front Agents and Instrumentalities of NDVC"). Such "Ochoa Vasco Front

81

Agents and Instrumentalities of NDVC" (to the extent such were organizations, corporations, or entities), were, in actuality, often owned by Fabio Enrique Ochoa Vasco. Fabio Enrique Ochoa Vasco was often the true owner of the "Ochoa Vasco Front Agents and Instrumentalities of NDVC's" assets, property, money, and/or other items of value.

fff. any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals not designated by OFAC (e.g. not designated as an SDNT, SDNTK, etc.), that appear on **Exhibit AAA** attached hereto (the "Ochoa Vasco Non-Designated Agents and Instrumentalities of NDVC"), that had purported ownership in (and/or other direct or indirect relationship to) any of the following items that were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to such "Ochoa Vasco Non-Designated Agents and Instrumentalities of NDVC's" association with, and/or acts on behalf of, Fabio Enrique Ochoa Vasco: property, money, other items of value, including, in or to, affiliated corporations and/or entities, and/or the corresponding assets of such corporations and/or entities (the "Valuables"). Such "Ochoa Vasco Non-Designated Agents and Instrumentalities of NDVC" were organizations, associations, cartels, corporations,

82

entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, under the control and direction of Fabio Enrique Ochoa Vasco. It was the practice of Fabio Enrique Ochoa Vasco to place such Valuables in the names of these "Ochoa Vasco Non-Designated Agents and Instrumentalities of NDVC", and/or their organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals (commonly referred to as "Presta Nombres"). This practice was intended to conceal Fabio Enrique Ochoa Vasco's true ownership and control of such Valuables. These Valuables, regardless of whether in the putative name of the "Ochoa Vasco Non-Designated Agents and Instrumentalities of NDVC" and/or their Presta Nombres, were in fact truly owned by Fabio Enrique Ochoa Vasco. Because Fabio Enrique Ochoa Vasco has been designated an SDNT pursuant to the IEEPA, such Valuables (regardless of whether some were in the names of the putative "Ochoa Vasco Non-Designated Agents and Instrumentalities of NDVC" or their Presta Nombres) are "blocked" assets as defined by TRIA § 201(d) (2) (A), as Fabio Enrique Ochoa Vasco had complete ownership and control of the Valuables.

50.    The Court finds, based on the evidence submitted by Dr. Bagley, that:

a.    organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or

83

individuals, listed on Exhibits E, I, L, M, Q, U, and W are agents and instrumentalities of the FARC.   Any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, listed on Exhibits W and Y are agents and instrumentalities of ELN.   Any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, listed on Exhibits U, W, AA, VV, and ZZ are agents and instrumentalities of the NDVC.

b.   The FARC, ELN, and NDVC are all agents and instrumentalities of each other through the CNTA during the CNTA Period.   Any their respective members and entities that participated in conspiracies, relationships, undertakings, cooperations, and/or activities, on one such Defendant's behalf during the CNTA Period, are also agents and instrumentalities of the other Defendants.   E.g.   Such FARC organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, are agents and instrumentalities of the ELN and NDVC. Such ELN organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, are agents and instrumentalities of the FARC and NDVC.   Such NDVC organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members,

84

representatives, groups, and/or individuals, are agents and instrumentalities of the FARC and ELN.

c. Further, anyone on the Exhibits E, I, L, M, Q, U, W, Y, AA, VV, and ZZ that is: (i) designated as an FTO, Specially Designated Global Terrorist ("SDGT"), Specially Designated Narcotics Trafficker ("SDNT"), Specially Designated Narcotics Trafficker Kingpin ("SDNTK"), Specially Designated Terrorist ("SDT"), and/or Transnational Criminal Organization ("TCO"), on the OFAC Specially Designated Nationals and Blocked Persons List, which can be found at http://www.treasury.gov/resource-center/sanctions/SDN-List/Pages/default.aspx, and which the list is updated frequently; and (ii) is so designated, and/or whose assets were "frozen," "seized," "blocked," or otherwise subject to U.S. government possession, control, or restriction, experienced such items being so "frozen," "seized," "blocked," or so "subjected," due to reason of or relating to, working with, acting with, acting on behalf of, or their connection or association with, the FARC, ELN, and/or NDVC, are hereinafter referred to as the "Listed Narco-Terrorists." To the extent such Listed Narco-Terrorists were so designated because of, relating to, working with, acting with, acting on behalf of, or their connection or association with respect to the FARC, such Listed Narco-Terrorists are an agents and instrumentalities of the FARC. To the extent such Listed Narco-Terrorists were so designated because of, relating to,

working with, acting with, acting on behalf of, or their connection or association with respect to the ELN, such Listed Narco-Terrorists are agents and instrumentalities of the ELN. To the extent such Listed Narco-Terrorists were so designated because of, relating to, working with, acting with, acting on behalf of, or their connection or association with respect to the NDVC, such Listed Narco-Terrorists are agents and instrumentalities of the NDVC. Further, such Listed Narco-Terrorists are agents and instrumentalities of each of the FARC, ELN, and/or NDVC, to the extent the, acted with, or acted on behalf of, any one of the FARC, ELN, or NDVC, during the CNTA Period, and/or when the defendants were participating in the CNTA.

d.  Moreover, any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, (including, without limitation, any Colombian and/or Mexican organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals) that were involved with or assisted in the: (i) purchase, transportation, smuggling, storage, security, distribution, and/or sale of, cocaine, coca paste, narcotics, kidnapping, torture, killing, extortion, and/or other unlawful/illegal activities; and/or (ii) the arrangement of front/sham corporations, entities, and/or organizations, including, without limitation, those commonly known as "Presta Nombres;" and/or (iii)

86

laundering money and/or financial concealment schemes and/or financial concealment networks for or on behalf of the FARC, are agents and instrumentalities of the FARC.

e.  Any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, (including, without limitation, any Colombian and/or Mexican organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals) that were involved with or assisted in the: (i) purchase, transportation, smuggling, storage, security, distribution, and/or sale of, cocaine, coca paste, narcotics, kidnapping, torture, killing, extortion, and/or other unlawful/illegal activities; and/or (ii) the arrangement of front/sham corporations, entities, and/or organizations, including, without limitation, those commonly known as "Presta Nombres;" and/or (iii) in laundering money and/or financial concealment schemes and/or financial concealment networks for or on behalf of the ELN, are agents and instrumentalities of the ELN.

f.  Any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, (including. without limitation, any Colombian and/or Mexican organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members,

87

representatives, groups, and/or individuals) that were involved with or assisted in the: (i) purchase, transportation, smuggling, storage, security, distribution, and/or sale of, cocaine, coca paste, narcotics, kidnapping, torture, killing, extortion, and/or other unlawful/illegal activities; and/or (ii) the arrangement of front/sham corporations, entities, and/or organizations, including, without limitation, those commonly known as "Presta Nombres;" and/or (iii) laundering money and/or financial concealment schemes and/or financial concealment networks for or on behalf of the NDVC, are agents and instrumentalities of the NDVC.

g. Any organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals, (including, without limitation, any Colombian and/or Mexican organizations, associations, cartels, corporations, entities, affiliates, principals, members, family members, representatives, groups, and/or individuals) that were involved with or assisted in the: (i) purchase, transportation, smuggling, storage, security, distribution, and/or sale of, cocaine, coca paste, narcotics, kidnapping, torture, killing, extortion, and/or other unlawful/illegal activities; and/or (ii) the arrangement of front/sham corporations, entities, and/or organizations, including, without limitation, those commonly known as "Presta Nombres;" and/or (iii) in the assistance in laundering money and/or financial concealment schemes and/or

88

financial concealment networks, during the CNTA Period and that did so acting with or on behalf of: (i) the FARC, are also agents and instrumentalities of the ELN and NDVC; (ii) the ELN, are also agents and instrumentalities of the FARC and NDVC; and (iii) the NDVC, are also agents and instrumentalities of the FARC and ELN.

## CONCLUSIONS OF LAW

The Summary Judgment Order is incorporated into this Final Judgment, as if fully set forth herein, including the conclusions set forth on page 58 of the Summary Judgment Order that: (1) this Court has jurisdiction over the Defendants and the subject matter of the claims brought; (2) the Defendants have capacity to be sued; (3) Plaintiff has standing to sue the Defendants; and (4) the Defendants committed the offenses and violated the statutes and laws set forth in Counts I-XIV of the "Corrected Second Amended Complaint" (hereafter, "Complaint").

Based on the substantial and uncontroverted evidence presented at trial and based on the findings of fact and conclusions of law set forth in the Summary Judgment Order, this Court concludes that the Defendants are each a "terrorist party" within the meaning of Section 201 of TRIA. Moreover, this judgment and the awards made herein are for claims based on acts of terrorism within the meaning of Section 201 of TRIA.

Based on the substantial and uncontroverted evidence presented at trial, this Court concludes that Mr. Caballero has met all applicable burdens relevant to the award of damages against each of the Defendants on each of his Counts I-XIV of the Complaint. Mr. Caballero established through clear, convincing, competent, and substantive evidence that he suffered economic, psychological, emotional, and physical damages arising out of

89

his claims for: (a) hostage-taking, (b) trafficking in-persons, (c) torture, (d) extra judicial killing, and (e) crimes against humanity pled in Counts I-V of the Complaint; violation of the federal RICO and Florida RICO statutes pled in Counts VI-XIII of his Complaint; and violation of Colombian law as pled in Count XIV of the Complaint and as explained by Ms. Avila, an expert on Colombian law.

## DAMAGES

Based on the clear, convincing, competent, and substantive evidence received by this Court, the Court awards Mr. Caballero Forty-Five Million Dollars ($45,000,000.00) in actual compensatory damages for non-economic damages, including, without limitation, for emotional distress and for physical and psychological pain and suffering.

Based on the clear, convincing, competent, and substantive evidence received by this Court, the Court awards One Million, Seven Hundred and Twenty Nine Thousand, Six Hundred and Sixty Seven Dollars ($1,729,667.00) in actual compensatory economic damages to Mr. Caballero for losses to his business and property. Mr. Caballero has counts under both the Florida and federal RICO statutes. The federal RICO statute provides for an award of damages to business or property. Thus, damages sustained by the Plaintiff to his "business or property" are trebled. *See* 18 U.S.C. § 1964(c) (any person injured in his business or property shall recover "threefold the damages he sustains."); *City of Chicago Heights, Ill. v. Lobue*, 914 F. Supp. 279, 282 (N.D. Ill. 1996) ("The measure of civil RICO damages (before trebling) is the harm flowing from the predicate acts," meaning "any direct financial injury" suffered by the plaintiffs as a result of those acts); *Allstate Ins. Co. v. Palterovich*, 653 F. Supp. 2d 1306, 1326 (S.D. Fla.

2009). Florida's RICO statute provides for the recovery of "threefold the actual damages" established by clear and convincing evidence. *See* Fla. Stat. §772.104(1).

Mr. Caballero has met his burdens under both the federal and Florida RICO statutes and has provided clear and convincing evidence. Thus, the Court trebles its award of One Million, Seven Hundred and Twenty Nine Thousand, Six Hundred and Sixty Seven Dollars ($1,729,667.00) in actual compensatory economic damages to Mr. Caballero for losses to his business and property to Five Million, One Hundred and Eighty Nine Thousand and One Dollar ($5,189,001.00).

With regard to punitive damages, this Court finds that Mr. Caballero has met all requirements for the award of punitive damages. Under the ATS, an award of punitive damages should reflect the six factors discussed above. As Defendants acts are so reprehensible, the imposition of punitive damages to achieve punishment and deterrence are warranted. The Court finds it appropriate to award punitive damages of One Hundred and Forty Million, One Hundred and Eighty Nine Thousand, and One Dollar ($140,189,001.00), which is equal to three times the Court's award of base actual compensatory damages.

The Court has determined that an award of pre-judgment interest is appropriate for Antonio Caballero's economic damages. Using the evidence submitted at trial regarding the amount and dates of economic loss and the post-judgment interest rates issued by the Florida Department of Financial Services for the applicable years, the Court awards Antonio Caballero One Million, Fifty Five Thousand, Four Hundred and Eighty Three Dollars and Fifty Six Cents ($1,055,483.56) in pre-judgment interest.

## AGENTS AND INSTRUMENTALITIES

91

In using the phrase "agents and instrumentalities" in this Final Judgment, the Court has considered the plain meaning of the terms as commonly used and also the definition of "agents and instrumentalities" used by the Court in *Stansell vs. the FARC*, Case number 8:09-CV-2308-RAL-MAP, Middle District of Florida, affirmed in relevant grounds in *Stansell vs. the FARC, et. al.*, Case number 8:09-CV-2308-RAL-MAP, United States Could of Appeals for the Eleventh Circuit. Consistent with the plain and common meaning of the phrase and the definition set forth in *Stansell*, this Court finds that "agents and instrumentalities," as that term is used in Section 201 of TRIA, means any organization, association, cartel, corporation, entity, affiliate, principal, member, family member, representatives, group and/or individual, that:

      1.     Materially assisted in, or provided financial or technological support for or to, or provided goods or services in support of, the international narcotics trafficking activities of a terrorist party; and/or

      2.     Was owned, controlled, or directed by, or acting for or on behalf of a terrorist party; and/or

      3.     Played a significant role in international narcotics trafficking related to a terrorist party.

Agents and instrumentalities include any organization, association, cartel, corporation, entity, affiliate, principal, member, family member, representatives, group and/or individual, that:

      1.     Has ever supplied currency, weapons, ammunition, logistics, transportation, or supplies and/or financial or money laundering services to the

terrorist party or its trafficking partners, directly or indirectly, as consideration for a terrorist party's illicit drugs; or

    2.    Was involved with the financial or money laundering network of a drug cartel or organization that assisted the terrorist party's financial or money laundering network; or

    3.    Have been narcotics traffickers who assisted and provide financial or technological support for or to, or who provide goods or services in support of, or who act on behalf of the international narcotics trafficking activities of a specially designated narcotics trafficker or terrorist party.

Having found that it has the authority to enter a judgment against the Defendants, it is hereby:

**ADJUDGED** that:

1.    Judgment is entered in favor of Antonio Caballero and jointly and severally against Fuerzas Armadas Revolucionarias De Colombia a/k/a FARC-EP a/k/a Revolutionary Armed Forces of Colombia, the Ejercito De Liberacion Nacional a/k/a ELN a/k/a National Liberation Army, and the Norte De Valle Cartel, in the amount of Forty Five Million Dollars ($45,000,000.00), representing non-economic compensatory damages, which shall bear post-judgment interest at the rate of 4.75% per annum.

2.    Judgment is entered in favor of Antonio Caballero and jointly and severally against Fuerzas Armadas Revolucionarias De Colombia a/k/a FARC-EP a/k/a Revolutionary Armed Forces of Colombia, the Ejercito De Liberacion Nacional a/k/a ELN a/k/a National Liberation Army, and

93

the Norte De Valle Cartel, in the amount of Six Million, Two Hundred and Forty Four Thousand, Four Hundred and Eighty Four Dollars and Fifty Six Cents ($6,244,484.56) representing compensatory economic damages and pre-judgment interest thereon, which shall bear post-judgment interest at the rate of 4.75% per annum.

3.    Judgment is entered in favor of Antonio Caballero, and jointly and severally against Fuerzas Armadas Revolucionarias De Colombia a/k/a FARC-EP a/k/a Revolutionary Armed Forces of Colombia, the Ejercito De Liberacion Nacional a/k/a ELN a/k/a National Liberation Army, and the Norte De Valle Cartel in the amount of One Hundred and Forty Million, One Hundred and Eight Nine Thousand, and One Dollar ($140,189,001.00), representing punitive damages, which shall bear post-judgment interest at the rate of 4.75% per annum.

4.    Because the Defendants used profits from the manufacture and distribution of cocaine, money laundering, and extortion to support their terrorist acts, Antonio Caballero is deemed a crime victim judgment creditor with perfected liens on proceeds derived from these related criminal activities.

5.    Execution may issue forthwith against all Defendants, and their agents and instrumentalities, and against any of their respective assets wherever situated.

6.    This Court will retain jurisdiction to hear any motion for attorneys' fees and costs.

94

7.    This Court will retain jurisdiction to enforce its judgment.

**DONE AND ORDERED** this $\underline{16}$ day of November, 2014, in Miami Dade

County Florida.

LISA S. WALSH
CIRCUIT COURT JUDGE

**ORIGINAL**

JUDGE LISA S. WALSH

cc:    Counsel of Record

Fuerzas Armadas Revolucionarias De Colombia a/k/a FARC-EP a/k/a Revolutionary Armed Forces of Colombia (Plaintiff's counsel is directed to mail a conformed copy of this final judgment to the defaulted Defendants)

The Ejercito De Liberacion Nacional a/k/a ELN a/k/a National Liberation Army (Plaintiff's counsel is directed to mail a conformed copy of this final judgment to the defaulted Defendants)

Norte De Valle Cartel (Plaintiff's counsel is directed to mail a conformed copy of this final judgment to the defaulted Defendants)

FINAL ORDERS AS TO ALL PARTIES
SRS DISPOSITION
NUMBER_____ 12
THE COURT DISMISSES THIS CASE AGAINST ANY PARTY NOT LISTED IN THIS FINAL ORDER OR PREVIOUS ORDER(S). THIS CASE IS CLOSED AS TO ALL PARTIES.
Judge's Initials _____



STATE OF FLORIDA, COUNTY OF DADE
THIS IS TO CERTIFY THAT THE FOR GOING IS A
TRUE AND CORRECT COPY OF T    DOCUMENT
ON FILE OR OF PUBLIC RECORD IN THIS OFFICE
WITNESS MY HAND AND OFFICIAL SEAL
THIS _____ DAY OF APR 1 1 2017
HARVEY RUVIN, CLERK OF CIRCUIT COURT
BY_____ D.C.

95

# Attachment B

# Exhibit E

1. Pedro Antonio Marin "Manuel Marulanda," Farc Supreme Leader (SDNTK, February 2004 Press Chart)

2. Juvenal Ovidio Ricardo Palmera Pineda "Simon Trinidad," Farc Commander (SDNTK, February 2004 Press Chart)

3. Milton De Jesús Toncel Redondo "Joaquin Gomez," Secretariat Member And Farc Commander (SDNTK, February 2004 Press Chart)

4. Rodrigo Londono Echeverry "Timoleon Jiménes" Secretariat Member And Farc Commander (SDNTK, February 2004 And September 2008 Press Charts)

5. Noel Mata Mata A.K.A. "Efran Guzman" (SDNTK, February 2004 And September 2008 Press Charts)

6. Luciano Marin Arango "Iván Márquez" Secretariat Member And Farc Commander (SDNTK, February 2004 And September 2008 Press Charts)            .

7. Guillermo Leon Saenz Vargas "Alfonso Cano" Secretariat Member And Farc Commander (SDNTK, February 2004 Press Chart)

8. Luis Edgar Devia Silva "Raúl Reyes" Secretariat Member (SDNTK, February 2004 Press Chart)

9. Jorge Briceno Suárez "Mono Jojoy" Secretariat Member And Farc Military Commander (SDNTK, February 2004 Press Chart)

10. German Briceno Suárez "Granobles" Farc Commander (SDNTK, February 2004 Press Chart)

11. Luis Alberto Alban Burbano, Farc International Representative (SDNTK, February 2004 Press Chart)

Exhibit E
Page 1

12. Henry Castellanos Garzón "Romaña" Farc Front Commander (SDNTK, February 2004 Press Chart)

13. José Benito Cabrera Cuevas "Fabián Ramirez" Farc Commander (SDNTK, February 2004 Press Chart)

14. Tomás Molina Caracas "Negro Acacio" 16th Front Commander (SDNTK, February 2004 Press Chart)

15. Jorge Torres Victoria "Pablo Catatumbo" Farc Central General Staff Member And Farc Commander (SDNTK, February 2004 Press Chart)

16. Nelson Vargas Rueda

17. Gustavo Bocota Aguablanca

18. Gustavo Bocota Aguablanca, Farc Member (SDNTK, February 2004 Press Chart)

19. Eugenio Vargas Perdomo "Carlos Bolas," Farc Member (SDNTK, February 2004 Press Chart)

20. Oscar Caracas Viveros, Farc Member (SDNTK, February 2004 Press Chart)

21. Jesús Emilio Carvajalino "Andrés Paris," Farc Secretariat Or Central High Command (SDNTK, September 2006 Press Chart)

22. José Juvenal Velandia A.K.A. Manuel Jesús Muñoz Ortiz "Iván Rios" Farc Secretariat Or Central High Command (SDNTK, September 2006 Press Chart)

23. José Lisandrolascarro "Pastor Alape" Farc Secretariat Or Central High Command (SDNTK, September 2006 Press Chart)

24. Alvaro Alfonso Serpa Diaz "Felipe Rincon" Farc Secretariat Or Central High Command (SDNTK, September 2006 Press Chart)

Exhibit E
Page 2

25. Gener Garcia Molina "John 40," 43rd Front Commander (SDNTK, September 2006 Press Chart)

26. Gerardo Antonio Aguilar Ramírez, 1st Front Commander (SDNTK, September 2006 And July 2008 Press Charts)

27. Rodrigo Granda Escobar, Farc International Representative (SDNTK, September 2006, September 2008, And May 2010 Press Charts)

28. Ferney Tovar Parra, Key Farc Member (SDNTK, September 2006 Press Chart)

29. Gentil Alvis Patino, Key Farc Member (SDNTK, September 2006 Press Chart)

30. Sixto Antonio Cabana Guillén (SDNTK, November 2007 Press Chart)

31. Hermilo Cabrera Diaz (SDNTK, November 2007 Press Chart)

32. Abelardo Caicedo Colorado (SDNTK, November 2007 Press Chart)

33. Norbei Camargo (SDNTK, November 2007 Press Chart)

34. Erminso Cuevas Cabrera (SDNTK, November 2007 Press Chart)

35. Ignacio Leal Garcia (SDNTK, November 2007 Press Chart)

36. Luis Eduardo López Méndez (SDNTK, November 2007 Press Chart)

37. José Epinemio Molina González (SDNTK, November 2007 Press Chart)

38. Alonso Olarte Lombana (SDNTK, November 2007 Press Chart)

39. Miguel Angel Pascuas Santos (SDNTK, November 2007 Press Chart)

40. Jorge Enrique Rodriguez Mendieta (SDNTK, November 2007 Press Chart)

41. Emiro Del Carmen Ropero Suárez (SDNTK, November 2007 Press Chart)

42. Miguel Santanilla Botache (SDNTK, November 2007 Press Chart)

43. Guillermo Enrique Torres Cueter (SDNTK, November 2007 Press Chart)

44. Erasmo Traslavina Benavides (SDNTK, November 2007 Press Chart)

45. Victor Julio Suárez Rojas, Farc Secretariat Member (SDNTK, January 2008, April 2008, And August 2009 Press Charts)

46. Luis Eduardo López Méndez, 27th Front Commander (SDNTK, January 2008, April 2008, And August 2009 Press Charts)

47. Norberto Antonio Agudelo Velásquez "Amado," Drug Trafficker (SDNTK, January 2008 Press Chart)

48. Jorge Eliecer Vargas Arias, Owner Of Comercializadora Colombian Money Exchange, Ltda (SDNTK, January 2008 Press Chart)

49. Sandra Milena Vargas Soler, Owner Of Comercializadora Colombian Money Exchange, Ltda (SDNTK, January 2008 Press Chart)

50. Jorge Leandro Vargas Alba, Contact For Comercializadora Colombian Money Exchange, Ltda (SDNTK, January 2008 Press Chart)

51. Dora Lilia Pava Giraldo, General Manager Of Ofcomercializadora Colombian Money Exchange, Ltda (SDNTK, January 2008 Press Chart)

52. César Augusto Vargas Alba, Owner Of Comercializadora Colombian Money Exchange, Ltda (SDNTK, January 2008 Press Chart)

53. Nilson Calderon Velandia, Drug Trafficker (SDNTK, April 2008 Press Chart)

54. José Edilberto Camacho Bernal, Intermediary Contact Person (SDNTK, April 2008 Press Chart)

55. Myriam Rincon Molina, Owner Of Cambios El Trebol (SDNTK, April 2008 Press Chart)

56. Cambios El Trebol (SDNTK, April 2008 Press Chart)

57. Cambios Nasdaq, Ltda

Exhibit E
Page 4

58. Alexander Farfán Suárez "Enrique Gafas," 7th Ranking Member For The Farc 1st Front
(SDNTK, July 2008 Press Chart)

59. Nancy Conde Rubio "Doris Adriana," 4th Ranking Member And Logistics Coordinator
(SDNTK, July 2008 Press Chart)

60. Ana Isabel Peña Arévalo "Doña Chava," Operator Of Comunicaciones Unidas De Colombia,
Ltda (SDNTK, July 2008 Press Chart)

61. Luz Mery Gutiérrez Vergara (SDNTK, July 2008 Press Chart)

62. José María Corredor Ibague "El Boyaco" (SDNTK, July 2008 Press Chart)

63. Bladimir Culma Sunz (SDNTK, July 2008 Press Chart)

64. Edilma Morales Loaiza (SDNTK, July 2008 Press Chart)

65. Josué Cuesta León "El Viejo" (SDNTK, July 2008 Press Chart)

66. Ana Leonor Torres "Juliana," Logistics And Financial (SDNTK, July 2008 Press Chart)

67. Camilo Rueda Gil "El Primo," Logistics And Financial (SDNTK, July 2008 Press Chart)

68. Maribel Gallego Rubio "Maritza," Logistics And Financial (SDNTK, July 2008 Press Chart)

69. Miguel Angel Díaz Orjuela, Owner Of Cambios Euro, Ltda (SDNTK, July 2008 Press Chart)

70. Noe Suárez Rojas, Secretariat Member And Farc Commander (SDNTK, September 2008
Press Chart)

71. Hugo Armando Carvajal Barrios, Director Of Venezuelan Military Intelligence Directorate
(Dgim) (SDNTK, September 2008 Press Chart)

72. Henry De Jesús Rangel Silva, Director Of Venezuelan Directorate Of Intelligence And
Prevention Services (Disip) (SDNTK, September 2008 Press Chart)

73. Ramón Emilio Rodríguez Chacín, Former Venezuelan Minister Of Interior And Justice
(SDNTK, September 2008 Press Chart)

Exhibit E
Page 5

74. Nubia Calderón De Trujillo "Esperanza," Farc Representative For Ecuador (SDNTK, September 2008 And January 2009 Press Charts)

75. Francisco Antonio Cadena Collazos "El Curacamilo," Farc Representative For Brazil (SDNTK, September 2008 And January 2009 Press Charts)

76. Jairo Alfonso Lesmes Bulla "Javier Calderon," Farc Representative For Argentina, Chile, Uruguay, And Paraguay (SDNTK, September 2008 And January 2009 Press Charts)

77. Ovidio Salinas Pérez "Juan Antonio Rojas," Farc Representative For Panama (SDNTK, September 2008 And January 2009 Press Charts)

78. Efrain Pablo Trejo Freire "Pablo Trejos Freyre," Farc Representative For Peru (SDNTK, September 2008 And January 2009 Press Charts)

79. Jorge Davallos Torres, Farc Representative For Canada (SDNTK, September 2008 And January 2009 Press Charts)

80. Orlay Jurado Palomino "Commander Hermes," Farc Representative For Venezuela (SDNTK, September 2008 And January 2009 Press Charts)

81. Liliana López Palacios "Olga Lucia Marin," Farc Representative For Mexico (SDNTK, September 2008 And January 2009 Press Charts)

82. Maria Remedios Garcia Albert "Soraya" "Irene," Farc Representative For Spain (SDNTK, January 2009 Press Chart)

83. Vlaudin Rodrigo Vega "Carlos Vlaudin," Farc Representative For Australia (SDNTK, January 2009 Press Chart)

84. Omar Arturo Zabala Padilla "Omar Enrique Zabala Padilla" "Lucas Gualdron," Farc Representative For France, Italy, And Switzerland (SDNTK, January 2009 Press Chart)

Exhibit E
Page 6

85. José Cayetanomeloperilla, Owner Of Several Financial Fronts (SDNTK, August 2009 And March 2010 Press Charts)

86. Parqueadero De La 25-13

87. Carillanca Colombia Y Cia., S En Cs

88. Carillanca, C.A.

89. Carillanca, S.A.

90. Jorge Enrique Jiménes Urrego, Money Launderer (SDNTK, May 2010 Press Chart)

91. Myriam Rincón Molina, Farc Money Launderer (SDNTK, May 2010 Press Chart)

92. Maria Mercedes Jiménes Urrego, Farc Money Launderer (SDNTK, May 2010 Press Chart)

93. Carlos Olimpo Díaz Herrera, Farc Money Launderer (SDNTK, May 2010 Press Chart)

94. José Riquarte Díaz Herrera (SDNTK, May 2010 Press Chart)

95. Luz Marina Moreno Bernal (SDNTK, May 2010 Press Chart)

96. Juan Manuel Camacho Rincón, Farc Drug Trafficker (SDNTK, May 2010 Press Chart)

97. Blanca Virginia Jiménes Urrego, Key Money Launderer (SDNTK, May 2010 Press Chart)

98. Carmen Rosa Jiménes Urrego, Key Money Launderer (SDNTK, May 2010 Press Chart)

99. Carlos Agust Urrego Escudero, Key Money Launderer (SDNTK, May 2010 Press Chart)

100.    German Ballen Solano, Money Laundering Associate (SDNTK, May 2010 Press Chart)

101.    Mario Alejandro Gutiérrez Lara, Money Laundering Associate (SDNTK, May 2010 Press Chart)

102.    José Maria Pérez Córdoba, Money Laundering Associate (SDNTK, May 2010 Press Chart)

103.    José Manuel Rincón Molina, Money Laundering Associate (SDNTK, May 2010 Press Chart)

104.    Liliana Paola Gutiérrez Lara, Money Laundering Associate (SDNTK, May 2010 Press Chart)

105.    Elsa Quimbayo Cabezas, Money Laundering Associate (SDNTK, May 2010 Press Chart)

106.    Flor Nelsy Castillo Rodriguez, Money Laundering Associate (SDNTK, May 2010 Press Chart)

107.    Gloria Inés Romaries Bonilla, Part Of Money Laundering Network (SDNTK, May 2010 Press Chart)

108.    Luz Marina Jiménes Urrego, Part Of Money Laundering Network (SDNTK, May 2010 Press Chart)

109.    Andrés Elias Clavijo Romero, Part Of Money Laundering Network (SDNTK, May 2010 Press Chart)

110.    Manuel Humberto Ballen Solano, Part Of Money Laundering Network (SDNTK, May 2010 Press Chart)

111.    Rodrigo Granda Escobar

112.    Negociamos Mem, Ltda [SDNTK]

113.    Promotora Hotelera, Ltda [SDNTK]

114.    Lulu Com [SDNTK]

115.    Inversiones Granda Restrepo Y Cia., S.C.S. [SDNTK]

116.    C.I. Stones And Byproducts Trading, S.A.[SDNTK]

117.    Fimesa De Colombia, S.A. [SDNTK]

118.    C.I. Agroindustrial De Materias Primas Organicas, Ltda (A.K.A. C.I. Prorganicas, Ltda) [SDNTK]

119.    Mercado De Valores Integrados, Ltda (A.K.A. Valintegrados, Ltda) [SDNTK]

Exhibit E
Page 8

120. Promotora De Materias Primas Organicas Del Tolima (A.K.A. Promatol, Ltda) [SDNTK]

121. Juan Sebastian Y Camila Andrea Jiménes Ramirez Y Cia., S.C.S. [SDNTK]

122. Comunicaciones Elyon [SDNTK]

123. Profesionales En Ganaderia [SDNTK]

124. Olidem Romel Solarte Ceron, Finance And Logistics Chief For Farc's 48th Front (SDNTK, June 2010 Press Chart)

125. Gilma Montenegro Vallejos A.K.A. "Norma," Weapons Supplier (SDNTK, June 2010 Press Chart)

126. Jefferson Ostaiza Amay A.K.A. "El Chachi," Head Of Ostaiza Drug Trafficking Organization (SDNTK, June 2010 Press Chart)

127. Edison Ariolfoostaizaamay, Drug Trafficker (SDNTK, June 2010 Press Chart)

128. Miguel Ostaiza Amay, Drug Trafficker (SDNTK, June 2010 Press Chart)

129. Gentil Gómez Marin A.K.A. "Edgar Tovar" A.K.A. Angel Losada Garcia

130. Multinacional Integral Productiva Joomy Erna

131. Cambios Euro, Ltda [SDNTK]

132. Dizriver Cia., S. En C. [SDNTK]

133. La Monedita De Oro, Ltda [SDNTK]

134. Colchones Sunmoons, Ltda

135. José Evaristo Linares Castillo A.K.A. "Don Evaristo," Collaborates With Farc On International Narcotics Trafficking (SDNTK, February 2013 Press Chart)

# Exhibit F

1. Pedro Antonio Marin "Manuel Marulanda," Farc Supreme Leader (SDNTK, February 2004 Press Chart)

2. Juvenal Ovidio Ricardo Palmera Pineda "Simon Trinidad," Farc Commander (SDNTK, February 2004 Press Chart)

3. Milton De Jesús Toncel Redondo "Joaquín Gomez," Secretariat Member And Farc Commander (SDNTK, February 2004 Press Chart)

4. Rodrigo Londoño Echeverry "Timoleón Jiménes" Secretariat Member And Farc Commander (SDNTK, February 2004 And September 2008 Press Charts)

5. Noel Mata Mata A.K.A. "Efran Guzmán" (SDNTK, February 2004 And September 2008 Press Charts)

6. Luciano Marín Arango "Iván Márquez" Secretariat Member And Farc Commander (SDNTK, February 2004 And September 2008 Press Charts)

7. Guillermo Leon Saenz Vargas "Alfonso Cano" Secretariat Member And Farc Commander (SDNTK, February 2004 Press Chart)

8. Luis Edgar Devia Silva "Raúl Reyes" Secretariat Member (SDNTK, February 2004 Press Chart)

9. Jorge Briceno Suárez "Mono Jojoy" Secretariat Member And Farc Military Commander (SDNTK, February 2004 Press Chart)

10. German Briceno Suárez "Granobles" Farc Commander (SDNTK, February 2004 Press Chart)

11. Luis Alberto Alban Burbano, Farc International Representative (SDNTK, February 2004 Press Chart)

Exhibit F
Page 1

12. Henry Castellanos Garzón "Romaña" Farc Front Commander (SDNTK, February 2004 Press Chart)

13. José Benito Cabrera Cuevas "Fabián Ramírez" Farc Commander (SDNTK, February 2004 Press Chart)

14. Tomás Molina Caracas "Negro Acacio" 16th Front Commander (SDNTK, February 2004 Press Chart)

15. Jorge Torres Victoria "Pablo Catatumbo" Farc Central General Staff Member And Farc Commander (SDNTK, February 2004 Press Chart)

16. Gustavo Bocota Aguablanca, Farc Member (SDNTK, February 2004 Press Chart)

17. Eugenio Vargas Perdomo "Carlos Bolas," Farc Member (SDNTK, February 2004 Press Chart)

18. Oscar Caracas Viveros, Farc Member (SDNTK, February 2004 Press Chart)

19. Jesús Emilio Carvajalino "Andrés Paris," Farc Secretariat Or Central High Command (SDNTK, September 2006 Press Chart)

20. José Juvenal Velandia A.K.A. Manuel Jesús Muñoz Ortiz "Iván Ríos" Farc Secretariat Or Central High Command (SDNTK, September 2006 Press Chart)

21. José Lisandrolascarro "Pastor Alape" Farc Secretariat Or Central High Command (SDNTK, September 2006 Press Chart)

22. Alvaro Alfonso Serpa Díaz "Felipe Rincon" Farc Secretariat Or Central High Command (SDNTK, September 2006 Press Chart)

23. Gener Garcia Molina "John 40," 43rd Front Commander (SDNTK, September 2006 Press Chart)

Exhibit F
Page 2

24. Gerardo Antonio Aguilar Ramirez, 1st Front Commander (SDNTK, September 2006 And July 2008 Press Charts)

25. Rodrigo Granda Escobar, Farc International Representative (SDNTK, September 2006, September 2008, And May 2010 Press Charts)

26. Ferney Tovar Parra, Key Farc Member (SDNTK, September 2006 Press Chart)

27. Gentil Alvis Patino, Key Farc Member (SDNTK, September 2006 Press Chart)

28. Sixto Antonio Cabana Guillén (SDNTK, November 2007 Press Chart)

29. Hermilo Cabrera Díaz (SDNTK, November 2007 Press Chart)

30. Abelardo Caicedo Colorado (SDNTK, November 2007 Press Chart)

31. Norbei Camargo (SDNTK, November 2007 Press Chart)

32. Erminso Cuevas Cabrera (SDNTK, November 2007 Press Chart)

33. Ignacio Leal García (SDNTK, November 2007 Press Chart)

34. Luis Eduardo López Méndez (SDNTK, November 2007 Press Chart)

35. José Epinemio Molina González (SDNTK, November 2007 Press Chart)

36. Alonso Olarte Lombana (SDNTK, November 2007 Press Chart)

37. Miguel Angel Pascuas Santos (SDNTK, November 2007 Press Chart)

38. Jorge Enrique Rodríguez Mendieta (SDNTK, November 2007 Press Chart)

39. Emiro Del Carmen Ropero Suárez (SDNTK, November 2007 Press Chart)

40. Miguel Santanilla Botache (SDNTK, November 2007 Press Chart)

41. Guillermo Enrique Torres Cueter (SDNTK, November 2007 Press Chart)

42. Erasmo Traslavina Benavides (SDNTK, November 2007 Press Chart)

43. Victor Julio Suárez Rojas, Farc Secretariat Member (SDNTK, January 2008, April 2008, And August 2009 Press Charts)

44. Luis Eduardo López Méndez. 27th Front Commander (SDNTK, January 2008, April 2008, And August 2009 Press Charts)

45. Norberto Antonio Agudelo Velásquez "Amado." Drug Trafficker (SDNTK, January 2008 Press Chart)

46. Jorge Eliecer Vargas Arias. Owner Of Comercializadora Colombian Money Exchange, Ltda (SDNTK, January 2008 Press Chart)

47. Sandra Milena Vargas Soler. Owner Of Comercializadora Colombian Money Exchange, Ltda (SDNTK, January 2008 Press Chart)

48. Jorge Leandro Vargas Alba. Contact For Comercializadora Colombian Money Exchange, Ltda (SDNTK, January 2008 Press Chart)

49. Dora Lilia Pava Giraldo. General Manager Of Ofcomercializadora Colombian Money Exchange, Ltda (SDNTK, January 2008 Press Chart)

50. César Augusto Vargas Alba. Owner Of Comercializadora Colombian Money Exchange, Ltda (SDNTK, January 2008 Press Chart)

51. Nilson Calderon Velandia. Drug Trafficker (SDNTK, April 2008 Press Chart)

52. José Edilberto Camacho Bernal. Intermediary Contact Person (SDNTK, April 2008 Press Chart)

53. Myriam Rincon Molina. Owner Of Cambios El Trebol (SDNTK, April 2008 Press Chart)

54. Cambios El Trebol (SDNTK, April 2008 Press Chart)

55. Alexander Farfan Suárez "Enrique Gafas." 7th Ranking Member For The Farc 1st Front (SDNTK, July 2008 Press Chart)

56. Nancy Conde Rubio "Doris Adriana." 4th Ranking Member And Logistics Coordinator (SDNTK, July 2008 Press Chart)

Exhibit F
Page 4

57. Ana Isabel Peña Arévalo "Doña Chava," Operator Of Comunicaciones Unidas De Colombia, Ltda (SDNTK, July 2008 Press Chart)

58. Luz Mery Gutiérrez Vergara (SDNTK, July 2008 Press Chart)

59. José Maria Corredor Ibague "El Boyaco" (SDNTK, July 2008 Press Chart)

60. Bladimir Culma Sunz (SDNTK, July 2008 Press Chart)

61. Edilma Morales Loaiza (SDNTK, July 2008 Press Chart)

62. Josue Cuesta León "El Viejo" (SDNTK, July 2008 Press Chart)

63. Ana Leonor Torres "Juliana," Logistics And Financial (SDNTK, July 2008 Press Chart)

64. Camilo Rueda Gil "El Primo," Logistics And Financial (SDNTK, July 2008 Press Chart)

65. Maribel Gallego Rubio "Maritza," Logistics And Financial (SDNTK, July 2008 Press Chart)

66. Miguel Angel Diaz Orjuela, Owner Of Cambios Euro, Ltda (SDNTK, July 2008 Press Chart)

67. Noe Suárez Rojas, Secretariat Member And Farc Commander (SDNTK, September 2008 Press Chart)

68. Hugo Armando Carvajal Barrios, Director Of Venezuelan Military Intelligence Directorate (Dgim) (SDNTK, September 2008 Press Chart)

69. Henry De Jesús Rangel Silva, Director Of Venezuelan Directorate Of Intelligence And Prevention Services (Disip) (SDNTK, September 2008 Press Chart)

70. Ramón Emilio Rodríguez Chacín, Former Venezuelan Minister Of Interior And Justice (SDNTK, September 2008 Press Chart)

71. Nubia Calderón De Trujillo "Esperanza," Farc Representative For Ecuador (SDNTK, September 2008 And January 2009 Press Charts)

72. Francisco Antonio Cadena Collazos "El Curacamilo," Farc Representative For Brazil (SDNTK, September 2008 And January 2009 Press Charts)

Exhibit F
Page 5

73. Jairo Alfonso Lesmes Bulla "Javier Calderon." Fare Representative For Argentina, Chile, Uruguay, And Paraguay (SDNTK, September 2008 And January 2009 Press Charts)

74. Ovidio Salinas Pérez "Juan Antonio Rojas." Fare Representative For Panama (SDNTK, September 2008 And January 2009 Press Charts)

75. Efrain Pablo Trejo Freire "Pablo Trejos Freyre." Fare Representative For Peru (SDNTK, September 2008 And January 2009 Press Charts)

76. Jorge Davallos Torres. Fare Representative For Canada (SDNTK, September 2008 And January 2009 Press Charts)

77. Orlay Jurado Palomino "Commander Hermes." Fare Representative For Venezuela (SDNTK, September 2008 And January 2009 Press Charts)

78. Liliana López Palacios "Olga Lucia Marin." Fare Representative For Mexico (SDNTK, September 2008 And January 2009 Press Charts)

79. María Remedios García Albert "Soraya" "Irene." Fare Representative For Spain (SDNTK, January 2009 Press Chart)

80. Vlaudin Rodrigo Vega "Carlos Vlaudin." Fare Representative For Australia (SDNTK, January 2009 Press Chart)

81. Omar Arturo Zabala Padilla "Omar Enrique Zabala Padilla" "Lucas Gualdron." Fare Representative For France, Italy, And Switzerland (SDNTK, January 2009 Press Chart)

82. José Cayetanomeloperilla. Owner Of Several Financial Fronts (SDNTK, August 2009 And March 2010 Press Charts)

83. Jorge Enrique Jiménes Urrego. Money Launderer (SDNTK, May 2010 Press Chart)

84. Myriam Rincón Molina. Fare Money Launderer (SDNTK, May 2010 Press Chart)

85. María Mercedes Jiménes Urrego. Fare Money Launderer (SDNTK, May 2010 Press Chart)

86. Carlos Olimpo Diaz Herrera, Fare Money Launderer (SDNTK, May 2010 Press Chart)

87. José Riquarte Diaz Herrera (SDNTK, May 2010 Press Chart)

88. Luz Marina Moreno Bernal (SDNTK, May 2010 Press Chart)

89. Juan Manuel Camacho Rincón, Fare Drug Trafficker (SDNTK, May 2010 Press Chart)

90. Blanca Virginia Jiménes Urrego, Key Money Launderer (SDNTK, May 2010 Press Chart)

91. Carmen Rosa Jiménes Urrego, Key Money Launderer (SDNTK, May 2010 Press Chart)

92. Carlos Agust Urrego Escudero, Key Money Launderer (SDNTK, May 2010 Press Chart)

93. German Ballen Solano, Money Laundering Associate (SDNTK, May 2010 Press Chart)

94. Mario Alejandro Gutiérrez Lara, Money Laundering Associate (SDNTK, May 2010 Press Chart)

95. José Maria Pérez Córdoba, Money Laundering Associate (SDNTK, May 2010 Press Chart)

96. José Manuel Rincón Molina, Money Laundering Associate (SDNTK, May 2010 Press Chart)

97. Liliana Paola Gutiérrez Lara, Money Laundering Associate (SDNTK, May 2010 Press Chart)

98. Elsa Quimbayo Cabezas, Money Laundering Associate (SDNTK, May 2010 Press Chart)

99. Flor Nelsy Castillo Rodriguez, Money Laundering Associate (SDNTK, May 2010 Press Chart)

100.   Gloria Inés Romaries Bonilla, Part Of Money Laundering Network (SDNTK, May 2010 Press Chart)

101.   Luz Marina Jiménes Urrego, Part Of Money Laundering Network (SDNTK, May 2010 Press Chart)

102.   Andrés Elías Clavijo Romero, Part Of Money Laundering Network (SDNTK, May 2010 Press Chart)

103. Manuel Humberto Ballen Solano, Part Of Money Laundering Network (SDNTK, May 2010 Press Chart)

104. Negociamos Mem, Ltda [SDNTK]

105. Promotora Hotelera, Ltda [SDNTK]

106. Lulu Com [SDNTK]

107. Inversiones Granda Restrepo Y Cia., S.C.S. [SDNTK]

108. C.I. Stones And Byproducts Trading, S.A.[SDNTK]

109. Fimesa De Colombia, S.A. [SDNTK]

110. C.I. Agroindustrial De Materias Primas Organicas, Ltda (A.K.A. C.I. Prorganicas, Ltda) [SDNTK]

111. Mercado De Valores Integrados, Ltda (A.K.A. Valintegrados, Ltda) [SDNTK]

112. Promotora De Materias Primas Organicas Del Tolima (A.K.A. Promatol, Ltda) [SDNTK]

113. Juan Sebastian Y Camila Andrea Jiménes Ramirez Y Cia., S.C.S. [SDNTK]

114. Comunicaciones Elyon [SDNTK]

115. Profesionales En Ganaderia [SDNTK]

116. Olidem Romel Solarte Ceron, Finance And Logistics Chief For Farc's 48th Front (SDNTK, June 2010 Press Chart)

117. Gilma Montenegro Vallejos A.K.A. "Norma," Weapons Supplier (SDNTK, June 2010 Press Chart)

118. Jefferson Ostaiza Amay A.K.A. "El Chachi," Head Of Ostaiza Drug Trafficking Organization (SDNTK, June 2010 Press Chart)

119. Edison Ariolfoostaizaamay, Drug Trafficker (SDNTK, June 2010 Press Chart)

120. Miguel Ostaiza Amay, Drug Trafficker (SDNTK, June 2010 Press Chart)

Exhibit F
Page 8

121.   Cambios Euro, Ltda [SDNTK]

122.   Dizriver Cia., S. En C. [SDNTK]

123.   La Monedita De Oro, Ltda  [SDNTK]

124.   José Evaristo Linares Castillo A.K.A. "Don Evaristo," Collaborates With Fare On
International Narcotics Trafficking (SDNTK, February 2013 Press Chart)

Exhibit F
Page 9

# Exhibit G

1. Nelson Vargas Rueda

2. Gustavo Bocota Aguablanca

3. Cambios NASDAQ, LTDA

4. PARQUEADERO DE LA 25-13

5. CARILLANCA COLOMBIA Y CIA., S EN CS

6. CARILLANCA, C.A.

7. CARILLANCA, S.A.

8. Rodrigo Granda Escobar

9. Gentil Gómez Marin a.k.a. "Edgar Tovar" a.k.a. Angel Losada García

10. Multinacional Integral Productiva Joomy Ema

11. Colchones Sunmoons, LTDA

Exhibit G
Page 1

# Exhibit I

1. Daniel Barrera Barrera A.K.A. "El Loco Barrera," Drug Trafficking Partner With Farc (SDNTK, March 2010 And December 2012 Press Charts)

2. Pedro Oliveiro Guerrero Castillo A.K.A. "Cuchillo," Drug Trafficking Partner With Farc (SDNTK, March 2010 And December 2010 Press Charts)

3. Danilo Bustos Suárez, Key Criminal Collaborator For Barrera Barrera (SDNTK, March 2010 Press Chart)

4. Armando Gutiérrez Garavito, Key Criminal Collaborator For Barrera Barrera (SDNTK, March 2010 Press Chart)

5. Wilmer Ospina Murillo, Key Criminal Collaborator For Barrera Barrera (SDNTK, March 2010 Press Chart)

6. Tulio Adán Aristizabal Giraldo, Key Criminal Collaborator For Barrera Barrera (SDNTK, March 2010 Press Chart)

7. Jaime Jerez Galeano, Key Money Launderer For Barrera Barrera (SDNTK, March 2010 Press Chart)

8. Oscar Alberto Jerez Pineda, Key Money Launderer For Barrera Barrera (SDNTK, March 2010 Press Chart)

9. Oscar Richard Martínez Arango, Key Money Launderer For Barrera Barrera (SDNTK, March 2010 Press Chart)

10. José Lenoir Aguilar Duarte, Key Front Person For Barrera Barrera (SDNTK, March 2010 Press Chart)

11. Jesús Antonio Londono Zapata, Key Front Person For Barrera Barrera (SDNTK, March 2010 Press Chart)

Exhibit 1
Page 1

12. Oscar De Jesús Lopez Cadavid. Key Front Person For Guerrero Castillo (SDNTK. March 2010 Press Chart)

13. Neblo De Jesús Echeverry Cadavid. Key Front Person For Guerrero Castillo (SDNTK. March 2010 Press Chart)

14. Germán Gonzalo Sánchez Ray A.K.A. "Coleta." Drug Trafficking Facilitator For Barrera Barrera (SDNTK. December 2010 Press Chart)

15. Ruidy Alirio Zarate Moreno A.K.A. "Runcho." Drug Trafficking Facilitator For Barrera Barrera (SDNTK. December 2010 Press Chart)

16. Carlos Fernando Serralde Plaza. Drug Trafficking Facilitator For Barrera Barrera (SDNTK. December 2010 Press Chart)

17. Danit Dario Doria Castillo. Erpac Member (SDNTK. December 2010 Press Chart)

18. Deysi Yamile Molano Torres. Erpac Member (SDNTK. December 2010 Press Chart)

19. Blanca Lucy Rey Rey. Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK. December 2010 Press Chart)

20. Alberto De Set Sánchez Rey. Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK. December 2010 Press Chart)

21. Carlos Hernán Serralde Rodriguez. Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK. December 2010 Press Chart)

22. Miguel De Los Santos Peña Torres. Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK. December 2010 Press Chart)

23. Carlos Arturo Isaza Alvarez. Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK. December 2010 Press Chart)

Exhibit I
Page 2

24. Adolfo León Gómez Rúa, Individual Linked To Barrera Barrera And Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

25. Hernando Sánchez Rey, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

26. Nohora Galeano Jerez, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

27. Saúl Galeano Herreno, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

28. Alejandro Herreno Barrera, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

29. Fernando Alberto Galindo Martinez, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

30. Alicia Martinez, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

31. Herjez, Ltda. (A.K.A. Carnes Cuernavaca) (SDNTK, March 2010 Press Chart)

32. Matambre De Lo Mejor

33. Inversiones Taladro Ltda. (A.K.A. Kuarzo Discoteca) (SDNTK, March 2010 Press Chart)

34. Colpretinas, Ltda. (A.K.A. Cp Textiles) (SDNTK, March 2010 Press Chart)

35. Bingo Internacional E.U. (SDNTK, March 2010 Press Chart)

36. Blue-Star Seccion Hosteleria S.L. (SDNTK, March 2010 Press Chart)

37. Cia. Comercializadora De Motocicletas Y Repuestos S.A. (A.K.A. Wismotos S.A.) (SDNTK, March 2010 Press Chart)

Exhibit I
Page 3

38. Comercializadora De Carnes Mgci Ltda. (A.K.A. Carnes El Proveedor C F P; Carnes La Mundial M.A) (SDNTK. March 2010 Press Chart)

39. Comercializadora E Inversiones Bustos Ariza Y Cia., S.C.S. (A.K.A. Transciba) (SDNTK. March 2010 Press Chart)

40. Criadero El Tambo Ltda.

41. Cultivar S.A.

42. Dewbelle Centro De Estetica Y Belleza. Ltda (SDNTK. March 2010 Press Chart)

43. Disco. S.A.

44. Gestionalfa. Ltda

45. Inversiones Ganaderas Y Palmeras. S.A. (A.K.A. Ganapalmas S.A.) (SDNTK. March 2010 Press Chart)

46. Jaime Jerez V. Y Cia.. S.C.S. Jergal. S.C.S. (SDNTK. March 2010 Press Chart)

47. Jesbel Y Cia. S. En C.

48. Logistica Y Transporte Norval Ltda. (SDNTK. March 2010 Press Chart)

49. Moderna Express Transporte De Carga Ltda. (SDNTK. March 2010 Press Chart)

50. Panos Y Sedas. Ltda. (A.K.A. Telarama A Y S)

51. Proveedores Y Distibuidores Nacionales S.A. (A.K.A. Nacional Distibuciones; Prodisnal S.A.; Proveedor Hogar) (SDNTK. March 2010 Press Chart)

52. Supermercados El Proveedor

53. Hacienda Vendaval Vereda Paloma Km. 2(SDNTK. March 2010 Press Chart)

54. Servicios Turisticos El Galeron Llanero Ltda. (A.K.A. Parador Turistico Y Hotel Galeron Llanero)(SDNTK. March 2010 And December 2012 Press Charts)

Exhibit J
Page 4

55. Asociacion Colombiana De Criadores De Ganado Limousin (SDNTK, March 2010 And December 2012 Press Charts)

56. Fertilizantes Liquidos De La Sabana Ltda.(SDNTK, March 2010 And December 2012 Press Charts)

57. Comercializadora Automotora Matecana Ltda.(SDNTK, March 2010 And December 2012 Press Charts)

58. Inversiones Y Distribuciones Colombianas El Oasis, Ltda.(SDNTK, March 2010 And December 2012 Press Charts)

59. Ladrillera El Porvenir, Ltda.(SDNTK, March 2010 And December 2012 Press Charts)

60. Sucesores De Hernando Sanchez V, S.C.S.(SDNTK, March 2010 And December 2012 Press Charts)

61. Obras, Servicios Y Mantenimientos, C.A. (A.K.A. Osermaca)(SDNTK, March 2010 And December 2012 Press Charts)

62. Agropecuaria Serro, S.A.S. (A.K.A. Agroserro)(SDNTK, March 2010 And December 2012 Press Charts)

63. Amg Ricas Pizza (A.K.A. Fusion Pizza & Parrilla: Rica's Pizza) (SDNTK, March 2010 And December 2012 Press Charts)

64. Onlytex, S.A.

65. Inversiones Buenos Aires, Ltda. (A.K.A. Hotel Cabanas El Otun) (SDNTK, March 2010 And December 2012 Press Charts)

66. Agrofuturo R.H. Y Cia., S.C.S.

67. Colombian Green Stone Corporation, Ltda.(SDNTK, March 2010 And December 2012 Press Charts)

Exhibit 1
Page 5

68. Comercializadora El Proveedor. Ltda (SDNTK. March 2010 And December 2012 Press Charts)

69. Importaciones Y Exportaciones Zafiro. S.L.(SDNTK. March 2010 And December 2012 Press Charts)

70. Cia. Agroindustrial Palmera, S.A. (A.K.A. Agroindupalma, S.A.) (SDNTK. March 2010 And December 2012 Press Charts)

71. Melrux Rica S Pizza (SDNTK. March 2010 And December 2012 Press Charts)

72. Adn Consultores. Ltda.(SDNTK. March 2010 And December 2012 Press Charts)

73. 7 Karnes(SDNTK. March 2010 And December 2012 Press Charts)

74. Mojete Parrilla (SDNTK. March 2010 And December 2012 Press Charts)

75. T Plus. S.A.S.

76. Digital Comunications Service. Ltda.(SDNTK. March 2010 And December 2012 Press Charts)

77. Dolautos Vehiculos Einmuebles Y Cia.. Ltda. (SDNTK. March 2010 And December 2012 Press Charts)

78. Inversiones Mineras H.D.Empresa Unipersonal (SDNTK. March 2010 And December 2012 Press Charts)

Exhibit I
-Page 6

# Exhibit J

1. Daniel Barrera Barrera A.K.A. "El Loco Barrera," Drug Trafficking Partner With Farc (SDNTK, March 2010 And December 2012 Press Charts)

2. Pedro Oliveiro Guerrero Castillo A.K.A. "Cuchillo," Drug Trafficking Partner With Farc (SDNTK, March 2010 And December 2010 Press Charts)

3. Danilo Bustos Suárez, Key Criminal Collaborator For Barrera Barrera (SDNTK, March 2010 Press Chart)

4. Armando Gutiérrez Garavito, Key Criminal Collaborator For Barrera Barrera (SDNTK, March 2010 Press Chart)

5. Wilmer Ospina Murillo, Key Criminal Collaborator For Barrera Barrera (SDNTK, March 2010 Press Chart)

6. Tulio Adán Aristizabal Giraldo, Key Criminal Collaborator For Barrera Barrera (SDNTK, March 2010 Press Chart)

7. Jaime Jerez Galeano, Key Money Launderer For Barrera Barrera (SDNTK, March 2010 Press Chart)

8. Oscar Alberto Jerez Pineda, Key Money Launderer For Barrera Barrera (SDNTK, March 2010 Press Chart)

9. Oscar Richard Martinez Arango, Key Money Launderer For Barrera Barrera (SDNTK, March 2010 Press Chart)

10. José Lenoir Aguilar Duarte, Key Front Person For Barrera Barrera (SDNTK, March 2010 Press Chart)

11. Jesús Antonio Londono Zapata, Key Front Person For Barrera Barrera (SDNTK, March 2010 Press Chart)

Exhibit J
Page 1

12. Oscar De Jesús Lopez Cadavid, Key Front Person For Guerrero Castillo (SDNTK, March 2010 Press Chart)

13. Neblo De Jesús Echeverry Cadavid, Key Front Person For Guerrero Castillo (SDNTK, March 2010 Press Chart)

14. Germán Gonzalo Sánchez Ray A.K.A. "Coleta," Drug Trafficking Facilitator For Barrera Barrera (SDNTK, December 2010 Press Chart)

15. Rutdy Alirio Zarate Moreno A.K.A. "Runcho," Drug Trafficking Facilitator For Barrera Barrera (SDNTK, December 2010 Press Chart)

16. Carlos Fernando Serralde Plaza, Drug Trafficking Facilitator For Barrera Barrera (SDNTK, December 2010 Press Chart)

17. Danit Dario Doria Castillo, Erpac Member (SDNTK, December 2010 Press Chart)

18. Deysi Yamile Molano Torres, Erpac Member (SDNTK, December 2010 Press Chart)

19. Blanca Lucy Rey Rey, Individual Linked To Barrera Barrera And Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

20. Alberto De Set Sánchez Rey, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

21. Carlos Hernán Serralde Rodríguez, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

22. Miguel De Los Santos Peña Torres, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

23. Carlos Arturo Isaza Alvarez, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

24. Adolfo León Gómez Rúa, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

25. Hernando Sánchez Rey, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

26. Nohora Galeano Jerez, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

27. Saúl Galeano Herreno, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

28. Alejandro Herreno Barrera, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

29. Fernando Alberto Galindo Martinez, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

30. Alicia Martinez, Individual Linked To Barrera Barrera And/Or Guerrero Castillo (SDNTK, December 2010 Press Chart)

31. Herjez, Ltda. (A.K.A. Carnes Cuernavaca) (SDNTK, March 2010 Press Chart)

32. Matambre De Lo Mejor(SDNTK, March 2010 Press Chart)

33. Inversiones Taladro Ltda. (A.K.A. Kuarzo Discoteca) (SDNTK, March 2010 Press Chart)

34. Colpretinas, Ltda. (A.K.A. Cp Textiles) (SDNTK, March 2010 Press Chart)

35. Bingo Internacional E.U. (SDNTK, March 2010 Press Chart)

36. Blue-Star Seccion Hosteleria S.L. (SDNTK, March 2010 Press Chart)

37. Cia. Comercializadora De Motocicletas Y Repuestos S.A. (A.K.A. Wismotos S.A.) (SDNTK, March 2010 Press Chart)

38. Comercializadora De Carnes Mgci Ltda. (A.K.A. Carnes El Proveedor C F P; Carnes La Mundial M.A) (SDNTK, March 2010 Press Chart)

39. Comercializadora E Inversiones Bustos Ariza Y Cia., S.C.S. (A.K.A. Transeiba) (SDNTK, March 2010 Press Chart)

40. Dewbelle Centro De Estetica Y Belleza, Ltda (SDNTK, March 2010 Press Chart)

41. Inversiones Ganaderas Y Palmeras, S.A. (A.K.A. Ganapalmas S.A.) (SDNTK, March 2010 Press Chart)

42. Jaime Jerez V. Y Cia., S.C.S. Jergal, S.C.S. (SDNTK, March 2010 Press Chart)

43. Logistica Y Transporte Norval Ltda. (SDNTK, March 2010 Press Chart)

44. Moderna Express Transporte De Carga Ltda. (SDNTK, March 2010 Press Chart)

45. Proveedores Y Distibuidores Nacionales S.A. (A.K.A. Nacional Distibuciones; Prodisnal S.A.; Proveedor Hogar) (SDNTK, March 2010 Press Chart)

46. Hacienda Vendaval Vereda Paloma Km. 2(SDNTK, March 2010 Press Chart)

47. Servicios Turisticos El Galeron Llanero Ltda. (A.K.A. Parador Turistico Y Hotel Galeron Llanero)(SDNTK, March 2010 And December 2012 Press Charts)

48. Asociacion Colombiana De Criadores De Ganado Limousin (SDNTK, March 2010 And December 2012 Press Charts)

49. Fertilizantes Liquidos De La Sabana Ltda.(SDNTK, March 2010 And December 2012 Press Charts)

50. Comercializadora Automotora Matecana Ltda.(SDNTK, March 2010 And December 2012 Press Charts)

51. Inversiones Y Distribuciones Colombianas El Oasis, Ltda.(SDNTK, March 2010 And December 2012 Press Charts)

52. Ladrillera El Porvenir. Ltda.(SDNTK. March 2010 And December 2012 Press Charts)

53. Sucesores De Hernando Sanchez V. S.C.S.(SDNTK. March 2010 And December 2012 Press Charts)

54. Obras. Servicios Y Mantenimientos. C.A. (A.K.A. Osermaca)(SDNTK. March 2010 And December 2012 Press Charts)

55. Agropecuaria Serro. S.A.S. (A.K.A. Agroserro)(SDNTK. March 2010 And December 2012 Press Charts)

56. Amg Ricas Pizza (A.K.A. Fusion Pizza & Parrilla: Rica's Pizza) (SDNTK. March 2010 And December 2012 Press Charts)

57. Inversiones Buenos Aires. Ltda. (A.K.A. Hotel Cabanas El Otun) (SDNTK. March 2010 And December 2012 Press Charts)

58. Colombian Green Stone Corporation. Ltda.(SDNTK. March 2010 And December 2012 Press Charts)

59. Comercializadora El Proveedor. Ltda (SDNTK. March 2010 And December 2012 Press Charts)

60. Importaciones Y Exportaciones Zafiro. S.L.(SDNTK. March 2010 And December 2012 Press Charts)

61. Cia. Agroindustrial Palmera. S.A. (A.K.A. Agroindupalma. S.A.) (SDNTK. March 2010 And December 2012 Press Charts)

62. Melrux Rica S Pizza (SDNTK. March 2010 And December 2012 Press Charts)

63. Adn Consultores. Ltda.(SDNTK. March 2010 And December 2012 Press Charts)

64. 7 Karnes(SDNTK. March 2010 And December 2012 Press Charts)

65. Mojete Parrilla (SDNTK. March 2010 And December 2012 Press Charts)

Exhibit J
Page 5

66. Digital Comunications Service, Ltda.(SDNTK, March 2010 And December 2012 Press Charts)

67. Dolautos Vehiculos Einmuebles Y Cia., Ltda. (SDNTK, March 2010 And December 2012 Press Charts)

68. Inversiones Mineras H.D.Empresa Unipersonal (SDNTK, March 2010 And December 2012 Press Charts)

Exhibit J
Page 6

# Exhibit J.1

1. Criadero El Tambo Ltda.

2. Cultivar S.A.

3. Disco, S.A.

4. Gestionalía, Ltda

5. Jesbel Y Cia. S. En C.

6. Panos Y Sedas, Ltda. (A.K.A. Telarama A Y S)

7. Supermercados El Proveedor

8. Onlytex, S.A.

9. Agrofuturo R.H. Y Cia., S.C.S.

10. T Plus, S.A.S.

Exhibit J.1
Page 1

# Exhibit L

1.  Amezcua Contreras Organization [SDNTK]

2.  Arellano-Felix Organization [SDNTK]

3.  Arriola Márquez Organization [SDNTK]

4.  Beltrán Leyva Cartel [SDNTK]

5.  Carrillo Fuentes Organization [SDNTK]

6.  Gulf Cartel [SDNTK]

7.  Juárez Cartel [SDNTK]

8.  La Familia Michoacana [SDNTK]

9.  Los Zetas [SDNTK] [Tco]

10. Miguel Trevino Morales [SDNTK]

11. Omar Trevino Morales [SDNTK]

12. Francisco Antonio Colorado Cessa [SDNTK]

13. Adt Petroservicios, S.A. De C.V.

14. Filemón Garcia Ayala [SDNTK]

15. Prodira Casa De Cambio S.A. De C.V.

16. Trastreva S.A. De C.V.

17. Alfredo Andrade Parra [SDNTK]

18. Jairo Estuardo Orellana Morales (A.K.A. "El Pelón") [SDNTK]

19. Marta Julia Lorenzana Cordon [SDNTK]

20. Juanita Del Carmen Rios Hernandez [SDNTK]

21. Distribuidora E Importadora De Productos Medicos Del Norte, S.A. De C.V.

22. Osiel Cardenas Guillen [SDNTK]

23. Jorge Eduardo Costilla Sanchez "El Coss" [SDNTK]

Exhibit L
Page 1

24. Antonio Ezequiel Cardenas Guillen "Tony Tormenta" [SDNTK]

25. Heriberto Lazcano Lazcano "Lazca" Or "Z-3" Or "Verdugo" [SDNTK]

26. Miguel Angel Trevino Morales "L-40" Or "Cuarenta" [SDNTK]

27. Carolina Fernandez Gonzalez [SDNTK]

28. Jesús Fernandez De Luna [SDNTK]

29. Emilio Guillermo Gonzalez Muniz [SDNTK]

30. Esperanza María Gonzalez Muniz [SDNTK]

31. Gerardo Fernandez De Luna [SDNTK]

32. Compania Ganadera 5 Manantiales S. De P.R. De R.L.

33. Omar Trevino Morales [SDNTK]

34. Juan Reyes Mejia Gonzalez [SDNTK]

35. Jesús Enrique Rejon Aguilar [SDNTK]

36. Mario Ramirez Trevino [SDNTK]

37. Gilberto Barragan Balderas [SDNTK]

38. Samuel Flores Borrego [SDNTK]

39. Iván Velasquez Caballero [SDNTK]

40. Flavio Mendez Santiago [SDNTK]

41. Lucio Hernandez Lechuga [SDNTK]

42. Sigifredo Najera Talamantes [SDNTK]

43. Jaime Gonzalez Duran [SDNTK]

44. Eleazar Medina Rojas [SDNTK]

45. Alfredo Rangel Buendia [SDNTK]

46. Aurelio Cano Flores [SDNTK]

Exhibit L
Page 2

47. Dimas Gonzalez Rodriguez [SDNTK]

48. Victor Manuel Vasquez Mireles [SDNTK]

49. Rogelio Gonzalez Pizana [SDNTK]

50. Gregorio Sauceda Gamboa [SDNTK]

51. Sergio Enrique Ruiz Tlapanco [SDNTK]

52. Daniel Perez Rojas [SDNTK]

53. Juan Gabriel Montes Sermeno [SDNTK]

54. Galdino Mellado Cruz [SDNTK]

55. Fernando Lopez Trejo [SDNTK]

56. Gustavo Gonzalez Castro [SDNTK]

57. Rogelio Guerra Ramirez [SDNTK]

58. Prisciliano Ibarra Yepis [SDNTK]

59. Eduardo Estrada Gonzalez [SDNTK]

60. Mateo Diaz Lopez [SDNTK]

61. Juan Daniel Velasquez Cabalero [SDNTK]

62. Carlos Alberto Rosales Mendoza [SDNTK]

63. Carlo Vera Calva [SDNTK]

64. Miguel Angel Soto Parra [SDNTK]

65. Ismael Marino Ortega Galicia [SDNTK]

66. Proceso Arturo Muro Gonzalez [SDNTK]

67. Ignacio Mateo Laureno [SDNTK]

68. Gonzalo Geresano Escriban [SDNTK]

69. Nabor Vargas Garcia [SDNTK]

Exhibit L
Page 3

70. Victor Nazario Castrejon Pena [SDNTK]

71. Omar Lormendez Pitalua [SDNTK]

72. Mario Flores Soto [SDNTK]

73. Cipriano Mendoza Contreras [SDNTK]

74. Benjamin Torres Sosa [SDNTK]

75. Rubén Acosta Ibarra [SDNTK]

76. Alfonso Lechuga Licona [SDNTK]

77. Ramón Ulises Carbajal Reyes [SDNTK]

78. Alvaro Sanchez Esteban [SDNTK]

79. Rubén Alejandro Valenzuela Zuniga [SDNTK]

80. Raúl Hernandez Barron [SDNTK]

81. Alejandro Perez Mancilla [SDNTK]

82. José Ramón Davila Lopez [SDNTK]

83. Sergio Pena Mendoza [SDNTK]

84. José Antonio Galarza Coronado [SDNTK]

85. Eduardo Mendoza Robles [SDNTK]

86. Jose Odilon Ramirez Perales [SDNTK]

87. Ismael Lopez Guerrero [SDNTK]

88. Manuel Aguirre Galindo Organization

89. Manuel Aguirre Galindo [SDNTK]

90. Esperanza Galindo Leyva

91. Complejo Turistico Oasis "Oasis Beach Resort & Convention Center" [SDNTK]

92. Sinaloa Federation [SDNTK]

Exhibit L
Page 4

93. Ismael Zambada Garcia Aka El Mayo [SDNTK]

94. Juan José Esparragoza Moreno Aka El Azul [SDNTK]

95. Heriberto Zazueta Godoy Aka "Capi Beto" [SDNTK]

96. Leopoldo Zazueta Gomez [SDNTK]

97. Romero Zevada [SDNTK]

98. Joaquín Guzmán Loera Aka El Chapo [SDNTK]

99. Juan José Esparragoza Moreno Aka El Azul [SDNTK]

100. Ismael Zambada Garcia Aka El Mayo [SDNTK]

101. Hugo Ceullar Hurtado

102. John Fredy Cuella Silva [SDNTK]

103. Lucy Amparo Vargas Núñez [SDNTK]

104. Ofelia Margarita Miramontes Gutiérrez [SDNTK]

105. Jenny Johanna Cuellar Silva [SDNTK]

106. Victor Hugo Cuellar Silva [SDNTK]

107. Gabriela Amarillas López [SDNTK]

108. José Guadalupe Tapia Quintero [SDNTK]

109. José Rodrigo Arechiga Gamboa Aka Chino Antrax [SDNTK]

110. Cenobio Flores Pacheco Aka Luis Fernando Castro Villa [SDNTK]

111. Armando López Aispuro [SDNTK]

112. Guillermo Nieblas Nava Aka Adelmo Niebla González [SDNTK]

113. Felipe De Jesús Sosa Canisales [SDNTK]

114. Raul Sabori Cisneros [SDNTK]

115. Ramón Ignacio Páez Soto [SDNTK]

Exhibit L
Page 5

Bk 29401 Pg 3027 CFN 20140807338 11/21/2014 14:55:35 Pg 140 of 273 Mia-Dade Cty, FL

116.    Jesús Alfredo Páez Soto

117.    Jesús Alfredo Salazar Ramírez  [SDNTK]

118.    José Javier Rascón Ramírez [SDNTK]

119.    Damazo López Núñez Aka El Licenciado [SDNTK]

120.    Inés Coronel Barreras [SDNTK]

121.    Ovidio Guzmán López [SDNTK]

122.    Griselda López Pérez [SDNTK]

123.    María Alejandrina Salazar Hernández [SDNTK]

124.    Iván Archivaldo Guzmán Salazar [SDNTK]

125.    Jesus Alfredo Guzmán Salazar

126.    José Antonio Núñez Bedoya [SDNTK]

127.    Mónica Janeth Verdugo García [SDNTK]

128.    Tomasa García Rios [SDNTK]

129.    Victor Manuel Félix Félix [SDNTK]

130.    Jorge Guillermo González Cardenas [SDNTK]

131.    Rigoberto Dias Paniagua [SDNTK]

132.    Oscar Domínguez Villa Díaz [SDNTK]

133.    Gabriela Vázquez Villavicencio [SDNTK]

134.    Agustín Reyes Garza Aka Don Pilo [SDNTK]

135.    Jorge Luis Llanos Gazia [SDNTK]

136.    Alejandro Flores Cacho Aka Alejandro Bolanos Cacho Aka Abel Robles Valdez [SDNTK]

137.    Ricardo García Sánchez [SDNTK]

Exhibit L
Page 6

138.   Arturo Ruiz Chávez Martínez [SDNTK]

139.   José Luis Rodarte Grijalava

140.   Oscar Arturo Jasso Rocha [SDNTK]

141.   Enrique Torres Gomez [SDNTK]

142.   Juan Carlos Cobo Ledesma [SDNTK]

143.   Jaime Andrés González Medina [SDNTK]

144.   Jair Fernando Urrea Lenis [SDNTK]

145.   Diana Lorena Toro Díaz [SDNTK]

146.   Javier Flores Cacho [SDNTK]

147.   Rafael Duarte Torres [SDNTK]

148.   Onécimo Antonio Amaya Alemán [SDNTK]

149.   Eduardo Massa Camacho [SDNTK]

150.   Arturo Olvera Estrada [SDNTK]

151.   Rodolfo Olvera Estrada [SDNTK]

152.   José Widoblo Hernández [SDNTK]

153.   Ignacio Coronel Villareal Aka Nacho [SDNTK]

154.   Héctor Contreras Nova [SDNTK]

155.   Néstor Alonso Tarazona Encisof

156.   Tijuana Cartel [SDNTK]

157.   Zambada García Organization

158.   Ismael Zabada García A.K.A. "Jerónimo López Landeros" " El Mayo Zambada"

159.   Javier Torres Félix(A.K.A. Horacio Tamayo Torres)

160.   Vicente Zambada Niebla (A.K.A. Vicente Sotelo Guzmán)

Exhibit L
Page 7

161. Zynthia Borboa Zazueta

162. María Teresa Zambada Niebla

163. Rosario Niebla Cardoza

164. Midiam Patricia Zambada Niebla

165. Mónica Del Rosario Zambada Niebla

166. Modesta Zambada Niebla

167. Multiservicios Jeviz S.A. De C.V.

168. Rosario Niebla Cardoza A. En P.(D.B.A. Gasolinera Rosario)

169. Nueva Industria De Ganaderos De Culiacan Sa De Cva.K.A Lecheria Santa Mónica

170. Establo Puerto Rico Sa De Cv

171. Jamaro Constructores Sa De Cv

172. Carmen Amelia Araujo Laveaga

173. Jesús Alfonso López Díaz

174. Santos Bueno García

175. José Antonio Peregrina Taboada

176. María Teresa Zambada Niebla

177. Midiam Patricia Zambada Niebla

178. Amezcua Contreras Organization

Exhibit L
Page 8

# Exhibit M

Miguel Trevino Morales  [SDNTK]

Omar Trevino Morales [SDNTK]

Francisco Antonio Colorado Cessa [SDNTK]

Adt Petroservicios, S.A. De C.V.

Filemón Garcia Ayala [SDNTK]

Prodira Casa De Cambio S.A. De C.V.

Trastreva S.A. De C.V.

Alfredo Andrade Parra [SDNTK]

Jairo Estuardo Orellana Morales (A.K.A. "El Pelón") [SDNTK]

Marta Julia Lorenzana Cordon [SDNTK]

Juanita Del Carmen Rios Hernandez [SDNTK]

Distribuidora E Importadora De Productos Medicos Del Norte, S.A. De C.V.

Osiel Cardenas Guillen [SDNTK]

Jorge Eduardo Costilla Sanchez  "El Coss" [SDNTK]

Antonio Ezequiel Cardenas Guillen  "Tony Tormenta" [SDNTK]

Heriberto Lazcano Lazcano "Lazca" Or "Z-3" Or "Verdugo" [SDNTK]

Miguel Angel Trevino Morales  "L-40" Or "Cuarenta" [SDNTK]

Carolina Fernandez Gonzalez [SDNTK]

Jesús Fernandez De Luna [SDNTK]

Emilio Guillermo Gonzalez Muniz [SDNTK]

Esperanza Maria Gonzalez Muniz [SDNTK]

Gerardo Fernandez De Luna [SDNTK]

Compania Ganadera 5 Manantiales S. De P.R. De R.L.

Omar Trevino Morales [SDNTK]

Juan Reyes Mejia Gonzalez [SDNTK]

Jesús Enrique Rejon Aguilar [SDNTK]

Mario Ramirez Trevino [SDNTK]

Gilberto Barragan Balderas [SDNTK]

Samuel Flores Borrego [SDNTK]

Iván Velasquez Caballero [SDNTK]

Flavio Mendez Santiago [SDNTK]

Lucio Hernandez Lechuga [SDNTK]

Sigifredo Najera Talamantes [SDNTK]

Jaime Gonzalez Duran [SDNTK]

Eleazar Medina Rojas [SDNTK]

Alfredo Rangel Buendia [SDNTK]

Aurelio Cano Flores [SDNTK]

Dimas Gonzalez Rodriguez [SDNTK]

Victor Manuel Vasquez Mireles [SDNTK]

Rogelio Gonzalez Pizana [SDNTK]

Gregorio Sauceda Gamboa [SDNTK]

Sergio Enrique Ruiz Tlapanco [SDNTK]

Daniel Perez Rojas [SDNTK]

Juan Gabriel Montes Sermeno [SDNTK]

Galdino Mellado Cruz [SDNTK]

Fernando Lopez Trejo [SDNTK]

Gustavo Gonzalez Castro [SDNTK]

Rogelio Guerra Ramirez [SDNTK]

Prisciliano Ibarra Yepis [SDNTK]

Eduardo Estrada Gonzalez [SDNTK]

Exhibit M
Page 2

Mateo Diaz Lopez [SDNTK]

Juan Daniel  Velasquez Cabalero [SDNTK]

Carlos Alberto Rosales Mendoza [SDNTK]

Carlo Vera Calva [SDNTK]

Miguel Angel Soto Parra [SDNTK]

Ismael Marino Ortega Galicia [SDNTK]

Proceso Arturo Muro Gonzalez [SDNTK]

Ignacio  Mateo Laureno [SDNTK]

Gonzalo Geresano Escriban [SDNTK]

Nabor Vargas Garcia [SDNTK]

Victor Nazario  Castrejon Pena [SDNTK]

Omar Lormendez Pitalua [SDNTK]

Mario Flores Soto [SDNTK]

Cipriano Mendoza Contreras [SDNTK]

Benjamin Torres Sosa [SDNTK]

Rubén Acosta Ibarra [SDNTK]

Alfonso Lechuga Licona [SDNTK]

Ramón Ulises Carbajal Reyes [SDNTK]

Alvaro Sanchez Esteban [SDNTK]

Rubén Alejandro Valenzuela Zuniga [SDNTK]

Raúl Hernandez Barron [SDNTK]

Alejandro Perez Mancilla [SDNTK]

José Ramón Davila Lopez [SDNTK]

Sergio Pena Mendoza [SDNTK]

José Antonio Galarza Coronado [SDNTK]

Exhibit M
Page 3

Eduardo Mendoza Robles  [SDNTK]

Jose Odilon Ramirez Perales [SDNTK]

Ismael Lopez Guerrero [SDNTK]

Exhibit M
Page 4

# Exhibit N

1.  Miguel Trevino Morales  [SDNTK]

2.  Omar Trevino Morales [SDNTK]

3.  Francisco Antonio Colorado Cessa [SDNTK]

4.  Filemón Garcia Ayala [SDNTK]

5.  Alfredo Andrade Parra [SDNTK]

6.  Jairo Estuardo Orellana Morales (A.K.A. "El Pelon") [SDNTK]

7.  Marta Julia Lorenzana Cordon [SDNTK]

8.  Juanita Del Carmen Rios Hernandez [SDNTK]

9.  Osiel Cardenas Guillen [SDNTK]

10. Jorge Eduardo Costilla Sanchez  "El Coss" [SDNTK]

11. Antonio Ezequiel Cardenas Guillen  "Tony Tormenta" [SDNTK]

12. Heriberto Lazcano Lazcano "Lazca" Or "Z-3" Or "Verdugo" [SDNTK]

13. Miguel Angel Trevino Morales  "L-40" Or "Cuarenta" [SDNTK]

14. Carolina Fernandez Gonzalez [SDNTK]

15. Jesús Fernandez De Luna [SDNTK]

16. Emilio Guillermo Gonzalez Muniz [SDNTK]

17. Esperanza Maria Gonzalez Muniz [SDNTK]

18. Gerardo Fernandez De Luna [SDNTK]

19. Omar Trevino Morales [SDNTK]

20. Juan Reyes Mejia Gonzalez [SDNTK]

21. Jesús Enrique Rejon Aguilar [SDNTK]

22. Mario Ramirez Trevino [SDNTK]

23. Gilberto Barragan Balderas [SDNTK]

24. Samuel Flores Borrego [SDNTK]

25. Iván Velasquez Caballero [SDNTK]

26. Flavio Mendez Santiago [SDNTK]

27. Lucio Hernandez Lechuga [SDNTK]

28. Sigifredo Najera Talamantes [SDNTK]

29. Jaime Gonzalez Duran [SDNTK]

30. Eleazar Medina Rojas [SDNTK]

31. Alfredo Rangel Buendia [SDNTK]

32. Aurelio Cano Flores [SDNTK]

33. Dimas Gonzalez Rodriguez [SDNTK]

34. Víctor Manuel Vasquez Mireles [SDNTK]

35. Rogelio Gonzalez Pizana [SDNTK]

36. Gregorio Sauceda Gamboa [SDNTK]

37. Sergio Enrique Ruiz Tlapanco [SDNTK]

38. Daniel Perez Rojas [SDNTK]

39. Juan Gabriel Montes Sermeno [SDNTK]

40. Galdino Mellado Cruz [SDNTK]

41. Fernando Lopez Trejo [SDNTK]

42. Gustavo Gonzalez Castro [SDNTK]

43. Rogelio Guerra Ramirez [SDNTK]

44. Prisciliano Ibarra Yepis [SDNTK]

45. Eduardo Estrada Gonzalez [SDNTK]

46. Mateo Diaz Lopez [SDNTK]

Exhibit N
Page 2

47. Juan Daniel Velasquez Cabalero [SDNTK]

48. Carlos Alberto Rosales Mendoza [SDNTK]

49. Carlo Vera Calva [SDNTK]

50. Miguel Angel Soto Parra [SDNTK]

51. Ismael Marino Ortega Galicia [SDNTK]

52. Proceso Arturo Muro Gonzalez [SDNTK]

53. Ignacio Mateo Laureno [SDNTK]

54. Gonzalo Geresano Escriban [SDNTK]

55. Nabor Vargas Garcia [SDNTK]

56. Victor Nazario Castrejon Pena [SDNTK]

57. Omar Lormendez Pitalua [SDNTK]

58. Mario Flores Soto [SDNTK]

59. Cipriano Mendoza Contreras [SDNTK]

60. Benjamin Torres Sosa [SDNTK]

61. Rubén Acosta Ibarra [SDNTK]

62. Alfonso Lechuga Licona [SDNTK]

63. Ramón Ulises Carbajal Reyes [SDNTK]

64. Alvaro Sanchez Esteban [SDNTK]

65. Rubén Alejandro Valenzuela Zuniga [SDNTK]

66. Raúl Hernandez Barron [SDNTK]

67. Alejandro Perez Mancilla [SDNTK]

68. José Ramón Davila Lopez [SDNTK]

69. Sergio Pena Mendoza [SDNTK]

Exhibit N
Page 3

70. José Antonio Galarza Coronado [SDNTK]

71. Eduardo Mendoza Robles  [SDNTK]

72. Jose Odilon Ramirez Perales [SDNTK]

73. Ismael Lopez Guerrero [SDNTK]

# Exhibit O

1.  ADT Petroservicios, S.A. De C.V.

2.  Prodira Casa de Cambio S.A. de C.V.

3.  Trastreva S.A. de C.V.

4.  Distribuidora E Importadora De Productos Medicos Del Norte, S.A. De C.V.

5.  Compania Ganadera 5 Manantiales S. De P.R. De R.L.

# Exhibit Q

k 29401 Pg 3043 CFN 20140807338 11/21/2014 14:55:35 Pg 156 of 273 Mia-Dade Cty, FL

1. Jorge Milton Cifuentes Villa [SDNTK]

2. Joaquín Guzmán Loera ("Chapo Guzman") [SDNTK]

3. Joel Valdez Benites [SDNTK]

4. Oscar Alvarez Zepeda [SDNTK]

5. Alfredo Alvarez Zepeda A'K'A Gabino Ontiveros Rios [SDNTK]

6. Carlos Mario Torres Hoyos [SDNTK]

7. Dolly De Jesús Cifuentes Villa [SDNTK]

8. Hildebrando Alexander Cifuentes Villa [SDNTK]

9. Omar Mejia Zuluaga [SDNTK]

10. Ana Maria Uribe Cifuentes [SDNTK]

11. Mauricio Barcenas Rivera [SDNTK]

12. Jesús María Cauo

13. As Inversiones. S.A [SDNTK]

14. Cbm De Colombia. S.A. [SDNTK]

15. C.I.Planeta Comercial. S.A. [SDNTK]

16. Productos Kibony. S.A.S. [SDNTK]

17. Rdi. S.A. [SDNTK] T&T Andina. S.A. [SDNTK]

18. Comercializadora Empresarial Team Business. S.A. [SDNTK]

19. Negocios Internacionales Del Ecuador Nidegroup. S.A. [SDNTK]

20. Snack Party

21. International Group Oiralih. S.A. De C.V. [SDNTK]

22. Grupo Mundo Marino. S.A. [SDNTK]

23. Genética Del Sur. S.A. [SDNTK]

Exhibit Q
Page 1

24. Francisco Iván Cifuentes Villa

25. Marco Tulio Florez Sepulveda [SDNTK]

26. Jaime Alberto Roll Cifuentes [SDNTK]

27. Juan Pablo Antonio Londono Ramirez

28. Héctor Mario Cifuentes Villa [SDNTK]

29. Teresa De Jesús Cifuentes Villa [SDNTK]

30. Paula Andrea Vargas Cifuentes [SDNTK]

31. Edmon Felipe Vargas Cifuentes [SDNTK]

32. Claudia Estela Lopez Mejia [SDNTK]

33. Catalina Alexandra Montoya Zapata [SDNTK]

34. Juan Fernando Gonzalez Jaramillo [SDNTK]

35. Jorge Andrés Cifuentes Osorio [SDNTK]

36. Irma Mery Basto Delgado [SDNTK]

37. Ana Yesennia Pacheco Parra [SDNTK]

38. Milvia Yaneth Restrepo Zapata [SDNTK]

39. Yenny Mabel Sanchez Puentes

40. Ana Patricia Roldan Cardona

41. Pablo Alberto Gomez Zuluaga

42. Shimon Yalin Yelinek [SDNTK]

43. Fabián Rodrigo Gallego Marin [SDNTK]

44. Milton Geovany Martinez Gomez

45. Winston Nicholls Eastman [SDNTK]

46. José Luis Gomez Piqueras [SDNTK]

Exhibit Q
Page 2

47. David Gomez Ortiz  [SDNTK]

48. Lucia Inés Cifuentes Villa  [SDNTK]

49. Cubi Cafe Click Cube Mexico, S.A. De C.V. [SDNTK]

50. Red Mundial Inmobiliaria, S.A. De C.V. [SDNTK]

51. Monedeux Latin America, S. De R.L. De C.V. (F.K.A. Ikioskos De Mexico, S. De R.L.

De C.V.)

52. Operadora Nueva Granada, S.A. De C.V. [SDNTK]

53. Le Claude, S.A. De C.V. [SDNTK]

54. Montray, S.A. De C.V.

55. Gestores Del Ecuador Gestorum, S.A. [SDNTK]

56. Lineas Aereas Andinas Lineandisa, S.A. [SDNTK]

57. Bio Forestal, S.A. [SDNTK]

58. C.I. Distribuidora De Servicios Comustibles Y Mineria, S.A. [SDNTK]

59. Union De Constructores Conusa, S.A. [SDNTK]

60. Monedeux Financial Services Colombia, Ltda.

61. Fundacion Para El Bienestar Y El Provenir [SDNTK]

62. Dolphin Drive School, S.A. [SDNTK]

63. Parques Tematicos, S.A. [SDNTK]

64. Fundacion Salva La Selva [SDNTK]

65. C.I. Metalurgia Extractiva De Colombia, S.A.S. [SDNTK]

66. Dmr C.I., S.A.S. [SDNTK]

67. Granaderia La Sorguita, S.A.

68. C.I. Okcoffee Colombia, S.A. [SDNTK]

69. C.I. Okcoffee International, S.A. [SDNTK]

70. Cubicafe, S.A. [SDNTK]

71. Fundacion Okcoffee Colombia [SDNTK]

72. Cifuentes Uribe Y Cia., S.C.S. [SDNTK]

73. C.I. Globalinvestments, S.A. [SDNTK]

74. Iga, Ltda.

75. Internetstations E.U.

76. Roble De Minas, S.A. [SDNTK]

77. Promo Raiz, S.A. [SDNTK]

78. Inverpunto Del Valle, S.A. [SDNTK]

79. Transportadora Y Comercializadora Systole, S.A.S. [SDNTK]

80. Inversiones Cifuentes Y Cia. S. En C. [SDNTK]

81. Ecovivero El Matorral E.U. [SDNTK]

82. Hoteles Y Bienes, S.A. [SDNTK]

83. Ruta 33 Motocicletas Y Accesorios, Ltda. [SDNTK]

84. Linea Area Pueblos Amazonicos, S.A.S.

85. Fox Fashion, S.A. (A.K.A. Fox Kids & Baby; A.K.A. Fox Men & Women) [SDNTK]

86. Cross Winds, S.A. [SDNTK]

87. Federal Capital Group, S.A. (F.K.A. Garizim Capital Group, S.A.) [SDNTK]

88. Monedeux International Services Inc.

89. Crocker Jeans Corp., S.A. [SDNTK]

90. Crocker Jeans Station Corporation [SDNTK]

91. Monedeux Europa S.L..

Exhibit Q
Page 4

92. Obras Y Proyectospiqueberva S.L. [SDNTK]

93. . Monedeux Financial Services North America, Inc.

Bk 29401 Pg 3048 CFN 20140807338 11/21/2014 14:55:35 Pg 161 of 273 Mia-Dade Cty, FL

# Exhibit R

1. Jorge Milton Cifuentes Villa [SDNTK]

2. Joaquin Guzmán Loera ("Chapo Guzmán") [SDNTK]

3. Joel Valdez Benites [SDNTK]

4. Oscar Alvarez Zepeda [SDNTK]

5. Alfredo Alvarez Zepeda A.K.A Gabino Ontiveros Rios [SDNTK]

6. Carlos Mario Torres Hoyos [SDNTK]

7. Dolly De Jesús Cifuentes Villa [SDNTK]

8. Hildebrando Alexander Cifuentes Villa [SDNTK]

9. Omar Mejia Zuluaga [SDNTK]

10. Ana Maria Uribe Cifuentes [SDNTK]

11. Mauricio Barcenas Rivera [SDNTK]

12. As Inversiones, S.A. [SDNTK]

13. Cbm De Colombia, S.A. [SDNTK]

14. C.I.Planeta Comercial, S.A. [SDNTK]

15. Productos Kibony, S.A.S. [SDNTK]

16. Rdi, S.A. [SDNTK] T&T Andina, S.A. [SDNTK]

17. Comercializadora Empresarial Team Business, S.A. [SDNTK]

18. Negocios Internacionales Del Ecuador Nidegroup, S.A. [SDNTK]

19. International Group Oiralih, S.A. De C.V. [SDNTK]

20. Grupo Mundo Marino, S.A. [SDNTK]

21. Genética Del Sur, S.A. [SDNTK]

22. Marco Tulio Florez Sepulveda [SDNTK]

23. Jaime Alberto Roll Cifuentes [SDNTK]

Exhibit R
Page 1

24. Héctor Mario Cifuentes Villa  [SDNTK]

25. Teresa De Jesús Cifuentes Villa  [SDNTK]

26. Paula Andrea Vargas Cifuentes  [SDNTK]

27. Edmon Felipe Vargas Cifuentes  [SDNTK]

28. Claudia Estela Lopez Mejia  [SDNTK]

29. Catalina Alexandra Montoya Zapata  [SDNTK]

30. Juan Fernando Gonzalez Jaramillo  [SDNTK]

31. Jorge Andrés Cifuentes Osorio  [SDNTK]

32. Irma Mery Basto Delgado  [SDNTK]

33. Ana Yesennia Pacheco Parra  [SDNTK]

34. Milvia Yaneth Restrepo Zapata  [SDNTK]

35. Shimon Yalin Yelinek  [SDNTK]

36. Fabián Rodrigo Gallego Marin [SDNTK]

37. Winston Nicholls Eastman  [SDNTK]

38. José Luis Gomez Piqueras  [SDNTK]

39. David Gomez Ortiz  [SDNTK]

40. Lucía Inés Cifuentes Villa  [SDNTK]

41. Cubi Cafe Click Cube Mexico, S.A. De C.V. [SDNTK]

42. Red Mundial Inmobiliaria, S.A. De C.V. [SDNTK]

43. Operadora Nueva Granada, S.A. De C.V. [SDNTK]

44. Le Claude, S.A. De C.V. [SDNTK]

45. Gestores Del Ecuador Gestorum, S.A. [SDNTK]

46. Lineas Aereas Andinas Lincandisa, S.A. [SDNTK]

Exhibit R
Page 2

47. Bio Forestal, S.A. [SDNTK]

48. C.I. Distribuidora De Servicios Comustibles Y Mineria, S.A. [SDNTK]

49. Union De Constructores Conusa, S.A. [SDNTK]

50. Fundacion Para El Bienestar Y El Provenir [SDNTK]

51. Dolphin Drive School, S.A. [SDNTK]

52. Parques Tematicos, S.A. [SDNTK]

53. Fundacion Salva La Selva [SDNTK]

54. C.I. Metalurgia Extractiva De Colombia, S.A.S. [SDNTK]

55. Dmr C.I. S.A.S. [SDNTK]

56. C.I. Okcoffee Colombia, S.A. [SDNTK]

57. C.I. Okcoffee International, S.A. [SDNTK]

58. Cubicafe, S.A. [SDNTK]

59. Fundacion Okcoffee Colombia [SDNTK]

60. Cifuentes Uribe Y Cia., S.C.S. [SDNTK]

61. C.I. Globalinvestments, S.A. [SDNTK]

62. Roble De Minas, S.A. [SDNTK]

63. Promo Raiz, S.A. [SDNTK]

64. Inverpunto Del Valle, S.A. [SDNTK]

65. Transportadora Y Comercializadora Systole, S.A.S. [SDNTK]

66. Inversiones Cifuentes Y Cia. S. En C. [SDNTK]

67. Ecovivero El Matorral E.U. [SDNTK]

68. Hoteles Y Bienes, S.A. [SDNTK]

69. Ruta 33 Motocicletas Y Accesorios, Ltda. [SDNTK]

70. Fox Fashion, S.A. (A.K.A. Fox Kids & Baby; A.K.A. Fox Men & Women) [SDNTK]

71. Cross Winds, S.A. [SDNTK]

72. Federal Capital Group, S.A. (F.K.A. Garizim Capital Group, S.A.) [SDNTK]

73. Crocker Jeans Corp., S.A. [SDNTK]

74. Crocker Jeans Station Corporation [SDNTK]

75. Obras Y Proyectospiqueherva S.L. [SDNTK]

Exhibit R
Page 4

# Exhibit S

1. Jesús María Catro

2. Snack Party

3. Francisco Iván Cifuentes Villa

4. Jaime Alberto Roll Cifuentes [Sdntk]

5. Juan Pablo Antonio Londono Ramirez

6. Yenny Mabel Sanchez Puentes

7. Ana Patricia Roldan Cardona

8. Pablo Alberto Gomez Zuluaga

9. Monedeux Latin America, S. De R.L. De C.V. (F.K.A. Ikioskos De Mexico, S. De R.L. De C.V.)

10. Montray, S.A. De C.V.

11. Monedeux Financial Services Colombia, Ltda.

12. Granaderia La Sorguita, S.A.

13. Iga, Ltda.

14. Internetstations E.U.

15. Linea Area Pueblos Amazonicos, S.A.S.

16. Monedeux International Services Inc.

17. Monedeux Europa S.L.

18. Monedeux Financial Services North America, Inc.

# Exhibit U

1. Rodriguez Orejuela Organization

2. Gilberto Rodriguez Orejuel A/K/A "El Ajedrecista" [SDNT]

3. Miguel Rodriguez Orejuel A/K/A "El Señor" [SDNT]

4. Jaime Rodríguez Mondragón

5. Humberto Rodriguez Mondragón

6. Maria Alexandra Rodríguez Mondragón

7. William Rodríguez Abadia

8. Carolina Rodriguez Arbeláez

9. Claudia Rodriguez Ramírez

10. Juan Carlos Muñoz Rodríguez

11. María Fernanda Rodríguez Arbeláez

12. Andre Gilberto Rodriguez Ramírez

13. Fernando Antonio Gutiérrez Cancino

14. Alfonso Gil Osorio

15. Jaime Alberto Aristizabal Atehortua

16. Eduardo Mogollón Rueda

17. Sharper, S.A.

18. Agrícola Humyami, Ltda.

19. Comercializadora De Carnes Del Pacifico, Ltda.

20. Construcciones Avendano Gutiérrez Y Cia., Ltda. (A/K/A Conage Ltda.)

21. Construcciones Colombo-Andinas, Ltda.

22. Andian

23. Herrera Buitrago Organization

Exhibit U
Page 1

24. Helmer Herrera Buitrago (A.K.A. "Pacho" Herrera) [SDNT]

25. Luz Mery Buitrago De Herrera [SDNT]

26. Stella Herrera Buitrago [SDNT]

27. Sulay Herrera Buitrago

28. William Herrera Buitrago [SDNT]

29. Alvaro Herrera Buitrago [SDNT]

30. Nubia Buitrago Marin [SDNT]

31. Phanor Arizabaleta Arzayus [SDNT]

32. Juan Carlos Montoya Martinez

33. Ricardo José Linares Reyes [SDNT]

34. Rafael Alberto Culzat Lugsir [SDNT]

35. José Isidro Jaimes Rivera [SDNT]

36. Delia Nhora Ramirez Cortes [SDNT]

37. Santacruz Londoño Organization

38. José Santacruz Londoño A/K/A "Chepe" [SDNT]

39. Amparo Castro De Santacruz [SDNT]

40. Ana Milena Santacruz Castro [SDNT]

41. Héctor Fabio Borrero Quintero

42. Hugo Mazuero Erazo

43. Valencia Trujillo Organization

44. Joaquín Mario Valencia Trujillo A/K/A "El Joven" [SDNT]

45. Guillermo Valencia Trujillo [SDNT]

46. Agueda Valencia Trujillo [SDNT]

Exhibit U
Page 2

47. Adela Valencia Trujillo [SDNT]

48. Carmen Emilia Valencia Trujillo [SDNT]

49. Luz María Tristán Gil

50. Consuelo Castaño Castaño [SDNT]

51. Alvaro Victoria Castaño

52. José Freddy Mafla Polo [SDNT]

53. Juan Pablo Gaviria Price

54. Fabio Hernán Franco Valencia

55. Freddy Rivera Zapata [SDNT]

56. Gonzalo Calderón Collazos

57. Sonia Aguilar Bernal

# Exhibit W

1. Diego PEREZ HENAO (a.k.a. Diego VILLEGAS GOMEZ; a.k.a. "Diego Rastrojo") [SDNTK]

2. Javier Antonio CALLE SERNA (a.k.a. "Comba") [SDNTK]

3. Luis Enrique CALLE SERNA (a.k.a. "Comba") [SDNT]

4. Jaime Alberto MARIN ZAMORA (a.k.a. "Beto Marin") [SDNT]

Exhibit W
Page 1

# Exhibit Y

1. Jose Luis Mejia

2. Gerardo Antonio Bermúdez, alias "Francisco Galan"

3. Carlos Marín Guarín, alias "Gustavo Aníbal Giraldo," "Pablo," or "Pablito"

4. Rafael Sierra Granados, alias "Ramiro Vargas"

5. Camilo Torres (1964 to 1966)

6. Fabio Vásquez Castaño (1964 to 1973

7. Nicolás Rodríguez Bautista, alias "Gabino"

8. Erlington de Jesús Chamorro, alias "Antonio García"

9. Enrique Santiago Romero, alias Caliche

10. Maria Orlinda Guerrero, alias "La Negra Yesenia"

11. Israel Ramírez Pineda, alias "Pablo Beltrán"

12. Pedro Cañas Serrano, alias "Oscar Santos"

13. Manuel Pérez Martínez, alias "El Cura"

14. Nicolas Rodríguez Bautista, alias "Gabino"

Exhibit Y
Page 1

# Exhibit AA

1. Urdinola Grajales Organization

2. Ivan Urdinola-Grajales [SDNT]

3. Julio Fabio Urdinola-Grajales [SDNT]

4. Lorena Henao Montoya (Arcángel's Sister) [SDNT]

5. Sonia Trejos Aguilar [SDNT]

6. Melba Trejos Aguilar [SDNT]

7. José Orlando Henao Montoya [SDNT]

8. Casa Grajales, S.A.

9. Frutas Exóticas Colombianos, S.A. (A.K.A. Fresco S.A.)

10. Grajales, S.A.

11. Los Viñedos De Getsemani, S.A. (A.K.A. Hotel Lost Vine- Dos; A.K.A. Valle Lindo Hostal Restaurante)

12. Ibadan, Ltda.

13. Agroinversora Urdinola Henao Y Cia., S.C.S.

14. Explotaciones Agrícolas Y Ganaderas La Lorena, S.C.S.

15. Industrias Agropecuarias Del Valle, Ltda.

16. Inversiones El Edén S.C.S.

17. Constructora E Inmobiliaria Urvalle Cia., Ltda.

18. Constructora Universal, Ltda.

19. Inversiones Aguila, Ltda.

20. Inversiones Grame, Ltda.

21. Inversiones Los Posso, Ltda, S.C.S.

22. Inversiones Santa Cecilia, S.C.S.

Exhibit AA
Page 1

23. Inversiones Santa Mónica. Ltda.

24. Sociedad De Negocios San Augustín. Ltda.

25. Panamericana. Ltda.

26. Henao Montoya Organization

27. Arcángel De Jesús Henao-Montoya. A.K.A. "El Mocho" [SDNT]

28. Olga Patricia González Benitez (Arcangel's Ex-Wife) [SDNT]

29. Lina Marcela Henao González (Daughter) [SDNT]

30. Carlos Andrés Henao González (Son) [SDNT]

31. Olga Patricia Henao González (Daughter) [SDNT]

32. John Jairop Méndez Salazar [SDNT]

33. Jairo José Hurtado Romero [SDNT]

34. Yudy Lorena Florez Grajales [SDNT]

35. Piedad Velez Rengifo (Wife Of Deceased José O. Henao) [SDNT]

36. Gabriel Puerta Parra [SDNT]

37. Luis Hernández Zea [SDNT]

38. Ana Elvia Hernández Zea (Luis's Sister) [SDNT]

39. Antonieta Numa Sanjuán [SDNT]

40. Agrícola Ganadera Henao González Y Cia.. S.C.S.

41. Agropecuaria Miralindo. S.A.

42. Arizona. S.A.

43. Compañia Agroinversora Henagro. Ltda.

44. Desarrollos Comerciales E Industriales Henao González Y Cia.. S.C.S.

45. Maquinaria Técnica Y Tierras. Ltda. (A.K.A. M.T.T.. Ltda.)

46. Organización Empresarial A De J Henao M E Hijos Y Cia., S.C.S.

47. Ramirez Abadia Organization

48. Juan Carlos Ramirez-Abadia, A.K.A. "Chupeta"[SDNT]

49. Nelson Salazar Lugo [SDNT]

50. Adriana Lopera Barbosa [SDNT]

51. Jairo Humberto Lopera Barbosa [SDNT]

52. Juan Carlos Lopera Barbosa [SDNT]

53. Hernán Felipe Ramirez Garcia [SDNT]

54. Jhon Jairo Ramirez Lenis [SDNT]

55. Alvaro Enrique Barrera Rios [SDNT]

56. Alvaro Barrera Marin [SDNT]

57. Alfonso Barrera Rios [SDNT]

58. Alvaro Enrique Barrera Rios [SDNT]

59. Victoria Eugenia Barrera Rios [SDNT]

60. Mauricio Arturo Espitia Ortiz [SDNT]

61. Benedicto Quiñones [SDNT]

62. Disdrogas, Ltda.

63. Ramirez Abadia Y Cia., S.C.S.

64. Edgar Marino Otalora Restrepo

65. Disdrogas, Ltda. [SDNT]

66. Jorge Rodrigo Salinas Cuevas Manager

67. Omar Ramirez Ponce

68. Carmen Alicia Abadia Bastidas

Exhibit AA
Page 3

69. Ramirez Abadia Y Cia., S.C.S. [SDNT]

70. German Rosero Angulo

71. Sergio Alberto Ramirez Rivera

72. Hernán Felipe Ramirez Garcia [SDNT]

73. Jhon Jairo Ramirez Lenis [SDNT]

74. Alvaro Enrique Barrera Rios [SDNT]

75. Alvaro Barrera Marin Ce [SDNT]

76. Alfonso Barrera Rios Y Cia., S. En C.S. [SDNT]

77. Alvaro Enrique Barrera Rios Y Cia., S. En C.S. [SDNT]

78. Apva, S.A. [SDNT]

79. Arquitectos Unidos, Ltda. [SDNT]

80. Asesorias Ocupacionales, Ltda. [SDNT]

81. Barrera Rios Negocios Inmobiliarios E.U. [SDNT]

82. Cecep, S.A. [SDNT]

83. Cecep Editores, S.A. [SDNT]

84. Comercializadora De Bienes Y Servicios Administrativos Y Financieros, S.A. [SDNT]

85. Consultorias Financieras, S.A. [SDNT]

86. Esva, S.C.S. (A.K.A. Flexx Gym) [SDNT]

87. M S Constructores, Ltda. [SDNT]

88. Quinones Melo Y Cia., Ltda. [SDNT]

89. Rfa Consultores Auditores, Ltda.

90. Spitiay Valencia, Ltda.

91. World Line System, S.A. [SDNT]

92. Unidad Cardiovascular, Ltda. [SDNT]

93. Benoit Velez Agropecuaria La Vereda Y Cia., S.C.S.

94. Campo A La Diversion E.U. A.K.A. Parque Yaku

95. Criadero Santa Gertrudis, S.A. J [SDNT]

96. E.C.A., S.A. [SDNT]

97. Negocios Y Capitales, S.A. [SDNT]

98. Diego Uriel Alzate Jiminez

99. Tulio Hernando Alzate Jiminez

100.     Luis Holmes Alzate Jiminez

101.     Nelson Salazar Lugo [SDNT]

102.     Adriana Lopera Barbosa [SDNT]

103.     Jairo Humberto Lopera Barbosa [SDNT]

104.     Juan Carlos Lopera Barbosa [SDNT]

105.     Andinaenvios An En. S.A.

106.     Asesoria Y Soluciones Grupo Consultor, S.A. [SDNT]

107.     Constructora E Inmobiliaria Andina, S.A.

108.     Coinemp, S.A. (F.K.A. Asecom S.A.) [SDNT]

109.     Financiacion Y Empresa, S.A

110.     Fundasocial

111.     Cambios Y Capitales, S.A.

112.     Inversiones Corporativas, Ltda.

113.     Inversiones Epoca, S.A. [SDNT]

114.     Inversiones Sardi Alzate, S.C.S.

115.    J.A.J. Barbosa. Y Cia. S.C.S. [SDNT]

116.    Outsourcing De Operaciones. S.A.

117.    T.H. Alzate Y Cia. S.C.S.

118.    Turismo Hansa S.A. [SDNT]

119.    Alfonso Barrera Rios [SDNT]

120.    Alvaro Enrique Barrera Rios [SDNT]

121.    Victoria Eugenia Barrera Rios [SDNT]

122.    Mauricio Arturo Espitia Ortiz [SDNT]

123.    Benedicto Quinones [SDNT]

124.    German Rosero Angulo

125.    Luis Hernán Valero Jimenez

126.    Alejandro Valero Jimenez

127.    Administracion De Recursos Financieros I.U. (A.K.A. Afin I.U.)

128.    A K Difusion S.A. [SDNT]

129.    B R C S.A. (A.K.A. Barrera Rios Camacho Administracion Y Finanzas S.A.)

        [SDNT]

130.    La Holanda. S.A.

131.    Rios Jimenez. S. En C.S. [SDNT]

132.    Grupo Inversor Principe De Vergara. S.L. [SDNT]

133.    Arturo Quinonez Ltda. (A.K.A. Restaurante Santa Colombia) [SDNT]

134.    A K Educal S.A. Educacion Con Calidad [SDNT]

135.    Comercializadora Cgq, Ltda. (A.K.A. Centropartes Cali) [SDNT]

136.    Promotores De Bienes Raices S.A. (A.K.A. Promobienes S.A.) [SDNT]

137.     Serprovis. S.A. Servicios Y Provisiones [SDNT]

138.     Valero Y Asociados Gabinete Juridico S.L. [SDNT]

139.     Patiño Fomeque Organization

140.     Victor Julio Pátiño Fomeque [SDNT]

141.     Ricardo Alfredo Moreno Daza [SDNT]

142.     Oscar Hernández [SDNT]

143.     Hernando Echevarria Herrera[SDNT]

144.     Industria De Pesca Sobre El Pacífico, S.A. (A.K.A. Inpesca S.A.)

145.     Galápagos. S.A.

146.     Taura, S.A.

147.     Montoya Sanchez Organization

148.     Diego Leon Montoya Sanchez [SDNT]

149.     Juan Carlos Montoya Sánchez [SDNT]

150.     Eugenio Montoya Sánchez [SDNT]

151.     Laura Victoria Gómez Aponte [SDNT]

152.     Ladrillera La Candelaria. Ltda.

153.     Inversiones La Quinta Y Cia., Ltda.

154.     Montoya Luna E Hijos Y Cia., S.C.S.

155.     Gomez Bustamante Organization

156.     Luis Hernando Gómez-Bustamante. A.K.A. "Rasguño" [SDNT]

157.     Olga Cecilia Gómez Jaramillo [SDNT]

158.     Viviana Gómez Gómez [SDNT]

Bk 29401 Pg 3071 CFN 20140807338 11/21/2014 14:55:35 Pg 184 of 273 Mia-Dade Cty, FL

159.   Luis Alfonso Gómez Bustamonte [SDNT]

160.   Wilmer De Jesús Gómez Bustamonte [SDNT]

161.   José A. Rendon Ramírez [SDNT]

162.   Juan Carlos Giraldo Franco [SDNT]

163.   Davinson Gómez Ocampo [SDNT]

164.   Jaime Rojas Franco [SDNT]

165.   Agricola Doima Del Norte Del Valle. Ltda.

166.   Ganaderia El Vergel. Ltda.

167.   Ganaderias Bilbao. Ltda.

168.   Gómez Marin. Ltda.

169.   Viscaya. Ltda. (A.K.A.Vizcaya Ltda.)

170.   Organización Luis Hernando Gomez Bustamante Y Cia.. S.C.S.

171.   Inmobiliaria El Escorial. Ltda.

172.   Inmobiliaria Linares. Ltda.

173.   Inmobiliaria Pasadena. Ltda.

174.   Sabogal Zuluaga Organization

175.   Orlando Sabogal Zuluaga. A.K.A. "El Mono Sabogal" [SDNT]

176.   Diana Patricia Zuluaga Alzate [SDNT]

177.   Daniela Sabogal Zuluaga [SDNT]

178.   Juliana Sabogal Zuluaga [SDNT]

179.   Felipe Sabogal Zuluaga [SDNT]

180.   Orlando Sabogal Zuluaga E Hijos & Cia.. S. En C.

181.   Puerta Parra And Hernandez Zea Organization

Exhibit AA
Page 8

182.    Gabriel Puerta-Parra, A.K.A. "Doctor Puerta" [SDNT]

183.    Luis Hernández Zea [SDNT]

184.    Ana Elvia Hernández Zea (Luis' Sister) [SDNT]

185.    Antonieta Numa Sanjuán [SDNT]

186.    Asociación Turística Internacional, S.C.S.

187.    Green Island, S.A.

188.    Industrial Minera Y Pecuaria, S.A. (A.K.A. Impecua)

189.    Cia. Constructora Y Comercializadora Del Sur, Ltda. (A.K.A. Cosur)

        Aerovías Atlántico, Ltda. (A.K.A. Aero Atlántico, Ltda.)

190.    Comercializadora Andino Brasilera, S.A. (A.K.A. Cabrasa)

191.    Desarrollos Agroindustriales, S.A.

192.    Aerocomercial Alas De Colombia, Ltda.

193.    Intercontinental De Aviación, S.A. (A.K.A. Inter)

194.    Intercontinental De Financiación Aérea, S.A. (A.K.A. Interfiar)

195.    Accirent, S.A.

196.    La Frontera Unión Galvez Y Cia., S. En C.

197.    Inversiones Y Comercializadora Incom, Ltda. (F.K.A. Constructora Hena, Ltda.)

198.    Largo Leasing, Ltd.

199.    José Orlando Henao Montoya (Deceased)

200.    Piedad Velez Rengifo [SDNT]

201.    Intercontinental De Aviacion S.A

202.    Isabel Cristina Galvez Fernandez (Wife Of Puerta Parra)

203.    Luis Antonio Hernandez Zea  [SDNT]

Bk 29401 Pg 3073 CFN 20140807338 11/21/2014 14:55:35 Pg 186 of 273 Mia-Dade Cty, FL

204.    Accirent S.A. [SDNT]

205.    Industrial Minera Y Pecuaria, S.A. [SDNT]

206.    La Frontera Union Galvez Y Cia, S En C  [SDNT]

207.    Inversiones Y Comercializadora Incom, Ltda [SDNT]

208.    Aerocomercial Alas De Colombia, Ltda [SDNT]

209.    Aerovias Atlantico, Ltda. "Aeroatlantico, Ltda [SDNT]

210.    Asociacion Turistica Internacional, S.C.S. [SDNT]

211.    Desarrollos Agroindustriales, S.A. [SDNT]

212.    Comercializadora Andino Brasilera, S.A. "Cabrasa"

213.    Cia Constructora Y Comercializadora Del Sur, Ltda. "Cosur" [SDNT]

214.    Green Island, S.A. [SDNT]

215.    Intercontinental De Financiacion Aerea, S.A. "Interfiar" [SDNT]

216    Trans Pacific  [SDNT]

217.    Largo Leasing, Ltd. World Leasing Limited  [SDNT]

218.    Melba Rosa Aree Jaramillo  [SDNT]

219.    Manuel Antonio Cubillos Corredor

220.    Luis Alfredo Gallego Ramos

221.    Ana Elvia Hernandez Zea  [SDNT]

222.    Hilda Nelly Merchan Perilla

223.    Antonieta Numa Sanjuan  [SDNT]

224.    Jaime Antonio Olivella Celedon

225.    Oliverio Perez Narvaez

226.    Alfonso Ramirez Valdivieso

Exhibit AA
Page 10

227.   Alfonso Sanchez Lopez

228.   Elsa Yaneth Trivino Rodriguez

229.   William Velez Montes

230.   Renteria Mantilla Organization

231.   Carlos Alberto Renteria-Mantilla, A.K.A. "Beto Renteria"[SDNT]

232.   Ramiro Rengifo Puentes [SDNT]

233    Mauricio Pardo Ojeda [SDNT]

234.   Javier Camacho Vallejo [SDNT]

235.   Luis Mario Cedeño Herrera [SDNT]

236.   Mónica Moreno Fernández [SDNT]

237.   Edwin Amir Rengifo Ospina [SDNT]

238.   James Narvaez Puentes [SDNT]

239.   Jefferson Rengifo Ospina [SDNT]

240.   Lina Rengifo Ospina [SDNT]

241.   Harvy Ramiro Rengifo Amaya[SDNT]

242.   Armando Jaar Y Cia., S.C.S

243.   Carlos Saieh Y Cia., S.C.S.

244.   Finanzas Del Norte Luis Saieh Y Cia., S.C.A. (F.K.A. Finanzas Del Norte, Ltda.)

245.   Inversiones Del Prado Abdalasaieh Y Cia., S.C.A.[4]

246.   Moisés Saieh Y Cia., S.C. A.

247.   Ricardo Jaar Y Cia., S.C.S.

248.   Confecciones Lord, S.A.

249.   Constructora Altavista Internacional, S.A. (A.K.A. Conasa, S.A.)

Exhibit AA
Page 11

250.     Urbanizadora Altavista Internacional, S.A. (F.K.A. Telnet, S.A.; A.K.A. Urbavista)

251.     Colombo Andina Commercial, Ltda. (A.K.A. Coalsa)

252.     Compañía Agropecuaria Del Sur, Ltda. (A.K.A. Coagrosur)

253.     Inversiones Agroindustriales Del Occidente, Ltda. (A.K.A. Inagroccidente)

254.     Inversiones Brasilar, S.A. (F.K.A. Inversiones Rivera Caicedo Y Cia, S.C.S.; F.K.A. "Inrica")

255.     Josafat, S.A.

256.     Agustin Grajales Y Cia., Ltda.

257.     Armagedón, S.A.

258.     Macedonia, Ltda.

259.     Salim, S.A.

260.     Agropecuaria El Nilo, S.A. (A.K.A. Agronilo, S.A.)

261.     Colombo Andina Commercial, Ltda. (A.K.A. Coalsa)

262.     Compañia Agropecuaria Del Sur, Ltda. (A.K.A. Coagrosur)

263.     Inversiones Agroindustriales Del Occidente, Ltda. (A.K.A. Inagroccidente)

264.     Agropecuaria El Nilo, S.A. (A.K.A. Agronilo, S.A.)

265.     Agropecuaria El Nilo, S.A. (A.K.A. Agronilo, S.A.)

266.     Agropecuaria Lindaraja, S.A.

267.     Canaduz, S.A.

268.     Tarritos, S.A.

269.     Corporación Hotelera Del Caribe Limitada (A.K.A.. Apartahotel Tres Casitas; A.K.A. "Tres Casitas")[5]

270.    Apoyos Diagnósticos, S.A. (A.K.A. Apoyos Diagnósticos De Occidente S.A.;
        F.K.A. Unidad De Diagnóstico Médico Especializado, Ltda.; F.K.A. "Unides, Ltda.")

271.    Clínica San Francisco, S.A. (F.K.A. Clínica De Occidente Tulua, S.A.; F.K.A.
        Clínica Nuestra Señora De Fátima, S.A.)

272.    Corporación Club Deportivo Tulua (A.K.A. Cortulua)

273.    Camacho Vallejo Asesores E.U. (A.K.A. Camacho Vallejo Contadores)

274.    Blackmore Investments A.V.V.

275.    Granada Associates, Inc.

276.    Jacaria Florida

277.    Karen Overseas Florida, Inc.

278.    Marc, Llc.

279.    Sunset & 97th Holdings, Llc.

280.    Villarosa Investments Florida, Inc.

281.    Alm Investment Florida, Inc..

282.    Kattus Corporation

283.    Brunello, Ltd.

284.    Jamce Investments, Ltd.

285.    Cipe Investments Corporation

286.    Elizabeth Overseaas, Inc.

287.    Karen Overseas, Inc.

288.    Kutry Management, Inc.

289.    Rixford Investment Corporation

290.    Villarosa Investments Corporation

291.    Kattus Ii Corporation

292.    Gimber Investing Corporation

293.    Mla Investments, Inc.

294.    Beatriz Renteria Caicedo

295.    Maria Nury Caicedo Gallego

296.    Maria Renteria Caicedo

297.    Colombo Andina Comercial Coalsa, Ltda. [SDNT]

298.    Compañia Agropecuaria Del Sur, Ltda. (Coagrosur, Ltda.)

299.    Inversiones Agroindustriales Del Occidente, Ltda. A.K.A. Inagroccidente [SDNT]

300.    Dimabe, Ltda. [SDNT]

301.    Mauricio Pardo Ojeda  [SDNT]

302.    Javier Camacho Vallejo  [SDNT]

303.    Luis Mario Cedeno Herrera

304.    Jairo Camilo Collazos Tello

305.    Ricardo Sandoval Salazar

306.    Andrés Fernando Quintana Fuertes [SDNT]

307.    José Manuel Troncoso Posse  [SDNT]

308.    James Augusto Osorio Valencia  [SDNT]

309.    Mauricio Pardo Ojeda [SDNT]

310.    Oscar Ignacio Martan Rodriguez

311.    Agropecuaria Lindaraja, S.A [SDNT]

312.    Corporacion Club Deportivo Tulua "Cortulua" [SDNT]

313.    Camacho Vallejo Asesores E.U. [SDNT]

314.    Kutry Management [SDNT]

315.    Canaduz, S.A. [SDNT]

316.    Coporacion Hotelera Del Caribe, Ltda. [SDNT]

317.    Inversiones Brasilar, S.A. [SDNT]

318.    Alfonso Bueno Guerrero

319.    German Duque Jaramillo

320.    Clinica San Francisco, S.A.

321.    Apoyos Diagnosticos, S.A.

322.    Tarritos, S.A. [SDNT]

323.    Carlos Alberto Currea Correa A.K.A. "Cucu"

324     Ramiro Rengifo Puentes A.K.A. "William Torrijos" [SDNT]

325     Mónica Moreno Fernandez [SDNT]

326     Edwin Amir Rengifo Ospina C [SDNT]

327.    James Narvaez Puentes

328.    Jefferson Rengifo Ospina [SDNT]

329.    Maria Ospina Prada [SDNT]

330.    Lina Rengifo Ospina [SDNT]

331.    Harvy Ramiro Rengifo Amaya [SDNT]

332.    Miracana Inmobiliaria Quilichao, S.A.& Cia. S.C.A. [SDNT]

333.    Constructora Umbria, S.A. Cali [SDNT]

334.    Ruiz De Alarcon 12 S.L [SDNT]

335.    Red De Servicios Inmobiliarios Profesionales, S.A. B [SDNT]

336.    Frontera Virtual, S.A. [SDNT]

337.     Centro Commercial Guss Cali, S.A. [SDNT]

338.     Agroganadera La Isabela, S.A. [SDNT]

339.     Venecia Inmobiliaria Quilichao, S.A. & Cia., S.C.A. [SDNT]

340.     Inversiones Inmobiliaria Quilichao S.A. Y Cia., S.C.A. [SDNT]

341.     Constructora Loma Linda, S.A. [SDNT]

342.     Constructora Juanambu, S.A. [SDNT]

343.     Rengifo O.A.M. Y Cia., S.C.A. [SDNT]

344.     Rengifo Mancera & Cia., S.C.A. [SDNT]

345.     Construcciones La Reserva, S.A. [SDNT]

346.     Inmobiliaria Quilichao, S.A  [SDNT]

347.     Grajales Lemos Organization A/K/A "Grupo Grajales"

348.     Raul Alberto Grajales Lemos [SDNT]

349.     Gloria E. Londono Alvarez (Raul's Wife) [SDNT]

350.     Aida Salome Grajales Lemos (Sister) [SDNT]

351.     Sonia Patricia Grajales Bernal (Cousin) [SDNT]

352.     Juan Raúl Grajales Londono (Son) [SDNT]

353.     Lina María Grajales Londono (Daughter) [SDNT]

354.     Diana Carolina Grajales Puentes (Daughter) [SDNT]

355.     Lubin Bohada Avila [SDNT]

356.     Bernando A. Marín Tobón [SDNT]

357.     Orlando Osorio Avila [SDNT]

358.     Mauricio Pardo Ojeda [SDNT]

359.     Gloria Elena Fajardo Hernández [SDNT]

Exhibit AA
Page 16

360.    Sandra Milena Prieto Santiago [SDNT]

361.    Armando Jaar Y Cia., S.C.S.

362.    Carlos Saieh Y Cia., S.C.S.

363.    Finanzas Del Norte Luis Saieh Y Cia., S.C.A. (F.K.A. Finanzas Del Norte, Ltda.)

364.    Inversiones Del Prado Abdalasaieh Y Cia., S.C.A.,

365.    Moisessaieh Y.Cia., S.C.A.

366.    Ricardo Jaar Y Cia., S.C.S.

367.    International Freeze Dried, S.A. (A.K.A. Ifd. S.A.)

368.    Almacaes, S.A.

369.    Corporación De Almacenes Por Departamentos, S.A. (A.K.A. C.A.D., S.A.)

370.    G.I .G., S.A. (A.K.A. Casa Estrella)

371.    Hovin, S.A.

372.    Ramal, S.A.

373.    Casa Grajales, S.A.

374.    Construcciones E Inversiones, Ltda.

375.    Doxa, S.A.

376.    Fundación Centro Frutícola Andino

377.    Frutas Exóticas Colombianos, S.A. (A.K.A. Frexco, S.A.)

378.    Grajales, S.A.

379.    Transportes Del Espíritu Santo, S.A.

380.    Agustin Grajales Y Cia., Ltda.

381.    Armagedón, S.A.

382.    Creta, S.A.

383.     Gad, S.A.

384.     Inversiones Aguila, Ltda.

385.     Inversiones Grame, Ltda.

386.     Inversiones Los Posso, Ltda., S.C.S.

387.     Inversiones Santa Cecilia, S.C.S.

388.     Inversiones Santa Mónica, Ltda.

389.     Macedonia, Ltda.

390.     Salim, S.A.

391.     Sociedad De Negocios San Augustín, Ltda.

392.     Agropecuaria El Nilo, S.A. (A.K.A. Agronilo, S.A.)

393.     Gbs Trading, S.A.

394.     World Working Comercializadora Internacional, S.A. (F.K.A. C.I. Glos's International, S.A.; A.K.A. World Working C.I.)

395.     Hebron, S.A.

396.     Ibadan, Ltda

397.     Josafat, S.A.

398.     Panamericana, Ltda.

399.     Jacaria Florida, Inc. (Miami, Florida)

400.     Alm Investment Florida, Inc.

401.     Granada Associates, Inc.

402.     Karen Overseas Florida, Inc.

403.     Sunset & 97th Holdings, Llc.

404.     Villarosa Investments Florida, Inc.

Exhibit AA
Page 18

405.    Marc. Llc.

406.    Confecciones Lord, S.A.

407.    Constructora Altavista Internacional, S.A. (A.K.A. Conasa, S.A.)

408.    Urbanizadora Altavista Internacional, S.A. (F.K.A. Telnet S.A.; A.K.A. Urbavista)

409.    Comercializadora Pelissier Ospina, Ltda.

410.    Manufacturas Real, S.A. (F.K.A. Manu-Facturas Real, Ltda.)

411.    Salomé Grajales Y Cia., Ltda.

412.    Citicar, Ltda.

413.    Confecciones Lina Maria, Ltda.

414.    Los Viñedos De Getsemani, S.A. (A.K.A. Hotel Los Viñedos)

415.    Jehová, Ltda.

416.    Asesores Consultores Asociados, Ltda. (A.K.A. Aca Ltda.)

417.    Cali·a Tele.Com, Ltda. (A.K.A. Hola Telecomunicaciones)

418.    Comunicaciones Abiertas Camary, Ltda.

419.    L.Gr. E.U. (A.K.A. Platerial.Gr. E.U.)

420.    Melon, Ltda.

421.    Plaza Real, Ltda.

422.    Industriasagropecuarias El Edén, S.A.

423.    Cipe Investments Corporation

424.    Eagle Communication Brokers, Inc.

425.    Elizabeth Overseas, Inc.

426.    Karen Overseas, Inc.

427.   Rixford Investment Corporation

428.   Kattus Ii Corporation

429.   Gimber Investing Corporation

430.   Blackmore Investments. A.V.V.

431.   Iván Urdinola Grajales [SDNT]

432.   Lorena Henao Montoya  [SDNT]

433.   Industrias Agropecuarias El Eden. S.A.

434.   Raúl Alberto Grajales Lemos  [SDNT]

435.   Carlos Alberto Renteria Mantilla A.K.A. Beto Renteria  [SDNT]

436.   Casa Grajales. S.A. [SDNT]

437.   Frexco. S.A.[SDNT]

438.   G.L.G.. S.A. [SDNT]

439.   Almacaes. S.A. [SDNT]

440.   Ilovin. S.A. [SDNT]

441.   Ibadan. Ltda. [SDNT]

442.   Inversiones Aguila. Ltda. [SDNT]

443.   Inversiones Grame. Ltda. [SDNT]

444.   Inversiones Santa Monica. Ltda. [SDNT]

445.   Panamericana. Ltda. [SDNT]

446.   Sociedad De Negocios San Agustin. Ltda. [SDNT]

447.   Industrias Del Espiritu Santo. S.A. [SDNT]

448.   Agronilo, S.A. [SDNT]

449.   Salome Grajales Y Cia.. Ltda. [SDNT]

450.   Hotel Los Vinedos  [SDNT]

451.   Hebron, S.A. [SDNT]

452.   C.A.D., S.A. [SDNT]

453.   Ramal, S.A. [SDNT]

454.   Gad, S.A. [SDNT]

455.   Inversiones Los Posso, Ltda., S.C.S. [SDNT]

456.   Inversiones Santa Cecilia, S.C.S. [SDNT]

457.   International Freeze Dried, S.A. [SDNT]

458.   Josafat, S.A. [SDNT]

459.   Blackmore Investments, A.V.V. [SDNT]

460.   Salim, S.A. [SDNT]

461    Creta, S.A. [SDNT]

462.   Transportes Del Espiritu Santo, S.A. [SDNT]

463.   Macedonia, Ltda. [SDNT]

464.   Agustin Grajales Y Cia., Ltda. [SDNT]

465.   Armagedon, S.A.[SDNT]

466.   Varela Organization

467.   Wilber Varela [SDNT]

468.   Carlos Arturo Patino Restrepo[SDNT]

469.   Julio César López Peña [SDNT]

470.   Eduardo Restrepo Victoria [SDNT]

471.   Luis Enrique Calle Serna [SDNT]

472.   Norma Constanza Restrepo Vicotra [SDNT]

Exhibit AA
Page 21

473.   Maria Teresa Restrepo Victoria [SDNT]

474.   Yolanda Salazar Arcila [SDNT]

475.   Sandra Milena Hernández Arboleda [SDNT]

476.   Jaime A. Marin Zamora[SDNT]

477.   José I. Bedoya Velez [SDNT]

478.   Agropecuaria Palma Del Rio, S.A.

479.   Comercializadora De Café Del Occidente Codecafé, Ltda. (A.K.A. Codecafé)

480.   Inversiones Macarnie Patiño Y Cia., S.C.S.

481.   Asesorias Profesionales, Ltda.

482.   Plastec, Ltda.

483.   Rr Tour, S.A. De C.V.

484.   Luis Enrique Calle Serna  [SDNT]

485.   Jose Ignacio Bedoya Velez [SDNT]

486.   Julio César Lopez Pena  [SDNT]

487.   Roberto Londono Velez  [SDNT]

488.   Jaime Alberto Marin Zamora  [SDNT]

489.   Eduardo Restrepo Victoria  [SDNT]

490.   Asesorias Profesionales, Ltda. [SDNT]

491.   Yolanda Salazar Arcila

492.   Norma Constanza Restrepo Victoria

493.   Agropecuaria Palma Del Rio, S.A. [SDNT]

494.   Maria Teresa Restrepo Victoria  [SDNT]

495.   Plastec, Ltda. [SDNT]

496.   Rr Tour, S.A. De C.V. [SDNT]

497.   Quintero Sanclemente Organization

498.   Ramón A. Quintero Sanclemente [SDNT]

499.   Duffay Gutiérrez Aguirre [SDNT]

500.   Mario German Satzibal Rengifo[SDNT]

501.   Carmen Viviana Cifuentes Vargas [SDNT]

502.   Orlando Cifuentes Vargas [SDNT]

503.   Yanet Cifuentes Vargas[SDNT]

504.   Alejandro González Sanclemente [SDNT]

505.   Fernando González Sanclemente [SDNT]

506.   José Roberto González Sanclemente [SDNT]

507.   Walter López Rodríguez [SDNT]

508.   Guillermo González Bohorquez [SDNT]

509.   Rodrigo Eugenio Saavedra Arce [SDNT]

510.   Carlos Eduardo Núñez Bejarano [SDNT]

511.   Adriana Maria Giraldo Hernandez [SDNT]

512.   Servio Tulio Tascón Rojas [SDNT]

513.   Luis Enrique Calle Serna (A.K.A. "Comba") [SDNT]

514.   Duffay Gutierrez Aguirre (A.K.A. "El Gordo Duffay") [SDNT]

515.   Mario German Satizabal Rengifo (A.K.A. "Pelo De Cobre") [SDNT]

516.   Alejandro Gonzalez Sanclemente

517.   Walter Lopez Rodriguez

518.   Milena Roldan Salcedo

Bk 29401 Pg 3087 CFN 20140807338 11/21/2014 14:55:35 Pg 200 of 273 Mia-Dade Cty, FL

519.  Fabio Roldan Salcedo

520.  Carmen Viviana Cifuentes Vargas  [SDNT]

521.  Orlando Cifuentes Vargas (A.K.A. "El Chute")  [SDNT]

522.  Fernando Gonzalez Sanclemente

523.  Guillermo Gonzalez Bohorquez

524.  Augusto Guillermo Yordan Cardenas

525.  Martha Cecilia Sanchez Conde

526.  Rodrigo Eugenio Saavedra Arce

527.  Yanet Cifuentes Vargas (A.K.A. "La Pecosa") [SDNT]

528.  Jorge Enrique Dominguez Velez (A.K.A. "El Onli")

529.  José Roberto Gonzalez Sanclemente

530.  Carlos Eduardo Nunez Bejarano  [SDNT]

531.  Adriana María Giraldo Hernandez  [SDNT]

532.  Servio Tulio Tascon Rojas  [SDNT]

533.  Inversiones En Ganaderia Jessica  [SDNT]

534.  Restaurante Bar Punta Del Este  [SDNT]

535.  Fego Cana E.U.

536.  Inversiones Medicas Y Quirugicas Especializadas, Ltda.

537.  Era De Luz, Ltda. Libreria Cafe

538.  Agroindustrias Jordanes, S.A.

539.  Bosque De Santa Teresita, Ltda. [SDNT]

540.  Constructora Santa Teresita, S.A. [SDNT]

541.  Serviagricola Cifuentes, E.U. [SDNT]

542.    Imerco, Ltda.

543.    Saavedra Y Cia., S. En C. [SDNT]

544.    Productos Alimenticios Glaciares, Ltda.

545.    V.I.P. Producciones E.U. [SDNT]

546.    Alimentos Carnicos De Tradicion Espanola, Ltda. [SDNT]

547.    Univisa, S.A. [SDNT]

548.    Carmile Inversiones Lopez Y Cia., S.C.A.

549.    Cano Correa Organization

550.    Jhonny Cano-Correa, A.K.A. "Flecha" [SDNT]

551.    Yolanda S. Cano Alzate [SDNT]

552.    Juan De La Cruz Gallego Cano [SDNT]

553.    Gaviotas, Ltda. (A.K.A. Hotel Sin Pecados; A.K.A. Motel Campo Amor; A.K.A.
        "Hotel Sin Pk2")

554.    Cano Agudelo, S. En C.

555.    Raúl Alberto Grajales Lemos [SDNT]

556.    Carlos Alberto Renteria Mantilla [SDNT] (Colombia)

557.    Agustin Grajales Y Cia. Ltda.[SDNT]

558.    Armando Jaar Y Cia., S.C.S.

559.    Creta, S.A.La [SDNT]

560.    Hebron, S.A. [SDNT]

561.    Macedonia, Ltda.[SDNT]

562.    Armagedon, S.A.[SDNT]

563.    Blackmore Investments, A.V.V. [SDNT]

564.    Gad. S.A. [SDNT]

565.    Josafat. S.A. [SDNT]

566.    Salim. S.A. [SDNT]

567.    C.A.D.. S.A. [SDNT]

568.    Ilovin. S.A. [SDNT]

569.    Comercializadora Pelissier Ospina. Ltda.

570.    Maria Sair Pelissier Ospina

571.    Armando Jacobo Jaar Jacir

572.    Jacaria Florida. Inc. [SDNT]

573.    Almacaes. S.A. [SDNT]

574.    G.L.G.. S.A. [SDNT]

575     Ramal. S.A. [SDNT]

576     Narcotics Traffickers **SDNTs Designated On November 30. 2005

577.    Carlos Saieh Y Cia.. S.C.S.

578.    Finanzas Del Norte Luis Saieh Y Cia.. S.C.A.

579.    Moises Saieh Y Cia.. S.C.A.

580.    Ricardo Jaar Y Cia.. S.C.A.

581.    Inversiones Del Prado Abdala Saieh Y Cia.. S.C.A.

582.    Casa Estrella

583.    Francisco Javier Duque Correa

584.    Maria Sair Pelissier Ospina

585.    Armando Jaar Y Cia.. S.C.S.

586.    Carmen Elena Siman De Jaar

Bk 29401 Pg 3090 CFN 20140807338 11/21/2014 14:55:35 Pg 203 of 273 Mia-Dade Cty. FL

587.    Cipe Investments Corporation

588.    Constructora Altavista Internacional, S.A.

589.    Karen Overseas, Inc.

590.    Urbanizadora Altavista Internacional, S.A.

591.    Alm Investment Florida, Inc.

592.    Granada Associates, Inc.

593.    Confecciones Lord, S.A.

594.    Sunset & 97th Holdings, Llc.

595.    Villarosa Investments Florida, Inc.

596.    Rixford Investment Corporation

597.    Ricardo Jaar Jassir

598     Moisés Abdal Saieh Muvdi Dob 6 Jun 1945 Cc 7427466 (Colombia)

599.    Carlos Ernesto Saieh Jamis Dob 24 Feb 1964 Cc 8739066 (Colombia)

600.    Armando Jacobo Jaar Jacir** Cc 7432263 (Colombia)

601.    Elizabeth Overseas, Inc. Panama City, Panama Rue 2172202194798

602.    Marc Llc

603.    Karen Overseas Florida, Inc.

604.    Yolando Sofia Cano Alzate [SDNT]

605.    Juan Carlos Patino Torres

606.    Juan De La Cruz Gallego Cano

607.    Juan Carlos Giraldo Franco

608.    Davinson Gomez Ocampo  [SDNT]

609.    Jaime Rojas Franco [SDNT]

610.    Carlos Arturo Patino Restrepo  [SDNT]

611.    Luis Alfonso Gomez Bustamante  [SDNT]

612.    Wilmer De Jesús Gomez Bustamante  [SDNT]

613.    Carlos Umberto Restrepo Clavijo

614.    Jhon Eidelber Cano Correa A.K.A. Jhonny Cano A.K.A. Alejandro Cardona Ribillas [SDNT]

615.    Luis Hernando Gomez Bustamante "Rasguño"  [SDNT]

616.    Orlando Sabogal Zuluaga A.K.A. Carlos Alberto Guillen Jimenez A.K.A. Juan Pablo Contreras Vivas  [SDNT]

617.    Gaviotas Ltda. A.K.A. Motel Campo Amor A.K.A. Hotel Sin Pecados Ak.A. Hotel Sin Pk2  [SDNT]

618.    Cano Agudelo S En C  [SDNT]

619.    Orlando Sabogal E Hijos & Cia S En C  [SDNT]

620.    Jose Aldemar Rendon Ramirez  [SDNT]

621.    Diana Patricia Zuluaga Alzate

622.    Daniela Sabogal Zuluaga

623.    Juliana Sabogal Zuluaga

624.    Felipe Sabogal Zuluaga

625.    Gomez Marin Ltda. [SDNT]

626.    Comercializadora De Cafe Del Occidente Codecafe Ltda. [SDNT]816004106-0 Pereira, Risaralda

627.    Sandra Milena Hernandez Arboleda  [SDNT]

628.    Inversiones Macarnic Patino Y Cia S.C.S. [SDNT]

Exhibit AA
Page 28

629. Asesores Consultores Asociados Ltda. [SDNT]

630. Cali a Tele.Com Ltda. [SDNT]

631. Citicar Ltda. [SDNT]

632. Kattus Corporation

633. Communicaciones Abiertas Camary Ltda. [SDNT]

634. Confecciones Lina Maria Ltda. [SDNT]

635. Construcciones E Inversiones Ltda. [SDNT]

636. Casa Estrella

637. Alla Investments Inc.

638. Doxa S.A. [SDNT]

639. Eagle Communication Brokers Inc. [SDNT]

640. Fundacion Centro Fruticola Andino [SDNT]

641. Fundacion Centro De Investigacion Hortifruticola De Colombia [SDNT]

642. Brunello Ltd.

643. Gibs Trading S.A. [SDNT]

644. Moisés Abdal Saieh Muvdi

645. Abdala Saieh Jassir

646. Carlos Ernesto

647. L.Gr. E.U. [SDNT]

648. Jamce Investments, Ltd.

649. Jehova, Ltda. [SDNT]

650. Manufacturas Real. S.A. [SDNT]

651. Melon, Ltda. [SDNT]

652.    Gloria Elena Fajardo Hernandez  [SDNT]

653.    Héctor Leon

654.    Plaza Real, Ltda. [SDNT]

655.    Villarosa Investments Corporation

656.    World Working Comercializadora Internacional, S.A. [SDNT]

657.    Sandra Milena Prieto Santiago  [SDNT]

658.    Piedad Rocío Sanchez Candelo

659.    Carlos Ernesto Saieh Jamis

660.    Gimber Investing Corporation

Exhibit AA
Page 30

# Exhibit BB

1. Urdinola Grajales Organization

2. Casa Grajales, S.A.

3. Frutas Exóticas Colombianos, S.A. (a.k.a. Frexco S.A.)

4. Grajales, S.A.

5. Los Viñedos De Getsemani, S.A. (a.k.a. Hotel Lost Vine- dos; a.k.a. Valle Lindo Hostal Restaurante)

6. Ibadan, Ltda.

7. Agroinversora Urdinola Henao y Cia., S.C.S.

8. Explotaciones Agricolas y Ganaderas La Lorena, S.C.S.

9. Industrias Agropecuarias del Valle, Ltda.

10. Inversiones El Edén S.C.S.

11. Constructora e Inmobiliaria Urvalle Cia., Ltda.

12. Constructora Universal, Ltda.

13. Inversiones Aguila, Ltda.

14. Inversiones Grame, Ltda.

15. Inversiones Los Posso, Ltda. S.C.S.

16. Inversiones Santa Cecilia, S.C.S.

17. Inversiones Santa Mónica, Ltda.

18. Sociedad De Negocios San Augustin, Ltda.

19. Panamericana, Ltda.

# Exhibit CC

1. Henao Montoya Organization

2. Agrícola Ganadera Henao González y Cia., S.C.S.

3. Agropecuaria Miralindo, S.A.

4. Arizona, S.A.

5. Compañía Agroinversora Henagro, Lida.

6. Desarrollos Comerciales e Industriales Henao González y Cia., S.C.S.

7. Maquinaria Técnica y Tierras, Ltda. (a.k.a. M.T.T., Ltda.)

8. Organización Empresarial A de J Henao M E Hijos y Cia., S.C.S.

Exhibit CC
Page 1

# Exhibit DD

1. Ramirez Abadia Organization

2. Disdrogas. Ltda.

3. Ramirez Abadia Y Cia.. S.C.S.

4. Edgar Marino Otalora Restrepo

5. Jorge Rodrigo Salinas Cuevas Manager

6. Omar Ramirez Ponce

7. Carmen Alicia Abadia Bastidas

8. German Rosero Angulo

9. Sergio Alberto Ramirez Rivera

10. Rfa Consultores Auditores. Ltda.

11. Spitiay Valencia. Ltda.

12. Benoit Velez Agropecuaria La Vereda Y Cia.. S.C.S.

13. Campo A La Diversion E.U. A.K.A. Parque Yaku

14. Diego Uriel Alzate Jiminez

15. Tulio Hernando Alzate Jiminez

16. Luis Holmes Alzate Jiminez

17. Andinaenvios An En. S.A.

18. Constructora E Inmobiliaria Andina. S.A.

19. Financiacion Y Empresa. S.A

20. Fundasocial

21. Cambios Y Capitales. S.A.

22. Inversiones Corporativas. Ltda.

23. Inversiones Sardi Alzate. S.C.S.

Exhibit DD
Page 1

24. Outsourcing De Operaciones, S.A.

25. T.H. Alzate Y Cia. S.C.S.

26. German Rosero Angulo

27. Luis Hernan Valero Jimenez

28. Alejandro Valero Jimenez

29. Administracion De Recursos Financieros E.U. (A.K.A. Afin E.U.)

30. La Holanda, S.A.

Exhibit DD
Page 2

# Exhibit EE

1. Patiño Fomeque Organization

2. Industria de Pesca Sobre El Pacifico, S.A. (a.k.a. Inpesca S.A.)

3. Galápagos, S.A.

4. Taura, S.A.

Exhibit EE
Page 1

# Exhibit FF

1.  Montoya Sanchez Organization

2.  Ladrillera La Candelaria, Ltda.

3.  Inversiones La Quinta Y Cia., Ltda.

4.  Montoya Luna E Hijos Y Cia., S.C.S.

# Exhibit GG

1.  Gomez Bustamante Organization

2.  Agricola Doima Del Norte Del Valle, Ltda.

3.  Ganaderia El Vergel, Ltda.

4.  Ganaderias Bilbao, Ltda.

5.  Gómez Marin, Ltda.

6.  Viscaya, Ltda. (a.k.a Vizcaya Ltda.)

7.  Organización Luis Hernando Gómez Bustamante y Cia., S.C.S.

8.  Inmobiliaria El Escorial, Ltda.

9.  Inmobiliaria Linares, Ltda.

10. Inmobiliaria Pasadena, Ltda.

# Exhibit HH

1.  Sabogal Zuluaga Organization

2.  Orlando Sabogal Zuluaga F Hijos & Cia., S. en C.

# Exhibit II

1.  Puerta Parra And Hernandez Zea Organization

2.  Asociación Turística Internacional, S.C.S.

3.  Green Island, S.A.

4.  Industrial Minera Y Pecuaria, S.A. (A.K.A. Impecua)

5.  Cia. Constructora Y Comercializadora Del Sur, Ltda. (A.K.A. Cosur)

    Aerovias Atlántico, Ltda. (A.K.A. Aero Atlántico, Ltda.)

6.  Comercializadora Andino Brasilera, S.A. (A.K.A. Cabrasa)

7.  Desarrollos Agroindustriales, S.A.

8.  Aerocomercial Alas De Colombia, Ltda.

9.  Intercontinental De Aviación, S.A. (A.K.A. Inter)

10. Intercontinental De Financiación Aérea, S.A. (A.K.A. Interfiar)

11. Accirent, S.A.

12. La Frontera Unión Galvez Y Cia., S. En C.

13. Inversiones Y Comercializadora Incom, Ltda. (F.K.A. Constructora Hena, Ltda.)

14. Largo Leasing, Ltd.

15. José Orlando Henao Montoya (Deceased)

16. Intercontinental De Aviacion S.A

17. Isabel Cristina Galvez Fernandez (Wife Of Puerta Parra)

18. Comercializadora Andino Brasilera, S.A. "Cabrasa"

19. Manuel Antonio Cubillos Corredor

20. Luis Alfredo Gallego Ramos

21. Hilda Nelly Merchan Perilla

22. Jaime Antonio Olivella Celedon

Exhibit II
Page 1

23. Oliverio Perez Narvaez

24. Alfonso Ramirez Valdivieso

25. Alfonso Sanchez Lopez

26. Elsa Yaneth Trivino Rodriguez

27. William Velez Montes

Exhibit II
Page 2

# Exhibit JJ

1. Renteria Mantilla Organization

2. Armando Jaar Y Cia., S.C.S

3. Carlos Saieh Y Cia., S.C.S.

4. Finanzas Del Norte Luis Saieh Y Cia., S.C.A. (F.K.A. Finanzas Del Norte, Ltda.)

5. Inversiones Del Prado Abdalasaieh Y Cia., S.C.A.[4]

6. Moisés Saieh Y Cia., S.C. A.

7. Ricardo Jaar Y Cia., S.C.S.

8. Confecciones Lord, S.A.

9. Constructora Altavista Internacional, S.A. (A.K.A. Conasa, S.A.)

10. Urbanizadora Altavista Internacional, S.A. (F.K.A. Telnet, S.A.; A.K.A. Urbavista)

11. Colombo Andina Commercial, Ltda. (A.K.A. Coalsa)

12. Compañia Agropecuaria Del Sur, Ltda. (A.K.A. Coagrosur)

13. Inversiones Agroindustriales Del Occidente, Ltda. (A.K.A. Inagroccidente)

14. Inversiones Brasilar, S.A. (F.K.A. Inversiones Rivera Caicedo Y Cia, S.C.S.; F.K.A. "Inrica")

15. Josafat, S.A.

16. Agustin Grajales Y Cia., Ltda.

17. Armagedón, S.A.

18. Macedonia, Ltda.

19. Salim, S.A.

20. Agropecuaria El Nilo, S.A. (A.K.A. Agronilo, S.A.)

21. Colombo Andina Commercial, Ltda. (A.K.A. Coalsa)

22. Compañia Agropecuaria Del Sur, Ltda. (A.K.A. Coagrosur)

Exhibit JJ
Page 1

23. Inversiones Agroindustriales Del Occidente, Ltda. (A.K.A. Inagroccidente)

24. Agropecuaria El Nilo, S.A. (A.K.A. Agronilo, S.A.)

25. Agropecuaria El Nilo, S.A. (A.K.A. Agronilo, S.A.)

26. Agropecuaria Lindaraja, S.A.

27. Canaduz, S.A.

28. Tarritos, S.A.

29. Corporación Hotelera Del Caribe Limitada (A.K.A. Apartahotel Tres Casitas; A.K.A. "Tres Casitas")

30. Apoyos Diagnósticos, S.A. (A.K.A. Apoyos Diagnósticos De Occidente S.A.; F.K.A. Unidad De Diagnóstico Médico Especializado, Ltda.; F.K.A. "Unides, Ltda.")

31. Clínica San Francisco, S.A. (F.K.A. Clínica De Occidente Tuluá, S.A.; F.K.A. Clínica Nuestra Señora De Fátima, S.A.)

32. Corporación Club Deportivo Tuluá (A.K.A. Cortuluá)

33. Camacho Vallejo Asesores E.U. (A.K.A. Camacho Vallejo Contadores)

34. Blackmore Investments A.V.V.

35. Granada Associates, Inc.

36. Jacaria Florida

37. Karen Overseas Florida, Inc.

38. Marc, Llc.

39. Sunset & 97th Holdings, Llc.

40. Villarosa Investments Florida, Inc.

41. Aim Investment Florida, Inc..

42. Kattus Corporation

43. Brunello, Ltd.

44. Jamee Investments, Ltd.

45. Cipe Investments Corporation

46. Elizabeth Overseaes, Inc.

47. Karen Overseas, Inc.

48. Kutry Management, Inc.

49. Rixford Investment Corporation

50. Villarosa Investments Corporation

51. Kattus Ii Corporation

52. Gimber Investing Corporation

53. Mla Investments, Inc.

54. Beatriz Renteria Caicedo

55. Maria Nury Caicedo Gallego

56. Maria Renteria Caicedo

57. Compañia Agropecuaria Del Sur, Ltda. (Coagrosur, Ltda.)

58. Luis Mario Cedeno Herrera

59. Jairo Camilo Collazos Tello

60. Ricardo Sandoval Salazar

61. Oscar Ignacio Martan Rodriguez

62. Alfonso Bueno Guerrero

63. German Duque Jaramillo

64. Clinica San Francisco, S.A.

65. Apoyos Diagnosticos, S.A.

66. Carlos Alberto Currea Correa A.K.A. "Cucu"

67. James Narvaez Puentes

# Exhibit KK

1. Grajales Lemos Organization A/K/A "Grupo Grajales"

2. Armando Jaar Y Cia., S.C.S.

3. Carlos Saieh Y Cia., S.C.S.

4. Finanzas Del Norte Luis Saieh Y Cia., S.C.A. (F.K.A. Finanzas Del Norte, Ltda.)

5. Inversiones Del Prado Abdalasaieh Y Cia., S.C.A..

6. Moisessaieh Y Cia., S.C.A.

7. Ricardo Jaar Y Cia., S.C.S.

8. International Freeze Dried, S.A. (A.K.A. Ifd, S.A.)

9. Almacaes, S.A.

10. Corporación De Almacenes Por Departamentos, S.A. (A.K.A. C.A.D., S.A.)

11. G.L.G., S.A. (A.K.A. Casa Estrella)

12. Ilovin, S.A.

13. Ramal, S.A.

14. Casa Grajales, S.A.

15. Construcciones E Inversiones, Ltda.

16. Doxa, S.A.

17. Fundación Centro Fruticola Andino

18. Frutas Exóticas Colombianos, S.A. (A.K.A. Frexco, S.A.)

19. Grajales, S.A.

20. Transportes Del Espiritu Santo, S.A.

21. Agustin Grajales Y Cia., Ltda.

22. Armagedón, S.A.

23. Creta, S.A.

Exhibit KK
Page 1

24. Gad, S.A.

25. Inversiones Aguila, Ltda.

26. Inversiones Grame, Ltda.

27. Inversiones Los Posso, Ltda., S.C.S.

28. Inversiones Santa Cecilia, S.C.S.

29. Inversiones Santa Mónica, Ltda.

30. Macedonia, Ltda.

31. Salim, S.A.

32. Sociedad De Negocios San Augustin, Ltda.

33. Agropecuaria El Nilo, S.A. (A.K.A. Agronilo, S.A.)

34. Gbs Trading, S.A.

35. World Working Comercializadora Internacional, S.A. (F.K.A. C.I. Glos's International,

    S.A.; A.K.A. World Working C.I.)

36. Hebron, S.A.

37. Ibadan, Ltda.

38. Josafat, S.A.

39. Panamericana, Ltda.

40. Jacaria Florida, Inc.

41. Alm Investment Florida, Inc.

42. Granada Associates, Inc.

43. Karen Overseas Florida, Inc.

44. Sunset & 97th Holdings, Llc.

45. Villarosa Investments Florida, Inc.

Exhibit KK
Page 2

46. Marc, Llc.

47. Confecciones Lord, S.A.

48. Constructora Altavista Internacional, S.A. (A.K.A. Conasa, S.A.)

49. Urbanizadora Altavista Internacional, S.A. (F.K.A. Telnet S.A.; A.K.A. Urbavista)

50. Comercializadora Pelissier Ospina, Ltda.

51. Manufacturas Real, S.A. (F.K.A. Manu- Facturas Real, Ltda.)

52. Salomé Grajales Y Cia., Ltda.

53. Citicar, Ltda.

54. Confecciones Lina María, Ltda.

55. Los Viñedos De Getsemaní, S.A. (A.K.A. Hotel Los Viñedos)

56. Jehová, Ltda.

57. Asesores Consultores Asociados, Ltda. (A.K.A. Aca Ltda.)

58. Cali ·a Tele.Com, Ltda. (A.K.A. Hola Telecomunicaciones)

59. Comunicaciones Abiertas Camary, Ltda.

60. L.Gr. E.U. (A.K.A. Platerial.Gr. E.U.)

61. Melon, Ltda.

62. Plaza Real, Ltda.

63. Industriasagropecuarias El Edén, S.A.

64. Cipe Investments Corporation

65. Eagle Communication Brokers, Inc.

66. Elizabeth Overseas, Inc.

67. Karen Overseas, Inc.

68. Rixford Investment Corporation

Exhibit KK
Page 3

69. Kattus Ii Corporation

70. Gimber Investing Corporation

71. Blackmore Investments. A.V.V.

72. Industrias Agropecuarias El Eden. S.A.

Bk 29401 Pg 3122 CFN 20140807338 11/21/2014 14:55:35 Pg 235 of 273 Mia-Dade Cty, FL

# Exhibit LL

1. Armando Jaar Y Cia., S.C.S.

2. Comercializadora Pelissier Ospina, Ltda.

3. Maria Sair Pelissier Ospina

4. Armando Jacobo Jaar Jacir

5. Carlos Saieh Y Cia., S.C.S.

6. Finanzas Del Norte Luis Saieh Y Cia., S.C.A.

7. Moises Saieh Y Cia., S.C.A.

8. Ricardo Jaar Y Cia., S.C.A.

9. Inversiones Del Prado Abdala Saieh Y Cia., S.C.A.

10. Casa Estrella

11. Francisco Javier Duque Correa

12. Maria Sair Pelissier Ospina

13. Armando Jaar Y Cia., S.C.S.

14. Carmen Elena Siman De Jaar

15. Cipe Investments Corporation

16. Constructora Altavista Internacional, S.A.

17. Karen Overseas, Inc.

18. Urbanizadora Altavista Internacional, S.A.

19. Alm Investment Florida, Inc.

20. Granada Associates, Inc.

21. Confecciones Lord, S.A.

22. Sunset & 97th Holdings, Llc.

23. Villarosa Investments Florida, Inc.

Exhibit LL
Page 1

24. Rixford Investment Corporation

25. Ricardo Jaar Jassir

26. Moisés Abdal Saieh Muvdi

27. Carlos Ernesto Saieh Jamis

28. Armando Jacobo Jaar Jacir

29. Elizabeth Overseas, Inc.

30. Marc Lie

31. Karen Overseas Florida, Inc.

32. Gimber Investing Corporation

33. Kattus Corporation

34. Kattus Corporation

35. Casa Estrella

36. Mla Investments Inc.

37. Brunello Ltd.

38. Moisés Abdal Saieh Muvdi

39. Abdala Saieh Jassir

40. Carlos Ernesto Saieh Jamis

41. Jamce Investments, Ltd.

42. Héctor Leon

43. Villarosa Investments Corporation

44. Piedad Rocío Sanchez Candelo

Exhibit LL
Page 2

# Exhibit MM

1. Cano Correa Organization

2. Gaviotas. Ltda. (a.k.a. Hotel Sin Pecados; a.k.a. Motel Campo Amor; a.k.a. "Hotel Sin Pk2")

3. Cano Agudelo, S. en C.

# Exhibit NN

1.  Juan Carlos Patino Torres

2.  Juan De La Cruz Gallego Cano

3.  Juan Carlos Giraldo Franco

4.  Carlos Umberto Restrepo Clavijo

5.  Diana Patricia Zuluaga Alzate

6.  Daniela Sabogal Zuluaga

7.  Juliana Sabogal Zuluaga

8.  Felipe Sabogal Zuluaga

Exhibit NN
Page 1

# Exhibit NN.1

1. Quintero Sanclemente Organization

2. Alejandro Gonzalez Sanclemente

3. Walter Lopez Rodriguez

4. Milena Roldan Salcedo

5. Fabio Roldan Salcedo

6. Fernando Gonzalez Sanclemente

7. Guillermo Gonzalez Bohorquez

8. Augusto Guillermo Yordan Cardenas

9. Martha Cecilia Sanchez Conde

10. Rodrigo Eugenio Saavedra Arce

11. Jorge Enrique Dominguez Velez (A.K.A. "El Onli")

12. José Roberto Gonzalez Sanclemente

13. Fego Cana E.U.

14. Inversiones Medicas Y Quirugicas Especializadas. Ltda.

15. Era De Luz. Ltda. Libreria Cafe

16. Agroindustrias Jordanes. S.A.

17. Imerco. Ltda.

18. Productos Alimenticios Glaciares. Ltda.

19. Carmile Inversiones Lopez Y Cia.. S.C.A.

Exhibit NN.1
Page 1

# Exhibit OO

1.   Varela Organization

2.   Agropecuaria Palma Del Rio, S.A.

3.   Comercializadora De Café Del Occidente Codecafé, Ltda. (A.K.A. Codecafé)

4.   Inversiones Macarnie Patiño Y Cia., S.C.S.

5.   Asesorias Profesionales, Ltda.

6.   Plastec, Ltda.

7.   Rr Tour, S.A. De C.V.

8.   Yolanda Salazar Arcila

9.   Norma Constanza Restrepo Victoria

Exhibit OO
Page 1

# Exhibit PP

1. Diego Perez Henao (A.K.A. Diego Villegas Gomez; A.K.A. "Diego Rastrojo") [SDNTK]

2. Javier Antonio Calle Serna (A.K.A. "Comba") [SDNTK]

# Exhibit QQ

1. Rodriguez Orejuela Organization

2. Jaime Rodriguez Mondragón

3. Humberto Rodriguez Mondragón

4. Maria Alexandra Rodriguez Mondragón

5. William Rodriguez Abadía

6. Carolina Rodriguez Arbeláez

7. Claudia Rodriguez Ramirez

8. Juan Carlos Muñoz Rodriguez

9. Maria Fernanda Rodriguez Arbeláez

10. Andre Gilberto Rodriguez Ramirez

11. Fernando Antonio Gutierrez Cancino

12. Alfonso Gil Osorio

13. Jaime Alberto Aristizabal Atehortua

14. Eduardo Mogollón Rueda

15. Sharper, S.A.

16. Agricola Humyami, Ltda.

17. Comercializadora de Carnes del Pacifico, Ltda.

18. Construcciones Avendano Gutiérrez y Cia., LTDA. (a/k/a Conage Ltda.)

19. Construcciones Colombo-Andinas, Ltda.

20. Andian

Exhibit QQ
Page 1

# Exhibit RR

1.  Herrera Buitrago Organization

2.  Sulay Herrera Buitrago

3.  Juan Carlos Montoya Martinez

Bk 29401 Pg 3139 CFN 20140807338 11/21/2014 14:55:35 Pg 252 of 273 Mia-Dade Cty, FL

# Exhibit SS

1. Santacruz Londoño Organization

2. Héctor Fabio Borrero Quintero

3. Hugo Mazuero Frazo

Exhibit SS
Page 1

# Exhibit TT

1. Valencia Trujillo Organization

2. Luz Maria Tristán Gil

3. Alvaro Victoria Castaño

4. Juan Pablo Gaviria Price

5. Fabio Hernán Franco Valencia

6. Gonzalo Calderón Collazos

7. Sonia Aguilar Bernal

Exhibit TT
Page 1

# Exhibit VV

1. Carlos Castaño Gil [SDNTk]

2. Salvatore Mancuso Gómez [SDNTk]

3. Juan Carlos Sierra Ramirez [SDNTk]

4. Hernán Giraldo Serna [SDNTk]

5. Héctor Germán Buitrago Parada (A.K.A. "Martin Llanos") [SDNTk]

6. Luis Eduardo Cifuentes Galindo (A.K.A. "El Aguila") [SDNTk]

7. Guillermo Pérez Alzate (A.K.A. "Pablo Sevillano") [SDNTk]

8. Diego Fernando Murillo Bejarano (A.K.A. "Adolfo Paz") (A.K.A. "Don Berna") [SDNTk]

9. José Vicente Castaño Gil [SDNTk]

10. Héctor Castaño Gil [SDNTk]

11. Iván Roberto Duque Gaviria (A.K.A. "Ernesto Báez") [SDNTk]

12. Ramon Maria Isaza Arango[SDNTk]

13. Sociedad De Comercializacion Internacional Poseidon S.A. (A.K.A. C.I. Poseidon, S.A.) (F.K.A. C.I. Comercializadora Internacional Poseidon, S.A.)

14. Los Gnomos Ltda.

15. Sor Teresa Gómez Alvarez [SDNTk]

16. Funpazcor (A.K.A. Fundación Para La Paz De Córdoba) (A.K.A. Fundazcor) (A.K.A. Fundación Por La Pas De Córdoba) [SDNTk]

17. Rafael Dario Atencia Pitalua [SDNTk]

18. Luis Manuel Sánchez Varilla

19. Elkin Alberto Arroyave Ruiz [SDNTk]

20. Carlos Ali Romero Varela

21. Edgar Fernando Blanco Puerta [SDNTk]

Exhibit VV
Page 1

22. Carlos Mario Jiminez-Naranjo, A.K.A. "Macaco" [SDNT]

23. Jesús Maria Alejandro Sanchez Jimenez A.K.A. "Chucho"; "El Primo"; "Scubi"[SDNT]

24. Héctor Edilson Duque Ceballos A.K.A. "Monoteto" (Not Designated - Murdered In July 2008)

25. Rafael Angel Sanchez Rua [SDNT]

26. Ganaderia Arizona [SDNT]

27. Granja Porcicola La Fortaleza

28. Luz Piedad Restrepo Encizo

29. Motel Momentos E.U. [SDNT]

30. Marisol Viedma Abonce

31. Almacen Y Compraventa Los 3 Oros[SDNT]

32. Andrés Felipe Carrillo Luna [SDNT]

33. Paula Andrea Carrillo Luna [SDNT]

34. Roberto Jimenez Naranjo [SDNT]

35. Marco Julio Londono Vasquez [SDNT]

36. Rosa Edelmira Luna Cordoba [SDNT]

37. Administradora Ganadera El 45 Ltda. [SDNT]

38. Ganaderia Luna Hermanos Ltda. [SDNT]

39. Inversiones Licom Ltda. (A.K.A. Restaurante Angus Brangus) [SDNT]

40. Tejar La Mojosa S.A. [SDNT]

41. Casa Del Ganadero S.A. [SDNT]

42. Inversiones El Momento S.A. [SDNT]

43. Sociedad Minera Grifos S.A. [SDNT]

44. Rodrigo Tovar Pupo (a.k.a "Jorge 40")

Exhibit VV
Page 3

Bk 29401 Pg 3147 CFN 20140807338 11/21/2014 14:55:35 Pg 260 of 273 Mia-Dade Cty, FL

# Exhibit WW

1.  Carlos Castaño Gil [SDNTK]

2.  Salvatore Mancuso Gómez [SDNTK]

3.  Juan Carlos Sierra Ramírez [SDNTK]

4.  Hernán Giraldo Serna [SDNTK]

5.  Héctor Germán Buitrago Parada (a.k.a. "Martin Llanos") [SDNTK]

6.  Luis Eduardo Cifuentes Galindo (a.k.a. "El Aguila") [SDNTK]

7.  Guillermo Pérez Alzate (a.k.a. "Pablo Sevillano") [SDNTK]

8.  Diego Fernando Murillo Bejarano (a.k.a. "Adolfo Paz") (a.k.a. "Don Berna") [SDNTK]

9.  José Vicente Castaño Gil [SDNTK]

10. Héctor Castaño Gil [SDNTK]

11. Iván Roberto Duque Gaviria (a.k.a. "Ernesto Báez") [SDNTK]

12. Ramón María Isaza Arango[SDNTK]

13. Sor Teresa Gómez Alvarez [SDNTK]

14. FUNPAZCOR (a.k.a. Fundación para la Paz de Córdoba) (a.k.a. FUNDAZCOR) (a.k.a. Fundación por la Pas de Córdoba) [SDNTK]

15. Rafael Dario Atencia Pitalua [SDNTK]

16. Elkin Alberto Arroyave Ruiz [SDNTK]

17. Edgar Fernando Blanco Puerta [SDNTK]

Exhibit WW
Page 1

# Exhibit XX

1. Sociedad De Comercializacion Internacional Poseidon S.A. (A.K.A. C.I. Poseidon, S.A.) (F.K.A. C.I. Comercializadora Internacional Poseidon, S.A.)

2. Los Gnomos Ltda.

3. Luis Manuel Sánchez Varilla

4. Carlos Ali Romero Varela

5. Héctor Edilson Duque Ceballos A.K.A. "Monoteto"

6. Granja Porcicola La Fortaleza

7. Luz Piedad Restrepo Encizo

8. Marisol Viedma Abonce

Exhibit XX
Page 1

# Exhibit ZZ

1.    Fabio Enrique Ochoa Vasco (A.K.A. Juan Carlos Martinez Perez) (A.K.A. Carlos Mario Vega Tobon) [SDNT]

2.    Luz Adriana Gonzalez Betancourth

3.    Jose Roberto Bedoya Velez [SDNT]

4.    Ricardo Espitia Pinilla  [SDNT]

5.    Yaneth Acosta Urueta  [SDNT]

6.    Juan Cardenas Real  [SDNT]

7.    José Luis Lares Rangel

8.    Jorge Octavio Lopez Rodriguez [SDNT]

9.    Mario Antonio Flores Salinas [SDNT]

10.   Luz Del Rocio Arambula Garcia [SDNT]

11.   Cordes Cia. Limitada  [SDNT]

12.   Mision Inmobiliaria Limitada

13.   Parque Ecologico Recreacional De Las Aguas De Girardot Limitada

14.   Mirasol International Limited

15.   Grupo Constructor Inmobiliario Pacar S.A. De C.V. Grupo C.I.P. Constructora S.A. De C.V. [SDNT]

16.   John Jairo Gallego Valencia  [SDNT]

17.   Martin David Hodwalker Martinez  [SDNT]

18.   Luis Pacheco Mejia [SDNT]

19.   Porfirio Miguel Cadenas Viramontes  [SDNT]

20.   César Alejandro Hernandez Ortega [SDNT]

21.   Hodwalker Y Leal Y Cia. S.C.A. [SDNT]

Exhibit ZZ
Page 1

22.     Yamaha Mundial Limitada

23.     Shardae Ventures, Inc.

24.     Granoproductos Agricolas S.A. De C.V. [SDNT]

25.     Comercializadora De Capitales Limitada  [SDNT]

26.     Tecnicar Diagnosticentro S.A. [SDNT]

27.     Kelvedon Limited

28      Cimientos La Torre S.A. De C.V. Cumbres Soluciones Inmobiliarias S.A.

De C.V. (A.K.A. Activos Para El Desarrollo Isla Blanca S.A. De C.V.) [SDNT]

29.     Inversiones Y Representaciones, S.A (Irsa S.A.), [SDNT]

30.     Pedro Enrique Indaburu Luengas

31.     Hotel La Cascada S.A. [SDNT]

32.     Inversiones Mps, S.A. [SDNT]

33.     Karian, Ltda.

34.     Duratex, S.A.

35.     Soraya Mor Saab

36.     Florida Soccer Club S.A. [SDNT]

37.     Proyectos Y Soluciones, S.A.

38.     Proyectos Y Soluciones Inmobiliaria, Ltda.

39.     Jaime Mor Gaviria

40.     Luis Pacheco Mejia [SDNT]

41.     Key Financial Associates

42.     Auditores Especializados, Ltda. [SDNT]

43.     Acuicola Santa Catalina, S.A.

Exhibit ZZ
Page 2

44.   Orimar, Ltda. [SDNT]

45.   Constructora Iraka, S.A.

46.   C.I. Otilia Flowers, S.A. [SDNT]

47.   Promociones E Inversiones Las Palmas, S.A.

48.   Super Boys Games, Ltda.

49.   Constructora America, S.A.

50.   Aquamarina Island International Corporation [SDNT]

51.   Gloria Elisa Briseno Mar ("Lizzybriseno") [SDNT]

52.   Gabriel Andrés Calvo Lombana [SDNT]

53.   Jhon Jairo Castrillon Vasco [SDNT]

54.   Jorge Ernesto Caicedo Rojas [SDNT]

55.   Jaime Dib Mor Saab

56.   Gustavo Alberto Pabon Alvarado

57.   Silvio Yepes Velez [SDNT]

58.   Fernando Maldonado Escobar

59.   Mor Alfombras Alfolique, S.A. [SDNT]

60.   Mor Gaviria Y Cia., S.C.S. [SDNT]

61.   Max Abilio Lozano Ospina

62.   Internacional De Proyectos Inmobiliaria Ipi. S.A. [SDNT]

63.   Overseas Trading Company [SDNT]

64.   Porfirio Miguel Cadenas Viramontes [SDNT]

65.   Mayor Comercializadora, Ltda.

66.   Liliana Gaviria De Mor Cc 20621292

67.     Comercializadora Mor Gaviria, S.A. [SDNT]

68.     Comercializadora Mordur, S.A. [SDNT]

69.     Gerencia De Proyectos Y Soluciones, Ltda. [SDNT]

70.     Gaviria Mor Y Cia., Ltda. [SDNT]

71.     Luis Fernando Gaviria Mejia

72.     Mc Overseas Trading Company Sa De Cv [SDNT]

73.     Lizzy Mundo Interior [SDNT]

74.     Fishing Enterprise Holding, Inc. [SDNT]

75.     Inmobilium Investment Corp. [SDNT]

76.     Transportes Michael, Ltda. [SDNT]

77.     Centro De Belleza Shary Vergara [SDNT]

78.     Carlos Heneris Varela Serna "Colitas" [SDNT]

79.     Jhon Jairo Gallego Valencia "Frederico" [SDNT]

80.     Ricardo Castro Garzon "Cayo" [SDNT]

81.     Cables Nacionales, S.A. [SDNT]

82.     Castro Cure Y Cia. [SDNT]

83.     Cooperativa De Servicio De Transporte De Carga De Colombia, Ltda.

(Cootransmulti H.H. Ltda.) [SDNT]

84.     Fudia, Ltda. [SDNT]

85.     Cure Sabagh Y Cia. [SDNT]

86.     Sergio Rene De Martini Tamayo "Canoso" [SDNT]

87.     Miyer Alberto Garcia Buitrago "Chiqui" [SDNT]

88.     Gustavo Otero Borrero "Tavo"

Bk 29401 Pg 3156 CFN 20140807338 11/21/2014 14:55:35 Pg 269 of 273 Mia-Dade Cty, FL

89.   Inversiones Agropecuaria Arizona, Ltda. [SDNT]

90.   Martin Hodwalker M. Y Cia., S. En C. [SDNT]

91.   Veranillo Dive Center, Ltda. [SDNT]

92.   Desarrollo Gemma Corporation  [SDNT]

93.   Yamaha Veranillo Distribuidores  [SDNT]

94.   Martin David Hodwalker Martinez "Tilo" [SDNT]

95.   John Ricardo Palacio Adarve  [SDNT]

96.   Javier Arnulfo Hooker Taylor  [SDNT]

97.   Roch Fish Import Export E.U. [SDNT]

98.   Elvert Dowie Bodden Gale "Tio Bodden" [SDNT]

99.   Victor Hugo Castro Garzon "Cabezón" [SDNT] (Colombia)

100.  Gareth Bruce Worrell "Gareth Morey" [SDNT]

101.  Clive Norman Hyde "Dr. Hyde"  [SDNT]

102.  Elvis Angus Logan Morey "Burton Burgess" [SDNT]

103.  Martin Gregory Marks  [SDNT]

# Exhibit AAA

1.    Luz Adriana Gonzalez Betancourth

2.    José Luis Lares Rangel

3.    Mision Inmobiliaria Limitada

4.    Parque Ecologico Recreacional De Las Aguas De Girardot Limitada

5.    Mirasol International Limited

6.    Yamaha Mundial Limitada

7.    Shardae Ventures. Inc.

8.    Kelvedon Limited

9.    Pedro Enrique Indaburu Luengas

10.   Karian. Ltda.

11.   Duratex. S.A.

12.   Soraya Mor Saab

13.   Proyectos Y Soluciones. S.A.

14.   Proyectos Y Soluciones Inmobiliaria. Ltda.

15.   Jaime Mor Gaviria

16.   Key Financial Associates

17.   Acuicola Santa Catalina. S.A.

18.   Constructora Iraka. S.A.

19.   Promociones E Inversiones Las Palmas. S.A.

20.   Super Boys Games. Ltda.

21.   Constructora America. S.A.

22.   Jaime Dib Mor Saab

23.   Gustavo Alberto Pabon Alvarado

Exhibit AAA
Page 1

24.    Fernando Maldonado Escobar

25.    Max Abilio Lozano Ospina

26.    Mayor Comercializadora, Ltda.

27.    Liliana Gaviria De Mor Ce 20621292

28.    Luis Fernando Gaviria Mejia

29    Gustavo Otero Borrero "Tavo"

Bk 29401 Pg 3160 CFN 20140807338 11/21/2014 14:55:35 Pg 273 of 273 Mia-Dade Cty, FL