UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO CABALLERO

PLAINTIFF(S)

CASE NUMBER
1:18−cv−25337−KMM

v.

FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, et al.,

**DEFAULT BY CLERK F.R.Civ.P.55(a)**

DEFENDANT(S).

# Clerk's Default

It appearing that the defendant(s) herein, is/are in default for failure to appear, answer, or otherwise plead to the complaint filed herein within the time required by law.

Default is hereby entered against defendant(s)

**Norte de Valle Cartel**

as of course, on the date March 8, 2019.

**Angela E. Noble**
CLERK OF COURT

By  /s/ *Crystal Barnes−Butler*
Deputy Clerk

cc:  Chief Judge K. Michael Moore
     Antonio Caballero