UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF FLORIDA

CASE NO: 18-cv-25337-KMM

ANTONIO CABALLERO,

    Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA, a/k/a
FARC-EP a/k/a REVOLUTIONARY ARMED
FORCES OF COLOMBIA; and THE NORTE
DE VALLE CARTEL,

    Defendants.
_____/

**ANTONIO CABALLERO'S NOTICE OF ATTACHMENT OF BLOCKED ASSETS**

Plaintiff Antonio Caballero ("Caballero"), by and through undersigned counsel, and in compliance with this Court's Sealed Order [D.E. 91 at 7, ¶ 4], hereby notifies this Court that he has attached the blocked assets that are the subject of the aforementioned Order, and that the applicable docket entries can be unsealed.

**DATED this 4th day of February 2021.**

        Respectfully submitted,

        */s/ Joseph I. Zumpano*
        Joseph I. Zumpano (Florida Bar Number: 0056091)
        Attorney E-mail address: jzumpano@zplaw.com
        Leon N. Patricios (Florida Bar Number: 0012777)
        Attorney E-mail address: lpatricios@zplaw.com
        Gabriela Rosell (Florida Bar Number: 0111735)
        Attorney E-mail address: grosell@zplaw.com
        ZUMPANO PATRICIOS, P.A.
        312 Minorca Avenue
        Coral Gables, FL 33134
        Telephone: (305) 444-5565
        Attorneys for Plaintiff Antonio Caballero

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 4th day of February 2021, the undersigned electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system. I further certify that I served the foregoing motion to the following persons and/or entities:

FARC-EP
Juvenal Ovidio Ricardo Palmera Pineda a/k/a/ "Simon Trinidad"
Member of FARC-EP
BOP Register No. 27896-016
USP Florence ADMAX
5880 Hwy 67 South
Florence, CO 81226

FARC-EP
Juvenal Ovidio Ricardo Palmera Pineda a/k/a/ "Simon Trinidad"
Member of FARC-EP
BOP Register No. 27896-016
USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8500
Florence, CO 81226

NORTE DE VALLE CARTEL
Diego Leon Montoya Sanchez
Member of NORTH VALLEY CARTEL
BOP Register No. 04171-748
FCI Petersburg Medium
Federal Correctional Institution
1060 River Road
Hopewell, VA  23860

NORTE DE VALLE CARTEL
Diego Leon Montoya Sanchez
Member of NORTH VALLEY CARTEL
BOP Register No. 04171-748
FCI Petersburg Medium
Federal Correctional Institution
P.O. Box 1000
Petersburg, VA  23804

Leonardo Gonzalez Dellan, a.k.a. Leonardo Gonzalez
Calle Kemal Ataturk Qta. Nani
Urb. Valle Arriba Caracas Venezuela

Leonardo Gonzalez Dellan, a.k.a. Leonardo Gonzalez
c/o Florida Blue Crest Corp.
2020 North Bayshore Drive, Apt 2306
Miami FL 33137

Florida Blue Crest Corp
2020 North Bayshore Drive, Apt 2306
Miami, Florida 330175-5168

Leonardo Gonzalez Dellan, President
Calle Kemal Atarurk Qta. Nani
Urb. Valle Arriba Caracas Venezuela

Jenny Azark Marin
50 Alhambra Circle Apt. 403
Coral Gables, Florida 33134

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano