**U.S. Department of Justice**
United States Marshals Service

DEC 15 2020

**PROCESS RECEIPT AND RETURN**
See "Instructions for Service of Process by U.S. Marshal"

cvsed

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antonio Caballero | 18-cv-25337-KMM |
| DEFENDANT | TYPE OF PROCESS |
| Fuerzas Armadas Revolucionarias de Colombia et al. | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sun Properties LLC

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code):
801 South Miami Ave., Unit PH 5803, Miami, FL 33130

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leon N. Patricios, Esq.
Zumpano Patricios, P.A.
312 Minorca Ave.
Coral Gables, FL 33134

| | |
|---|---|
| Number of process to be served with this Form 285 | 2  with alternate |
| Number of parties to be served in this case | 1  address |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service):

Alternate Address: Sun Properties LLC, c/o Secretary of State for the State of Delaware, Attn: Service of Process, 401 Federal Street #4, Dover Delaware 19901

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: 305-444-5565
DATE: 12/15/20

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
(Sign only for USM 285 if more than one USM 285 is submitted)

Total Process:
District of Origin: No. 04
District to Serve: No. 04  HF
Signature of Authorized USMS Deputy or Clerk  Date

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above (See remarks below)

Name and title of individual served (if not shown above)
Date: 12/22/20    Time: 11:30   ☒ am  ☐ pm

Address (complete only different than shown above)

Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $65.00 | | | | | |

**REMARKS**

Levied on property. Posted in a clear conspicuous manner.

FILED BY SLS D.C.
FEB 05 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI