UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO CABALLERO,
Plaintiff,

v.  Case No.: 1:18-CV-25337-KMM

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA,
and THE NORTH DE VALLE CARTEL,
Defendants.

FILED BY ___ D.C.

MAR 04 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert E. O'Neill of O'Neill Law Group, LLC hereby enters his appearance and designation of e-mail addresses on behalf of Non-Party Leonardo González Dellán, and hereby requests that all pleadings, notices, memoranda and any other writings or communications be copied on the undersigned counsel.

Undersigned counsel designates the following for e-mail service in the above-referenced case: roneill@oneilllawgroup.com

Dated: March 4, 2021

Respectfully submitted,

O'NEILL LAW GROUP, LLC

/s/ Robert E. O'Neill
Robert E. O'Neill
Florida Bar Number- 105155
O'Neill Law Group, LLC
1305 Jumana Loop
Apollo Beach, Fl 33572
Tel.: 305-205-8228
roneill@oneilllawgroup.com

Counsel for Leonardo González Dellán

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on March 4, 2021, I caused the filing of foregoing document with the Clerk of Court. I further certify that the foregoing is being served this day upon all counsel of record via U.S. Mail pending issuance of CM/ECF credentials for undersigned counsel or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing. Future filings shall be conducted by the CM/ECF system.

/s/ Robert E. O'Neill
Robert E. O'Neill