| U.S. Department of Justice | **PROCESS RECEIPT AND RETURN** |
|---|---|
| United States Marshals Service | *See "Instructions for Service of Process by U.S. Marshal"* |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Antonio Caballero | 18-25337 |
| DEFENDANT | TYPE OF PROCESS |
| Fuerzas Armadas Revolucionarias de Colombia et al., | sale of RP |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Sun Properties LLC
ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
801 South Miami Ave, Unit PH 5803, Miami FL 33130

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

Leon N. Patricios, Esq.
Zumpano Patricios, P.A.
312 Minorca Ave.
Coral Gables FL 33134

FILED BY _XC_ D.C.
MAR 05 2021
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Sale: Wednesday March 3, 2021 @12:00 noon. Wilkie D. Ferguson Jr. US Corthouse, 400 N. Miami Ave, Miami, FL 33128

Signature of Attorney other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT   TELEPHONE NUMBER   DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin No. 04 | District to Serve No. ___ | Signature of Authorized USMS Deputy or Clerk | Date 03/01/2021 |
|---|---|---|---|---|---|

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*    Date 3-3-21   Time 12:15 pm

Address *(complete only different than shown above)*   Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges *(including endeavors)* | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| 625.20 | 0.00 | | 625.20 | | |

REMARKS

RP Advertised in the Daily Business Review on 01/25/2021, 02/01/2021, 02/08/2021, 02/16/2021

SOLD on 03/03/2021 for 1.9 Million to plaintiff

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18