**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. 1:18-cv-25337-KMM

ANTONIO CABALLERO,

     Plaintiff,

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA, *et al.*,

     Defendants.

_____/

**<u>FINAL JUDGMENT IN GARNISHMENT</u>**

THIS CAUSE came before the Court upon the Court's August 24, 2021 Order (ECF No. 114) granting Plaintiff Antonio Caballero's Motion for TRIA Turnover Judgment (ECF No. 99).

Accordingly, UPON CONSIDERATION of the Order, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby ORDERED and ADJUDGED that:

1. Final Judgment in Garnishment is entered in favor of Plaintiff Antonio Caballero and against Garnishee Sunstate Bank;

2. Plaintiff Antonio Caballero shall recover from Garnishee Sunstate Bank the Blocked Funds, which are located in an account bearing the account number XXXXX1839 ("Account 1839") and an account bearing the account number XXXXX1821 ("Account 1821"), held by Garnishee Sunstate Bank in the putative name of, or for the benefit of, or blocked due to an association with, non-judgment debtor third party Leonardo Gonzalez Dellan, a.k.a. Leonardo Gonzalez, for which sum let execution issue forthwith;

3. Garnishee Sunstate Bank shall pay, within seven (7) days of this Final Judgment in Garnishment, the sum of the Blocked Funds (held in Account 1839 and Account 1821) via

wire transfer to Zumpano Patricios, P.A., counsel of record for Plaintiff Antonio Caballero; and

4. Upon counsel for Plaintiff Antonio Caballero's receipt of the sum of the Blocked Funds (held in Account 1839 and Account 1821) ordered to be paid hereunder, Garnishee Sunstate Bank shall be discharged from:

   a. Any and all liability under the post-judgment writs of garnishment issued in this action;

   b. Any and all liability to Plaintiff Antonio Caballero relating to assets held as of the date of service of the writs of garnishment in the putative name of, or for the benefit of, or blocked due to an association with, non-judgment debtor third party Leonardo Gonzalez Dellan, a.k.a. Leonardo Gonzalez; and

   c. Any and all liability to persons and entities other than Plaintiff Antonio Caballero, including Defendants and non-judgment debtor third party Leonardo Gonzalez Dellan, a.k.a. Leonardo Gonzalez, for payment of the sum of the Blocked Funds to Plaintiff Antonio Caballero in partial satisfaction of his final judgment.

5. The Court retains jurisdiction to enforce the terms of this Order.

   DONE AND ORDERED in Chambers at Miami, Florida, this <u>24th</u> day of August, 2021.


_K. M. Moore_

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE


c: All counsel of record