# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

FILED BY _____ D.C.
MAY 11 2022
ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

| | |
|---|---|
| **PLAINTIFF** Antonio Caballero | **COURT CASE NUMBER** 18-CV-25337-KMM |
| **DEFENDANT** Fuerzas Armadas Revolucionarias de Colombia, et al., | **TYPE OF PROCESS** Notice and Sale of RP |

**SERVE AT**
NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Leonardo Gonzalez Dellan (a.k.a Leonardo Gonzalez)
ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)
2475 Brickell Ave, Unit 1006, Miami FL 33129

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW

SALE: Thursday May 5, 2022 12:00 noon, at Wilking D. Ferguson, Jr US Courthouse.

Number of process to be served with this Form 285: 1
Number of parties to be served in this case: 1
Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Signature of Attorney other Originator requesting service on behalf of: ☒ PLAINTIFF ☐ DEFENDANT
TELEPHONE NUMBER
DATE

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE**

I acknowledge receipt for the total number of process indicated.
Total Process: 2
District of Origin: No. 04
District to Serve: No. 04
Signature of Authorized USMS Deputy or Clerk
Date: 04/20/2022

☐ I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

Name and title of individual served *(if not shown above)*
Date: 5-5-22
Time: 12:00 ☐ am ☒ pm

Address *(complete only different than shown above)*
Signature of U.S. Marshal or Deputy

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal* or (Amount of Refund*) |
|---|---|---|---|---|---|
| $390.00 | 0 | | | | |

**REMARKS**

USMS advertised the notice of sale in Miami Daily Business review on 03/28/2022, 0404/2022, 04/11/2022 & 04/18/2022

Sold to Plaintiff for $1,000.00

PRIOR VERSIONS OF THIS FORM ARE OBSOLETE

Form USM-285
Rev. 11/18