# PROCESS RECEIPT AND RETURN

**U.S. Department of Justice**
United States Marshals Service

*See "Instructions for Service of Process by U.S. Marshal"*

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| ANTONIO CABALLERO | 18-cv-25337-KMM |
| DEFENDANT | TYPE OF PROCESS |
| FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, et al., | Writ of Execution |

**SERVE AT**

NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN
Posh 8 Dynamic, Inc.

ADDRESS *(Street or RFD, Apartment No., City, State and ZIP Code)*
18555 Collins Avenue, Unit 4401, Sunny Isles Beach, Florida 33160

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Leon N. Patricios, Esq.
Zumpano Patricios, P.A.
312 Minorca Ave.
Coral Gables, FL 33134

FILED BY _____ D.C.

SEP 21 2022

ANGELA E. NOBLE
CLERK U.S. DIST CT.
S. D. OF FLA. - MIAMI

| | |
|---|---|
| Number of process to be served with this Form 285 | 1 |
| Number of parties to be served in this case | 1 |
| Check for service on U.S.A. | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE *(Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available for Service)*:

Please also send notice to: (1) Any and all Owners/Occupants, 18555 Collins Avenue, Unit 4401, Sunny Isles Beach, FL; (2) Posh 8 Dynamic, Inc., 155 SW 25th Road, Miami, FL 33129; (3) Posh 8 Dynamic, Inc. c/o Secretary of State for Delaware, 401 Federal Street, Suite 4, Dover, DE 19901 (per DE Secretary of State's substitute service requirements); (4) Howard Srebnick, BLACK SREBNICK, P.A., o/b/o Raul Gorrin, 201 South Biscayne Blvd., Suite 1300, Miami, FL 33131; and (5) Ed Wilson, Venable, LLP, o/b/o Raul Gorrin, 600 Massachusetts Avenue, NW Washington, DC 20001

| Signature of Attorney other Originator requesting service on behalf of: | ☒ PLAINTIFF ☐ DEFENDANT | TELEPHONE NUMBER | DATE |
|---|---|---|---|
| | | 305-444-5565 | 6/2/2022 |

## SPACE BELOW FOR USE OF U.S. MARSHAL ONLY - DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. *(Sign only for USM 285 if more than one USM 285 is submitted)* | Total Process | District of Origin | District to Serve | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|
| 1 | | No. 4 | No. 4 | | |

I hereby certify and return that I ☐ have personally served , ☐ have legal evidence of service, ☒ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above on the on the individual, company, corporation, etc. shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc. named above *(See remarks below)*

| Name and title of individual served *(if not shown above)* | | Date | Time | ☒ am ☐ pm |
|---|---|---|---|---|
| | | 6/6/22 | 9:20 | |
| Address *(complete only different than shown above)* | | Signature of U.S. Marshal or Deputy | | |

*Costs shown on attached USMS Cost Sheet >>*

REMARKS

6/6/22 levied on property. Posted judgment and writ of execution in an open and conspicuous manner.

Form USM-285
Rev. 03/21