UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-25337-KMM

ANTONIO CABALLERO,

    Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIOS DE COLOMBIA,
etc., et al.,

    Defendants.

_____/

## DECLARATION OF RAUL GORRIN BELISARIO

I, Raúl Gorrín Belisario, declare the following under oath based on personal knowledge:

1. Neither I nor any entity that I beneficially own or control is an agent or instrumentality of the Fuerzas Armadas Revolucionarios De Colombia ("FARC").

2. I have never conducted a transaction with a member of the FARC.

3. I have never had a relationship with a member of the FARC.

4. I have never been involved in a narcotics transaction.

5. I have never been a frontman for the FARC.

6. I have never laundered proceeds for the FARC or associated with someone from the FARC.

7. Neither I nor any entity that I beneficially own or control, directly or indirectly is or was associated with, provided material assistance to, engaged in financial transactions with, or supported in any way, financially, logistically, or otherwise, the FARC.

8. I deny the criminal allegations set forth in the Superseding Indictment in *U.S. v. Gorrin Belisario*, S.D. Fla. No. 18-cr-80160-WPD (D.E. 44), and the January 8, 2019

1

Treasury Press Release (https://home.treasury.gov/news/press-releases/sm583), accusing me of (1) violations of the Foreign Corrupt Practices Act, 15 U.S.C. § 78dd-1 ("FCPA") in Venezuela involving the Venezuelan government's foreign currency exchange program from 2008 to 2017 and (2) money laundering based on financial transactions that allegedly promoted the carrying on of (a) FCPA violations and (b) an offense against a foreign nation, specifically Venezuela, involving bribery of a public official and the misappropriation, theft, and embezzlement of public funds by or for the benefit of a public official. For example, I did not "acquire[] a financial institution in the Dominican Republic for the purpose of laundering money and paying bribes to Venezuelan officials." Superseding Indictment at 10. I did not make corrupt payments for the benefit of Alejandro Andrade Cedeno, Claudia Patricia Diaz Guillen and Adrian Jose Velasquez Figueroa. *Id.* at 10-14. I did not launder illicit funds by engaging in financial transactions with the intent to promote the specified unlawful activity charged. *Id.* at 14.

9. I deny that any of the funds used to finance any of the entities (D.E. 150-2) and any of real properties (D.E. 150-3) in which I have an ownership or controlling interest are derived from or traceable to criminal activity.

10. I deny all allegations in the Supplemental Sworn Declaration of John Robert McBrien, D.E. 81-1, that implicate me in connection with the FARC, including but not limited to alleged criminal activity regarding the Venezuelan government's foreign currency exchange program, money laundering, and the specific allegations in the highlighted copy of his declaration (attached as an Exhibit hereto). For example, I have never been a "vehicle for money laundering for, and which was inextricably tied to the bribery of, FARC operatives within or surrounding the Maduro regime . . . while such FARC operatives were acting in support of Maduro's grip on power which enabled his vast international narcotics trafficking of FARC cocaine[.]" I have not "materially assisted in" or "provided financial or technological support for or to" or engaged in "providing of goods or services in support of, the international narcotics trafficking activities of the FARC." McBrien Declaration, D.E. 81-1 at ¶ 40. I dispute McBrien's assertion (opinion /

2

conclusion) that I and the entities that I beneficially own are agents or instrumentalities of the FARC.

11.  Today I was shown documents titled "Writ of Execution" that are in the Court file of SDFLA Case No. 18-cv-25337-KMM at D.E. 156, 159 and 161, which I understand were under seal until at least September 20, 2022. Before those documents were unsealed, I had not seen or received them; nor was I was aware that any of them were left at real properties that I beneficially own or control. Since 2020 no one has resided in the dwellings at 18555 Collins Ave #4401 owned by Posh 8 Dynamic (*see* D.E. 168), 7043 Fisher Island owned by Planet 2, Reaching (*see* D.E. 169) or 144 Isla Dorada Blvd owned by RIM Group Investments III Corp (*see* D.E. 174).

12.  I am a citizen and resident of Venezuela. I am not a lawful permanent resident of the United States. I reside and work in Caracas, Venezuela.

Pursuant to 28 U.S.C. § 1746 I, Raúl Gorrín Belisario, declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct, and that I am physically located outside the geographic boundaries of the United States, Puerto Rico, the United States Virgin Islands, and any territory or insular possession subject to the jurisdiction of the United States.

Executed on this 14th day of November 2022 at Caracas, Venezuela.

Signed: _____
Name:    Raúl Gorrín Belisario

11/14/2022 11:25 p.m.

# EXHIBIT 1

ANTONIO CABALLERO,

     Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA,
a/k/a FARC-EP a/k/a REVOLUTIONARY
ARMED FORCES OF COLOMBIA; and
THE NORTE DE VALLE
CARTEL,

     Defendants.
_____/

## SUPPLEMENTAL SWORN DECLARATION OF JOHN ROBERT MCBRIEN REGARDING AGENTS AND INSTRUMENTALITIES OF THE FARC

I, John Robert McBrien, declare the following under oath:

1.     On July 14, 2020, I executed a Sworn Declaration of John Robert McBrien Regarding Agencies and Instrumentalities of the FARC (the "**July McBrien Sworn Declaration**").  I hereby opine that the more appropriate plural of the term of art "agent and instrumentality" is "agents and instrumentalities," and that latter phrase is used throughout this declaration.  In all cases in this and prior declarations the phrase "agencies and instrumentalities" means "agents and instrumentalities."

2.     I hereby further opine that all of the individuals and entities referenced in the June 18, 2020 U.S. Treasury Department Press Release, which is referenced in paragraph 24 of my July McBrien Sworn Declaration, and that were designated Specially Designated Nationals ("**SDN**") by the Office of Foreign Assets Control ("**OFAC**") on June 18, 2020, are agents and instrumentalities of the FARC. *See Press Release*, U.S. Treasury Dept., Treasury Targets Sanctions Evasion Network Supporting Corrupt Venezuelan Actors (June 18, 2020),

"predominantly cocaine," due to its "porous western border with Colombia, current economic crisis, weak judicial system, sporadic international drug control cooperation, and permissive and corrupt environment …" *See* U.S. Dep't of State, Bureau for International Narcotics and Law Enforcement Affairs, International Narcotics Control Strategy Rep., Vol. I, Drug and Chemical Control (March 2018) at 282, attached hereto as **Exhibit A**. Of the hundreds of tons of cocaine passing through Venezuela each year about two-thirds is targeted to the United States. *See* Antonio Maria Delgado, *Alianza con las FARC termino convirtiendo a Venezuela en un narcoestado,* EL NUEVO HERALD (June 26, 2017), attached hereto as **Exhibit B**.

5.    Venezuela also harbors the FARC, in addition to being a transit country for cocaine. Some years ago, a bipartisan Congressional Delegation ("**CODEL**") "examine[d] ... the threat to the Southwest border [of South America] from terrorists and drug cartels…" *See* U.S. H. Comm. on Homeland Security, 112th Cong., Rep. on a Line in the Sand: Countering crime, Violence and Terror at the Southwest Border (2d Sess. 2012) (containing Subcommittee Chairman McCaul Letter to National Security Advisor on Congressional Delegation Findings) *(*"**A Line in the Sand**") attached hereto as **Exhibit C**. The CODEL also observed that **"Venezuela is a safe haven for not only Iran and Hezbollah, but also the FARC."** *Id.* at 3 (emphasis added). And, it noted the Colombian government's "evidence of a Venezuelan Army helicopter providing operational support to the FARC." *Id.* And it also noted "evidence of Venezuelan government officials working for the FARC narco-terrorist organization." *Id.*

6.    Venezuela supports the FARC in order to "mitigate the perceived threat of United States intervention in the region." *See id.* at 12. The FARC has also trained "pro-Chavez militants" and has assassinated "anti-Chavez politicians within Venezuela." *See id.* The FARC

has also **"exchang[ed) military training for access to health care and other logistical support**

…" *See* Int'l Institute for Strategic Studies, the FARC Files: Venezuela Ecuador and the Secret

Archive of 'Raul Reyes (2011) ("**The FARC Files**") at 62, attached hereto as **Exhibit D**

(emphasis added).

7.      In March of 2008, Colombian armed forces raided a FARC jungle camp in

Ecuador. *See* The FARC Files at 15. That Operation killed FARC operatives, including FARC

secretariat Luis Edgar Devia Silva (a/k/a Raul Reyes). *Id.* During the raid, Devia's metal briefcase

was seized and within it computers and data "holding sensitive correspondence and documents."

*Id.* at 16.

8.      The data revealed "direct channels of communication … between FARC and the

Venezuelan government at the highest level, principally through Rodriguez Chacin as [former

Venezuelan President] Chavez's delegate." *See Id.* at 62. The "close ties" between Rodriguez

Chacin and Chavez "allowed the [Venezuelan] administration's relationship with FARC, and

particularly its most sensitive dimensions, to be managed when necessary outside institutional

channels and on the basis of direct presidential authority." *Id.* Furthermore, the data revealed

FARC ties to "other members of Chavez's staff, the Venezuelan Foreign Ministry, other

ministries." *Id.*

9.      Notably, Hugo Chavez offered the FARC at least two vehicles for receiving

substantial income from the sale of Venezuelan oil, "in both cases with the cooperation of the

manager of PDVSA." *See* The FARC Files at 148. The FARC could either do so through "a

business in which we [FARC] receive a quota of oil in order to sell it abroad, which would leave

us [FARC] with a juicy profit," or the FARC could  "use funds from the 'dossier' to create 'a

profitable business for investments in Venezuela' that would sell 'petrol to Colombia, or in Venezuela' and be awarded 'state contracts.'" *Id.*

10.     PdVSA became a front organization for illicit activity, first with former Venezuelan President Chavez, following with current Venezuelan President Nicolas Maduro ("**Maduro**"). *See* Roger F. Noriega, *Venezuela: Rise of a Narcostate*, American Enterprise Institute (Aug. 11, 2015), http://www.aei.org/ publication/venezuela-rise-of-a-narcostate/; *see also* Press Release, U.S. Dep't of Treasury, Treasury Sanctions Venezuela's State-Owned Oil Company Petroleos de Venezuela, S.A. (Jan. 28, 2019), https://home.treasury.gov/news/press-releases/sm594. "[B]eginning in 2005, **Chavez personally directed the exchange of vast sums of oil revenue for cocaine with the Colombian Fuerzas Armadas Revolucionarias de Colombia (FARC) guerrillas** . . . ." *See* Roger F. Noriega, *Venezuela: Rise of a Narcostate*, American Enterprise Institute (Aug. 11, 2015), http://www.aei.org/ publication/venezuela-rise-of-a-narcostate/.

11.     Douglas Farah has testified that "[t]he primary money laundering structure for the FARC (as well as the Maduro regime and other criminal groups) is the Venezuelan state oil company PDVSA . . . ." *See Adapting US. Counternarcotics Efforts in Colombia: Hearing Before the Senate Caucus on International Narcotics Control* (Sept. 12, 2017) (testimony of Douglas Farah, President, IBI Consultants LLC, and Senior Visiting Research Fellow, National Defense University Center for Complex Operations) at 5 attached hereto as **Exhibit E**.

12.     In addition to money laundering, PdVSA has also helped the FARC purchase arms. PdVSA was involved in a proposed "three-way deal under which China would give some weapons to Venezuela and others to FARC . . . ." The FARC Files at 96. As compensation for the agreement, "Venezuela would give China oil to pay for both its own and FARC's weapons,

and FARC would pay Venezuela the difference in cash." *Id*. The FARC sought "[s]urface-to-air missles," *id*. "0.5 calibre machine guns, rifles and ammunition," *id*., to fulfill the FARC's "Strategic Plan." *Id*. It is my opinion that PdVSA is an agent and instrumentality of the FARC.

13.    It is also my opinion that subsidiaries owned, directly or indirectly, 50 percent or more by PdVSA, are also blocked entities and that any assets titled in or held in the name of such subsidiary entities are blocked assets.    Specifically, PdVSA owns, directly or indirectly, 50 percent or more of the following entities:  PDV Marina SA; Aceites Y Solventes Venezolanos SA; Petro San Felix SA a/ka/ Petroanzoategui SA; Vanfleet Asphalt Ltd.; Vanfleet Products Ltd; and Vanfleet Ltd.  My conclusion that PdVSA owns 50% or more of the aforementioned entities is supported by information obtained from a bank who has blocked accounts in the names of such entities on the grounds that its records show for each entity that "This entity is majority owned (50% or more) by Petroleos de Venezuela S.A. (PdVSA) . . . ."  In addition, I have reviewed materials from PdVSA's website or from the website of a government agency (the "Ministerio deo Poder Popular para el Processo Social de Trabajo"), attached hereto as **Exhibit I**, that include its 2016 audited financial statements and official communications of PdVSA.

### The Scheme to Avoid U.S. Sanctions on Venezuela's Oil Sector

14.    As stated in the June 18, 2020 Press Release, the aforementioned June 2020 Designated Individuals and Entities were designated as SDNs by OFAC for their involvement with the "illegitimate Maduro regime," which includes Maduro's oil minister and U.S.-designated Kingpin Tareck El Aissami Maddah ("**El Aissami**"), and "Petroleos de Venezuela, S.A. (PdVSA), its primary conduit for corruption," for "their activities in or associated with a network attempting to evade United States sanction on Venezuela's oil sector." *See Press Release*, U.S. Treasury Dept., Treasury Targets Sanctions Evasion Network Supporting Corrupt Venezuelan

Actors (June 18, 2020), https://home.treasury.gov/news/press-releases/sm1038 ("Maduro's oil minister and U.S.-designated Kingpin Tareck El Aissami Maddah (El Aissami) has enlisted a network of facilitators, some of whom are designated today, to orchestrate opaque schemes to broker the re-sale of over 30 million barrels of Venezuelan-origin crude oil in order to benefit from the proceeds.").

15.     The June 2020 Designated Individuals and Entities, including Joaquin Leal Jimenez ("**Leal**"), have cooperated with FARC Agent and Instrumentality Alex Nain Saab Moran ("**Saab**") and FARC operatives within the illegitimate Maduro Regime "to evade U.S. sanctions and assist in the sale of Venezuelan-origin crude oil." Such June 2020 Designated Individuals and Entities have coordinated with, and/or assisted, various FARC operatives, including without limitation, Maduro, Saab, and El Aissami.

16.     Further, according to the June 18, 2020 Press Release:

> *In lieu of pre-payment for the contracted corn and water trucks, Libre Abordo agreed to lift and broker the sale of Venezuelan-origin crude oil supplied by PdVSA in a scheme orchestrated by Saab and El Aissami.*
>
> After the OFAC designation of Rosneft Trading and TNK Trading International in February and March 2020, PdVSA leadership and regime oil minister El Aissami sought new intermediaries to facilitate the sale of PdVSA crude to buyers primarily located in Asia. Libre Abordo agreed with PdVSA to facilitate the re-sale of a significant amount of crude oil in a scheme to help PdVSA evade U.S. sanctions. *Libre Abordo largely replicated Rosneft Trading's operations*, including by marketing Venezuelan oil to the same buyers in Asia, and using virtually the same routes and shipment processes…Libre Abordo played a critical role in helping PdVSA liquidate a significant amount of its inventory and drain its limited oil storage facilities. As of May 31, 2020, when Libre Abordo claimed that it was bankrupt, it lifted and re-sold over 30 million barrels of Venezuelan crude oil. *Libre Abordo was designated today for operating in the oil sector of the Venezuelan economy and because it has materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of, PdVSA.*

7

*See Press Release*, U.S. Treasury Dept., Treasury Targets Sanctions Evasion Network Supporting Corrupt Venezuelan Actors (June 18, 2020), https://home.treasury.gov/news/press-releases/sm1038[1] (emphasis added). Moreover, "Schlager Business Group was designated today for operating in the oil sector of the Venezuelan economy and because it has materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of, PdVSA." *Id.*

And, furthermore with respect to Veronica Esparza Garcia, Olga Maria Zepeda, and Libre Abordo, S.P. de C.B. OFAC has stated:

> [Olga Maria] Zepeda [Esparza] and [Veronica] Esparza [Garcia] were both designated today *for operating in the oil sector of the Venezuelan economy and for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of, PdVSA.*

*Id.* (emphasis added). With respect to Joaquin Leal's involvement in the scheme, OFAC stated:

> *Leal is the critical conduit between Libre Abordo, Schlager Business Group, and their owners, and PdVSA and Saab.* Leal has been coordinating the purchase and sale of Venezuelan-origin crude oil from PdVSA and its subsidiary, PdVSA Petroleo, S.A., bringing knowledge of the global oil sector and facilitating the transport and re-sale to buyers.

---

[1] On February 18, 2020, OFAC designated Rosneft Trading S.A. ("RTSA") as an SDN and on March 12, 2020, OFAC designated TNK Trading International S.A. ("TTI") as an SDN. *See Press Release*, U.S. Treasury Dept., Treasury Targets Additional Russian Oil Brokerage Firm for Continued Support of Maduro Regime (March 12, 2020), https://home.treasury.gov/news/press-releases/sm937. "TNK International S.A. is another Rosneft Subsidiary brokering the sale and transport of Venezuelan crude oil, which is subject to sanction." *See id.* "TTI is involved in the trading, processing, and transport of raw materials, in particular unrefined petroleum and petroleum products." *Id.* "OFAC also designated RTSA in February of this year for operating in the oil sector of the Venezuelan economy as well as its president Didier Casimiro for having acted or purposed to act for or on behalf of, directly, or indirectly, RTSA." *Id.* OFAC stated:

> as a result of today's action, all property and interests in property of TTI that are in the United States or in the possession or control of U.S. persons, and of any entities that are owned, directly or indirectly, 50 percent or more by the designated individuals and entity, are blocked and must be reported to OFAC.

*Id.* Both Rosneft and TNK Trading International S.A. "handled a large percentage of Venezuela's oil exports in 2019. In January 2020, TTI [TNK Trading International] purchased nearly 14 million barrels of crude oil from Petroleos de Venezuela (PdVSA)." *Id.* Given the activities of TTI and RTSA, it is my opinion that TTI, RTSA, and Didier Casimiro, are agents and instrumentalities of the FARC.

> Leal was designated today for operating in the oil sector of the Venezuelan economy and for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of, PdVSA.

*Id.* (emphasis added).

17.    Further, it is my opinion that Leal used Panama as a venue for hiding the proceeds relating to his illicit activities on behalf of El Aissami and PdVSA above. For example, Kaibab International Corp. is a Panamanian entity whose directors and officers include straw men such as Ilvis Kemion Avila, Ivan Alexis Iturralde Moreno, and Omar Jose Labrador Romero.  *See* Gonzalo Guillén, *The Panamanian Front Firm of the Colombian Attorney General Has Executives Linked to the Convicted Fraudster David Murcia Guzmán,* La Nueva Prensa (October 22, 2018) https://www.lanuevaprensa.com.co/component/k2/la-firma-pantalla-panamena-del-fiscal-general-colombiano-tiene-directivos-ligados-al-estafador-convicto-david-murcia-guzman (last visited September 1, 2020) (title translated from Spanish original). These are documented straw men to wit:

> Ultra Mega Develoment S.A. and two other Panamanian shell companies (HBM BVI Ltda. and Point Financial Ltda.) renounced the on-site signature of the Colombian Prosecutor by means of the writing mentioned above and were replaced by the **prestanombres Ilvis Kemion Ávila, Iván Alexis Iturralde Moreno and Ómar José Labrador Romero**, who continue today on the board of directors of Amanda Advisors SA, that of the Colombian Prosecutor.

*Id.* (emphasis added and text translated from Spanish original). The law firm that appears as agent in Kaibab International Corp.'s corporate records on **Exhibit F**, has been fined by the British Virgin Islands Financial Services Commission in the amount of $20,000,000 for its "contraventions of the following sections of the Anti-Money Laundering and Terrorist Financing Code of Practice, 2008." *See* British Virgin Islands Financial Services Commision, Patton, Moreno and Asvat (BVI) Limited (Enforcement Action Date: April 9, 2015),

"predominantly cocaine," due to its "porous western border with Colombia, current economic crisis, weak judicial system, sporadic international drug control cooperation, and permissive and corrupt environment …" *See* U.S. DEP'T OF STATE, BUREAU FOR INTERNATIONAL NARCOTICS AND LAW ENFORCEMENT AFFAIRS, INTERNATIONAL NARCOTICS CONTROL STRATEGY REP., VOL. I, DRUG AND CHEMICAL CONTROL (March 2018) at 282, attached hereto as **Exhibit A**. Of the hundreds of tons of cocaine passing through Venezuela each year about two-thirds is targeted to the United States. *See* Antonio Maria Delgado, *Alianza con las FARC termino convirtiendo a Venezuela en un narcoestado,* EL NUEVO HERALD (June 26, 2017), attached hereto as **Exhibit B**.

5.      Venezuela also harbors the FARC, in addition to being a transit country for cocaine. Some years ago, a bipartisan Congressional Delegation ("**CODEL**") "examine[d] … the threat to the Southwest border [of South America] from terrorists and drug cartels…" *See* U.S. H. COMM. ON HOMELAND SECURITY, 112TH CONG., REP. ON A LINE IN THE SAND: COUNTERING CRIME, VIOLENCE AND TERROR AT THE SOUTHWEST BORDER (2d Sess. 2012) (containing Subcommittee Chairman McCaul Letter to National Security Advisor on Congressional Delegation Findings) (*"***A Line in the Sand***"*) attached hereto as **Exhibit C**. The CODEL also observed that **"Venezuela is a safe haven for not only Iran and Hezbollah, but also the FARC."** *Id.* at 3 (emphasis added). And, it noted the Colombian government's "evidence of a Venezuelan Army helicopter providing operational support to the FARC." *Id.* And it also noted "evidence of Venezuelan government officials working for the FARC narco-terrorist organization." *Id.*

6.      Venezuela supports the FARC in order to "mitigate the perceived threat of United States intervention in the region." *See id.* at 12. The FARC has also trained "pro-Chavez militants" and has assassinated "anti-Chavez politicians within Venezuela." *See id*. The FARC

has also **"exchang[ed] military training for access to health care and other logistical support**

…" *See* Int'l Institute for Strategic Studies, the FARC Files: Venezuela Ecuador and the Secret

Archive of 'Raul Reyes (2011) ("**The FARC Files**") at 62, attached hereto as **Exhibit D**

(emphasis added).

       7.     In March of 2008, Colombian armed forces raided a FARC jungle camp in

Ecuador. *See* The FARC Files at 15. That Operation killed FARC operatives, including FARC

secretariat Luis Edgar Devia Silva (a/k/a Raul Reyes). *Id.* During the raid, Devia's metal briefcase

was seized and within it computers and data "holding sensitive correspondence and documents."

*Id.* at 16.

       8.     The data revealed "direct channels of communication … between FARC and the

Venezuelan government at the highest level, principally through Rodriguez Chacin as [former

Venezuelan President] Chavez's delegate." *See Id.* at 62. The "close ties" between Rodriguez

Chacin and Chavez "allowed the [Venezuelan] administration's relationship with FARC, and

particularly its most sensitive dimensions, to be managed when necessary outside institutional

channels and on the basis of direct presidential authority." *Id.* Furthermore, the data revealed

FARC ties to "other members of Chavez's staff, the Venezuelan Foreign Ministry, other

ministries." *Id.*

       9.     Notably, Hugo Chavez offered the FARC at least two vehicles for receiving

substantial income from the sale of Venezuelan oil, "in both cases with the cooperation of the

manager of PDVSA." *See* The FARC Files at 148. The FARC could either do so through "a

business in which we [FARC] receive a quota of oil in order to sell it abroad, which would leave

us [FARC] with a juicy profit," or the FARC could  "use funds from the 'dossier' to create 'a

profitable business for investments in Venezuela' that would sell 'petrol to Colombia, or in Venezuela' and be awarded 'state contracts.'" *Id.*

10. PdVSA became a front organization for illicit activity, first with former Venezuelan President Chavez, following with current Venezuelan President Nicolas Maduro ("**Maduro**"). *See* Roger F. Noriega, *Venezuela: Rise of a Narcostate*, American Enterprise Institute (Aug. 11, 2015), http://www.aei.org/ publication/venezuela-rise-of-a-narcostate/; *see also* Press Release, U.S. Dep't of Treasury, Treasury Sanctions Venezuela's State-Owned Oil Company Petroleos de Venezuela, S.A. (Jan. 28, 2019), https://home.treasury.gov/news/press-releases/sm594. "[B]eginning in 2005, **Chavez personally directed the exchange of vast sums of oil revenue for cocaine with the Colombian Fuerzas Armadas Revolucionarias de Colombia (FARC) guerrillas** . . . ." *See* Roger F. Noriega, *Venezuela: Rise of a Narcostate*, American Enterprise Institute (Aug. 11, 2015), http://www.aei.org/ publication/venezuela-rise-of-a-narcostate/.

11. Douglas Farah has testified that "[t]he primary money laundering structure for the FARC (as well as the Maduro regime and other criminal groups) is the Venezuelan state oil company PDVSA . . . ." *See Adapting US. Counternarcotics Efforts in Colombia: Hearing Before the Senate Caucus on International Narcotics Control* (Sept. 12, 2017) (testimony of Douglas Farah, President, IBI Consultants LLC, and Senior Visiting Research Fellow, National Defense University Center for Complex Operations) at 5 attached hereto as **Exhibit E**.

12. In addition to money laundering, PdVSA has also helped the FARC purchase arms. PdVSA was involved in a proposed "three-way deal under which China would give some weapons to Venezuela and others to FARC . . . ." The FARC Files at 96. As compensation for the agreement, "Venezuela would give China oil to pay for both its own and FARC's weapons,

and FARC would pay Venezuela the difference in cash." *Id.* The FARC sought "[s]urface-to-air missles," *id.* "0.5 calibre machine guns, rifles and ammunition," *id.*, to fulfill the FARC's "Strategic Plan." *Id.* It is my opinion that PdVSA is an agent and instrumentality of the FARC.

13.     It is also my opinion that subsidiaries owned, directly or indirectly, 50 percent or more by PdVSA, are also blocked entities and that any assets titled in or held in the name of such subsidiary entities are blocked assets.   Specifically, PdVSA owns, directly or indirectly, 50 percent or more of the following entities:  PDV Marina SA; Aceites Y Solventes Venezolanos SA; Petro San Felix SA a/ka/ Petroanzoategui SA; Vanfleet Asphalt Ltd.; Vanfleet Products Ltd; and Vanfleet Ltd.  My conclusion that PdVSA owns 50% or more of the aforementioned entities is supported by information obtained from a bank who has blocked accounts in the names of such entities on the grounds that its records show for each entity that "This entity is majority owned (50% or more) by Petroleos de Venezuela S.A. (PdVSA) . . . ."  In addition, I have reviewed materials from PdVSA's website or from the website of a government agency (the "Ministerio deo Poder Popular para el Processo Social de Trabajo"), attached hereto as **Exhibit I**, that include its 2016 audited financial statements and official communications of PdVSA.

## The Scheme to Avoid U.S. Sanctions on Venezuela's Oil Sector

14.     As stated in the June 18, 2020 Press Release, the aforementioned June 2020 Designated Individuals and Entities were designated as SDNs by OFAC for their involvement with the "illegitimate Maduro regime," which includes Maduro's oil minister and U.S.-designated Kingpin Tareck El Aissami Maddah ("**El Aissami**"), and "Petroleos de Venezuela, S.A. (PdVSA), its primary conduit for corruption," for "their activities in or associated with a network attempting to evade United States sanction on Venezuela's oil sector." *See Press Release*, U.S. Treasury Dept., Treasury Targets Sanctions Evasion Network Supporting Corrupt Venezuelan

Actors (June 18, 2020), https://home.treasury.gov/news/press-releases/sm1038 ("Maduro's oil minister and U.S.-designated Kingpin Tareck El Aissami Maddah (El Aissami) has enlisted a network of facilitators, some of whom are designated today, to orchestrate opaque schemes to broker the re-sale of over 30 million barrels of Venezuelan-origin crude oil in order to benefit from the proceeds.").

15.     The June 2020 Designated Individuals and Entities, including Joaquin Leal Jimenez ("**Leal**"), have cooperated with FARC Agent and Instrumentality Alex Nain Saab Moran ("**Saab**") and FARC operatives within the illegitimate Maduro Regime "to evade U.S. sanctions and assist in the sale of Venezuelan-origin crude oil." Such June 2020 Designated Individuals and Entities have coordinated with, and/or assisted, various FARC operatives, including without limitation, Maduro, Saab, and El Aissami.

16.     Further, according to the June 18, 2020 Press Release:

> ***In lieu of pre-payment for the contracted corn and water trucks, Libre Abordo agreed to lift and broker the sale of Venezuelan-origin crude oil supplied by PdVSA in a scheme orchestrated by Saab and El Aissami.***
>
> After the OFAC designation of Rosneft Trading and TNK Trading International in February and March 2020, PdVSA leadership and regime oil minister El Aissami sought new intermediaries to facilitate the sale of PdVSA crude to buyers primarily located in Asia. Libre Abordo agreed with PdVSA to facilitate the re-sale of a significant amount of crude oil in a scheme to help PdVSA evade U.S. sanctions. ***Libre Abordo largely replicated Rosneft Trading's operations***, including by marketing Venezuelan oil to the same buyers in Asia, and using virtually the same routes and shipment processes…Libre Abordo played a critical role in helping PdVSA liquidate a significant amount of its inventory and drain its limited oil storage facilities. As of May 31, 2020, when Libre Abordo claimed that it was bankrupt, it lifted and re-sold over 30 million barrels of Venezuelan crude oil. ***Libre Abordo was designated today for operating in the oil sector of the Venezuelan economy and because it has materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of, PdVSA.***

7

*See Press Release*, U.S. Treasury Dept., Treasury Targets Sanctions Evasion Network Supporting Corrupt Venezuelan Actors (June 18, 2020), https://home.treasury.gov/news/press-releases/sm1038[1] (emphasis added). Moreover, "Schlager Business Group was designated today for operating in the oil sector of the Venezuelan economy and because it has materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of, PdVSA." *Id.*

And, furthermore with respect to Veronica Esparza Garcia, Olga Maria Zepeda, and Libre Abordo, S.P. de C.B. OFAC has stated:

> [Olga Maria] Zepeda [Esparza] and [Veronica] Esparza [Garcia] were both designated today *for operating in the oil sector of the Venezuelan economy and for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of, PdVSA.*

*Id.* (emphasis added). With respect to Joaquin Leal's involvement in the scheme, OFAC stated:

> *Leal is the critical conduit between Libre Abordo, Schlager Business Group, and their owners, and PdVSA and Saab.* Leal has been coordinating the purchase and sale of Venezuelan-origin crude oil from PdVSA and its subsidiary, PdVSA Petroleo, S.A., bringing knowledge of the global oil sector and facilitating the transport and re-sale to buyers.

[1] On February 18, 2020, OFAC designated Rosneft Trading S.A. ("RTSA") as an SDN and on March 12, 2020, OFAC designated TNK Trading International S.A. ("TTI") as an SDN. *See Press Release*, U.S. Treasury Dept., Treasury Targets Additional Russian Oil Brokerage Firm for Continued Support of Maduro Regime (March 12, 2020), https://home.treasury.gov/news/press-releases/sm937. "TNK International S.A. is another Rosneft Subsidiary brokering the sale and transport of Venezuelan crude oil, which is subject to sanction." *See id.* "TTI is involved in the trading, processing, and transport of raw materials, in particular unrefined petroleum and petroleum products." *Id.* "OFAC also designated RTSA in February of this year for operating in the oil sector of the Venezuelan economy as well as its president Didier Casimiro for having acted or purposed to act for or on behalf of, directly, or indirectly, RTSA." *Id.* OFAC stated:
> as a result of today's action, all property and interests in property of TTI that are in the United States or in the possession or control of U.S. persons, and of any entities that are owned, directly or indirectly, 50 percent or more by the designated individuals and entity, are blocked and must be reported to OFAC.
*Id.* Both Rosneft and TNK Trading International S.A. "handled a large percentage of Venezuela's oil exports in 2019. In January 2020, TTI [TNK Trading International] purchased nearly 14 million barrels of crude oil from Petroleos de Venezuela (PdVSA)." *Id.* Given the activities of TTI and RTSA, it is my opinion that TTI, RTSA, and Didier Casimiro, are agents and instrumentalities of the FARC.

Leal was designated today for operating in the oil sector of the Venezuelan economy and for having materially assisted, sponsored, or provided financial, material, or technological support for, or goods or services to or in support of, PdVSA.

*Id.* (emphasis added).

17. Further, it is my opinion that Leal used Panama as a venue for hiding the proceeds relating to his illicit activities on behalf of El Aissami and PdVSA above. For example, Kaibab International Corp. is a Panamanian entity whose directors and officers include straw men such as Ilvis Kemion Avila, Ivan Alexis Iturralde Moreno, and Omar Jose Labrador Romero. *See* Gonzalo Guillén, *The Panamanian Front Firm of the Colombian Attorney General Has Executives Linked to the Convicted Fraudster David Murcia Guzmán,* La Nueva Prensa (October 22, 2018) https://www.lanuevaprensa.com.co/component/k2/la-firma-pantalla-panamena-del-fiscal-general-colombiano-tiene-directivos-ligados-al-estafador-convicto-david-murcia-guzman (last visited September 1, 2020) (title translated from Spanish original). These are documented straw men to wit:

> Ultra Mega Develoment S.A. and two other Panamanian shell companies (HBM BVI Ltda. and Point Financial Ltda.) renounced the on-site signature of the Colombian Prosecutor by means of the writing mentioned above and were replaced by the **prestanombres Ilvis Kemion Ávila, Iván Alexis Iturralde Moreno and Ómar José Labrador Romero**, who continue today on the board of directors of Amanda Advisors SA, that of the Colombian Prosecutor.

*Id.* (emphasis added and text translated from Spanish original). The law firm that appears as agent in Kaibab International Corp.'s corporate records on **Exhibit F**, has been fined by the British Virgin Islands Financial Services Commission in the amount of $20,000,000 for its "contraventions of the following sections of the Anti-Money Laundering and Terrorist Financing Code of Practice, 2008." *See* British Virgin Islands Financial Services Commision, Patton, Moreno and Asvat (BVI) Limited (Enforcement Action Date: April 9, 2015),

9

https://www.bvifsc.vg/publications/patton-moreno-and-asvat-bvi-limited-0 (last visited September 1, 2020). It is my opinion that Kaibab International Corp. and its directors above are presta-nombres for FARC Operative Leal and therefore are also agents and instrumentalities of the FARC, as Leal is involved in material assistance, financial support, or providing goods or services in support of, El Aissami and PdVSA both of whom materially support and assist the FARC in international narcotics trafficking activities.

18.     Given the information contained herein (including, without limitation, under paragraph numbers 2 through 11 above), and contained in the source material cited herein, and given my knowledge and understanding of the operation of the FARC and its agents and instrumentalities, it is my opinion that the June 2020 Designated Individuals and Entities are agents and instrumentalities of the FARC.

19.     I hereby further opine that Samark Lopez Bello ("**Lopez Bello**") and all of the individuals and entities that are referenced in the February 13, 2017, U.S. Treasury Department Press Release titled "Treasury Sanctions Prominent Venezuelan Drug Trafficker Tareck El Aissami and His Primary Frontman Samark Lopez Bello" (referenced in paragraph 21 of my July McBrien Sworn Declaration) and/or appear on the related OFAC Chart, which were designated as SDNs by OFAC on February 13, 2017 (the "**El Aissami and Lopez Bello Network**"), are agents and instrumentalities of the FARC. *See* July McBrien Sworn Declaration at ¶ 21; *see also* Press Release, U.S. Treasury Dept., Treasury Sanctions Prominent Venezuelan Drug Trafficker Tareck El Aissami And His Primary Frontman Samark Lopez Bello (Feb. 13, 2017) (the "**February 2017 OFAC Press Release**"); see also El Aissami and Lopez Bello Network Chart U.S. TREAS. DEPT. (Feb. 13, 2017), https://www.treasury.gov/resource-center/sanctions/Programs/Documents/20170213_el_aissami_lopez_bello_network.pdf. Such

entities and individuals include: Lopez Bello, Yakima Trading Corporation, Yakima Oil Trading, LLP, Profit Corporation, C.A., Grupo Sahect, C.A., MFAA Holdings Limited, Servicios Tecnologicos Industriales, C.A., SMT Tecnologia, C.A., Alfa One, C.A., Agusta Grand I LLC, 1425 Brickell Ave 63-F LLC, 1425 Brickell Avenue 64E LLC, 1425 Brickell Avenue Unit 46B, LLC, 200G PSA Holdings LLC, blocked aircraft N200VR, Gulfstream 200, Manufacturer's Serial Number 133.

20.     According to the February 2017 OFAC Press Release "El Aissami's primary frontman, Venezuelan national Samark Jose Lopez Bello (Lopez Bello), was also designated for providing material assistance, financial support, or goods or services in support of the international narcotics trafficking activities of, and acting for or on behalf of, El Aissami." *See* February 2017 OFAC Press Release. And, as I previously opined in paragraph 22 of my July McBrien Sworn Declaration, El Aissami acted as an agency and instrumentality of the FARC by "... materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of ... [FARC] ...." *See* July McBrien Sworn Declaration at ¶ 22 (citations omitted). I opine again, and re-affirm, that El Aissami is an agent and instrumentality of the FARC, and that as primary frontman to El Aissami, Lopez Bello is also an agent and instrumentality of the FARC.

21.     Furthermore, the affidavits of experts Colonel Luis Miguel Cote and Douglas Farah, which were presented to the U.S. District Court for the Middle District of Florida on February 12, 2019 in *Stansell, et al., v. FARC, et al.*, No. 19-cv-20896-RNS (S.D. Fla. Feb. 19, 2019) also confirm that Lopez Bello and those that are part of the El Aissami and Lopez Bello Network are agents and instrumentalities of the FARC. *See* Affidavit of Colonel Luis Miguel

Cote and Affidavit of Douglas Farah, D.E. 17-1 and D.E. 17-2, respectively, *Stansell, et al., v. FARC, et al.*, No. 19-cv-20896-RNS (S.D. Fla. Feb. 12, 2019).

22.  And, in his February 19, 2019 Order in *Stansell, et al., v. FARC, et al.*, No. 19-cv-20896-RNS (S.D. Fla. Feb. 19, 2019), after reviewing copious amounts of evidence presented by the Stansell plaintiffs, Judge Scola determined that all individuals and entities that are part of the El Aissami and Lopez Bello Network are agents and instrumentalities of the FARC:

> …that *the OFAC Kingpin Act designated members of the "EL AISSAMI & LOPEZ BELLO NETWORK" (identified on OFAC Chart, ECF No. 18-1) are each an agency or instrumentality of the FARC, and their blocked assets are therefore subject to attachment and execution pursuant to TRIA and 18 U.S.C. 2333(e).*

Sealed Order (subsequently unsealed), D.E. 22 at 1-2, *Stansell, et al., v. FARC, et al.*, No. 19-cv-20896-RNS (S.D. Fla. Feb. 19, 2019) (emphasis added).

23.  Furthermore, as previously stated in my July McBrien Sworn Declaration:

> [A]ny entity owned in the aggregate, directly or indirectly, 50 percent or more by one or more of the FARC Agents, and each such entity (an "Owned Entity") is a blocked person. Further, each such Owned Entity that is listed as blocked by OFAC is also an agent and instrumentality of the FARC. *See* U.S. Dep't Treasury, Revised Guidance on Entities Owned by Persons Whose Property and Interests in Property are Blocked, (Aug. 13, 2014), attached hereto as **Exhibit G**. And further, the property and interests in property of any such an Owned Entity are blocked regardless of whether the entity itself is listed in the annex to an Executive order or otherwise placed on OFAC's list of Specially Designated Nationals ("SDNs").

*See* July McBrien Sworn Declaration at ¶ 30.

24.  Therefore, PYP International LLC is also an agent and instrumentality of the FARC because Lopez Bello, an agent and instrumentality of the FARC, owns "in the aggregate, directly or indirectly, 50 percent or more" of PYP International LLC. In fact, according to

production provided by Interaudi Bank on August 20, 2020, the pertinent part of which is attached

hereto as **Exhibit G**, Lopez Bello has an 80% ownership interest in PYP International LLC.

### Simon Zerpa Delgado, The Banco Central de Venezuela, and the Ministerio de Poder Popular de Economia y Finanzas

25.      In my July McBrien Sworn Declaration, I discussed how Alex Saab, El Aissami,

Joaquin Leal  Jimenez, Schlager Business Group S. de R.L de C.V. and Libre Abordo, S.A. de

C.V. cooperated to evade U.S. sanctions and assist in the sale of Venezuela oil, including under

the guise of the "oil for food" program. *See* July McBrien Sworn Declaration at ¶ 23. In my July

McBrien Sworn Declaration, I stated:

> From early 2018, as the Government [of Venezuela]. . . started using gold
> currency to pay some contracts, to include the CLAP food contracts, and
> Saab began ***working with Simon Alejandro Zerpa Delgado (Zerpa)*** to
> help the government liquidate gold mined in Venezuela and convert it into
> foreign currency. Zerpa was designated on July 26, 2017 . . . .

*Id.* (emphasis added); *see also* Press Release, U.S. Treasury Dep't Disrupts Corruption Network

Stealing  From  Venezuela's  Food  Distribution  Program,  CLAP  (July  25,  2019)

https://home.treasury.gov/news/press-releases/sm74.  It  is  my  opinion  that  given  Simon

Alejandro Zerpa Delgado's ("**Zerpa**") activities, including, but not limited to, cooperating with

Saab in the illicit gold program, Zerpa is an agent and instrumentality of the FARC.

26.      Zerpa's illicit activities are carried out using the Banco Central de Venezuela.

The Banco Central de Venezuela ("**BCV**") has also been designated a SDN by OFAC, and has

been under the control of multiple OFAC designated individuals holding leadership position at the

Bank, including Zerpa and William Antonio Contreras, both of whom OFAC stated "…are

Directors of the bank and were designated by OFAC pursuant to E.O. 13692…" *See* Press

Release, Treasury Sanctions Central Bank of Venezuela and Director of the Central Bank of

Venezuela (April 17, 2019) https://home.treasury.gov/news/press-releases/sm661.

27.     The BCV is a central player along with the FARC in carrying out the illicit gold

mining program of Venezuela.  The scheme works as follows:

> 1.  Miners extract gold from the Arco Minero in eastern Venezuela under
> the supervision of the Colombian guerrilla groups ELN and FARC. The
> gold is then purchased by Venezuela's state-owned gold company,
> Minerven, through a joint gold venture with Turkey called Mibiturven
> S.A.
>
> 2. The gold is then turned over to CVG MINERVEN, the state-owned
> Venezuelan mining conglomerate that processes the gold and packages it
> for transport to Caracas.
>
> 3. Once processed, the gold is transported by the Venezuelan National
> Guard to the *Central Bank of Venezuela (BCV), who prepares it for
> international shipment.* The gold *is moved from BCV to Maiquetia
> International Airport* using the private security firm Transporte
> Panamericano *and loaded onto one of several, private airliners, or a
> commercial Turkish Airlines flight*, with weekly service to Istanbul via
> Havana…

See Joseph M. Humire, *Iran, Turkey, and Venezuela's Super Facilitator: Who is Alex Saab?*,

Center      for      a      Secure      Free      Society      (June      30,      2020),

https://www.securefreesociety.org/research/who-is-alex-saab/ (last visited September 8, 2020)

*(emphasis added)*.

28.     The role of BCV is critical to both the FARC and the Cartel of the Suns.  By

preparing the gold for international shipment, the BCV enables the sale of the illicit gold which

perpetuates the symbiotic relationship between the Maduro regime and the FARC, to wit:

> The ELN, as well as the FARC, serves the dual purpose of providing
> funds to the Maduro regime while also helping the regime retain territorial
> control in remote, but strategically vital areas bordering Colombia and
> Guyana. The armed groups and the regime have a complex scheme in
> which the former operate the mines and the latter sells the minerals
> through state-owned companies.

See Diego Area, Domingo Sadurní, Douglas Farah, *The Maduro Regime's Illicit Activities: A*

*Threat to Democracy in Venezuela and Security in Latin America*, Atlantic Council (August 13,

2020) https://www.atlanticcouncil.org/in-depth-research-reports/issue-brief/the-maduro-regimes-illicit-activities-a-threat-to-democracy-in-venezuela-and-security-in-latin-america/ (last visited Sept. 8, 2020). A recent example of the results of the illicit gold mining and sale activities to which the BCV is a key player, is as follows:

> …. the Maduro regime sold 73.2. tons of Venezuelan gold to companies in the United Arab Emirates and Turkey in 2018…. But despite the regime's sales in 2018, gold reserves in the BCV grew by eleven tons. Given the regime's known criminal partnership with the ELN and FARC, the gold is likely to have been mined illegally, sold to the regime at a significant discount, moved to Guyana, Suriname, or Nicaragua, and exported as originating in those countries rather than Venezuela in order to avoid detection.

*See id.*

29.     The BCV's role is also a "hedge bet" or "offset" to the narcotrafficking efforts of the FARC and the Cartel of the Suns.  A recent Insight Crime Report by the Venezuela Investigate Unit described the "hedge" or "offset as follows:

> Meanwhile, heightened US anti-narcotics operations in the Caribbean have made several large seizures allegedly linked to the Maduro government, and are likely making it more difficult for foreign currency to enter Venezuela through drug trafficking.
>
> *All this means that gold – long an important economic crutch for the Maduro government – is now more vital than ever.*
>
> *The precious metal, seen as a safe investment in troubled times, has reached a multi-year trading high since the onset of the coronavirus.*
>
> The result has been an accelerated draining of gold reserves from the Venezuelan Central Bank (Banco Central de Venezuela – BCV), including large quantities swapped for oil refinery parts with international allies such as Iran. ***Nine tons of gold were traded from the BCV in April alone, leaving Venezuela with its lowest hard currency reserves in 30 years, according to Bloomberg.***

*See* Venezuela Investigative Unit, *Venezuela Relies on Gold as Other Criminal Economies Dry Up*, InSight Crime (June 1, 2020) https://www.insightcrime.org/news/analysis/venezuela-depends-gold-industry/ (last visited Sept. 8, 2020) (emphasis in original and emphasis added).

30.   Given the critical role of the BCV in perpetuating the illicit gold program run by the Maduro regime and the FARC, including without limitation, by participating in the international shipment and sale of illicitly mined gold and by providing the "hedge" or "offset" against narco-trafficking losses incurred due to US anti-narcotics operations, the activities of the BCV have materially assisted in, and provided financial or technological support for or to, or providing of goods or services in support of, the international narcotics trafficking activities of the FARC.   I hereby opine that the BCV is an agent and instrumentality of the FARC.

31.   Zerpa is also the Minister of Economy and Finance (i.e. Ministerio de Poder Popular de Economia y Finanzas) serving as a member of Maduro's Cabinet. This purported governmental organ of the Maduro regime is under the direct control of Maduro through Zerpa. This ministry serves to support the Maduro regime's grip on power which enables the Cartel of the Suns headed by Maduro to move FARC cocaine to the United States and other nations.  The activities of this government agency are intrinsically tied to Zerpa's role in perpetuating the illicit activities of the Cartel of the Suns and Maduro regime, and cannot be divorced from the control of Maduro and Zerpa – his designee to run that purported agency. Thus, it is my opinion that the Ministerio de Poder Popular de Economia y Finanzas is also an agent and instrumentality of the FARC, as under the control of Maduro and Zerpa, this ministry materially assists and provides financial and technical support for the international narcotics trafficking activities of the FARC.

<mark>The Venezuela Currency Exchange Scheme</mark>

32.     From 2003 to 2019, the Venezuelan regime enacted currency controls. The currency control program that began as a counter-measure against the effects of a two month strike that decimated the oil exports from Venezuela,[2] devolved into a primary vehicle for money laundering for FARC operatives within or surrounding the Maduro regime (including immediate family members of FARC agent and instrumentality Maduro).

33.     It is my opinion that the Venezuela currency exchange program existed to empower certain Venezuelan government officials and/or business associates selected by the Maduro regime to launder funds for FARC agents and instrumentalities, such as Maduro's three stepsons, Walter Jacob Gavidia Flores, Yosser Daniel Gavidia Flores, and Yoswal Alexander Gavidia Flores (collectively a/k/a "**Los Chamos**").[3] It is also my opinion that the currency exchange program was inextricably tied to financial support of FARC operatives such as Cilia

---

[2] *See* Erin Fletcher, *Bolívar Distorted: The Effects of Exchange Controls on the Venezuelan Economy Or "Perhaps Chávez spent too much time reading Machiavelli and not enough time reading Adam Smith."* Fall 2004. Duke Journal of Economics (Available at: https://sites.duke.edu/djepapers/files/2016/08/Fletcher.pdf).

[3] It is my opinion that all three of Los Chamos are agents and instrumentalities of the FARC.  They provided material support and assistance to FARC operative Saab (who I have opined is a FARC agent and instrumentality in paragraph 10 of my July McBrien Sworn Declaration) and are responsible for much of Saab's opportunity to work with the Maduro regime officials on his myriad of illicit activities. As OFAC stated in its July 25, 2019 Press Release designating Cilia Adela Flores de Maduro's sons (Maduro's stepsons) - Los Chamos:

> SAAB MEETS "LOS CHAMOS"
> In 2011, Saab gave Cilia Adela Flores de Maduro's (Flores) three sons Walter, Yosser, and Yoswal (also known as "Los Chamos") and their cousin, Carlos Erica Malpica Flores (Malpica), a contract to clear land for the construction of homes in the Venezuelan State of Vargas….Saab's relationship with Flores, Los Chamos, and Malpica was key for Saab and Pulido's access to Government of Venezuela officials, allowing them to pay the requisite bribes and kickbacks to obtain government contracts.  Los Chamos would also receive kickbacks from Saab's companies in return for government contracts.  Los Chamos had frequent access to Maduro and Tareck Zaidan El Aissami Maddah (El Aissami), who was designated on February 13, 2017 pursuant to the Foreign Narcotics Kingpin Designation Act for playing a significant role in international narcotics trafficking; El Aissami is the current Minister of Industries and National Production and former Executive Vice President of Venezuela.  As a result, Los Chamos were able to manipulate the recipients of government contracts, and Saab had the opportunity to work with the highest levels of the Venezuelan government.

*See* Press Release, U.S. Treasury Dept., Treasury Disrupts Corruption Network Stealing From Venezuela's Food Distribution Program, CLAP, (Jul. 25, 2019), https://home.treasury.gov/news/press-releases/sm741.

Adela Flores de Maduro, the purported First Lady of Venezuela, who was designated by OFAC on September 25, 2018 pursuant to E.O. 13692, and who is a member of the Cartel of the Suns.[4] The example set by Raul Gorrin Bellisario ("**Gorrin**") and former National Treasurers of Venezuela - Alejandro Jose Andrade Cedeno ("**Andrade**") and Claudia Patricia Diaz Guillen ("**Diaz**") illustrate how their control over the Venezuela exchange program achieved these goals.

34.     On January 8, 2019, the U.S. Treasury Department issued a press release titled "Treasury Targets Venezuela Currency Exchange Network Scheme Generating Billions of Dollars for Corrupt Regime Insiders" that were designated as SDNs by OFAC on January 8, 2019, are agentsand instrumentalities of the FARC. *See Press Release*, U.S. Treasury Dept., Treasury Targets Venezuela Currency Exchange Network Scheme Generating Billions of Dollars for Corrupt Regime Insiders (January 8, 2019), https://home.treasury.gov/news/press-releases/sm583 (the "**January 8, 2019 Press Release**"). The individuals and entities designated in the January 8, 2019 Press Release by OFAC included Gorrin and Diaz among others to wit: Claudia Patricia Diaz Guillen, Raul Antonio Gorrin Belisario, Adrian Jose Velasquez Figueroa, Leonardo Gonzalez Dellan, Gustavo Adolfo Perdomo Rosales, Maria Alexandra Perdomo Rosales, Mayela Antonina Tarascio-Perez, Globovision Tele C.A., Globovision Tele CA, Corp., Seguros La Vitalicia, Corpomedios GV Inversiones, C.A., Corpomedios LLC, RIM Group

---

[4] It is my opinion that Cilia Adele Flores de Maduro, spouse of Maduro, is an agent and instrumentality of the FARC for materially assisting and supporting FARC operative and - head of the Cartel of Suns - Maduro to maintain his grip on power while he has engaged in narcotics trafficking of FARC cocaine. Per OFAC's September 25, 2018 designation:

> OFAC designated Nicolas Maduro on July 31, 2017. Today's designations target key current or former officials of the Venezuelan government. Maduro has relied on key figures, such as previously designated Cabello and El Aissami, and those officials being designated today, to maintain his grip on power.

*See Press Release,* U.S. Treasury Dept., Treasury Targets Venezuelan President Maduro's Inner Circle and Proceeds of Corruption in the United States (Sept. 25, 2018), https://home.treasury.gov/news/press-releases/sm495. Cilia Adele Flores is also herself a member of the Cartel of the Suns. *See Venezuela: A Mafia State*?, Insight Crime (available at: https://es.insightcrime.org/wp-content/uploads/2018/05/Venezuela-a-Mafia-State-InSight-Crime-2018.pdf) (last visited September 8, 2020)

Investments, Corp., RIM Group Investments I Corp., RIM Group Investments II Corp., RIM

Group Investments III Corp., RIM Group Properties of New York, Corp., RIM Group Properties

of New York II Corp., Magus Holdings USA, Corp., Magus Holding LLC, Magus Holding II

LLC, Tindaya Properties Holding USA Corp., Tindaya Properties of New York, Corp., Tindaya

Properties of New York II Corp., Posh 8 Dynamic Inc., Constello No. 1 Corporation, Constello

Inc., Windham Commercial Group Inc., Planet 2 Reaching Inc., Potrico Corp., and N133JA (a

Dassault Mystere Falcon 50EX private aircraft) ("**January 2020 Designated Individuals and**

**Entities**"). *See id.*

35.     According to the January 8, 2019 Press Release, the January 2020 Designated

Individuals and Entities were involved "in a significant corruption scheme designed to take

advantage of the Government of Venezuela's currency exchange practices, generating more than

$2.4 billion in corrupt proceeds." *Id.*  The January 8, 2019 Press Release further states:

> Today's designations target individuals who took advantage of a corrupt
> system within the Venezuelan ONT [Office of the National Treasury],
> stealing billions of dollars from the Venezuelan people since 2008, under
> the watch of two Venezuelan National Treasurers, Alejandro Jose Andrade
> Cedeno (Andrade) and [former Venezuelan National Treasurer Claudia
> Patricia Diaz Guillen] Diaz.  Andrade was sentenced by the United States
> District Court for the Southern District of Florida on November 27, 2018,
> to 10 years in prison for accepting over $1 billion in bribes for his role in
> the below scheme.

*Id.*

The January 8, 2019 Press Release went on to describe the involvement of Gorrin,

Andrade, and Diaz in the Venezuela currency exchange program:

> Both Andrade and Diaz, while occupying the role of National Treasurer,
> used their official positions to give Gorrin, a prominent Venezuelan
> businessman, access to the ONT's preferred exchange rates to maximize
> profits on currency transactions moving through the casas de bolsa, which
> Gorrin, amongst a select few others that were approved by the ONT,
> controlled.  While Andrade was National Treasurer, he awarded the ONT

exchange business to a limited number of individuals, including Gorrin and Leonardo Gonzalez Dellan (Gonzalez).

==*In return for their selection as the only currency exchange houses approved by the ONT, Gorrin and Gonzalez, another Venezuelan businessman, paid hundreds of millions of dollars in bribes to Andrade. Andrade facilitated the continuation of the bribery scheme by introducing Gorrin to Andrade's successor, Diaz, when he left the ONT. Gorrin compensated Andrade for introducing him to Diaz, and as a result, allowed the bribery scheme to continue, undeterred. From at least 2011 to 2013, Gorrin paid bribes to Diaz, wiring money to her and her husband, Adrian Jose Velasquez Figueroa (Velasquez), and purchasing assets on their behalf, to include a residence in Cap Cana, Dominican Republic, and an aircraft.*==

*Id.* (emphasis added).

36.     ==Gorrin used his involvement in the Venezuela currency exchange program to launder funds for members of Maduro's inner circle. He at times worked with Mathias Krull to accomplish the task.== Mathias Krull is a German national who was banker to Gorrin.[5] Special Agent George F. Fernandez's Affidavit in support of the Criminal Complaint in *United States of America v. Francisco Convit Guruceaga, et al.*, Case No. 18-MJ-03119-TORRES (S.D. Fla. July 24, 2018) (the "**Fernandez Affidavit**") describes the role of Krull and Conspirator 7 in the money laundering of PDVSA proceeds on behalf of FARC agents and instrumentalities - Los Chamos:

> 96. In October 2016, the CS met with KRULL in Panama. KRULL explained that he was looking for a bank to deposit approximately 600,000,000 U.S. Dollar from a currency exchange with PDVSA on behalf of a client, "CONSPIRATOR 7" …
> …
> 98. … Per the CS, KRULL explained that the funds came from exchange contracts which generated around 1.2 billion U.S. Dollars. KRULL explained that, in addition to the 600-million-dollar solution for CONSPIRATOR 7, KRULL needed an additional solution for 200 million U.S. Dollars held in European Financial Institution 1 in the name of a

---

[5] *See* Criminal Complaint, Affidavit of George F. Fernandez (Special Agent with Homeland Security Investigations), *United States of America v. Francisco Convit Guruceaga, et al.*, Case No. 18-MJ-03119-TORRES (S.D. Fla. July 24, 2018), D.E. 3 at 3 ¶ 12 (Available at https://content.maltatoday.com.mt/ui/files/usa_v._francisco_convit_guruceaga_et_al-_criminal_complaint.pdf.) ("Matthias KRULL is a German national and Panamanian resident. KRULL was a high-level banker at a large Swiss bank, specializing in Venezuelan clients. KRULL is the personal banker of CONSPIRATOR 7 and others. KRULL manages "banking" activities for numerous Venezuelan officials and kleptocrats.").

straw owner, "CONSPIRATOR 8." (The CS recognized CONSPIRATOR 8 as a straw owner, previously proposed to be used to conceal the money for the stepsons of VENEZUELAN OFFICIAL 2, a.k.a "los chamos," during a prior meeting with the CONSPIRATOR 8, CONVIT, and "los chamos.")

99. On November 30, 2016, KRULL sent the CS a WhatsApp message with photos of CONSPIRATORS 7 and 8's Venezuelan passports. KRULL also forwarded an email to the CS explaining the European Financial Institution 1 structure; the email was in fact a string of previously forwarded emails attaching documents from European Financial Institution 1, which had been sent from AMPARAN to "CONSPIRATOR 9," to CONSPIRATOR 7, to KRULL, and to the CS.

100. In early December 2016, the CS informed KRULL of a solution for laundering the additional PDVSA funds….

101. In a recorded January 9, 2017 meet [sic] with GUSTAVO in Miami, the CS asked…for a solution similar to…for CONSPIRPATOR's 7 & 8. …

102. In a January 10, 2017 recorded conversation, KRULL noted that "[CONSPIRATOR 7]" is asking if the money can be sent. In another, on January 23, 2017, KRULL said the money at European Financial Institution 1 is ready to be moved to CONSPIRATOR 8 and that "I met the dude, and also met the guy that represents him." The CS asked, "Are these guys sons?" (meaning the stepsons of VENEZUELAN OFFICIAL 2), and KRULL responded, "Nah, Don't, don't, don't, ask." …

105. On March 16, 2017 the CS met with KRULL and Conspirator 8 in Panama…During the meeting, CONSPIRATOR 8 stated that he "represented three persons." After the meeting, KRULL confided to the CS that he had once seen CONSPIRATOR 8 at CONSPIRATOR 7's office having lunch with 'los chamos,' i.e., the stepsons of VENEZUELAN OFFICIAL 2.

*See* Fernandez Affidavit at 27- 30, ¶¶ 96-105.

And, although "Conspirator 7" is unidentified, footnote 12 of the Fernandez Affidavit states that "CONSPIRATOR 7 is another reported billionaire member of the "boliburgues" and owner of a television network in Venezuela." *See id.* at 27, fn. 12. Having reviewed the Criminal Complaint, including the Fernandez Affidavit, and based upon my research, I opine that Gorrin

is Conspirator 7. This opinion is also supported by credible news articles that covered the

Criminal Complaint to wit:

According to the Miami Herald:

A Venezuelan TV mogul who has amassed a real estate fortune in South Florida and New York is now at the center of a $1.2 billion money-laundering investigation — put there by a Swiss banker who has admitted guilt and is helping Miami prosecutors build a criminal case against him. Raúl Gorrín, owner of the Globovisión network in Caracas, is suspected of steering $600 million from the country's state-owned oil company to a European bank to enrich himself, the three stepsons of President Nicolás Maduro and other members of Venezuela's politically connected elite, according to new court records and multiple sources familiar with the federal probe in Miami. Identified only as "Conspirator 7" in court records, Gorrín collaborated with Swiss banker Matthias Krull to make the massive wire transfer two years ago, sources say.

See Jay Weaver and Antonio Maria Delgado, *Media Mogul with Miami Mansion Emerges as Key Suspect in Venezuela Corruption Case,* Miami Herald (August 24, 2018), https://www.miamiherald.com/article217285655.html (last visited September 1, 2020); s*ee also* Brian Bandell, *Luxury Miami Condo Linked to Alleged Billion-dollar Money Laundering Scheme,* South Florida Business Journal (June 26, 2018), https://www.bizjournals.com/southflorida/news/2018/07/26/luxury-miami-condo-linked-to-allegedbillion-dollar.html (last visited September 1, 2020).

According to an Associated Press article:

In court papers. Krull also was referred to as the "personal banker" for "Conspirator 7," who is described as the owner of a Venezuelan TV network and billionaire member of the so-called "boliburgues" elites that made fortunes under the Bolivarian revolution started by the late Hugo Chavez. **The two people familiar with the case said Conspirator 7 is Raul Gorrin, who became president of Globovision** shortly after he and others purchased the popular network in 2013 and softened its anti-government coverage.

*See Swiss banker gets 10 years for Venezuela graft case,* Associated Press (October 29, 2018), https://apnews.com/ba0d18b4c16b4567a1832d98cb64bdaa (last visited September 1, 2020)

(emphasis added).

37.     Furthermore, OFAC has also described Gorrin's role in money laundering for Venezuela government officials of the Maduro regime in the January 8, 2019 Press Release:

> Raul Gorrin Belisario was indicted by the United States Attorney's Office for the Southern District of Florida in August 2018 for conspiring to violate the Foreign Corrupt Practices Act, and *for ==conspiring to bribe Venezuelan officials and commit money laundering by hiding embezzled government funds, totaling more than $1 billion, in Florida and New York. Gorrin was also being investigated for misappropriating billions of dollars from Venezuela's state-owned oil company, Petroleos de Venezuela, S.A. (PDVSA).==*
>
> *Gorrin is also thought to have ==paid several officials to have access to Venezuelan politicians and government officials, and was believed to hold funds on== behalf of these individuals in the same way he held funds for Andrade.* These individuals include, but are not limited to, Elvis Eduardo Hidrobo Amoroso, who was designated by OFAC on November 9, 2017, and Maikel Jose Moreno Perez, a close friend of Gorrin, who was designated by OFAC on May 18, 2017 pursuant to Executive Order (E.O.) 13692.

*See* January 8, 2019 Press Release (emphasis added).

38.     Moreover, the January 8, 2019 Press Release also went on to document Gorrin's involvement in providing financial support to FARC agent and instrumentality Cilia Adela Flores de Maduro: "*==Gorrin also purchased gifts for Cilia Adela Flores de Maduro, the First Lady of Venezuela,== who was designated by OFAC on September 25, 2018 pursuant to E.O. 13692.*" *See id.* (emphasis added).

39.     Furthermore, Gorrin's indictment recounts how he ==paid bribes in support of other individuals that support FARC agent and instrumentality Maduro in order to secure his power over the Venezuela currency exchange program.== The indictment alleges:

23

*. . . that ==Gorrin paid millions of dollars in bribes to two high-level Venezuelan officials, including Andrade, to secure the rights to conduct foreign currency exchange transactions at favorable rates for the Venezuelan government.==* In addition to wiring money to and for the officials, ==Gorrin allegedly purchased and paid expenses for them related to private jets, yachts, homes, champion horses, high-end watches and a fashion line.== ==To conceal the bribe payments, Gorrin made payments through multiple shell companies.== *==Gorrin allegedly partnered with Jimenez to acquire Banco Peravia, a bank in the Dominican Republic, to launder bribes paid to Venezuelan officials and proceeds of the scheme.==*

*As part of his guilty plea, Andrade admitted that he received over $1 billion in bribes from Gorrin and other co-conspirators in exchange for using his position as Venezuelan national treasurer to select them to conduct currency exchange transactions for the Venezuelan government.* As part of his plea agreement, Andrade agreed to a forfeiture money judgment of $1 billion and forfeiture of all assets involved in the corrupt scheme, including real estate, vehicles, horses, watches, aircraft and bank accounts.

*See* Justice News, U.S. Dept. of Justice, Venezuelan Billionaire News Network Owner, Former Venezuelan National Treasurer and Former Owner of Dominican Republic Bank Charged in Money Laundering Conspiracy Involving Over $1 Billion in Bribes (Nov. 20, 2018) https://www.justice.gov/opa/pr/venezuelan-billionaire-news-network-owner-former-venezuelan-national-treasurer-and-former (emphasis added)*; see also United States of America v. Raul Gorrin Belisario*, Case No. 9:18-cr-80160-WPD (S.D. Fla. Aug. 17, 2018), D.E. 3 (Available at https://www.justice.gov/criminal-fraud/file/1120281/download).

40.     It is my opinion that former Venezuelan National Treasurers, Andrade and Diaz, ==Gorrin, and the January 2020 Designated Individuals and Entities, are agents and instrumentalities of the FARC for their involvement and activities regarding the Venezuela currency exchange program, which served as a primary vehicle for money laundering for, and which was inextricably tied to the bribery of, FARC operatives within or surrounding the Maduro regime (such as his three stepsons, Los Chamos), while such FARC operatives were acting in support of Maduro's==

grip on power which enabled his vast international narcotics trafficking of FARC cocaine (with impunity in Venezuela). Thus, it is my opinion that Andrade, Diaz, and Gorrin are each agents and instrumentalities of the FARC, as their activities materially assisted in, and provided financial or technological support for or to, or providing of goods or services in support of, the international narcotics trafficking activities of the FARC. [6]

41.     Along with the aforementioned June 2020 Designated Individuals and Entities, PdVSA, those in the El Aissami and Lopez Bello Network, Diaz, Gorrin, Cilia Adela Flores de Maduro, Los Chamos, and the January 2020 Designated Individuals and Entities, all of which OFAC has designated as SDNs and all of whom I have opined herein are agents and instrumentalities of the FARC, the following are also agents  and instrumentalities of the FARC: any entity owned in the aggregate, directly or indirectly, 50 percent or more by one or more of the June 2020 Designated Individuals and Entities, PdVSA,  those in the El Aissami and Lopez Bello Network, Diaz, Gorrin, Cilia Adela Flores de Maduro, Los Chamos, or the January 2020 Designated Individuals and Entities, and each such entity (a "**SDN-Owned Entity**") is a blocked person.  Further, each such SDN-Owned Entity that is listed as blocked by OFAC is also an agent and instrumentality of the FARC. *See* U.S. Dep't Treasury, Revised Guidance on Entities Owned

---

[6] It is also well documented that the Venezuela currency exchange program is a critical component in enabling money laundering of proceeds from the sale of FARC cocaine.  As documented by the Sun Sentinel, the money laundering of narco-trafficked funds worked as follows:

> Federal authorities say the scheme often works like this: Drug traffickers in the United states make millions of dollars selling heroin and cocaine smuggled from South America. They pay someone to pick up the cash in Puerto Rico or New York and bring it to South Florida.
> Brokers in South Florida buy the tainted money and sell it at an inflated price to businesses in Venezuela. The brokers use the drug dollars to pay U.S. bills on behalf of the business owners, who in turn deposit bolivares in Venezualan banks.
> The Bolivares pay off drug traffickers in Venezuela and the cycle begins again.

*See* Alexia Campbell, *Drug money laundered in South Florida fuels U.S.-Venezuela trade*, Sun Sentinel (Dec. 18, 2011)     https://www.sun-sentinel.com/news/fl-xpm-2011-12-18-fl-venezuelan-money-laundering-20111217-story.html (last visited September 1, 2020).

by Persons Whose Property and Interests in Property are Blocked, (Aug. 13, 2014), attached hereto as **Exhibit H**. And further, the property and interests in property of any such SDN-Owned Entity are blocked regardless of whether the entity itself is listed in the annex to an Executive Order or otherwise placed on OFAC's list of Specially Designated Nationals. *Id.*

42.     The assets of such agents and instrumentalities of the FARC are "blocked assets" executable under TRIA, as are property of any entity in which such blocked persons own, whether individually or in the aggregate, directly or indirectly a 50% or greater interest. *See id.*

I declare under the penalty of perjury, pursuant to 28 U.S.C. § 1746, that the foregoing is true and correct.

John Robert McBrien

Dated: September 8, 2020

26