# COMPOSITE EXHIBIT 1-A



7014 3490 0000 8817 8260

Official Business
Penalty for Private Use $300



$8.64⁰
US POSTAGE
FIRST-CLASS
0625001140277D
FROM 33129

Howard Srebnick, Black SREBNICK PA.
on behalf of Raul Gorrin
301 South Biscayne Blvd.
Ste 1300
Miami FL 33131

**CERTIFIED MAIL**

**U.S. Department of Justice**

United States Marshals Service
Southern District of Florida

400 N. Miami Avenue, 6th Floor
Miami, FL 33128-7715

Official Business
Penalty for Private Use $300

7014 3490 0000 8817 8273

$8.64⁰
US POSTAGE
FIRST-CLASS
0625001140277D
FROM 33129

Posh 8 Dynamic Inc
155 SW 25ᵗʰ Rd
Miami FL 33129

✳ 18555 Collins ave, Sunny Isles Bch FL

Taken to Post office 10/3. @ 12:40 am.

11/8/22, 5:35 PM                                   USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs ❯

**Tracking Number:**

Remove ✕

## 70143490000088178280

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 2:34 pm on October 6, 2022 in MIAMI, FL 33131.

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
MIAMI, FL 33131
October 6, 2022, 2:34 pm

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 6, 2022, 1:23 am

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 8:13 pm

**Hide Tracking History**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌃ |
|---|---|

Postal Product:                         Features:
                                        Certified Mail™

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

USPS.com® - USPS Tracking® Results

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

11/8/22, 5:37 PM                          USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Tracking Number:                                                              Remove ✕

## 70143490000088178273

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to an individual at the address at 5:13 pm on October 7, 2022 in MIAMI, FL 33129.

**Delivered**
**Delivered, Left with Individual**
MIAMI, FL 33129
October 7, 2022, 5:13 pm

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 6, 2022, 1:06 am

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 8:10 pm

**Hide Tracking History**

| Text & Email Updates | ∨ |
| --- | --- |
| USPS Tracking Plus® | ∨ |
| Product Information | ∨ |

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

11/8/22, 5:37 PM                                 USPS.com® - USPS Tracking® Results

FAQs

# COMPOSITE EXHIBIT 1-B



# USPS Tracking®

FAQs ›

Remove ✕

**Tracking Number:**

# 70143490000088178266

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 8:21 am on October 11, 2022 in DOVER, DE 19904.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
DOVER, DE 19904
October 11, 2022, 8:21 am

**Available for Pickup**
DOVER, DE 19903
October 8, 2022, 7:49 am

**Arrived at Post Office**
DOVER, DE 19901
October 8, 2022, 7:26 am

**Departed USPS Regional Facility**
WILMINGTON DE DISTRIBUTION CENTER
October 7, 2022, 4:30 pm

**Arrived at USPS Regional Facility**
WILMINGTON DE DISTRIBUTION CENTER
October 7, 2022, 12:06 pm

**In Transit to Next Facility**
October 6, 2022

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 10:25 pm

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 8:05 pm

**Hide Tracking History**

**Text & Email Updates**                                                               ∨

**USPS Tracking Plus®**                                                                ∨

**Product Information**                                                                ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 70143490000088178259

Copy　　　Add to Informed Delivery
(https://informeddelivery.usps.com/)

### Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

### Moving Through Network
**In Transit to Next Facility**
October 30, 2022

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 26, 2022, 3:56 pm

**Vacant**
NORTH MIAMI BEACH, FL 33160
October 6, 2022, 12:20 pm

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 8:04 pm

**Hide Tracking History**

---

Text & Email Updates　　　　　　　　　　　　　　　　⌄

---

USPS Tracking Plus®　　　　　　　　　　　　　　　　⌄

---

Product Information　　　　　　　　　　　　　　　　⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# COMPOSITE EXHIBIT 1-C

**U.S. Department of Justice**

*United States Marshals Service*
*Southern District of Florida*

400 N. Miami Avenue, 6th Floor
Miami, FL 33128-7715

Official Business
Penalty for Private Use $300





7014 3490 0000 8617 8198

FARC-EP
c/o Juvenal Ovidio Ricardo Palmera Pineda
   AKA "Simon Trinidad"
Member of Farc-EP
BOP Register No. 27896-016
USP Florence ADMAX
U.S. Penitentiary
P.O. Box 8600
Florence CO 81226.

**U.S. Department of Justice**

*United States Marshals Service*
*Southern District of Florida*

400 N. Miami Avenue, 6th Floor
Miami, FL 33128-7715

Official Business
Penalty for Private Use $300





7014 3490 0000 8617 8181

Farc-EP
c/o Juvenal Ovidio Ricardo Palmera Pineda
AKA Simon Trinidad.
Member of FARC-EP
BOP Register No. 27896-016
USP Florence ADMAX
5880 HWY 67 South
Florence, CO 81226

# USPS Tracking®

FAQs ›

**Remove** ✕

**Tracking Number:**

# 70143490000088178198

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was picked up at a postal facility at 8:11 am on October 12, 2022 in FLORENCE, CO 81226.

### Delivered

**Delivered, Individual Picked Up at Postal Facility**
FLORENCE, CO 81226
October 12, 2022, 8:11 am

**In Transit to Next Facility**
October 11, 2022

**Departed USPS Regional Facility**
COLORADO SPRINGS CO DISTRIBUTION CENTER
October 10, 2022, 10:28 pm

**Arrived at USPS Regional Facility**
COLORADO SPRINGS CO DISTRIBUTION CENTER
October 8, 2022, 4:38 pm

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 10:25 pm

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 8:10 pm

**Hide Tracking History**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

11/8/22, 5:40 PM                                                    USPS.com® - USPS Tracking® Results

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

11/8/22, 5:41 PM                                USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs ›

**Tracking Number:**                                                                 Remove ✕

## 70143490000088178181

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 8:11 am on October 12, 2022 in FLORENCE, CO 81226.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
FLORENCE, CO 81226
October 12, 2022, 8:11 am

**In Transit to Next Facility**
October 11, 2022

**Departed USPS Regional Facility**
COLORADO SPRINGS CO DISTRIBUTION CENTER
October 10, 2022, 10:28 pm

**Arrived at USPS Regional Facility**
COLORADO SPRINGS CO DISTRIBUTION CENTER
October 8, 2022, 4:38 pm

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 5, 2022, 12:43 am

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 5, 2022, 12:31 am

**Hide Tracking History**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

USPS.com® - USPS Tracking® Results

See Less ∧

**Track Another Package**

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# COMPOSITE EXHIBIT 1-D





**U.S. Department of Justice**

*United States Marshals Service*
*Southern District of Florida*

*400 N. Miami Avenue, 6th Floor*
*Miami, FL 33128-7715*

Official Business
Penalty for Private Use $300

7014 3490 0000 8817 8297

'LLP
on behalf of Raul Gorin
600 Massachusetts Ave and
NW Washington DC 20001




U
U
Si
4
J

Official Business
Penalty for Private Use $300

7022 0410 0002 7211 3389

NDVC
c/o Diego Leon Montoya Sanchez,
member of North Valley Cartel
BoP Reg. No. 04171-748
FCI Petersburg Medium
Federal Correctional Institution
1060 River Rd
Hopewell, VA 23860

11/8/22, 5:42 PM                                      USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Tracking Number:                                                                    Remove ✕

## 70143490000088178297

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

### Latest Update

Your item was delivered to the front desk, reception area, or mail room at 11:25 am on October 7, 2022 in WASHINGTON, DC 20001.

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
WASHINGTON, DC 20001
October 7, 2022, 11:25 am

**Out for Delivery**
WASHINGTON, DC 20001
October 7, 2022, 9:14 am

**Arrived at Post Office**
WASHINGTON, DC 20018
October 7, 2022, 7:59 am

**Departed USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
October 6, 2022, 5:59 pm

**Arrived at USPS Regional Facility**
WASHINGTON DC DISTRIBUTION CENTER
October 6, 2022, 12:29 pm

**In Transit to Next Facility**
October 5, 2022

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 10:55 pm

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 8:14 pm

**Hide Tracking History**

USPS.com® - USPS Tracking® Results

**Text & Email Updates**                                                    ∨

**USPS Tracking Plus®**                                                     ∨

**Product Information**                                                     ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

11/8/22, 5:42 PM                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs 〉

Tracking Number:                                                                    Remove ✕

# 70220410000272113389

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your package is moving within the USPS network and is on track to be delivered to its final destination. It is currently in transit to the next facility.

### Moving Through Network
**In Transit to Next Facility**
October 28, 2022

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 24, 2022, 6:45 pm

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 24, 2022, 4:57 pm

**Departed USPS Regional Facility**
RICHMOND VA DISTRIBUTION CENTER
October 19, 2022, 6:25 pm

**Forward Expired**
HOPEWELL, VA 23860
October 7, 2022, 3:07 pm

**Out for Delivery**
HOPEWELL, VA 23860
October 7, 2022, 9:09 am

**Arrived at Post Office**
HOPEWELL, VA 23860
October 7, 2022, 8:53 am

**Arrived at USPS Regional Facility**
RICHMOND VA DISTRIBUTION CENTER
October 6, 2022, 2:13 pm

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 10:25 pm

**Arrived at USPS Regional Facility**

MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 8:05 pm

**Hide Tracking History**

---

Text & Email Updates                                                                              ⌄

---

USPS Tracking Plus®                                                                                ⌄

---

Product Information                                                                               ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# COMPOSITE EXHIBIT 1-E

**CERTIFIED MAIL**

7014 3490 0000 8817 8228

Official Business
Penalty for Private Use $300

$8.64 0
US POSTAGE
FIRST-CLASS
0625001140270
FROM 33128

18555 Collins Ave Condominium Association
18555 Collins Ave,
Sunny Isles Beach FL 33160

**CERTIFIED MAIL**

7014 3490 0000 8817 8235

Penalty for Private Use $300

$8.64
US POSTAG
FIRST-CLAS
0625001140277
FROM 3312

Sachs Sax Caplan P. L on behalf of
18555 Collins Avenue
Condominium Association
6111 Broken Sound Parkway NW
Ste 200
Boca Raton FL 33487

11/8/22, 5:43 PM                                        USPS.com® - USPS Tracking® Results

# USPS Tracking®                                                                    FAQs ›

Tracking Number:                                                              Remove ✕

## 70143490000088178228

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

**Latest Update**

Your item was delivered to the front desk, reception area, or mail room at 12:18 pm on October 6, 2022 in NORTH MIAMI BEACH, FL 33160.

**Delivered**
**Delivered, Front Desk/Reception/Mail Room**
NORTH MIAMI BEACH, FL 33160
October 6, 2022, 12:18 pm

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 5, 2022, 8:41 pm

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 8:05 pm

Hide Tracking History

| Text & Email Updates | ⌄ |
|---|---|
| USPS Tracking Plus® | ⌄ |
| Product Information | ⌄ |

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

USPS.com® - USPS Tracking® Results

Contact USPS Tracking support for further assistance.

FAQs

11/8/22, 5:44 PM                                    USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Tracking Number:                                                                    Remove ✕

## 70143490000088178235

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

## Latest Update

Your item was delivered to the front desk, reception area, or mail room at 4:02 pm on October 6, 2022 in BOCA RATON, FL 33487.

### Delivered
**Delivered, Front Desk/Reception/Mail Room**
BOCA RATON, FL 33487
October 6, 2022, 4:02 pm

**Departed USPS Regional Facility**
WEST PALM BEACH FL DISTRIBUTION CENTER
October 6, 2022, 12:57 am

**Arrived at USPS Regional Facility**
WEST PALM BEACH FL DISTRIBUTION CENTER
October 5, 2022, 8:28 am

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 9:18 pm

**Hide Tracking History**

| Text & Email Updates | ⌄ |
|---|---|

| USPS Tracking Plus® | ⌄ |
|---|---|

| Product Information | ⌄ |
|---|---|

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

11/8/22, 5:44 PM                                    USPS.com® - USPS Tracking® Results

# Need More Help?

Contact USPS Tracking support for further assistance.

**FAQs**

# COMPOSITE EXHIBIT 1-F





MiaMi-Dade County tax Collecter
200 NW 2nd Ave
MiaMi FL 33128.

**U.S. Department of Justice**

*United States Marshals Service*
*Southern District of Florida*

400 N. Miami Avenue, 6th Floor
Miami, FL 33128-7713

Official Business
Penalty for Private Use $300





c/o Diego Leon Montoya Sanchez
Member of North Valley Cartel
BOP Register No. 04171-748
FCI Petersburg Medium
Federal Correctional Institution
P.O. Box 1000
Petersburg Va 23804

11/8/22, 5:45 PM                              USPS.com® - USPS Tracking® Results

# USPS Tracking®

FAQs >

Tracking Number:                                                          Remove ✕

## 70143490000088178242

Copy          Add to Informed Delivery
(https://informeddelivery.usps.com/)

**Latest Update**

Your item was picked up at a postal facility at 6:42 am on October 7, 2022 in MIAMI, FL 33101.

**Delivered**

**Delivered, Individual Picked Up at Postal Facility**
MIAMI, FL 33101
October 7, 2022, 6:42 am

**Delivered to Agent for Final Delivery**
MIAMI, FL 33128
October 6, 2022, 11:15 am

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 6, 2022, 4:38 am

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 7:46 pm

**Hide Tracking History**

---

Text & Email Updates                                                        ∨

---

USPS Tracking Plus®                                                         ∨

---

Product Information                                                          ∨

See Less ∧

Track Another Package

Enter tracking or barcode numbers

## Need More Help?

Contact USPS Tracking support for further assistance.

FAQs

# USPS Tracking®

**FAQs ❯**

**Remove ✕**

Tracking Number:

## 70143490000088178211

Copy        Add to Informed Delivery
(https://informeddelivery.usps.com/)

### Latest Update

Your item was picked up at a postal facility at 7:47 am on October 11, 2022 in PETERSBURG, VA 23804.

### Delivered
**Delivered, Individual Picked Up at Postal Facility**
PETERSBURG, VA 23804
October 11, 2022, 7:47 am

**Available for Pickup**
PETERSBURG, VA 23803
October 8, 2022, 9:06 am

**Arrived at Post Office**
PETERSBURG, VA 23803
October 8, 2022, 9:02 am

**Departed USPS Regional Facility**
RICHMOND VA DISTRIBUTION CENTER
October 8, 2022, 1:57 am

**Arrived at USPS Regional Facility**
RICHMOND VA DISTRIBUTION CENTER
October 7, 2022, 10:06 am

**In Transit to Next Facility**
October 6, 2022

**Departed USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 9:54 pm

**Arrived at USPS Regional Facility**
MIAMI FL DISTRIBUTION CENTER
October 4, 2022, 8:34 pm

**Hide Tracking History**

USPS.com® - USPS Tracking® Results

**Text & Email Updates**                                                    ⌄

**USPS Tracking Plus®**                                                      ⌄

**Product Information**                                                      ⌄

See Less ⌃

Track Another Package

Enter tracking or barcode numbers

# Need More Help?

Contact USPS Tracking support for further assistance.

FAQs