UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25337-KMM-Becerra

ANTONIO CABALLERO,

Plaintiff,

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA, et al.,

Defendants.
_____/

## ANTONIO CABALLERO'S NOTICE OF FILING NOTICE OF U.S. MARSHALS SERVICE SALE

Antonio Caballero ("Caballero")—in accordance with the undersigned's representation to the Court prior to and during the hearing on the Interested Parties'[1] emergency motion (ECF No. 187), held before Magistrate Judge Becerra on December 2, 2022—notifies the Court (well in advance of the 72-hour period before sale made in the representation) and Interested Parties' counsel of the sale of the seven (7) properties described in the Notice of U.S. Marshal Service Sale (attached hereto as **Exhibit 1**) scheduled for January 17, 2023.

Dated: December 12, 2022.

---

[1] The "Interested Parties" are defined in ECF No. 187 at 2 n. 1.

Respectfully submitted,

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano
Fla. Bar. No. 0056091
jzumpano@zplaw.com
Leon N. Patricios
Fla. Bar No. 0012777
lpatricios@zplaw.com
ZUMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: (305) 444-5565

*Attorneys for Plaintiff Antonio Caballero*

**CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 12th day of December, 2022, the undersigned electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system.

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano