# Exhibit 1

**12/12/2022**

**NOTICE OF U.S. MARSHALS SERVICE SALE**

CATEGORY
Other Sales FL
AD NUMBER
0000635671-01

U. S. Department of Justice United States Marshals Service Southern District of Florida CASE No. 18-25337 ANTONIO CABALLERO PLAINTIFF vs. DEFENDANT FUERZAS ARMADAS REVOLUCIONARIAS DE COLOMBIA, ET AL., By virtue of a Final Judgment dated May 20, 2020, entered by the United States District Court for the Southern District of Florida in the above referenced case, and the following writs of execution: Writ of Execution issued on June 3, 2022 (ECF No. 159), and seven Writs of Execution issued on June 8, 2022 (ECF No. 161), NOTICE is hereby given that I will sell public auction for cashiers or certified funds check ONLY (with the exception of credit bids placed by Plaintiff), on **January 17 at 12:00 P.M.,** at the Wilkie D. Ferguson, Jr. U.S. Courthouse, 400 N. Miami Avenue, Miami FL 33128, outside the main ground floor security entrance in the covered pedestrian walkway that passes through the center ground floor of the courthouse the following seven (7) properties, including all of their contents: **(1) the real property titled in the name of RIM Group Investments III Corp. located at 144 Isla Dorada Boulevard, Coral Gables, Florida 33143, with a legal description of: Lot 8, Block 20, of COCOPLUM SECTION TWO, Plat E, according to the Plat thereof as recorded in Plat Book 131, Page 76, of the Public Records of Miami-Dade County, Florida. Folio: 03-4132-030-0080. (2) the real property titled in the name of RIM Group Investments I Corp. located at 4100 Salzedo Street, Unit 608, Coral Gables, Florida 33146, with a legal description of: Unit No. 608 of ONE VILLAGE PLACE, a Condominium, according to The Declaration of Condominium recorded in Official Records Book 26306 at Page 2098, and all exhibits and amendments thereof, Public Records of Miami-Dade County, Florida. Folio: 03-4120-065-0500. (3) the real property titled in the name of RIM Group Investments I Corp. located at 4100 Salzedo Street, Unit 807, Coral Gables, Florida 33146, with a legal description of: Unit No. 807, ONE VILLAGE PLACE CONDOMINIUM, a Condominium according to the Declaration of Condominium thereof, as recorded in Official Records Book 26306, at page 2098, of the Public Records of Miami-Dade County Florida,**

together with an undivided share in the common elements appurtenant thereto. Folio: 03-4120-065-0450. (4) the real property titled in the name of RIM Group Investments II Corp. located at 4100 Salzedo Street, Unit 813, Coral Gables, Florida 33146, with a legal description of: Unit No. 813 of ONE VILLAGE PLACE CONDOMINIUM, a Condominium, according to The Declaration of Condominium recorded in Office Records Book 26306, at Page 2098, and all exhibits and amendments thereof, Public Records of Miami-Dade County, Florida. Folio: 03-4120-065-0860. (5) the real property titled in the name of RIM Group Investments II Corp. located at 4100 Salzedo Street, Unit 913, Coral Gables, Florida 33146, with a legal description of: Unit No. 913, ONE VILLAGE PLACE CONDOMINIUM, a Condominium according to the Declaration of Condominium thereof, as recorded in Official Records Book 26306, at page 2098, of the Public Records of Miami-Dade County Florida, together with an undivided share in the common elements appurtenant thereto. Folio: 03-4120-065-0870. (6) the real property titled in the name of RIM Group Investments, Corp. located at 4100 Salzedo Street, Unit 1010, Coral Gables, Florida 33146, with a legal description of: Condominium Unit No. 1010 of ONE VILLAGE PLACE, a CONDOMINIUM, according to the Declaration of Condominium thereof, recorded in Official Records Book 26306, at Page 2098, of the Public Records of Miami-Dade County, Florida; together with an undivided share in the common elements appurtenant thereto (the "Property"). Folio: 03-4120-065-0680. (7) the real property titled in the name of Magus Holding LLC located at 4100 Salzedo Street, Unit 804, Coral Gables, Florida 33146, with a legal description of: Condominium Unit No. 804 of ONE VILLAGE PLACE, A CONDOMINIUM, according to the Declaration of Condominium thereof, recorded in Official Records Book 26306, at Page 2098, of the Public Records of Miami-Dade County, Florida; together with an undivided share in the common elements appurtenant thereto (the "Property"). Folio: 03-4120-065-0240. Before being permitted to bid at the sale of any of the respective subject properties, registered bidders shall present proof of funds via (cashier certified check made payable to USMS). The successful bidder of each subject property shall respectively deposit with the U.S. Marshals Service at the close of the sale, 20 percent (20%) of the bid price, by cashier's or certified funds check *made payable to the U.S. Marshals Service. The balance must be paid within FIVE (5) days after the sale. If the Plaintiff is the successful bidder at the sale, the United States Marshals Service shall credit the Plaintiff's bid amount, minus the costs of the sale, against the Plaintiff's Judgment Amount. Failure to pay the balance in accordance with the terms of the sale by the successful bidder shall result in the forfeiture of the monies*

*deposited and the property may be re-offered for sale. The subject properties are being sold "AS IS" and "WHERE IS" and "SUBJECT TO": (I) without any representation regarding any potential hidden damage or defects of any nature, known or unknown, and with no representations, warranties, or guarantees whatsoever, express or implied, regarding the property's condition, nature, value, source, authenticity, fitness, merchantability, and/or any other aspect or characteristics of the property; (2) subject to all outstanding liens, liabilities, claims or encumbrances, known or unknown; (3) subject to restrictions, prohibitions, rules, regulations and other requirements imposed by U.S., state or local governmental or future sales and use taxes, if any. Judgment Amount: $46,729,667.00, which is further trebled pursuant to 18 U.S.C. 2333 Dated this 9th day of December. 2022 Attorneys for Plaintiff JOSEPH I. ZUMPANO, ESQ. LEON N. PATRICIOS, ESQ. ZUMPANO PATRICIOS, P .A. 312 Minorca Ave. Coral Gables, FL 33134 Telephone: (305) 444-5565 Gadyaces S. Serralta, United States Marshal*

*12/12-19-27 1/3 22-93/0000635671M*