# COMPOSITE EXHIBIT 1



Photo of Raul Gorrin and Nicolas Maduro, https://miamidiario.com/wp-content/uploads/2018/11/gorrin-y-maduro.jpg (last visited Dec. 30, 2022).



Photo, https://www.larepublica.ec/wp-content/uploads/2014/05/globovision-dos.jpg (last visited Dec. 30, 2022).