UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25337-KMM

ANTONIO CABALLERO,

    Plaintiff,

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA, *et al.*,

    Defendants.
_____/

**PLAINTIFF ANTONIO CABALLERO'S
RESPONSE TO ECF NO. 212 NOTICE OF SUPPLEMENTAL AUTHORITY**

The Interested Parties' "Supplemental Authority" is no such thing. The stay entered in the United States District Court for the Southern District of New York ("S.D.N.Y.") was entered because of this Court's consideration of the issues before it.[1] *See* Order, ECF No. 90, *Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.*, Case No. 20-mc-00249-PAC (S.D.N.Y. Jan. 6, 2023) attached hereto as **Exhibit A**. The S.D.N.Y.'s deference to this Court is not supplemental authority in support of the Interested Parties' pending motions.

Moreover, the S.D.N.Y has concurred with this Court's determination that Raul Gorrin and the Interested Parties' is/are an agency or instrumentality of the FARC. Order on Plaintiff's Expedited Motion for Agency or Instrumentality Determination, ECF No. 93, *Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.*, Case No. 20-mc-00249-PAC (S.D.N.Y. May 4, 2022), attached hereto as **Exhibit B;** Plaintiff's Motion for Agency or Instrumentality

---

[1] Interested Parties' Letter to Judge Crotty, ECF No. 84, *Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.*, Case No. 20-mc-00249-PAC (S.D.N.Y. Dec. 23, 2022) ("In the light of the state of the proceedings in the Southern District of Florida (and elsewhere, including the Western District of New York (20-mc-00040-LJV)), the Interested Parties respectfully submit that intervention and a stay of execution is appropriate.")

1

Determination with Incorporated Memorandum of Law, ECF No. 59, *Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.*, Case No. 20-mc-00249-PAC (S.D.N.Y. Apr. 11, 2022), attached hereto as **Exhibit C;** List of Entities, including Raul Gorrin and Gustavo Perdomo, ECF 59-1, *Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia, et al.*, Case No. 20-mc-00249-PAC (S.D.N.Y. Apr. 11, 2022), attached hereto as **Exhibit D.**

Dated: January 12, 2023

Respectfully submitted,

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano
Fla. Bar. No. 0056091
jzumpano@zplaw.com
Leon N. Patricios
Fla. Bar No. 0012777
lpatricios@zplaw.com
Gabriela Rosell
Fla. Bar No. 0111735
grosell@zplaw.com

ZUMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: (305) 444-5565

*Attorneys for Plaintiff Antonio Caballero*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 12th day of January 2023, the undersigned electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system.

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano
