# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

CASE NO.: 20-mc-00249-PAC

ANTONIO CABALLERO,

    Plaintiff,

vs.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA; THE NORTE DE VALLE
CARTEL,

    Defendants,

vs.

RIM GROUP PROPERTIES OF NEW YORK II
CORP., TINDAYA PROPERTIES OF NEW YORK,
AND TINDAYA PROPERTIES OF NEW YORK II,
CORP.,

    Interested Non-Parties.

_____

### ORDER GRANTING INTERVENTION AND STAYING PROCEEDINGS WITH RESPECT TO THE INTERESTED NON-PARTIES

**UPON CONSIDERATION** of the Letter Motion for Conference (ECF No. 84) of RIM Group Properties of New York II Corp., Tindaya Properties of New York, and Tindaya Properties of New York II Corp. (collectively the "Interested Non-Parties"), as well as the Response to the Pre-Motion Conference Letter (ECF No. 86) filed by Plaintiff Antonio Caballero, it is hereby ORDERED that the Interested Non-Parties are granted leave to intervene in this action pursuant to Federal Rule of Civil Procedure 24(a).

It is further ORDERED that the Clerk of Court is hereby DIRECTED to unseal (i) ECF No. 59 through ECF No. 59-4; (ii) Order entered on May 4, 2022, granting ECF No. 59; (iii) ECF No. 60 through ECF No. 60-1; (iv) ECF No. 61 through ECF No. 61-11; (v) Order entered on June

16, 2022, granting ECF No. 61; and (vi) any other entry related to ECF Nos. 59 and 61.[1]

It is further ORDERED that all proceedings with respect to the Interested Non-Parties, including any action by any party with respect to any writ of execution, be stayed pending further order of the Court.

It is further ORDERED that Plaintiff and the Interested Non-Parties shall submit a joint status report on March 6, 2023, and every 60 days thereafter while the stay is in effect.

Dated: January 6, 2023
New York, New York

_____
Hon. Paul A. Crotty
United States District Judge

---

[1] The Interested Non-Parties requested that the Court "unseal all docket entries in this court file." *See* Interested Non-Parties Proposed Order, ECF No. 89. The Court has amended the requested relief to specify unsealing only those court filings applicable to the Interested Non-Parties.