UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-25337-KMM

ANTONIO CABALLERO,

    Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIOS DE COLOMBIA,
etc., et al.,

    Defendants.
_____/

**INTERESTED PARTIES' UNOPPOSED MOTION TO EXTEND
THE DEADLINE UNTIL MARCH 10, 2023 TO FILE A RESPONSE
TO PLAINTIFF'S [D.E. 222] MOTION TO STRIKE**

Without objection, the Interested Parties[1], through undersigned counsel, jointly move the Court for an extension until March 10, 2023, to file their Response to Plaintiff's (D.E. 222) Motion to Strike.

1. On February 17, 2023, Plaintiff filed his Motion to Strike. D.E. 222.

2. By rule, any response is due on March 6, 2023.

3. The Parties to this Action are involved in the matter of *Casa Express Corp v. Bolivarian Republic of Venezuela*, Case No. 1:21-cv-23103, pending in this District and in which multiple pleadings have been filed in the last fourteen days. The Parties are also scheduled to appear for hearing in that matter on Monday, March 6, 2023.

4. Therefore, the Interested Parties request a one-week extension until March 10, 2023 to file their Response to Plaintiff's (D.E. 222) Motion to Strike.

---

[1] The Interested Parties refers to Raul Gorrin Belisario, Gustavo Adolfo Perdomo Rosales, and all 23 entities identified in D.E. 150-2.

**CERTIFICATION REGARDING PRE-FILING CONFERENCE**

Pursuant to Local Rule 7.1(a)(3), undersigned counsel certifies that Plaintiff does not oppose the relief requested in the Motion.

Respectfully submitted,

*/s/ Robert T. Dunlap*
Robert T. Dunlap
Fla. Bar No. 119509
rdunlap@fnf.law
**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Ave., Suite 1240
Miami, FL 33131
Tel: (786) 924-2900

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel. (305) 371-6421
HOWARD SREBNICK, ESQ.
Florida Bar No. 919063
E-mail: HSrebnick@RoyBlack.com

*Attorney for the Interested Parties*