UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25337-KMM

ANTONIO CABALLERO,

    Plaintiff,

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA, *et al.*,

    Defendants.
_____/

**PLAINTIFF'S NOTICE OF DISCOVERY HEARING**

Pursuant to your Honor's published Discovery Procedures, Plaintiff Antonio Caballero ("Caballero") hereby notices for in person hearing on **March 9, 2023 at 11:00 a.m**., at 99 N.E. Fourth Street, 10th Floor, Miami, Florida, his objection to the Interested Parties' request to take his deposition in these post-judgment collection proceedings. In accordance with the Discovery Procedures, the following, if so noted, are attached hereto:

| | |
|---|---|
| **Exhibit A** | Proposed Order – Attached. |
| **Exhibit B** | Source Materials – None as the deposition has not yet been noticed. |
| **Exhibit C** | Materials Relied upon by Non-Moving Party – None. |
| **Exhibit D** | List and Copies of Authorities – Attached. |

    Respectfully submitted,

*/s/ Leon N. Patricios*
Joseph I. Zumpano
Fla. Bar. No. 0056091
jzumpano@zplaw.com
Leon N. Patricios
Fla. Bar No. 0012777
lpatricios@zplaw.com
ZUMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: (305) 444-5565

## CERTIFICATE OF CONFERRAL

I HEREBY CERTIFY in compliance with Local Rule 7.1(a)(3) that undersigned counsel has conferred with counsel for the Interested Parties on the discovery issues raised herein, made a good faith effort to resolve such issues, but the parties have been unable to resolve such issues.

*/s/ Leon N. Patricios*
Leon N. Patricios

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 2nd day of March, 2023, the undersigned electronically filed the foregoing document with the Clerk of the Courts by using the CM/ECF system.

*/s/ Leon N. Patricios*
Leon N. Patricios