# EXHIBIT A

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25337-KMM

ANTONIO CABALLERO,

      Plaintiff,

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA, *et al.*,

      Defendants.

_____/

**ORDER GRANTING ANTONIO CABALLERO'S
MOTION FOR PROTECTIVE ORDER**

THIS CAUSE came before the Court on March 9, 2023 upon a Notice of Discovery Hearing filed by Plaintiff Antonio Caballero ("Caballero").  After hearing argument from counsel for Caballero and the Interested Parties, for the reasons announced at the hearing, the Court hereby

ORDERS AND ADJUDGES that Caballero's motion for protective order is GRANTED and the Interested Parties may not take his deposition, without prejudice.

DONE AND ORDERED in Chambers this _____ day of March, 2023.

_____
**JACQUELINE BECERRA
UNITED STATES MAGISTRATE JUDGE**