UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25337-KMM/Becerra

**ANTONIO CABALLERO,**

      **Plaintiff,**

vs.

**FUERZAS ARMADAS**
**REVOLUCIONARIOS DE COLOMBIA,**
**et al.,**

      **Defendants.**

_____/

## NOTICE OF DISCOVERY HEARING

PLEASE TAKE NOTICE that on March 9, 2023, a discovery hearing will be held before the Honorable Magistrate Judge Jacqueline Becerra, **in person at United States District Court, James Lawrence King Federal Justice Building, 99 N.E. Fourth Street, 10th Floor, Miami, Florida 33132**.

The Interested Parties and Plaintiff require judicial intervention to resolve the following matters:

Whether Messrs. Gorrin and Perdomo, residents of Venezuela are required to be present in-person for deposition in Coral Gables, Florida. Plaintiff seeks to depose Messrs. Gorrin and Perdomo in Coral Gables, Florida. The Interested Parties, in defending their interests, seek to be deposed in their place of residence or, alternatively, by remote video.

Attached hereto are the following exhibits:

- **Exhibit A –** [Proposed] Order Granting Protective Order.
- **Exhibit B –** Plaintiff's Source Materials Relevant to the Discovery Dispute – None as the

depositions have not yet been noticed.

- **Exhibit C** – Materials upon which the non-moving party intends to rely - None, authorities attached as <u>Ex. D</u>.

- **Exhibit D** – List and Copies of Authorities.

<strong><u>LOCAL RULE 7.1(a)(3) CERTIFICATION</u></strong>

Pursuant to Local Rule 7.1(a)(3), the undersigned hereby certifies that he has conferred with all parties or non-parties who may be affected by the relief sought in the motion in a good faith effort to resolve the issues raised in the motion and has been unable to do so.

Respectfully submitted,

*/s/ Robert T. Dunlap*
Robert T. Dunlap (FL Bar No. 119509)
**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240 Miami, FL 33131
Telephone: (786) 924-2900
Email: rdunlap@fnf.law