## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25337-KMM/Becerra

**ANTONIO CABALLERO,**

        **Plaintiff,**

**vs.**

**FUERZAS ARMADAS**
**REVOLUCIONARIOS DE COLOMBIA,**
**et al.,**

        **Defendants.**

_____/

### [PROPOSED] ORDER GRANTING PROTECTIVE ORDER

This cause came before the Court for a discovery hearing on March 9, 2023. At the hearing, the Interested Parties sought a protective order precluding Plaintiff from issuing notices of deposition that would require the defendants, residents of Venezuela, to travel to Coral Gables for in-person depositions. The Court has reviewed the contents of the case file, heard arguments of counsel, and is otherwise duly advised. For the reasons stated on the record, which are incorporated by reference, it is:

        **ORDERED AND ADJUDGED** as follows:

Interested Parties' Motion for a Protective Order is **GRANTED**. Messrs. Gorrin and Perdomo are not required to travel to Coral Gables, Florida to sit for in-person deposition. Plaintiff may instead take the depositions at the deponents place of residence or by remote video.

        **DONE AND ORDERED** in Miami, Florida this _____ day of March 2023.

                             _____
                             **HON. JACQUELINE BECERRA**
                             **UNITED STATES MAGISTRATE JUDGE**