# Exhibit 1

Page 1

```
 1                    UNITED STATES DISTRICT COURT
                      SOUTHERN DISTRICT OF FLORIDA
 2
 3                      CASE NO.:  1:18-cv-25337-KMM
 4       ANTONIO CABALLERO,
 5
 6                        Plaintiff,
 7       vs.
 8       FUERZAS ARMADAS REVOLUCIONARIAS
         DE COLOMBIA, ET AL,
 9
                          Defendants.
10       _____/
11         VIDEOTAPED REMOTE ZOOM DEPOSITION OF RAUL GORRIN
12                 TAKEN ON BEHALF OF THE PLAINTIFF
13                 Remote Via Zoom
                   May 22, 2023
14                 9:00 a.m. to 2:54 p.m.
15
16
17
18       REPORTED BY
         MARLA SCHREIBER, COURT REPORTER
19       NOTARY PUBLIC, STATE OF FLORIDA
20
21
22
23
24
25
```

Page 2

```
 1                    APPEARANCES OF COUNSEL
 2        ON BEHALF OF THE PLAINTIFF:
 3        ZUMPANO PATRICIOS, P.A.
          By LEON N. PATRICIOS, ESQ.
 4        By JOSEPH ZUMPANO, ESQ.
          312 Minorca Avenue
 5        Coral Gables, Florida 33134
          lpatricios@zplaw.com
 6
 7        ON BEHALF OF THE DEFENDANTS:
 8        BLACK SREBNICK
          By HOWARD MILTON SREBNICK, ESQ.
 9        By LISANDRA GUERRERO, ESQ.
          201 South Biscayne Boulevard, Suite 1300
10        Miami, Florida 33131
          hsrebnick@royblack.com
11
12        ALSO PRESENT:
13        JOSE LOPEZ-VARELA
14        YOHANIA SANTANA, ESQ.
15        MICHAEL MONTALVO, Videographer
16        FRANCINE KAHN, Spanish Interpreter
17        ERIC MORENO, Special Investigator
18        GUSTAVO PERDOMO
19                    INDEX OF EXAMINATION
20        WITNESS:  RAUL GORRIN
21        DIRECT EXAMINATION                      PAGE
22        By Mr. Leon N. Patricios, Esquire          8
23
24
25
```

Page 6

1                DEPOSITION OF RAUL GORRIN

2                      May 22, 2023

3                THE VIDEOGRAPHER:  Good morning.  We are

4         now on the video record.  My name is Michael

5         Montalvo, videographer on behalf of Veritext.

6         Today is Monday, May 22nd of 2023 and the time

7         is 9:03 a.m.

8                Please note that this deposition is being

9         conducted virtually, the quality of recording

10        depends on the quality of camera and internet

11        connection of all attendees.  Audio and video

12        recording will continue to take place unless all

13        parties agree to go off the record.

14               This is deposition of Raul Gorrin in the

15        matter of Antonio Caballero versus Fuerzas

16        Armadas Revolucionarias de Colombia, et al.

17               May counsel please state their appearances

18        for the record and after which the court

19        reporter will swear in the witness.

20               MR. PATRICIOS:  My name is Leon Patricios

21        with me is my partner, Joseph Zumpano and my

22        colleague Yohania Santana and Jose Lopez-Varela

23        of Zumpano Patricios on behalf of the plaintiff.

24               MR. SREBNICK:  On behalf of Mr. Gorrin,

25        this attorney Howard Srebnick together with

Page 7

1          Lisandra Guerrero who is in the same room that I

2          am in right now.

3                  Is this being translated for Mr. Gorrin so

4          far?

5                  THE INTERPRETER:  No, it has not been

6          translated.  Usually read ons are not translated

7          but I will be happy to.

8                  MR. SREBNICK:  You can just let us know

9          when you begin interpreting.

10                 And Leon, good morning.  Are you conducting

11         the deposition?

12                 MR. PATRICIOS:  Yes.

13                 MR. SREBNICK:  I understand there is some

14         other individuals observing the deposition.  I

15         see Eric Moreno.

16                 MR. PATRICIOS:  Yes, Mr. Moreno is an agent

17         of HSI, he is observing the deposition.

18                 MR. SREBNICK:  Can we begin the

19         interpretation now?

20                 THE INTERPRETER:  Yes.

21    THEREUPON:

22                      FRANCINE KAHN

23    was called to interpret from Spanish to English and

24    English to Spanish, and after having been first duly

25    sworn the following:

Page 8

```
 1                    THE WITNESS:  I do.
 2       THEREUPON:
 3                         RAUL GORRIN
 4       was called as a witness, and after having been first
 5       duly sworn, testified as follows:
 6                    THE WITNESS:  Yes, I swear.
 7                       DIRECT EXAMINATION
 8       BY MR. PATRICIOS:
 9            Q     Please state your full name.
10            A     Raul Antonio Gorrin Belisario.
11                 THE INTERPRETER:  I'm sorry.  The
12                 interpreter is having a little bit of a
13                 difficulty in hearing the deponent.  Is there a
14                 way that can we put the microphone closer to him
15                 so I can accurately interpret what is being
16                 said?
17                 MR. SREBNICK:  As I indicated earlier on
18                 the screen there appears to be Eric Moreno who I
19                 understand to be a federal agent.  I also see
20                 Michael Montalvo.  Is he the videographer?
21                 MR. PATRICIOS:  Yes.
22                 MR. SREBNICK:  Is there anyone else
23                 observing at this point?
24                 MR. PATRICIOS:  Nobody other than the folks
25                 I announced who are in the room with me which
```

Page 9

```
 1          are Jose Lopez-Varela and Joseph Zumpano, my
 2          colleague Yohania Santana and you can see her on
 3          the screen.
 4               MR. SREBNICK:  Thank you.  So because this
 5          is a deposition and there is a confidentiality
 6          order in place and there may be discussion about
 7          financial matter, it is our understanding that
 8          this deposition is not for public consumption at
 9          this time.  It is for your --
10               MR. PATRICIOS:  Mr. Srebnick, when I use
11          any documents that you all have produced subject
12          to the confidentiality order, I will inform you
13          and I will ask Mr. Moreno to log off, but that
14          won't be until later in the deposition.  I do
15          not plan on asking anything about the documents
16          that you produced in the first three quarters of
17          this deposition.  The deposition is not
18          confidential or subject to confidentiality until
19          we reach that point.
20               MR. SREBNICK:  What is your position on the
21          transcript and the videography or anyone
22          recording it other than the videographer, our
23          position is that the transcript and the video
24          should not be disseminated and no one should be
25          recording this other than the videographer,
```

```
 1              including Agent Moreno, he should not be
 2              recording it.
 3                   MR. PATRICIOS:  Mr. Srebnick, I agree that
 4              the official transcript will be from the court
 5              reporter and the official video will be from the
 6              videographer.  But I don't agree that the
 7              deposition is confidential and cannot be filed
 8              in a public record unless we use confidential
 9              documents, then that portion would be.
10                   MR. SREBNICK:  So to finalize it, can we
11              ask Agent Moreno to confirm his understanding
12              that he should not be recording this?
13                   MR. MORENO:  I am not recording this at
14              all.  I am just taking notes and watching.  I
15              will not be recording anything.
16                   MR. SREBNICK:  Thank you, Leon.
17         BY MR. PATRICIOS:
18              Q    Mr. Gorrin, we are here to take your
19         deposition today.  We are taking your deposition via
20         Zoom and there may be issues with the Zoom connection
21         so will you let me know if you do not hear or
22         understand my question?
23              A    Yes.
24              Q    You have to answer all of the questions
25         with words, not with head shakes or head nods.  Do you
```

Page 11

1       understand?  Please answer the question.

2                   Did you not understand my question, sir?

3            A    What was the question?

4            Q    Will you let me know if you do not hear my

5       question or do not understand my question?

6            A    Correct.

7            Q    If you answer my question, I am going to

8       assume you understood; is that fair?

9            A    Yes, that is fine.

10           Q    You understand that you are under oath?

11           A    Yes, of course.

12           Q    You understand there are penalties for

13      lying under oath?  Will you answer the question,

14      please?

15           A    Yes, of course.

16           Q    If the United States Court finds that you

17      lied under oath in this deposition and ordered you to

18      the United States to face your penalty, would you come

19      to the United States?

20                   MR. SREBNICK:  Object to the form of the

21               question.

22                   THE WITNESS:  I will not go.  I would not

23               go because I am not a United States citizen.

24      BY MR. PATRICIOS:

25           Q    Do you not agree that the court has the

```
                                                        Page 12

 1        power to penalize you for lying in this proceeding?

 2                     MR. SREBNICK:  Objection to form.

 3                     THE WITNESS:  I am not lying.  I will not

 4             lie.  The liars are others.

 5        BY MR. PATRICIOS:

 6             Q    Do you agree that the court has the power

 7        to punish you if it find you lying?

 8                     MS. GUERRERO:  Objection to the form.

 9                     THE WITNESS:  Of course as they have done

10             up until now.

11        BY MR. PATRICIOS:

12             Q    Why would you not come to the United States

13        to face that penalty if the court finds you lied?

14                     MS. GUERRERO:  Objection to the form.

15                     THE WITNESS:  What is the objective of this

16             question?

17        BY MR. PATRICIOS:

18             Q    You don't get to ask questions, sir.

19        Please answer my question.

20                     MS. GUERRERO:  Objection to form.

21                     THE WITNESS:  Because I do not believe in

22             the North American justice.

23        BY MR. PATRICIOS:

24             Q    You think the United States courts are a

25        joke, right?
```

```
                                                        Page 13

 1                   MS. GUERRERO:  Objection to form.

 2                   THE WITNESS:  No.  But in my particular

 3             case, all of this is political, you guys know.

 4    BY MR. PATRICIOS:

 5             Q    You don't think the United States

 6    prosecutors have evidence again you of any criminal

 7    activity, correct?

 8             A    Absolutely.

 9             Q    You don't respect the United States justice

10    system?

11                   MS. GUERRERO:  Object to the form.

12                   THE WITNESS:  I do respect the United

13             States system.  I do not respect the prosecutors

14             who have worked in my case.

15    BY MR. PATRICIOS:

16             Q    I am going to mark as Exhibit 1 some tweets

17    that you issued.

18                   Do you have Exhibit Share?  Do you have

19    Exhibit Share open?

20             A    Yes, I know exactly what I posted.

21                   MR. SREBNICK:  Leon, hold on.

22                   MS. GUERRERO:  He does not have Exhibit

23             Share.  Well, I am not sure because we gave the

24             email address, I am not sure if he got the link.

25             We have it on our computer here.  I am not sure
```

Page 14

```
 1              if you are able to share screen.
 2                   MR. PATRICIOS:  Well, we gave specific
 3              instructions for him to download Exhibit Share
 4              so he could see the exhibits.  Did that not
 5              happen?
 6                   MS. GUERRERO:  I am not sure if that was
 7              communicated that way to us.  I thought Exhibit
 8              Share was for the attorneys and not for the
 9              witness.  We don't see any exhibits on there
10              right now.  Are we supposed to be seeing
11              exhibits on Exhibits Share?
12                   MR. PATRICIOS:  Go ahead.  We will use a
13              different method.  I will ask my colleague, Jose
14              Lopez-Varela to share his screen.  Please do
15              that, Mr. Varela, and we will ask the witness to
16              look at his screen.
17         (Whereupon, the above referred-to document
18              was marked as Plaintiff's Exhibit 1.)
19    BY MR. PATRICIOS:
20         Q   We are going to mark as Exhibit 1, a
21    document that was marked in the court at 192-5.  I will
22    ask you to look at these tweets as we scroll down and
23    let me know if you wrote them.
24                   MS. GUERRERO:  I object to this entire line
25              of questioning regarding tweets as to relevance.
```

```
                                                          Page 15

 1              I am going to ask for a standing objection as to

 2              tweets unless Leon, you want me to object each

 3              and every question you ask?

 4                   MR. PATRICIOS:  Relevance is not a proper

 5              objection, but you can do whichever you want.

 6         BY MR. PATRICIOS:

 7              Q    Mr. Gorrin, what we've marked as Exhibit 1

 8         are tweets that you sent about the United States

 9         prosecutors?

10                   MS. GUERRERO:  Object to form.

11                   THE WITNESS:  Yes, correct.

12         BY MR. PATRICIOS:

13              Q    Have you read the trial transcript of a

14         United States Government's case against Diaz Guillen?

15              A    Yes, of course.

16              Q    Have you reviewed the government's exhibits

17         from that trial?

18              A    In which case?  I am sorry.

19                   THE INTERPRETER:  Did you say TSVN?

20                   MR. PATRICIOS:  Claudia Diaz Guillen.

21                   THE WITNESS:  To be honest, I have not read

22              it in depth because it all has been manipulated.

23              It all has been manipulated by the prosecutors.

24         BY MR. PATRICIOS:

25              Q    Excuse me.  I have not asked my next
```

Page 16

```
1        question.  Please wait for my next question.

2               A    When you offer people visas and residency.

3               Q    Who is Claudia Diaz Guillen?

4               A    I am not sure.  I was a treasurer from the

5        years of 2011 to 2013.

6               Q    You never met with her in person ever?

7               A    Never.

8               Q    You never attended her wedding?

9               A    To her wedding, no.

10              Q    Are you familiar with the restaurant known

11       as Los Palos Grandes?

12              A    No.

13              Q    Are you familiar with Seguros La Vitalicia?

14              A    Yes, of course.  It is my insurance

15       company.

16              Q    You never met with Claudia Diaz Guillen at

17       that business?

18              A    Never.

19              Q    So from 2007 to 2017, you never met with

20       her ever?

21              A    Never.

22              Q    Have you ever met with her husband Adrian

23       Velasquez?

24              A    Neither.

25              Q    Have you ever heard of a person named
```

Page 17

```
 1        Moises Zapata?

 2              A    No, I don't even know who that is.

 3              Q    So there are no photographs of you with

 4        Ms. Diaz Guillen; is that correct?

 5              A     If there is one, it must have been

 6        manipulated.

 7              Q    There is no recordings of you speaking with

 8        Ms. Diaz Guillen; is that correct?

 9              A    That I am aware, no.

10              Q    Mr. Gorrin, where are you currently?

11              A    At my office.

12              Q    What is the address of that office?

13              A    K-e-p-l-e-r, Kepler, Caracas, Venezuela.

14              Q    Is there anyone in the room with you?

15              A    Yes, Mr. Gustavo Perdomo who is also a

16        witness in the case.

17              Q    Who else besides Mr. Perdomo?

18              A    No one else.

19              Q    Do you understand that you cannot

20        communicate with Mr. Perdomo during your testimony?

21              A    Yes, of course.

22              Q    Do you have any documents in front of you?

23              A    No.

24              Q    Did you review any documents to prepare for

25        your deposition?
```

Page 18

```
 1              A     No.
 2              Q     Do you have any electronic devices, such as
 3       a cell phone or computer in front of you?
 4              A     Yes, my computer through which I am talking
 5       to and my cell phone.
 6              Q     Do you understand that you can access
 7       neither in order to answer my questions today?
 8              A     Yes, of course.
 9              Q     Do you know Elizabeth Gouveia?
10              A     Yes, of course.
11              Q     Is she a personal assistant?
12              A     Yes, of course.
13              Q     How long has she been your personal
14       assistant?
15              A     15, 16 years.
16              Q     Is she still your personal assistant?
17              A     Yes, of course.
18              Q     What is her cell phone number?
19              A     I don't have it right now.
20              Q     Is it in your phone in front of you?
21              A     Yes, of course.
22              Q     Please look it up.
23              MS. GUERRERO:  We are objecting to him
24          pulling any information from his cell phone and
25          I am instructing him not to do that.  If you
```

Page 19

```
1              would like the information from him, then you

2              can go ahead and issue an interrogatory or you

3              should have issued an interrogatory or a request

4              for production for that.

5                   MR. PATRICIOS:  I disagree.  He can refresh

6              his memory from his cell phone, but please go

7              ahead.

8        BY MR. PATRICIOS:

9              Q    Mr. Gorrin, are you scared of giving us her

10       phone number?

11             A    No.  But if my attorney told me not to do

12       it, then I won't do it.

13             Q    So in a break you won't write it down on a

14       piece of paper so you can read it to me?

15             A    I am sorry.

16             Q    You will not write it down on a piece of

17       paper and read the number to me, correct?

18                  MS. GUERRERO:  Raul, if you feel

19             comfortable doing that, then you can go ahead

20             and do that on a break.

21                  THE WITNESS:  Yes, I would like to listen

22             to my attorneys.

23       BY MR. PATRICIOS:

24             Q    Mr. Gorrin, you speak English?

25             A    No.
```

Page 20

```
 1          Q    Not at all?

 2          A    Not at all.

 3          Q    You signed declarations in this case in

 4     English, correct?

 5          A    That I am aware, no.

 6          Q    So we will put up one of your declarations

 7     and ask if this is your signature.  We will mark it as

 8     Exhibit 2.

 9          A    If I have done, it had been previously

10     revised by my attorneys.

11          (Whereupon, the above referred-to document

12           was marked as Plaintiff's Exhibit 2.)

13     BY MR. PATRICIOS:

14          Q    Is that your signature at the bottom of

15     page 2 of Exhibit 2?

16          A    Yes, of course.  That was said in English.

17          Q    Why did you answer me in English?

18          A    Because that word yes, I do know.

19          Q    Is it your testimony that you signed this

20     document in English even though you do not speak

21     English?

22          A    I told you already that I did it because of

23     my attorneys had reviewed it prior to me doing so.

24          Q    Have you ever met with a person named Otto

25     Reich?
```

Page 21

1            A     Otto Reich, of course.

2            Q     Have you read his declaration in this

3     action?

4            A     No.  To be honest, no.

5            Q     We are going to mark as Exhibit 3, sworn

6     declaration of Otto Reich and we are going to scroll

7     down to paragraph 15.  In paragraph 15, Mr. Reich

8     states that he was made aware that you wanted to meet

9     with him, and that he met with you in Washington D.C.

10    in the summer of 2017.  Is that true?

11           A     Yes, of course.

12           (Whereupon, the above referred-to document

13             was marked as Plaintiff's Exhibit 3.)

14    BY MR. PATRICIOS:

15           Q     When you met with Mr. Reich, you told him

16    that you were going to talk to him on behalf of

17    President Maduro.

18           A     That is not true.

19           Q     Are you saying he is lying?

20           A     He is lying.

21           Q     Do you remember everything you said to

22    Mr. Reich in that meeting?

23           A     Perfectly.

24           Q     Do you have a written record of what you

25    said to him in that meeting?

Page 22

```
 1              A      No.

 2              Q      Did you ask Mr. Reich if he could set up a

 3       meeting with the Trump administration?

 4              A      No, not at all.

 5              Q      What was the purpose of your meeting with

 6       Mr. Reich?

 7                     THE INTERPRETER:   The interpreter just had

 8              to verify a name.

 9                     THE WITNESS:   Otto Reich was the staff,

10              belonged to the staff of the lobbyist Brian

11              Villar.

12       BY MR. PATRICIOS:

13              Q      Why did you meet with him?

14              A      The objective was to meet with Mr. Villar,

15       which I did to introduce Globovision to the North

16       American market.

17              Q      I asked why you met with Mr. Reich.

18              A      Because he insisted on meeting with me.

19              Q      Do you remember every word you said to him,

20       please tell me every word.

21              A      Well, I just can't remember all of them.

22       But the essence of the central part of the meeting was

23       to introduce Globovision to the North American market.

24              Q      And in furtherance of that, you had emails

25       with Mr. Villar, correct?
```

Page 23

1          A     For certain.

2          Q     Why have your lawyers not given us those

3     emails?

4                MS. GUERRERO:  I objected to form.  I am

5          not sure that the court reporter can hear my

6          objections.

7     BY MR. PATRICIOS:

8          Q     When you met with Mr. Reich, did you

9     indicate to him that the Maduro regime wanted an

10    exchange with the United States government?

11         A     Not at all.  Not at all.

12         Q     You never said to Mr. Reich in Venezuela,

13    we love our whiskey, our women and our money and we

14    want to keep our whiskey, our women and our money?

15         A     If that's what Mr. Reich said that I said,

16    that's false.  Because at no point did I talk in those

17    terms, and the American people also like the whiskey,

18    the women and their money.

19         Q     Did you tell Mr. Reich that the Venezuelan

20    elite wanted the United States to lift sanctions on the

21    Maduro regime?

22         A     If you look at that moment and verify the

23    date of the sanctions were instituted after 2019.  In

24    2017 there was no sanctions in place.

25         Q     Did you meet with Mr. Reich at your home in

```
                                                    Page 24

1        the Dominican Republic?

2              A     Never.  I am sorry.  Yes.  Yes.  It wasn't

3        his residence, we went to have a meeting and he was

4        there and also Brian Villar.  Brian Villar was there as

5        well.

6              Q     Howard Srebnick was there as well, your

7        lawyer?

8              A     Yes, correct.  Correct.

9              Q     Whose house was that?

10             A     I don't know.

11             Q     Do you know a person by the name of Martin

12       Rolle?

13                   THE INTERPRETER:  Let it be known that the

14             interpreter was not able to interpret.

15                   THE WITNESS:  No, no, I don't know him.

16       BY MR. PATRICIOS:

17             Q     Do you know Martin Raviel?

18             A     No.

19             Q     Do you recall a person with the first name

20       Martin who was helping the United States DEA?

21             A     No.

22             Q     You don't recall that Martin helped Diaz

23       Guillen escape to Spain?

24             A     Diaz Guillen should know, not me.

25             Q     You helped Diaz Guillen escape to Spain?
```

Page 25

```
 1            A     Me.  Me, I don't know that Diaz Guillen had
 2       any provisions to leave the country at all.
 3            Q     You helped her leave the country, you
 4       helped her leave Dominican Republic to get to Spain.
 5                  MS. GUERRERO:  Object to form.
 6                  THE WITNESS:  Not even if I was Dominican.
 7       BY MR. PATRICIOS:
 8            Q     You don't recall that Ms. Diaz Guillen had
 9       a computer with information on it that was embarrassing
10       to President Maduro?
11                  MS. GUERRERO:  Object to the form.
12                  THE WITNESS:  How am I going to know?  How
13            am I going know that she had president
14            communications with President Maduro.
15       BY MR. PATRICIOS:
16            Q     So it is your testimony under oath that you
17       never had any communications with Martin about Diaz
18       Guillen leaving Spain or arriving in Spain?
19            A     Absolutely not.  I don't have any
20       communication -- I have no communications with Martin.
21       I have never seen him in front of me.  I don't know who
22       he is.
23            Q     We are going to mark as our next exhibit,
24       Government Exhibit 269 is going to be our Exhibit 4.
25       And for the record, it is a record of you entering and
```

Page 26

```
1     leaving the United States between January 2011 and

2     December 2016.

3              MS. GUERRERO:  Object to the form.

4          (Whereupon, the above referred-to document

5            was marked as Plaintiff's Exhibit 4.)

6     BY MR. PATRICIOS:

7          Q    If you look to the left, there is a name

8     Raul Gorrin Bellisario born in 1968.

9          A    Uh-huh.

10         Q    Yes?

11         A    Yes, of course.

12         Q    Were you born in 1968?

13         A    Yes, correct.

14         Q    Do you recall entering the United States

15    many times between 2011 and 2016?

16         A    I do know that I entered several times.

17    But to remember it correctly, I don't.  If you ask me

18    what you ate last Friday for dinner, you wouldn't be

19    able to know.

20         Q    Do you have any reason to doubt that the

21    United States official record of your entry into the

22    United States is wrong?

23              MR. SREBNICK:  Object to form.

24              THE WITNESS:  No.

25              MR. PATRICIOS:  Howard, I would appreciate
```

Page 27

```
1              if we have one lawyer objecting.  You got
2              Lisandra and you going back and forth.  Let's
3              just choose one, please.
4     BY MR. PATRICIOS:
5         Q    Mr. Gorrin, since finding out about
6     Caballero's case against you, you have not applied for
7     a visa to enter the United States?
8         A    Excuse me.  Can you repeat the question?
9         Q    Since finding out about Mr. Caballero's
10    case against you and your assets, you have not applied
11    for a visa to enter the United States?
12        A    Absolutely.
13        Q    You have applied for a visa?
14        A    In the past, yes, of course.
15        Q    I am asking you since 2022 when you found
16    out about the case that Mr. Cabellero has, have you
17    applied for a visa?
18        A    It would be really dumb if I did it.
19        Q    So you have not?
20        A    Of course not.
21        Q    Since OFAC blocked you, you have not
22    applied for a visa to enter the United States?
23        A    No, neither and I don't have any interest.
24        Q    Since OFAC blocked you, you have not asked
25    OFAC to unblock you?
```

```
                                                    Page 28

  1                  MS. GUERRERO:  Objection.
  2        BY MR. PATRICIOS:
  3             Q    You can answer.
  4             A    What is that?
  5             Q    Do you know that OFAC has placed you on a
  6        blocked persons list?
  7             A    Yes, obviously.  Yes.
  8             Q    Have you asked OFAC to remove you from that
  9        list?
 10             A    Ask my attorney, Ed Wilson.
 11             Q    I am asking you, sir.  Are you aware of any
 12        efforts to take you off of that list?
 13                  THE INTERPRETER:  The interpreter had to
 14             pause the deponent so I can accurately
 15             interpret.
 16                  THE WITNESS:  I have contacted -- I have
 17             contracted Ed Wilson who is an attorney that
 18             specializes in dealing with cases of removing
 19             people from OFAC and I have hired him to do so.
 20        BY MR. PATRICIOS:
 21             Q    Have you signed any papers or given any
 22        papers to OFAC to remove you from the blocked persons
 23        list?
 24             A    I insist Ed Wilson, my attorney, is the one
 25        that is in charge of it.
```

Page 29

```
 1            Q    I am asking you, Mr. Gorrin, if you recall
 2       signing any piece of paper asking OFAC to take you off
 3       the blocked persons list?
 4            A    The person that is in interrogating me is
 5       the attorney just to let you know.
 6            Q    I don't understand and you don't get to ask
 7       questions.  Please answer my question.
 8            A    Because it appears it isn't so.
 9            Q    Mr. Gorrin, can you answer my last question
10       and I will repeat it.
11            A    Does he recall because I am also an
12       attorney and I graduated with honors.
13            Q    So then I would expect you to remember
14       whether or not you applied to OFAC to be removed from
15       the list.  What is your answer?
16            A    I have signed a power of attorney to my
17       attorney, Ed Wilson, and he is the one that is in
18       charge of doing any paperwork for OFAC.
19            Q    So you can't identify for me any document
20       that you have signed asking OFAC to take you off the
21       blocked persons list.
22            A    For certain I have done.
23            Q    So you have seen a document that asks OFAC
24       to take you off the blocked persons list?
25            A    At this moment I don't remember.
```

Page 30

```
 1              Q     Have you seen a document signed by Mr.
 2       Wilson that asked for you to be taken off the blocked
 3       persons list?
 4              A     For certain, he is a brilliant attorney.
 5              Q     But you haven't seen the documents I am
 6       asking about?
 7              A     I don't remember at this moment.
 8              Q     I am marking as Exhibit 5, the indictment
 9       of the United States of America versus Raul Gorrin
10       Belisario, Claudia Patricia Diaz Guillen and Adrian
11       Jose Velasquez Figueroa.
12              A     I can see it already.  Right now, correct.
13              (Whereupon, the above referred-to document
14               was marked as Plaintiff's Exhibit 5.)
15       BY MR. PATRICIOS:
16              Q     Have you chosen not to enter the United
17       States in order to fight these charges against you.
18              MS. GUERRERO:  Object to the form.
19       BY MR. PATRICIOS:
20              Q     Please answer the question.
21              A     Could you repeat for me, please?
22              Q     You have decided not to enter the United
23       States to fight these charges against you as set forth
24       in Exhibit 5?
25              A     I am Venezuelan.  I am not North American.
```

```
                                              Page 31
 1              Q    Sir, answer my question.  You have not

 2       returned to the United States in order to fight these

 3       criminal charges personally in court, correct?

 4                   MS. GUERRERO:  Object to the form.

 5                   THE WITNESS:  I've already answered it to

 6           you.

 7       BY MR. PATRICIOS:

 8              Q    You have not appeared in court to fight

 9       these charges, have you?

10              A    How can I go back to the United States if I

11       am sanctioned, if they have removed my visa.

12              Q    Are you afraid you will be arrested at the

13       airport in Miami when you arrive?

14                   MS. GUERRERO:  Object to the form.

15                   THE WITNESS:  What kind of question is

16           this?

17       BY MR. PATRICIOS:

18              Q    I am asking you a question, sir, are you

19       afraid of being arrested if you arrive in Miami at the

20       airport?

21                   MS. GUERRERO:  Object to the form.

22                   THE WITNESS:  Supposedly there is an

23           indictment against me in my name, so one must

24           suppose that if I arrive in Miami or any other

25           airport in the United States, it would be the
```

Page 32

1                case.

2        BY MR. PATRICIOS:

3                Q     I am going to show you what we marked as

4        Exhibit 6, which is United States Immigration Customs

5        and Enforcement document putting you on their most

6        wanted list.  Have you seen this?

7                A     Wow, unbelievable that the United States

8        would waste their time on this.

9                (Whereupon, the above referred-to document

10                was marked as Plaintiff's Exhibit 6.)

11       BY MR. PATRICIOS:

12               Q     You have seen this document before?

13               A     Obviously that is public.

14               Q     So you are aware that you are on the most

15       wanted list for Immigration Customs and Enforcement?

16               A     Yes, of course.  It is a way in which the

17       United States can use -- it is a way in which terrorism

18       tactics that the United States can use to enforce their

19       power.

20               Q     Mr. Gorrin, speaking of terrorists, do you

21       believe that Fuerzas Armadas Revolucionarias de

22       Colombia is a terrorist organization?

23                    MS. GUERRERO:  Object to the form.

24                    THE WITNESS:  May I answer it?

25       BY MR. PATRICIOS:

1          Q    Yes, please answer it.

2          A    I have an understanding that it was a

3    terrorist organization, but it is no longer a terrorist

4    organization.  It is now a political party and

5    currently there is senators through that political

6    party in Colombia.

7          Q    I am going to call them FARC; is that okay?

8          A    You can call it however you want.

9          Q    Do you know that FARC was running drugs

10   into Venezuela during the last ten years?

11              MS. GUERRERO:  Object to the form.

12              THE WITNESS:  I had no knowledge of that.

13   BY MR. PATRICIOS:

14         Q    Do you deny that FARC engaged in

15   international narcotics trafficking in the past ten

16   years?

17              MS. GUERRERO:  Object to the form.

18              THE WITNESS:  I have no knowledge of that.

19         Isn't that Colombia?  This is Venezuela.

20   BY MR. PATRICIOS:

21         Q    Do you deny that at any point in the last

22   ten years FARC engaged in narcotics trafficking in

23   Venezuela?

24              MS. GUERRERO:  Object to the form.

25              THE WITNESS:  I have no knowledge of that,

Page 34

```
 1              and I don't have any proof of that, and I have

 2              no interest in that.

 3      BY MR. PATRICIOS:

 4          Q    Do you have any knowledge that people have

 5      said that has occurred?

 6              MS. GUERRERO:  Object to the form.

 7              THE WITNESS:  I don't know.

 8      BY MR. PATRICIOS:

 9          Q    Have you heard of an organization known as

10      the Cartel of the Suns?

11          A    Neither.  I don't know.

12          Q    You've never heard that there is a

13      organization in Venezuela known as Cartel de los Soles?

14          A    No.

15          Q    You've never heard that President Maduro is

16      supposed to be the head of the Cartel de los Soles?

17              MS. GUERRERO:  Object to the form.

18              THE WITNESS:  In truth, no.  I do not see

19              President Maduro as a narc for traffic.  I see

20              him as a president.

21      BY MR. PATRICIOS:

22          Q    So it is your testimony under oath that you

23      have never heard in your life of an organization known

24      as Cartel de los Soles?

25          A    No, I haven't heard.
```

                                                         Page 35

1              Q    Do you know what Fundicion El Amor Fuele

2       Toro (phonetic) is?

3              A    No.

4              Q    Okay.  We are going to go to another

5       subject and we are going to show you Government Exhibit

6       10 as our Exhibit 7.

7              (Whereupon, the above referred-to document

8               was marked as Plaintiff's Exhibit 7.)

9       BY MR. PATRICIOS:

10             Q    Do you know who Alejandro Andrade is?

11             A    Yes, of course.

12             Q    In 2012, what position did he hold with the

13      Venezuelan government?

14             A    I believe none.

15             Q    What position did he hold in 2010 or 2011

16      in the Venezuelan government?

17             A    None.

18             Q    When was he the treasurer of the Venezuelan

19      government?

20             A    That is public knowledge.  I believe it was

21      from 2007 to January 2010.

22             Q    Do you recall receiving this email from him

23      on December 11, 2012?

24             A    No.  To be honest, no, I don't remember.

25             Q    The two recipients of the email are Raul

Page 36

1      Gorrin and Elizabeth Goubeia?

2                MS. GUERRERO:  I object to the form and I

3           object to this document given that it is

4           redacted, and so the recipient emails are not

5           visible so it's impossible to respond to that

6           question.

7      BY MR. PATRICIOS:

8           Q    Do you recall authorizing payments of a

9      veterinarian bill for Mr. Andrade in 2012?

10          A    I do recall an invoice in that amount, but

11     it was in a barter setting.  I can explain it.

12               MS. GUERRERO:  Excuse me, to clarify, he

13          said if it was done in that amount, then we

14          worked in a barter setting.  He didn't say I do

15          recall.

16     BY MR. PATRICIOS:

17          Q    I am going to show you Exhibit 11 from the

18     government, which will be our Exhibit 8.  And I am

19     going to scroll down to a spreadsheet that appears

20     there.

21          A    Yes, of course.

22          (Whereupon, the above referred-to document

23           was marked as Plaintiff's Exhibit 8.)

24     BY MR. PATRICIOS:

25          Q    Do you see the initials AA in the top

```
                                          Page 37

  1     left-hand corner?

  2          A    Yes, correct.

  3          Q    You understand that stands for Alejandro

  4     Andrade?

  5          A    No.

  6          Q    Who is AA?

  7          A    Those are internal codes for compliance in

  8     our financial house.

  9          Q    What does AA stand for?

 10          A    Codes that were created.

 11          Q    By who?

 12          A    By compliance employees.

 13          Q    Where is the list?

 14          A    What list?  That should be in the archive

 15     files.  That has been more than ten years.

 16          Q    You don't know what AA stands for?  You are

 17     saying that under oath?

 18          A    Yes, I am telling you that they are

 19     internal codes that we use for our internal stock

 20     house, stock exchange.

 21          Q    Your testimony is that that internal code

 22     AA does not represent Alejandro Andrade?

 23          A    Not at all.

 24          Q    Do you see on the spreadsheet about five

 25     lines down Jorge Gomez Equine Vet?
```

Page 38

```
 1              A    Yes, of course.
 2              Q    Do you not recall that Jorge Gomez was the
 3       name of the veterinarian that sent the bill that you
 4       received from Alejandro Andrade?
 5                   THE INTERPRETER:  Let him know that the
 6                   interpreter did not interpret the question.  The
 7                   answer was correct.
 8       BY MR. PATRICIOS:
 9              Q    So you recall doing a transaction where you
10       paid a vet bill for Mr. Andrade, correct?
11                   MS. GUERRERO:  Objection, mischaracterizes
12                   the prior testimony.
13                   MR. PATRICIOS:  I didn't hear his answer.
14                   THE INTERPRETER:  Neither did the
15                   interpreter.
16                   THE WITNESS:  The bill for Jorge Gomez is a
17                   payment for veterinarian; is that right?
18       BY MR. PATRICIOS:
19              Q    And it shows up on a spreadsheet that has
20       AA at the top, correct?
21                   MS. GUERRERO:  Object to the form.
22                   THE WITNESS:  That has nothing to do with
23                   Alejandro Andrade.
24       BY MR. PATRICIOS:
25              Q    Can you see the amount at the top
```

```
1        right-hand corner 32 million plus?
2              A    Yes, correct.
3              Q    What does that number represent?
4              A    That can represent -- well, I can't see
5        very well.  As I said it before, that is an accounting,
6        an internal accounting from our personal in-house stock
7        house.
8              Q    The word saldo means balance, right?
9              A    Yes, of course.  Obviously.
10             Q    This spreadsheet shows a balance of 32
11       million plus?
12             A    Yes, of course.
13             Q    Who was owed the balance of 32 million
14       plus?
15             A    That was from the house exchange.
16             Q    Which house exchange?
17             A    Our house exchange.
18             Q    What was his name?
19             A    Ives Besaday (phonetic).
20                  THE INTERPRETER:  Ives Besaday.  That is
21             what the interpreter is hearing.
22       BY MR. PATRICIOS:
23             Q    Do you see at the top of the email which we
24       marked, there is an email address asesor 002.
25                  MS. GUERRERO:  Again, I object to the form
```

```
                                                        Page 40

  1              of these questions given that the email address

  2              is redacted and cannot be seen by the witness.

  3      BY MR. PATRICIOS:

  4          Q    Do you recognize the name asesor 002?

  5          A    No.

  6          Q    We are going to mark as Exhibit 9 what was

  7      previously marked as Government Exhibit 15.

  8              (Whereupon, the above referred-to document

  9               was marked as Plaintiff's Exhibit 9.)

 10      BY MR. PATRICIOS:

 11          Q    Mr. Gorrin, Government 15 has an email from

 12      Mr. Andrade dated February 5th, 2013 that attaches an

 13      invoice.  That attaches an email February 5th, 2013.

 14              And do you see that there is an invoice for

 15      horses for $174,800?

 16              MS. GUERRERO:  Object to the form.

 17      BY MR. PATRICIOS:

 18          Q    Do you recall that your exchange house paid

 19      that invoice?

 20          A    To be honest I don't remember.  It has been

 21      a long time.

 22          Q    You do see that the invoice is attached to

 23      an email from Alejandro Andrade?

 24              MS. GUERRERO:  Object to the form.  Same

 25              objection as to that email.
```

```
                                                      Page 41
 1      BY MR. PATRICIOS:

 2            Q    You see that, right?

 3            A    Correct.

 4            Q    We are going to mark as Exhibit 10 what was

 5      previously marked as Government Exhibit 16.  Again this

 6      is an email from asesor 002.

 7            (Whereupon, the above referred-to document

 8              was marked as Plaintiff's Exhibit 10.)

 9      BY MR. PATRICIOS:

10            Q    Do you see that the spreadsheet also has

11      the first AA at the top left?

12            A    Yes, of course.

13            Q    If we go down to the bottom of the first

14      page, do you see that Dollares the Dutta Corporation

15      174,800?

16            A    Yes, correct.

17            Q    You agree that your exchange house was

18      paying invoices for Mr. Andrade?

19                 MS. GUERRERO:  Object to the form.

20                 THE WITNESS:  I don't recall.  But remember

21            an exchange house works like any other exchange

22            houses, we would receive bolivares, we would

23            verify who was sending it and would perform the

24            transfer and that's it.

25      BY MR. PATRICIOS:
```

```
                                                    Page 42

 1              Q    Mr. Gorrin, as a lawyer who graduated with

 2         honors, are you telling me that a bill for $174,800

 3         from the Dutta Corporation does not correspond to the

 4         174,800 on this piece of paper?

 5                   MS. GUERRERO:  Object to form.

 6                   THE WITNESS:  Yes, of course, it is there.

 7         BY MR. PATRICIOS:

 8              Q    If that bill of 174,800 was for

 9         Mr. Andrade, then your exchange house was paying the

10         bill of Mr. Andrade?

11                   MS. GUERRERO:  Object to the form.

12                   THE WITNESS:  That's not what I am saying.

13                   That's what the United States government is

14                   trying to say.  I was not the person paying that

15                   bill.  I was not paying him.  That person made a

16                   deposit, it was done as a barter, the person

17                   made a deposit and then we made a transfer of

18                   that amount to the person, corresponding person.

19         BY MR. PATRICIOS:

20              Q    So Mr. Andrade, the former treasurer, had

21         deposited with your organization $35 million?

22                   MS. GUERRERO:  Object to the form.

23                   THE WITNESS:  Andrade was not a client of

24                   the house exchange.

25         BY MR. PATRICIOS:
```

Page 43

1          Q    Who were you paying the 174,800 for?

2          A    The exchange house paid the Corporation

3     Dutta as an exchange transaction, money exchange

4     transaction dollars to Dutta Corporation.

5          Q    Do you see in the bottom right-hand column

6     that after the payment of 174,800 the balance of

7     36,034,143.90 was reduced by 174,800?

8          A    Those are accounting effects.

9          Q    Do you recall that Mr. Andrade had

10    deposited $36 million with your organization?

11              MS. GUERRERO:  Object to the form.

12              THE WITNESS:  I couldn't hear you.  No,

13         absolutely not.

14    BY MR. PATRICIOS:

15         Q    What does the $36 million column represent?

16         A    Our exchange house balance.

17         Q    For the entire house?

18         A    Not all of it.  To the accounting purposes

19    of that particular --

20         Q    What particular?

21         A    To be able to recall all of this in this

22    moment, that has already passed more than ten years.

23    Those are dead archives.

24         Q    Let's look at our next exhibit, Exhibit 11

25    or 10 -- 11.  It's going to be Government Exhibit 17.

Page 44

```
 1          And it's an email dated February 25th, 2013 that has

 2      the name Alejandro Andrade at the top and Raul Gorrin

 3      in the middle.  Do you see that?

 4              A    Yes, of course.

 5              (Whereupon, the above referred-to document

 6               was marked as Plaintiff's Exhibit 11.)

 7              MS. GUERRERO:  Object to form on the basis

 8               of redaction again.

 9      BY MR. PATRICIOS:

10              Q    Then your personal assistant, Elizabeth, is

11      also on the email chain?

12              A    Yes, correct.

13              MS. GUERRERO:  Object to form.

14      BY MR. PATRICIOS:

15              Q    And there is a swift -- the subject is

16      Swift Juan Ortiz.  And you see the sum of money is

17      $150,000 U.S. Dollars?

18              A    Uh-huh.

19              Q    Do you agree?

20              A    Yes, correct.

21              Q    Let's go to our Exhibit 12 which was

22      Government Exhibit 18.  And it is another spreadsheet

23      from asesor 002, do you see that?

24              A    Yes.  Yes, of course.

25              (Whereupon, the above referred-to document
```

Page 45

1           was marked as Plaintiff's Exhibit 12.)

2               MS. GUERRERO:  Objection, form.

3   BY MR. PATRICIOS:

4       Q    If these spreadsheets are kept by your

5   exchange house, why do you not know who asesor 002 is?

6               MS. GUERRERO:  Object to the form.

7               THE WITNESS:  I am sorry.

8   BY MR. PATRICIOS:

9       Q    You can answer.

10      A    Because I was not the one managing that,

11  the operations of that.

12      Q    Do you agree that -- go ahead.

13      A    Could you imagine that the president of

14  Chase Manhattan would know how many transactions are

15  made daily and who gets paid.

16      Q    You agree with me, sir, because this

17  spreadsheet is your exchange house spreadsheet asesor 2

18  works in your organization?

19              MS. GUERRERO:  Object to form,

20          mischaracterizes prior testimony.

21              THE WITNESS:  I don't know.  I wouldn't be

22          able to tell you.

23  BY MR. PATRICIOS:

24      Q    Let's go to the spreadsheet on page 2 of

25  Exhibit 12.

Page 46

```
 1            A    I am sorry.  I have a cold.
 2            Q    Do you see the initials AA at the top
 3     left-hand corner?
 4            A    Yes, of course.
 5            Q    You see the payments for Juan Ortiz of
 6     150,000 that we saw on the previous exhibit involving
 7     Mr. Andrade?
 8                 MS. GUERRERO:  Object to form.
 9                 THE WITNESS:  I go back and say that any
10                 operations in this case in our home exchange,
11                 all of these operations that were paid to
12                 organizations or to individual people would have
13                 not had happened had it not been a prior payment
14                 or a transfer made in support of those
15                 exchanges.
16     BY MR. PATRICIOS:
17            Q    Mr. Gorrin, where is the document showing
18     that Mr. Andrade paid $150,000 worth of bolivares to
19     your exchange house to support this transaction?
20            A    If they were made, there must exist a
21     record of those transactions.  Here we have governing
22     agencies that govern and supervises the exchange
23     houses, just like there you have organizations that
24     supervise banking transactions.
25            Q    Sir, your exchange house was subject to
```

Page 47

```
 1        records keeping obligations?

 2              A     Obviously.   Obviously.

 3              Q     Mr. Andrade is saying that these payments

 4        were made as bribes?

 5                    MS. GUERRERO:  Object to the form.

 6        BY MR. PATRICIOS:

 7              Q     Do you understand that or not?

 8                    MS. GUERRERO:  Object to the form.

 9                    THE WITNESS:  In fact, Mr. Andrade is doing

10              this in order -- as a coercion, he is requesting

11              a visa or regulation of his mandatory status in

12              exchange for saying these things.

13        BY MR. PATRICIOS:

14              Q     Let me ask my question, sir.  Let me ask my

15        question.

16                    If your organization has recordkeeping

17        obligations, why can it not produce the documents to

18        show Mr. Andrade is lying?

19                    MS. GUERRERO:  Object to the form.

20                    THE WITNESS:  Because that is dead archive,

21              ten years past.

22                    Further, I would like to add, there are two

23              things I would like to add.

24        BY MR. PATRICIOS:

25              Q     You don't get to add.  Let me ask my next
```

Page 48

```
 1        question.
 2                   When did you destroy the documents that
 3        show that Mr. Andrade paid $150,000 to your
 4        organization for a money transfer?
 5                   MS. GUERRERO:  Object to the form.  Lack of
 6              foundation and you are harassing the witness at
 7              this point.
 8        BY MR. PATRICIOS:
 9              Q    You can answer.
10              A    By law they are destroyed every eight years
11        after it has transpired.
12              Q    You were blocked by OFAC in 2019?
13              A    Correct.
14              Q    And you were indicted in 2020?
15                   MS. GUERRERO:  Object to the form.
16        BY MR. PATRICIOS:
17              Q    Right?
18              A    I was what?  I am sorry.  Could you repeat
19        the question?
20              Q    You were indicted in 2020?
21                   MS. GUERRERO:  Object to the form.
22                   THE WITNESS:  The indictment you are
23              referring to?
24        BY MR. PATRICIOS:
25              Q    Yes.
```

```
                                                    Page 49

 1          A     It was a sealed indictment actually.  It
 2     was on the 16th of August of 2018, and they made it
 3     public on the 19th of November 2019.
 4          Q     So that means in 2019 you would have had
 5     records going back to 2011, if you subtract eight
 6     years, right?  Correct?
 7          A     Yes, that is correct.  That is of course to
 8     Venezuelan laws, not United States laws.
 9          Q     So when you learned of the indictment
10     against you, had records available to you to show that
11     Mr. Andrade was lying, right?
12          A     I am sorry.
13          Q     You disagree with me?
14          A     Could you repeat the question?  I don't
15     understand.
16          Q     When you were indicted in 2018, when you
17     became aware of the indictment, you had records
18     available all the way back to 2013 -- 2011, excuse me?
19               MS. GUERRERO:  Object to the form.
20     BY MR. PATRICIOS:
21          Q     Right?
22          A     Administratively, I suppose so.
23          Q     So you had from -- you had opportunity to
24     review your files to show that Mr. Andrade actually
25     deposited the monies referenced in these spreadsheets?
```

```
                                                            Page 50

 1              A     No, no, I did not.  I was not in charge of

 2       that.

 3              Q     You didn't ask anybody to find those

 4       records so you could win your criminal case?

 5                    MS. GUERRERO:  Object to the form.

 6                    THE WITNESS:  No.

 7       BY MR. PATRICIOS:

 8              Q     Okay.  We are going to take -- go ahead.  I

 9       didn't hear your answer.

10                    THE INTERPRETER:  I did not hear the

11                    deponent.  I am sorry.

12       BY MR. PATRICIOS:

13              Q     Could you answer again, sir?

14              A     I have no interest to answer to the

15       indictment in the United States.

16              Q     But you are defending your properties in

17       the United States, are you not?

18              A     That's another thing.

19              Q     Okay.  Thank you, counsel.  We are going to

20       take a short break so we can stretch our legs, about

21       five minutes.

22                    MR. SREBNICK:  Can you give me closer to

23                    eight minutes, I am going to go down the hall

24                    and use the washroom.

25                    MR. PATRICIOS:  That's fine.  We will log
```

```
                                                          Page 51

 1              back on, we will put everybody on mute so can go

 2              off the record.

 3                      THE VIDEOGRAPHER:  Going off the record.

 4              The time is 10:36 a.m.

 5                          (Off the record.)

 6                        (Back on the record.)

 7                      THE VIDEOGRAPHER:  Going back on the

 8              record.  The time is 10:49 a.m.  This is Media

 9              Card Number 2.  You may proceed.

10      BY MR. PATRICIOS:

11              Q    I am going to show you Exhibit 13 which is

12      Government Exhibit 21.

13              (Whereupon, the above referred-to document

14               was marked as Plaintiff's Exhibit 13.)

15      BY MR. PATRICIOS:

16              Q    At the top there are names Raul Gorrin,

17      Gustavo Adolfo Perdomo.  There are the initials AA.  Do

18      you see all of that?

19                      MS. GUERRERO:  I object to this document

20              due to the redaction.  Same objection as before.

21                      MR. PATRICIOS:  And you can have a standing

22              objection on that.  I understand your objection.

23                      MS. GUERRERO:  Thank you.

24      BY MR. PATRICIOS:

25              Q    Do you see the name Alejandro Zingg,
```

Page 52

```
 1      Z-i-n-g-g?

 2              A    Yes, of course.

 3              Q    Was he a pilot?

 4              A    He was one of my pilots, yes, of course.

 5              Q    The picture of this plane, was this a plane

 6      for you or Mr. Andrade?

 7              A    For me.  It's one of my airplanes.

 8              Q    Go to government Exhibit 24 which will be

 9      our Exhibit 14.  It's an email from Elizabeth in your

10      office to asesor 2 and asesor 3?

11              MS. GUERRERO:  Object to form.

12         (Whereupon, the above referred-to document

13          was marked as Plaintiff's Exhibit 14.)

14      BY MR. PATRICIOS:

15              Q    At the top of the email it says in English

16      transfer charges AA, right?  And do you know what the

17      Innovative Surfaces, Inc. charge was for?

18              A    To be honest, I don't know.

19              THE INTERPRETER:  And the deponent mumbled.

20              THE WITNESS:  It could be for the payment

21          of the airplane, the airplane services for

22          airplane payment.

23      BY MR. PATRICIOS:

24              Q    And so there is two payments, one for

25      $906,959.05 to space?
```

Page 53

```
 1              A     Correct.
 2              Q     Another for 117,087.15 for Innovative
 3       Services, correct?
 4              A     Yes, of course.  That's what appears there,
 5       no.
 6              Q     Let's go to Government Exhibit 25 which
 7       will be our Exhibit 15.
 8              (Whereupon, the above referred-to document
 9               was marked as Plaintiff's Exhibit 15.)
10       BY MR. PATRICIOS:
11              Q     If we scroll down we have another
12       spreadsheet.  Do you see that spreadsheet?
13              A     Yes, of course.
14              Q     The top left-hand corner are the initials
15       AA, correct?  Answer the question, sir.
16              A     Yes, of course.
17              Q     Do you see the two payments on the
18       spreadsheet that we just saw for Espacio and Innovative
19       Surfaces, Inc.?
20              A     Yes, correct.
21              Q     It's your testimony these were not payments
22       for an airplane that was being used by Mr. Andrade?
23              A     Well, yes, I don't know if Mr. Andrade had
24       an airplane.  I know my airplane was so to this,
25       absolutely.
```

Page 54

```
1          Q     You never helped Mr. Andrade buy an
2     airplane?
3          A     Absolutely no.
4          Q     You never helped Ms. Diaz Guillen and her
5     husband Adrian Velasquez buy an airplane?
6          A     Neither.
7          Q     You never helped Mr. Adrian Velasquez buy a
8     boat?
9          A     Neither.
10         Q     You never helped Ms. Diaz Guillen buy a
11    boat?
12         A     No.
13         Q     Do you remember communicating with
14    Mr. Andrade via WhatsApp?
15         A     Excuse me.
16         Q     Are you aware of the application called
17    WhatsApp?
18         A     Yes, of course.
19         Q     Do you recall communicating with
20    Mr. Andrade via WhatsApp?
21         A     No, I don't recall.
22         Q     Do you recall that Mr. Andrade came to the
23    United States in 2017?
24         A     I don't remember.  I don't know when he
25    went to the United States.  I don't remember the date
```

Page 55

1    that he went to the United States.

2         Q    I will mark as Exhibit 33 -- I am sorry.

3    Exhibit 16, Government Exhibit 33.

4         (Whereupon, the above referred-to document

5          was marked as Plaintiff's Exhibit 16.)

6    BY MR. PATRICIOS:

7         Q    On the left-hand column there is a date and

8    on the right-hand side there are some initials, AA and

9    the person Gorrin USA.  Do you see those?  We will

10   scroll down the whole document.  Let us know when you

11   want us to scroll down the document.

12        A    Yes.  I am waiting.  Can you go down,

13   please?  Could you please scroll down, please?  Why did

14   they want to know that?

15             MS. GUERRERO:  Object to this document on

16         the basis of authenticity for the record.

17   BY MR. PATRICIOS:

18        Q    Let us know when you finish reading the

19   document, Exhibit 17.

20        A    Please go down.  Please go down.

21        (Whereupon, the above referred-to document

22          was marked as Plaintiff's Exhibit 17.)

23   BY MR. PATRICIOS:

24        Q    It is finished.

25             Mr. Gorrin, do you deny under oath that you

```
                                                        Page 56
 1      are the Gorrin USA who wrote the messages in this
 2      WhatsApp chat?
 3              A    Well, I am not.  I don't remember.  I don't
 4      recall all of that communication.  I don't recall
 5      writing all of that.
 6              Q    Do you deny writing any of it?
 7              A    I don't deny, neither do I affirm it.
 8              Q    Let's look at the line that starts October
 9      24, 2017 9:35 a.m.  I am going to read it in English.
10      To me it says "He is to being an entrepreneur according
11      to Raul Gorrin, president of Globovision."
12              A    Excuse me.
13              Q    Do you see that entry?
14              A    Which entry?
15              Q    10/24/17 9:35:29 seconds.
16              A    That's correct.
17              Q    Were you the president of Globovision in
18      that statement?
19              A    Yes, of course.
20              Q    According to this WhatsApp chat, whoever is
21      Gorrin USA next wrote "Look for allies at the treasury
22      office."  Do you see that?
23                   MS. GUERRERO:  Object to the form.
24                   THE WITNESS:  The line that says "Look for
25              allies in the national treasury office and offer
```

Page 57

```
 1              them gains."
 2    BY MR. PATRICIOS:
 3         Q    Big profits, right?
 4              MS. GUERRERO:  Object to the form.
 5    BY MR. PATRICIOS:
 6         Q    Is that what it says?
 7         A    But that is news.
 8         Q    Do you see that language?
 9         A    Yes, that is the -- is that the English
10    translation that appeared in a report called Todays
11    News.
12         Q    Do you see that the next step was "Make
13    them transfer for free requesting the transfer
14    instruments to Switzerland?"
15              MS. GUERRERO:  Object to the form.
16              THE WITNESS:  That is a report.  It was a
17              report on the news that was written on a report
18              called Dollar Today.
19    BY MR. PATRICIOS:
20         Q    So you remember that the words that I am
21    reading came from a publication called Dollar Today?
22         A    Yes, because it's the title is there "Key
23    to be an entrepreneur according to Raul Gorrin,
24    president of Globovision."  That is the title.
25         Q    Do you remember that you have gave these
```

```
                                                     Page 58

 1       words to Dollar Today?

 2                    MS. GUERRERO:  Object to the form.

 3                    THE WITNESS:  How I am going to give it?

 4           How am I going to give it?

 5       BY MR. PATRICIOS:

 6           Q    So you remember that these words came from

 7       Dollar Today but you don't remember any of the other

 8       words that you wrote?

 9                    MS. GUERRERO:  Object to form.

10                    THE WITNESS:  Sir, do you think that I am

11           going to be that stupid and say and have that

12           published publicly?  Please.

13       BY MR. PATRICIOS:

14           Q    These are your words under 10/24/17

15       9:35-29?

16                    MS. GUERRERO:  Object to the form.

17                    THE WITNESS:  That is a copy and paste of a

18           news that had come out.

19       BY MR. PATRICIOS:

20           Q    A news about you?

21           A    Obviously.

22           Q    This was the system that you used with

23       regard to bonds?

24                    MS. GUERRERO:  Object to the form.

25       BY MR. PATRICIOS:
```

Page 59

```
 1            Q    Correct?

 2            A    No.

 3            Q    What is inaccurate about the description

 4       here about what you did with bonds?

 5                 MS. GUERRERO:  Object to the form.

 6       BY MR. PATRICIOS:

 7            Q    Can you answer my question?

 8            A    What was the question?

 9            Q    What is inaccurate about the description of

10       how you utilized bonds?

11                 MS. GUERRERO:  Object to the form.

12                 THE WITNESS:  That is not true.

13       BY MR. PATRICIOS:

14            Q    What is not true?

15            A    That, what it said there.

16            Q    Is it not true, sir, that you had bonds

17       transferred free to you?

18            A    No, it's not true.

19            Q    There was -- is it not true that your

20       companies received bonds without having to make

21       payments upfront to the government?

22            A    It doesn't exist.

23            Q    Okay.  Let me ask you a few more questions

24       and then we will move on.

25                 In 2017, Mr. Andrade told you on a phone
```

```
                                                        Page 60
 1        call that he wanted to leave Venezuela in order not to
 2        be charged as a politician?
 3                    MS. GUERRERO:  Object to the form.
 4                    THE WITNESS:  In 2017 --
 5                    THE INTERPRETER:  I am sorry.  I thought we
 6               had asked for me to wait -- for the interpreter
 7               to wait after the question for objections.  I
 8               have been waiting and then the objections are
 9               coming either towards the end of my
10               interpretation or halfway through.  How would
11               you like the interpreter to proceed so people
12               are not talking over each other and I am getting
13               confused with the translation.
14                    MS. GUERRERO:  Sorry.  I apologize.  I will
15               make my objection after the English question.
16                    THE INTERPRETER:  That's fine.  Thank you,
17               ma'am.
18        BY MR. PATRICIOS:
19               Q    Mr. Gorrin, Mr. Andrade told you that at
20        some point in time that he wanted to leave Venezuela in
21        order not to be charged as a politician?
22               A    To me, no.
23               Q    After Mr. Andrade resigned as the
24        treasurer, you asked him to introduce you to Diaz
25        Guillen?
```

Page 61

1                    MS. GUERRERO:  Object to the form.

2                    THE WITNESS:  Not at all.

3          BY MR. PATRICIOS:

4               Q     You and your companies were involved in

5          bond transactions with bonds held by the Venezuelan

6          government, correct?

7                    MS. GUERRERO:  Object to the form.

8                    THE WITNESS:  Involved, no.  My company

9                would buy bonds of the English treasury, that's

10               what they would sell, bonds from the English

11               treasury.

12         BY MR. PATRICIOS:

13              Q     Those bonds of the English treasury were

14         owned by the Venezuelan government, correct?

15                   MS. GUERRERO:  Object to the form.

16                   THE WITNESS:  Yes, of course.

17         BY MR. PATRICIOS:

18              Q     Your company would buy the bonds from the

19         Venezuelan government without an upfront payment?

20              A     No, not at all.  That would be impossible.

21              Q     Let's go to our next exhibit which will be

22         Exhibit 18, it's Government Exhibit 809.

23              (Whereupon, the above referred-to document

24               was marked as Plaintiff's Exhibit 18.)

25         BY MR. PATRICIOS:

Page 62

```
 1              Q    At the top of the page, there is a company
 2      called Vineyard Ventures Limited.  Do you see that?
 3              A    Yes, I can see it.  But I don't know who
 4      wrote it or anything like that.
 5              Q    We will get to it.  Vineyard Ventures
 6      Limited was a company of yours and Mr. Perdomo's?
 7              A    That's correct.
 8              Q    You do not know whose handwriting this is?
 9              A    I don't recognize the handwriting.
10              Q    If this is a representation of bonds
11      purchased by Vineyard Ventures in a three month period,
12      where did it get the money to buy the bonds?
13                   MS. GUERRERO:  Object to the form.
14                   THE WITNESS:  Off the credit lines that we
15              had here with the bank.
16      BY MR. PATRICIOS:
17              Q    Which bank?
18              A    Of several banks, not just one.  All of the
19      exchange houses had a line of credit with the banks and
20      the mutual deposit, they were called mutual from the
21      public.  We had several of those.
22              Q    And did you have lines of credit above one
23      billion dollars?
24              A    In bolivares, yes, of course.
25              Q    In U.S. dollars?
```

```
                                                        Page 63
```

```
 1              A    Excuse me.  Excuse me, one billion dollars,
 2      how is that going to be?  None of the operations were
 3      over 100 million dollars.
 4              Q    Let's look at our next exhibit which is
 5      Government Exhibit 159.  It will be our Exhibit 18.
 6              (Whereupon, the above referred-to document
 7               was marked as Plaintiff's Exhibit 18.)
 8      BY MR. PATRICIOS:
 9              Q    There is an email from Raul Gorrin Monday,
10      June 18, 2012.  Do you see that?
11              MS. GUERRERO:  Object to government
12              exhibits on the basis of authenticity.
13      BY MR. PATRICIOS:
14              Q    Do you recognize the form of this email to
15      be an email that was involved in buying bonds?
16              A    Yes, of course.
17              Q    Are you the Raul Gorrin in this email?
18              A    Could you lower the paper down where it
19      says salutations.  In reality, I don't remember.
20              Q    Let's go to the top.  There is a paragraph
21      that says "The transaction will be conducted delivery
22      free of payments."
23              A    Yes.  But that is only a formality.  They
24      would never never proceed or make a payment without
25      first having a credit line or without having a payment
```

Page 64

```
 1          being received in bolivares.
 2               Q    So if we look at the bank documents from
 3          your companies, we will see those payments, correct?
 4               A    Certainly, of course.  Yes, the USBD
 5          account which is the exchange house account.
 6               Q    Your testimony, that company would have
 7          paid the government the bonds before the transfer of
 8          funds?
 9               A    I've already said it prior.  It just
10          doesn't happen that way, you have to pay before.  You
11          have to first make a payment in bolivares prior to
12          purchasing the bonds.
13               Q    Then why does the email say "La
14          cuenta --you can read that to him.  "The account into
15          which the bolivares generated from the sale must be
16          deposited is the following."
17                    Please read him that from the email.
18               A    Yes, there it is Central Bank of Venezuela.
19          And the amount is 164 million bolivares.
20               Q    But that amount to be deposited is
21          generated from the sale of the bonds?
22                    MS. GUERRERO:  Object to the form.
23                    THE WITNESS:  Yes, of course.  Not of the
24               sale.  You would purchase the title.
25          BY MR. PATRICIOS:
```

```
                                              Page 65
 1          Q    You are telling me you paid twice for this
 2     bond?
 3               MS. GUERRERO:  Object to the form.
 4               THE WITNESS:  No.  No.  We made the payment
 5               of 164 billion bolivares and they sent the title
 6               of in libras esterlinas of 100 million dollars.
 7               It doesn't even say U.S. dollars.  It's libras
 8               esterlinas or pounds.
 9     BY MR. PATRICIOS:
10          Q    It's your testimony that the bank documents
11     will show that VEF amount of one billion 64 was paid
12     before you got title to the bonds?
13          A    Correct.  Correct.
14          Q    Now that one billion was calculated based
15     on the government's official exchange rates of 5.3,
16     right?
17          A    Correct.  Correct.  The dollar was 4.30 and
18     we would pay on top of that $10 above the price.
19          Q    The official exchange rate at this time was
20     4.3?
21          A    Correct.
22               MS. GUERRERO:  Object to form.
23     BY MR. PATRICIOS:
24          Q    And the market exchange rate was closer to
25     eight, was it not?
```

```
                                                        Page 66

1              A    Correct.

2                   MS. GUERRERO:  Object to form.

3                   THE WITNESS:  Eight, eight.

4         BY MR. PATRICIOS:

5              Q    So you would buy from the government a bond

6         using a lower exchange rate and receive dollars that

7         you could put into your exchange at a higher exchange

8         rate, correct?

9                   MS. GUERRERO:  Object to the form.

10                  THE WITNESS:  No, it was one dollar.  It

11             was one dollar official and two dollars

12             parallel.  It's all public knowledge.

13        BY MR. PATRICIOS:

14             Q    But you purchased the bonds from the

15        government not at the market rate, but at the lower

16        government rate plus one?

17             A    I would buy at the dollar amount that the

18        government plus whatever utilities that the government

19        would add on to it.

20             Q    And that total amount was always lower than

21        the market dollar exchange rate for bolivares?

22                  MS. GUERRERO:  Object to the form.

23                  THE WITNESS:  There has always been an

24             official dollar and a parallel dollar.

25        BY MR. PATRICIOS:
```

```
                                                 Page 67
 1              Q    You remember that when you were buying
 2     these bonds, the parallel markets for the markets had a
 3     higher rate than you were paying the government?
 4              A    Yes, of course.  It had always been like
 5     that.  40 years being like that.
 6              Q    You paid 123 percent to the government
 7     instead of the face value of 100 percent for each of
 8     these bonds, right?
 9                   MS. GUERRERO:  Object to the form.
10                   THE WITNESS:  Yes, because they had to
11              generate utilities on top of that, otherwise
12              there is damage to public patrimony.
13     BY MR. PATRICIOS:
14              Q    So you were paying the treasury more than
15     100 percent of the face value of each bond?
16              A    In bolivares, of course.
17              Q    Let's move to our Exhibit 100 -- Exhibit 19
18     which will be Government Exhibit 160.
19              (Whereupon, the above referred-to document
20               was marked as Plaintiff's Exhibit 19.)
21     BY MR. PATRICIOS:
22              Q    I ask you to look at Government Exhibit
23     160, our Exhibit 19 and let me know if this is another
24     series of emails for bond transactions that you
25     performed.
```

Page 68

```
 1              A     Could you repeat the question, please?
 2                    MR. PATRICIOS:  Can you read it back,
 3            please?
 4         (Whereupon, the above referred-to question was read
 5                    back by the court reporter.)
 6                    THE WITNESS:  Yes, that is the bank CBH.
 7       BY MR. PATRICIOS:
 8              Q     Do you remember Santiago Souto at CBH?
 9              A     Yes, of course.  Correct.
10              Q     This email is correspondence with him
11       regarding bond transactions that you and your companies
12       performed?
13              A     Yes, correct.
14              Q     Go to Exhibit 20, the Government Exhibit
15       802.  Will scroll down the document so you can look at
16       it.
17              (Whereupon, the above referred-to document
18               was marked as Plaintiff's Exhibit 20.)
19       BY MR. PATRICIOS:
20              Q     Have you had a chance to look at Government
21       802?
22              A     I am looking at it now.  What is happening
23       with that?
24              Q     Do you recall your company Vineyard
25       Ventures using EFG Bank?
```

```
                                                         Page 69

 1                   THE INTERPRETER:  Your voice cut out.  I
 2           was only able to hear a portion of that
 3           question.
 4      BY MR. PATRICIOS:
 5           Q    Do you recall your company Vineyard
 6      Ventures, Inc., using EFG Bank?
 7           A    Yes, of course.
 8           Q    Do you see the bank document under the line
 9      subject, it says "Free receipt from officina nacional
10      del tesoro?"
11           A    Correct.  Nothing was free.
12           Q    But there is no payment from your account
13      at EFG for this bond, is there?
14                   MS. GUERRERO:  Object to the form.
15                   THE WITNESS:  Of course there is.  It was
16           paid in bolivares.
17      BY MR. PATRICIOS:
18           Q    And your testimony under oath is free
19      receipt means paid receipt, right?
20           A    I reiterated again, it's a simple
21      formality.  They would not send the title until the
22      payment had been received in bolivares by a central
23      bank that they had established there.
24           Q    So you must have all of those records
25      still, correct?
```

Page 70

```
 1          A    I would have to look for them.  Well, the
 2     government should have it.  Could you imagine if the
 3     national treasurer would pay 100 million value to
 4     anything without having a prior payment, without having
 5     a payment done beforehand, we would have all gone to
 6     jail already.
 7          Q    Sounds like a crime, doesn't it?
 8          A    Yes, if I have a title in which the
 9     government says I paid 100 pounds without having a
10     prior payment, yes, I would be procreating that money.
11          Q    So you must have records that show this in
12     your possession today?
13          A    Those are all archived.  Remember, that
14     happened in 2011.  We are now in 2023.  That has been
15     12 years.
16          Q    But you didn't ask the government to give
17     you their copies of these records, did you?
18          A    From what?  I didn't do anything wrong.  I
19     didn't do anything wrong.  I didn't do anything wrong.
20     In order for me to receive that, I must have paid it.
21     I didn't do anything wrong.
22          Q    But you see the government used these
23     exhibits to put two people in jail and they want to use
24     these exhibits against you.
25               MS. GUERRERO:  Object to the form.
```

```
                                                        Page 71

  1        BY MR. PATRICIOS:

  2             Q    Right?

  3             A    Which government?

  4             Q    The United States government.

  5             A    I am not going to continue talking to what

  6        I think in regards to the United States prosecutors.

  7             Q    But you want to come back to this country

  8        and enjoy your properties, don't you?

  9             A    I have no intention to ever go to the

 10        United States.  However, I will defend myself of the

 11        false accusations that are being made in North America,

 12        just like the false statements of the -- that have been

 13        brought up against me.

 14             Q     Mr. Gorrin, aren't you afraid that we are

 15        going to prove to the court that you have betrayed

 16        Nicolas Maduro?

 17             A    Excuse me.  Can you repeat the question?

 18                  MR. PATRICIOS:  Can you read it back,

 19             please?

 20         (Whereupon, the above referred-to question was read

 21                  back by the court reporter.)

 22                  THE WITNESS:  That I have betrayed Nicolas

 23             Maduro?

 24        BY MR. PATRICIOS:

 25             Q    That's correct.
```

Page 72

```
 1              A     That I'm afraid you can say whatever you
 2       want, you are within your rights.
 3              Q     Haven't you tried to cooperate with the
 4       American CIA?
 5                    MS. GUERRERO:  Object to the form.
 6       BY MR. PATRICIOS:
 7              Q     Answer the question.
 8              A     No, never.
 9              Q     You've never tried to cooperate with the
10       American Drug Enforcement Association, correct?
11                    MS. GUERRERO:  Object to the form.
12                    THE WITNESS:  Excuse me, all what you are
13                    saying seems like a joke.
14       BY MR. PATRICIOS:
15              Q     So the DEA agent showed Nicolas Maduro that
16       you've been cooperating with them, you are not afraid
17       that he is going to hurt you?
18                    MS. GUERRERO:  Object to the form.
19                    THE WITNESS:  If DEA is doing that, that's
20                    false because I've never been in contact with
21                    the DEA.
22       BY MR. PATRICIOS:
23              Q     Do you know Angelica Barrios?
24              A     I don't recall her.
25              Q     Did you ever correspond with Angelica
```

Page 73

1      Barrios of the National Office of the Treasury?

2              A    Certainly by the National Treasury Office.

3              Q    Do you see her name here on Exhibit 20?

4              A    I am sorry.

5              Q    Do you see her name here on Exhibit 20?

6              A    Let me see.  Excuse me.  Give me a moment.

7      Exhibit number 20.  Yes, here.  Angelica Barrios, yes.

8      Yes, I think I remember it now.  She was a director of

9      finance of the National Treasury Office.

10             Q    You recall you corresponded with her

11     regarding all of the bonds that your company bought?

12                  MS. GUERRERO:  Object to the form.

13                  THE WITNESS:  Certainly.

14     BY MR. PATRICIOS:

15             Q    Did you ever pay her any money?

16                  MS. GUERRERO:  Object to the form.

17                  THE WITNESS:  To her, no.

18     BY MR. PATRICIOS:

19             Q    Do you know if your company or anybody on

20     your behalf paid her any money?

21             A    No.

22             Q    Let's look at our next exhibit, Exhibit 21,

23     it's Government Exhibit 814.

24             (Whereupon, the above referred-to document

25              was marked as Plaintiff's Exhibit 21.)

```
                                                         Page 74

 1        BY MR. PATRICIOS:

 2               Q    I want you to take a look at that document,

 3        please.

 4                    MS. GUERRERO:  I am just going to take the

 5               opportunity to reassert my standing objection as

 6               to the authenticity of government exhibits.

 7                    MR. PATRICIOS:  We will state for the

 8               record that all of these were entered into

 9               evidence of coconspirators there and therefore

10               are admissible in our trial, too.

11                    MS. GUERRERO:  We disagree, but so noted.

12        BY MR. PATRICIOS:

13               Q    Have you had a chance to look at Exhibit

14        21?

15               A    Yes.

16               Q    Do you see any payment to the Venezuelan

17        government on your company's behalf in this document?

18               A    Yes, it says there payment bolivares loan.

19               Q    To who?

20               A    I don't know to whom.  I can't see to whom.

21               Q    Do you see line 28, beneficial customer

22        Vineyard Ventures?

23                    THE INTERPRETER:  I just want to let you

24               know that the interpreter did not have a chance

25               to interpret the question posed by the counsel.
```

1          The answer was yes by the deponent.

2     BY MR. PATRICIOS:

3          Q    You don't see the Venezuelan government

4     receiving payment from this document, do you?

5               MS. GUERRERO:  Object to the form.

6               THE WITNESS:  No, because verification of

7          payment is not done in that particular format.

8          It's done to the EFG Bank through Venezuela

9          through those transactions.

10    BY MR. PATRICIOS:

11         Q    But you don't have those papers to show us?

12         A    I have repeated this 60 times already.

13    That is all in the archives.

14         Q    When did you destroy those documents?

15              MS. GUERRERO:  Object to form.

16              THE WITNESS:  After eight years in which

17         the operation has transpired, those documents

18         are destroyed.  Gentlemen, it has been 12 years

19         since the date of that transaction.

20    BY MR. PATRICIOS:

21         Q    But you were indicted and knew of the

22    indictment within the eight year period?

23              MS. GUERRERO:  Object to form.

24              THE WITNESS:  Yes.

25    BY MR. PATRICIOS:

```
                                                             Page 76

 1              Q     Let's look at Exhibit 22, Government

 2      Exhibit 816.   I am going to ask you the same question.

 3                    Do you see any payment to the government in

 4      Venezuela?

 5              A     For certain, they must have been made.   For

 6      certain they have made, otherwise, they would not send

 7      you the title for that amount.

 8                   (Whereupon, the above referred-to document

 9                    was marked as Plaintiff's Exhibit 22.)

10      BY MR. PATRICIOS:

11              Q     Sir, I did not ask you a question.   I did

12      not ask you a question, sir.   Your lawyer can ask you

13      questions later.

14              A     That's what happened.

15              Q     You have no respect for our system; is that

16      correct?

17              A     And you guys don't have either for our

18      country.   The abusers have been you guys.

19              Q     I want to show you Exhibit 825 which is our

20      Exhibit 23 and this is a statement from Vineyard

21      Ventures, Inc., your company, right?

22              A     Correct.

23                   (Whereupon, the above referred-to document

24                    was marked as Plaintiff's Exhibit 23.)

25      BY MR. PATRICIOS:
```

Page 77

1          Q    You see on January 9, there was a security

2     sale of 42.8 million?

3          A    Yes.

4          Q    Then a few days later there was a currency

5     purchase in British pounds in roughly the same amount,

6     correct?

7          A    Yes, of course.

8          Q    There is no transfers from this bank

9     account to Venezuela either?

10         A    There couldn't be any transfer made in

11    bolivares because those were all done through the

12    internal banks here, the monetary exchange here.

13         Q    But you can't show me those documents?

14              MS. GUERRERO:  Object to the form.

15              THE WITNESS:  It has been too long of a

16         time passed by.

17    BY MR. PATRICIOS:

18         Q    Let me show you Exhibit 23 -- 26 -- excuse

19    me.  Exhibit 24 and it's Exhibit 208 from the

20    government.

21              Do you see that this is a transfer from

22    your company Vineyard Ventures?

23         A    Yes.

24         (Whereupon, the above referred-to document

25          was marked as Plaintiff's Exhibit 24.)

1    BY MR. PATRICIOS:

2         Q    To Investco Capital Funding?

3         A    Yes, of course.

4         Q    Who owned Investco Capital Funding?

5         A    I don't know.

6         Q    So there was a -- let me ask my question.

7    Let me ask my question.

8              There is a $4 million to a company and you

9    can't tell me who owns that company?

10        A    That has been too long, too long of a time.

11   Can you tell me what you've eaten 15 days ago for

12   dinner?

13        Q    Sir, I said you have to respect the process

14   and let me ask my next question.  I am going to show

15   you Exhibit Number 25.  I am going to show you Exhibit

16   25, which is Government Exhibit 830.

17             (Whereupon, the above referred-to document

18              was marked as Plaintiff's Exhibit 25.)

19   BY MR. PATRICIOS:

20        Q    And it's another transfer from your company

21   Vineyard Ventures to Investco Capital Fund this time

22   over $8 million, correct?

23        A    $9 million; is that correct?  Yes, of

24   course.  $8 million, $8 million.  I am sorry.

25        Q    You don't recall who owned that company?

Page 79

```
 1            A    No.  No, because those transactions were
 2       made through our house and it had a previous compliance
 3       procedure.
 4            Q    We are going to take a break for lunch.
 5       Let's go off the record.
 6                 THE VIDEOGRAPHER:  Stand by.  Going off the
 7                 record.  The time is 11:59 a.m.
 8                      (Off the record.)
 9                      (Back on the record.)
10                 THE VIDEOGRAPHER:  Good afternoon.  We are
11                 back on the video record.  The time is 12:42
12                 p.m.  This is Media Card Number 3.  You may
13                 proceed.
14       BY MR. PATRICIOS:
15            Q    Mr. Gorrin, we took a short lunch break and
16       we are going to continue with your questioning.
17                 Did you ever provide boxes full of cash to
18       Claudia Guillen?
19            A    I am sorry.  This question makes me laugh.
20            Q    What is the answer?
21            A    No.
22            Q    Did you ever instruct any of your
23       assistants to provide boxes of cash to her or Moises
24       Zapata?
25            A    I don't even know who Zapata is.  Sorry.
```

Page 80

1         Of course not.  Of course not.  Negative.

2              Q     Did you ever instruct anybody that works

3     for you to provide boxes of cash to Adrian Velasquez?

4              A     No.

5              Q     Let me show you what we are going to mark

6     as Exhibit 26, Government Exhibit 72.

7                    MR. SREBNICK:  I am going to cover the

8              objections in the afternoon.  Can we have a

9              standard objection of authenticity?

10                   MR. PATRICIOS:  You can have a standing

11             objection.  You understand our standing

12             response, which is that all of these were

13             admitted in the government's case so they are

14             going to be admitted in our case because

15             coconspirators were there.

16    BY MR. PATRICIOS:

17             Q     Mr. Gorrin, we are showing you what has

18    been marked as Exhibit 26 and it's an email from your

19    assistant.  And she references a transfer to AV or for

20    AV.  Do you know who AV is?

21             A     I reiterate and say that these are all

22    internal codes for our in-house exchange.

23             (Whereupon, the above referred-to document

24              was marked as Plaintiff's Exhibit 26.)

25    BY MR. PATRICIOS:

Page 81

```
 1              Q    So AV is not a person?

 2              A    No.

 3              Q    Can you put up Exhibit 27, which would be

 4      number 1150.  And I am going to blow it up a little bit

 5      and ask as we scroll down and tell me if you are

 6      familiar with this.

 7              A    No.

 8              (Whereupon, the above referred-to document

 9               was marked as Plaintiff's Exhibit 27.)

10      BY MR. PATRICIOS:

11              Q    Go up to the top.

12              Do you see at the top the title is AV

13      Summary, there is a date range?

14              A    Yes, of course.

15              Q    It's your testimony that all of these

16      transactions don't relate to a person with the initials

17      AV?

18              A    No.

19              Q    What is the purpose of the code AV?

20              A    I don't know because those are codes for

21      employee verification in the exchange house.

22              MR. SREBNICK:  Forgive me, Leon.  Can you

23              proffer what you're saying is on the screen, is

24              that a -- is that a government exhibit that was

25              prepared by the government or what are you
```

Page 82

```
 1              proffering that to be?
 2                  MR. PATRICIOS:  Proffering it to be a
 3              government exhibit.  That's all.
 4                  MR. SREBNICK:  So not something created by
 5              an entity, what I'm seeing on the screen now
 6              which has the sticker Government Exhibit 1150?
 7                  MR. PATRICIOS:  Howard, that's for him to
 8              answer, okay.  Not me or you.  I am just asking
 9              about the document.
10      BY MR. PATRICIOS:
11          Q    Mr. Gorrin, can you explain the purpose of
12      the codes that you have described in your business?
13          A    They are internal from the company, from
14      the exchange house companies.
15          Q    Explain to me how the code works, what does
16      it do?
17          A    I don't know.  I was not aware of them.
18          Q    Let's go to Exhibit Number 28, Government
19      Exhibit 73.
20              (Whereupon, the above referred-to document
21               was marked as Plaintiff's Exhibit 28.)
22      BY MR. PATRICIOS:
23          Q    And this is an email from Elizabeth
24      dated -- your assistant, dated December 21st, 2012
25      related to a check with the code.  Do you see that?
```

Page 83

```
 1              A    Uh-huh.

 2              Q    Mr. Gorrin, that was not my question.

 3              A    Yes, of course.  That's what I am telling

 4        you.

 5                   THE INTERPRETER:  Would you like me to

 6              interpret for the record what he had said prior?

 7        BY MR. PATRICIOS:

 8              Q    No.  Do you see the letters AV?

 9              A    Yes.

10              Q    What function is AV used for here?

11                   THE INTERPRETER:  I will let it be known

12              that the interpreter did not have a chance to

13              interpret what the answer was.  I was trying to

14              say that these were internal codes used by the

15              exchange house, house of exchange.

16        BY MR. PATRICIOS:

17              Q    You don't know anything about these codes.

18        Is it possible that the code stands for Adrian

19        Velasquez?

20              A    I don't know.  I don't think so.

21              Q    Why don't you think so if you don't know

22        about the codes?

23              A    Because I did not have any business with

24        operations with Adrian Velasquez.  I didn't have any

25        financial business with Adrian Velasquez.
```

Page 84

1          Q     Did your assistant on your behalf assist
2    Mr. Velasquez with transactions?
3          A     Excuse me.
4          Q     Did your assistant on your behalf assist
5    Mr. Velasquez with any transactions?
6          A     That I'm aware, no.
7          Q     Look at Exhibit 29.  It's Government
8    Exhibit 74.  It's another email of your assistant.
9              (Whereupon, the above referred-to document
10              was marked as Plaintiff's Exhibit 29.)
11   BY MR. PATRICIOS:
12         Q     Do you see that document?  Answer my
13   question.  Do you see it?
14         A     Yes, of course.  Yes, I am seeing it.
15         Q     Did your assistant help all of your
16   customers with their currency exchange?
17         A     Not necessarily.
18         Q     Do you know what she is doing in this
19   email?
20         A     No.
21         Q     Do you see that this email has the code AV
22   in it?
23         A     Yes.  Yes, of course.
24         Q     And it has another code TP.
25         A     Yes, correct.

```
                                                          Page 85

  1                Q     You don't know what that stands for either?

  2                A     No.

  3                Q     Let's go to Exhibit 30.  It's document 75

  4         from the government.

  5                A     Yes, of course.

  6                (Whereupon, the above referred-to document

  7                 was marked as Plaintiff's Exhibit 30.)

  8         BY MR. PATRICIOS:

  9                Q     Do you see that your secretary again is

 10         involved in a transfer with the code AV?

 11                A     Yes, of course.  I can see it.

 12                Q     Go to Exhibit 31 which we will mark as

 13         Exhibit 76 from the federal government.  Do you see

 14         that your secretary is involved in another transfer for

 15         AV for some blinds.

 16                A     No.

 17                (Whereupon, the above referred-to document

 18                 was marked as Plaintiff's Exhibit 31.)

 19         BY MR. PATRICIOS:

 20                Q     Do you know what AV transferencia is?

 21                A     No, I don't know who they are.

 22                Q     Go to Exhibit 32 which will be Government

 23         Exhibit 77.

 24                (Whereupon, the above referred-to document

 25                 was marked as Plaintiff's Exhibit 32.)
```

Page 86

```
 1        BY MR. PATRICIOS:
 2                Q     Do you see the email that says Cargos for
 3        AV again?
 4                A     Correct.
 5                Q     Do you know what Interglobal Yacht Sales
 6        is?
 7                A     Yes, of course.
 8                Q     What was the gentleman's name that you used
 9        to use at Interglobal Yacht Sales?
10                A     I believe it was Joel Bracha.  Joel Bracha.
11                Q     Do you know why payment of $281,051 was
12        made to him?
13                A     Yes, of course.
14                Q     Can you tell me?
15                A     It was a purchase of a boat, tender my
16        boat.
17                Q     What was the name of that boat?
18                A     I don't remember.  I believe it was Auto
19        Gold, Auto.
20                Q     That was your boat.
21                A     The Auto Gold, yes, of course.
22                Q     There were no boats that you assisted
23        Mr. Velasquez to purchase, correct?
24                      THE INTERPRETER:  Court Reporter, can you
25                please repeat that question?  The interpreter
```

Page 87

1         was not able to hear from the interference.

2         (Whereupon, the above referred-to question was read

3               back by the court reporter.)

4               THE WITNESS:  No.  Not to me, no.

5    BY MR. PATRICIOS:

6         Q    I am going to go to our next exhibit which

7    is Exhibit 33, it's Government Exhibit 115.

8         (Whereupon, the above referred-to document

9          was marked as Plaintiff's Exhibit 33.)

10   BY MR. PATRICIOS:

11        Q    Do you see that there is an email from

12   Gocho number 15?

13        A    Yes, of course.

14        Q    Do you recognize the name Gocho 15?

15        A    No.

16        Q    Do you see your name as the recipient of

17   the email?

18               THE INTERPRETER:  I am just letting you

19               know the interpreter did not interpret the

20               question.  The answer was yes, I don't recall.

21   BY MR. PATRICIOS:

22        Q    On the second page, there is a sheet that

23   says AV in the top left-hand corner, right?

24        A    Uh-huh.

25        Q    Yes?

Page 88

1          A    Yes, of course.

2          Q    It's your testimony this is just one of

3     your internal accounts?

4          A    Yes, of course.

5          Q    Go to Exhibit 105 which will be our Exhibit

6     34.

7          (Whereupon, the above referred-to document

8           was marked as Plaintiff's Exhibit 34.)

9     BY MR. PATRICIOS:

10         Q    If you scroll down to AV at the top

11    left-hand corner, correct?

12         A    Yes, of course.

13         Q    Do you see a negative balance in the

14    right-hand column, correct?

15         A    Yes, of course.

16         Q    Why was your accounting negative on this

17    account with AV?

18         A    Perhaps that it is an overdraft balance

19    that is permitted on the exchange houses and in the

20    bank.

21         Q    How much is coming in?

22         A    It depends.  It depends on the client.  It

23    depends on the ability and in the line of credit and

24    the exchange house.

25         Q    For how long did you have a negative

Page 89

```
 1     balance?
 2           A    I don't know.  That could be 90 days, 180
 3     days.
 4           Q    Let's go to our next exhibit which will be
 5     Government Exhibit 106 and our Exhibit 35.
 6           (Whereupon, the above referred-to document
 7            was marked as Plaintiff's Exhibit 35.)
 8     BY MR. PATRICIOS:
 9           Q    Do you see that the negative balance on
10     this sheet is over $38 million?
11           A    Yes, correct.
12           Q    Do you recall any of your accounts having a
13     negative balance of $38 million?
14           A    The $38 million in negative does not exist.
15           Q    But it says that on the paper.
16           A    For certain, it was an error.
17           Q    Why did you say it was an error?
18           A    Because that amount it is impossible that
19     you overdraft in an account.
20           Q    Sir --
21           A    And perhaps it's bolivares instead of
22     dollars.
23           Q    If you scroll up to the top, do you see
24     that the bolivares is on the left-hand side and the
25     dollars is on the right-hand side?
```

Page 90

```
 1            A    Effectively it must have been a
 2       transcription error because that amount is impossible
 3       to have an overdraft.
 4            Q    So you wouldn't expect that overdraft to
 5       remain very long then?
 6            A    No.
 7            Q    If you scroll down, do you see a
 8       transaction for $4 million to Patric Love?
 9            A    $4 million, yes, of course.  Yes.
10            Q    Who instructed that payment to be made?
11            A    Certainly one of us, Gustavo or myself.
12            Q    Do you remember a person by the name of
13       Daniel Diamond?
14                 THE INTERPRETER:  I apologize.  Mr.
15                 Patricios, for some reason your audio is coming
16                 in very far and very echoey and it is very hard
17                 for the interpreter to hear.  I do apologize.
18                 MR. PATRICIOS:  I am sitting as close as I
19                 can to my computer.  Is that better?
20                 THE INTERPRETER:  Yes.  Better, yes, sir.
21       BY MR. PATRICIOS:
22            Q    Do you understand that Daniel Diner is
23       related to Adrian Velasquez?
24            A    No.
25            Q    Do you have any idea what the payments on
```

```
                                                    Page 91

   1        the spreadsheet are for?

   2              A    No.  For some of them, yes, I can tell you.

   3        The one that says aviation, that one I know was for the

   4        airplanes.

   5              Q    We are going to mark as Exhibit 36,

   6        government Exhibit 253.

   7              A    I am sorry.

   8              (Whereupon, the above referred-to document

   9               was marked as Plaintiff's Exhibit 36.)

  10              Q    Can you see there is a bill there right

  11        now?

  12              A    Yes.

  13              Q    Do you recall whether this was for the

  14        aircraft?

  15              A    Yes, I believe she was the manager, the

  16        administrative assistant who managed for the

  17        administration of the airplanes.

  18              Q    Do you see the subject is Facturas AV?

  19              A    No, I don't see it there.  Yes, I see, I

  20        see there, Facturas AV.

  21                   That has nothing to do with Mr. Velasquez.

  22        You guys have the registration in whose name the

  23        aircrafts were on.

  24              Q    Mr. Gorrin, let me ask my questions.

  25                   You told me AV was an internal code?
```

Page 92

```
 1              A    Correct.
 2              Q    You see somebody from the outside using the
 3       code Facturas AV, correct?
 4              A    It could be the bills for aviation.  It
 5       could be.
 6              Q    Let's look at Exhibit 37 which is
 7       Government Exhibit 242.
 8              (Whereupon, the above referred-to document
 9               was marked as Plaintiff's Exhibit 37.)
10       BY MR. PATRICIOS:
11              Q    Do you recognize the name Heinrich Boelcke?
12              A    Yes, of course.
13              Q    He sent you an email on October 2nd, 2012.
14              A    Correct.
15              Q    He is writing an email to you about
16       commissions that he is owed, correct?
17              A    Correct.
18              Q    And then he has a chart underneath, right?
19              A    Yes.  Yes, of course.
20              Q    And the first row, those letters symbolize
21       different aircrafts, yes?
22              A    Yes, of course.
23              Q    And the third row symbolizes the price paid
24       for the aircraft?
25              A    Yes, correct.
```

                                                            Page 93

1              Q    Then the last row symbolizes the commission

2        that is owed to Heinrich, right?

3              A    Correct.

4              Q    On the second row, the letters RG mean Raul

5        Gorrin, correct?

6              A    Well, it could be possible.

7              Q    Do you recall purchasing an Encore

8        aircraft?

9              A    I don't remember.

10             Q    Do you see the second column there are the

11       letters GP/RG?

12             A    Yes, of course.

13             Q    Do you understand that stands for Gustavo

14       Perdomo and Raul Gorrin?

15             A    I don't recognize it.  It could be.

16             Q    Is that an internal code from your company

17       GP/RG?

18             A    No, no.  I don't know.  I don't believe so.

19             Q    Is that an internal code for your company

20       RG?

21             A    Excuse me.  To answer the question the

22       initials that are there, what do they have to do with

23       the owners for the Encore 135 t2 for the Learjet 45.

24             Q    I am sorry.  That they do have to do with

25       the owners or they don't have to do with the owners?

Page 94

```
 1              A    I believe that the owners of the three

 2       airplanes were Gustavo and myself, no one else.

 3              Q    I see your name RG under Encore, do you see

 4       it also?

 5              A    That is not my name.  My name is Raul

 6       Gorrin, not RG.

 7              Q    Do you understand that the letters GV in

 8       the top left mean Gulfstream V?

 9              A    Yes, we had three Gulfstream V.

10              Q    And do you recall that Adrian Velasquez

11       purchased a Gulfstream V?

12              A    In my name you mean?

13              Q    No.  In his name or a company of his

14       control?

15              A    No.  No.

16              Q    If that row has to do with the owners, who

17       is the owner represented by AV?

18              A    I said we would have to look at the

19       numbers.  As I said before, we had three Gulfstream

20       V's.

21              Q    You didn't answer my question.

22                   Who is the company that is represented by

23       AV if this is owners?

24              A    I don't know.

25              Q    Do you see the letters AA under the
```

```
 1      Learjet?
 2            A    Yes, of course.
 3            Q    That does not stand for Alejandro Andrade,
 4      that's your testimony under oath?
 5            A    No, not at all.
 6            Q    Do you know why these outside companies are
 7      using your internal codes?
 8            A    No.
 9            Q    I am sorry.  Was somebody saying something?
10      Mr. Perdomo was saying something?
11            A    No.
12            Q    Did you let Mr. Andrade use these
13      airplanes?
14            A    Yes, of course.
15            Q    In what time period did he use these
16      airplanes?
17            A    The period of time, I don't remember.  But
18      when he asked to borrow it, I would let him borrow it.
19            Q    How much did you charge him to take your
20      airplane?
21            A    I wouldn't charge him.
22            Q    Why would you not charge him?
23            A    He was my friend.
24            Q    Did you let Claudia Diaz Guillen use your
25      airplanes?
```

Page 96

```
 1              A     Who?

 2              Q     Claudia Diaz Guillen?

 3              A     From the best of my recollection, she never

 4       once utilized one of our airplanes.

 5              Q     What about her husband, Adrian Velasquez?

 6              A     I don't recall it either.  He never got on

 7       one of our airplanes.

 8              Q     How many other friends other than

 9       Mr. Andrade did you let use your planes for free?

10              A     Could you please repeat the question?

11              Q     How many of your friends other than

12       Mr. Andrade did you let use your planes for free?

13              A     Aside from Andrade, I don't believe I have

14       anybody other than Andrade.

15              Q     Do you recall the approximate cost of

16       operating one of these planes from Venezuela to Miami

17       on one trip?

18              A     Yes, of course.

19              Q     What is the amount?

20              A     The GV as an example, $10,000 an hour.

21              Q     How many hours would it take to get from

22       Venezuela to Miami?

23              A     Three hours.

24              Q     Did you let Mr. Andrade use your plane when

25       he was the treasurer?
```

Page 97

```
1              A    When he was treasurer, no.
2              Q    So you only let him use your plane when he
3        was no longer the treasurer?
4              A    Correct.
5              Q    Do you have any documents that show that
6        you are allowing Mr. Andrade to use your plane for
7        free?
8              A    No.
9              Q    Do you remember the name of the pilot you
10       used to use?
11             A    Yes, of course.
12             Q    Do you remember Alejandro?
13             A    Yes, Alejandro, yes, yes of course.
14             Q    Were there other pilots that you used?
15             A    What I recall is Alejandro, yes.
16                  THE INTERPRETER:  And what the interpreter
17                  heard was Heinrich and I did not catch the last
18                  name.
19       BY MR. PATRICIOS:
20             Q    Any other pilots that you remember flying
21       your jets other than Alejandro and Heinrich?
22             A    I don't recall.
23             Q    When was the last time you spoke to either
24       one of those persons?
25             A    When I spoke with these people.  With
```

Page 98

```
 1        Alejandro, it has been many years.  And with Heinrich,

 2        it has been a long time also.

 3             Q    Do you have any reason to believe that they

 4        would lie about who they used to fly on your airplanes?

 5             A    It depends.

 6             Q    Do you remember them ever lying to you?

 7             A    I never caught them in a lie but --

 8             Q    I will show you Exhibit 38 which is

 9        Government Exhibit 250.

10             (Whereupon, the above referred-to document

11              was marked as Plaintiff's Exhibit 38.)

12        BY MR. PATRICIOS:

13             Q    And this is an email from Heinrich to

14        Elizabeth, your assistant, Mr. Perdomo and others

15        October 2013.  Do you see it?

16             A    Yes, of course.

17             Q    Do you see that he references the AV

18        Learjet?

19             A    I don't recall those initials, the numbers

20        of that airplane.

21             Q    Do you see that he is also using your

22        internal code AV?  Yes?

23             A    Yes, I am seeing it, yes.  But in whose

24        name was the airplane under?

25             Q    Sir, again, you don't get to ask questions.
```

Page 99

1          I get to ask the questions.  Do you understand that?

2                  A     Yes, of course.

3                  Q     I am going to show you our next exhibit,

4      Exhibit 39 is Government Exhibit 254.  Is that one of

5      your airplanes?

6                  A     Yes, I believe, yes.

7              (Whereupon, the above referred-to document

8               was marked as Plaintiff's Exhibit 39.)

9      BY MR. PATRICIOS:

10                 Q     I am going to go to Exhibit 40, another

11     Exhibit 255 from the government.

12                 A     I don't see it here.  The picture of the

13     airplane.

14             (Whereupon, the above referred-to document

15              was marked as Plaintiff's Exhibit 40.)

16     BY MR. PATRICIOS:

17                 Q     Is that one of your airplanes?

18                 A     Yes, I believe so.

19                 Q     Let's look at the next Exhibit 41, it will

20     be Government Exhibit 256.  Do you recognize that

21     picture?

22                 A     To be honest, I don't remember it very

23     well.

24             (Whereupon, the above referred-to document

25              was marked as Plaintiff's Exhibit 41.)

Page 100

```
 1      BY MR. PATRICIOS:

 2           Q    You don't remember if that's the inside of

 3      one of your planes?

 4           A    Certainly.

 5           Q    You don't remember?

 6           A    Surely.  Surely.  It's the inside of one of

 7      the airplanes.  A long time has passed as well.

 8           Q    Where are your airplanes located now?

 9           A    All of those airplanes have been sold.

10           Q    When were they sold?

11           A    Those were sold 2000 -- I think it was sold

12      after 2014.

13           Q    It's your testimony, Mr. Gorrin, you have

14      no private planes through companies after 2014?

15                THE INTERPRETER:  The interpreter only

16           heard part of that question.  Did you ask if he

17           had no other airplanes after 2014?

18                MR. PATRICIOS:  Yes.

19                THE WITNESS:  Yes, of course, yes.  They

20           started being sold after 2014.  It was two

21           airplanes.

22      BY MR. PATRICIOS:

23           Q    When was the last airplane sold?

24           A    I don't remember.  But that's public.

25           Q    Let's go to Exhibit 42.  It's Exhibit 208
```

Page 101

```
 1        of the government.  I am sorry.  221.  I apologize.

 2        231.

 3               (Whereupon, the above referred-to document

 4                was marked as Plaintiff's Exhibit 42.)

 5        BY MR. PATRICIOS:

 6               Q    Do you see the card, business card of

 7        Adrian Velasquez, president of Patric Love?

 8               A    Yes, of course.

 9               Q    Have you seen that before?

10               A    No, first time.

11               Q    Did you know that he was the president?

12               A    No, not at all.

13               Q    Did you know that Claudia Diaz de Velasquez

14        was also president of Patric Love?

15               A    No.

16               Q    Do you recall performing what you call a

17        currency exchange for Patric Love?

18               A    Yes, of course.

19               Q    Do you recall answering papers that we

20        submitted to you called request for admissions

21        regarding those transactions?

22               A    To have received what?

23               Q    Do you remember we asked you to answer 53

24        questions?

25               A    Yes, of course.
```

Page 102

```
 1          Q    I am going to turn to page 52 of our
 2     request for admission, your answers to our request for
 3     admissions.
 4               The question was -- are you looking at your
 5     phone, sir?
 6          A    No.
 7          Q    I asked you a question about promissory
 8     notes in the amount of $4 million due to your company
 9     IBCDB to Patric Love.
10               THE INTERPRETER:  Please note that the
11               interpreter did not interpret that question.
12     BY MR. PATRICIOS:
13          Q    Your answer was that Patric Love loaned to
14     your company 88 million bolivares.
15          A    Correct.
16          Q    In exchange Patric Love was going to pay
17     you back 4 million?
18          A    Correct.
19               THE INTERPRETER:  Let it note that the
20               interpreter did not interpret that question and
21               the answer was correct.
22     BY MR. PATRICIOS:
23          Q    Sorry.  I got it in reverse.
24               Patric Love loaned your company bolivares,
25     88 million bolivares, correct?  Yes?
```

Page 103

1          A      That was a barter contract.  That was a

2     barter contract.  That was the contract.  They would

3     borrow in bolivares and they would deposit in dollars.

4          Q      The exchange rate between 88 million and 4

5     million is 22, is it not?

6                 THE INTERPRETER:  Let the interpreter

7                 interpret again.

8                 THE WITNESS:  I would have to see what the

9                 rate was at that time.

10    BY MR. PATRICIOS:

11         Q      If you multiply 22 by 4 million, do you get

12    88 million?

13         A      Yes, it's possible.

14         Q      Let me show you your answer to number

15    question 348.  There is another transaction this time

16    also for $4 million but the bolivares paid is roughly

17    half, do you see that, 44 million?

18         A      You would have to verify how much was the

19    fee for the exchange rate at that time.  What date was

20    that?

21         Q      Would you be using the official exchange

22    rate of the government or the market rate for these

23    transactions?

24         A      The market rate.

25         Q      If these were real transactions, those

Page 104

1          numbers would match the market rates, correct?

2                    A     Correct.

3                    Q     Let's go to Exhibit 43 which is going to be

4          Government Exhibit 157.

5                    (Whereupon, the above referred-to document

6                     was marked as Plaintiff's Exhibit 43.)

7          BY MR. PATRICIOS:

8                    Q     Mr. Gorrin, do you see an email from asesor

9          number 1 to Elizabeth, your assistant, and Gustavo

10         Perdomo, your partner?

11                   A     Correct.

12                   Q     Was Mr. Perdomo and your assistant,

13         Elizabeth, involved in all of the transactions for

14         currency exchange of your business?

15                        THE INTERPRETER:  The interpreter used an

16                incorrect term as to be a sexual partner.  The

17                interpreter has now corrected as it to be an

18                associate.

19                        MR. PATRICIOS:  I didn't hear his answer.

20                        THE INTERPRETER:  The interpreter didn't

21                either.

22                        THE WITNESS:  What would you like me to

23                say?  What was the question?  What was the

24                question?

25         BY MR. PATRICIOS:

Page 105

```
 1            Q    Did your secretary and Mr. Perdomo get
 2     involved in every currency exchange of your business?
 3            A    Some, yes.  Others, no.  Some were more
 4     important than others.
 5            Q    It was important because this involved
 6     Adrian Velasquez and Claudia Diaz Guillen, correct?
 7                 THE INTERPRETER:  Let it note that the
 8                 interpreter did not interpret the question.  The
 9                 answer was it would depend on the amount if it
10                 was a regular amount or a larger amount, they
11                 would get involved.
12     BY MR. PATRICIOS:
13            Q    If we go to the next page of Exhibit 43.
14     Is this where you document that 88 million bolivares
15     have allegedly been loaned to IBCDB by Patric Love
16     Holdings?
17            A    Yes, of course.
18            Q    The date of the alleged loan to your
19     company was February 15, 2013?
20            A    Yes.  15th of May of 2013, yes.  That's the
21     date of payment.
22            Q    I am asking of the date that your company
23     supposedly received 88 million bolivares.
24            A    Uh-huh.  Correct.
25            Q    But there is no document showing that your
```

Page 106

1      company received 88 bolivares?

2            A     Imagine we would have to go look at the

3      dead archives and look for that date and try to find

4      the amount in bolivares.

5            Q     Do you know when Patric Love Holdings was

6      formed?

7            A     No.

8            Q     Do you know if Patric Love Holdings even

9      had 88 million bolivares effective as of 2013?

10           A     For some they had and in a sense that's why

11     they paid us.

12           Q     Do you know if these documents were created

13     to provide to the bank in America that was going to

14     receive the $4 million?

15           A     Which bank?

16           Q     Whichever bank?

17           A     That is a loan contract that is supported

18     that is given to IBCDB and then it is sent to CitiBank

19     and that is actually the name of Maria Mercedes.

20                 MR. PATRICIOS:  The interpreter did not

21           catch the last name or Diaz Vasquez.

22     BY MR. PATRICIOS:

23           Q     Why do you remember Maria Mercedes so well?

24           A     Because I am reading it.  I am reading it.

25           Q     You don't remember her from before?

Page 107

1          A     No, not at all.

2          Q     I see the name Maria M. Torres, do you see

3     that?

4          A     Yes, of course.

5          Q     You used the word Mercedes.

6          A     Yes, because I saw that Maria Mercedes in

7     those two transactions, one for 4 million for Patric

8     Love and then the other one for $268 million, there

9     were payments for the boat, that's where the two

10    evidence that they used to extradite Adrian Velasquez

11    and his wife.  That's the information that I put it on

12    my Twitter.

13         Q     You put it on your Twitter?

14         A     Yes, of course.

15         Q     When was that?

16         A     When they were doing -- when they were

17    doing the procedures, when the United States government

18    was doing the procedures for the extradition to be in

19    the United States.  On top of it.  On top of it.

20              And in those questions that's where we were

21    able to get the passport, the passport for Maria M.

22    Torres, Maria Mercedes.

23         Q     So you have looked for documents when it

24    has helped you?

25         A     No.  No, because we looked through the

Page 108

```
 1        mail, through the mail, the company's mail and casually

 2        that information was there.

 3             Q    I want you to focus on the date of the

 4        transaction.  Do you see it's between February and May

 5        of 2013?

 6             A    Yes.  Correct.

 7             Q    You looked earlier that $4 million would

 8        need to be multiplied by an exchange rate of 22 to get

 9        to 88 million, correct?

10             A    Not necessarily.  I would have to check.

11        Can I check on my phone?

12             Q    Yes, you may.

13             A    Thank you.  Yes, it was 22.  Yes.

14             Q    Let's go to Exhibit 44 --

15             A    22 bolivares to every dollar because that

16        was the rate at that time.

17             Q    Let's go to Exhibit 44 which is Exhibit

18        158.

19             (Whereupon, the above referred-to document

20              was marked as Plaintiff's Exhibit 44.)

21        BY MR. PATRICIOS:

22             Q    I am going to scroll down and ask if you

23        recognize this document.

24             A    It's the same one that you showed me

25        earlier.
```

Page 109

```
 1              Q    You don't see that the numbers on this one
 2       are different.   There is another company called
 3       Andiron.
 4              A    Andiron, correct.
 5              Q    This was another one of your companies that
 6       was doing a transaction with Patric Love Holdings?
 7              A    Correct.
 8              Q    Do you know why again -- do you know why
 9       again this was sent to you R. Gorrin at the very top?
10              A    I don't remember.
11                   Certainly to be able to sign the IOU
12       payment for me to sign, that company did to establish
13       myself so that I would sign the document.
14              Q    Your testimony you had to sign every
15       document every time a client wanted to do a currency
16       exchange?
17              A    Not in all.
18              Q    What is the amount that Andiron was
19       supposed to pay to Patric Love?
20              A    Andiron, that Andiron had to pay, the
21       contract says it.  $721,000.
22              Q    When are they supposed to pay it?
23              A    Before February -- sorry.  Before January
24       10th of 2014.
25              Q    Do you know if there were other
```

Page 110

1    transactions between Andiron and Patric Love Holdings?

2          A    I don't know.

3          Q    I am going to show you what we marked as

4    Government Exhibit 610 and it will be our Exhibit 45.

5               (Whereupon, the above referred-to document

6               was marked as Plaintiff's Exhibit 45.)

7    BY MR. PATRICIOS:

8          Q    Do you see that there is a question if we

9    scroll down to pay Patric Love $4 million here?

10         A    Yes, correct.

11         Q    If you scroll down, is that your signature?

12         A    Yes, of course.

13         Q    Do you know why you asked that $4 million

14   be transferred to Patric Love in 2013?

15         A    That must be the same transfer of the 4

16   million.  They must be supported.

17         Q    Are you sure?

18         A    That's what I believe.  If it's there, it

19   also must be supported in a loan in bolivares.

20         Q    But you don't have the documents to show

21   that that company gave your company bolivares, right?

22         A    No.  That's been a long time.

23              But once again, a transfer cannot be made

24   unless it was being supported by bolivares.

25         Q    And then in 2013 and 2014 time frame,

Page 111

1    Claudia Diaz Guillen was the treasurer, correct?

2          A    No.  She was no longer the treasurer.

3          Q    When did she leave that job?

4          A    I don't remember.  I believe she started in

5    2011 and she left in the beginning of 2013.  When the

6    new administration comes in, it changed.

7          Q    Do you know how she and her husband got 88

8    million bolivares times three to do all of these

9    transactions?

10         A    How am I supposed to know the person was

11   making the payments to Maria Mercedes Torres, not

12   Claudia.  If I would have known, I would not have done

13   any transactions with her.

14         Q    Do you have a website raulgorrin.net?

15         A    Not that I am aware.  People have created

16   pages and things like that.

17         Q    We are going to share the page with you,

18   Mr. Gorrin.

19         A    Yes.

20         Q    We are going to share with you something

21   that is at https:raulgorrin.net.  And this is an

22   English version of it.  Is this your website?

23         A    But I don't believe I was the one that

24   created it.  I don't remember.

25               MR. SREBNICK:  Howard Srebnick here.  Are

```
 1          you saying that you just went on line and that's
 2          what you pulled up on line at this moment?
 3               MR. PATRICIOS:  Yes.
 4               MR. SREBNICK:  I just tried the same thing
 5          and I get something very different.
 6               MR. PATRICIOS:  We get this website, we get
 7          a warning first, Howard.
 8               MR. SREBNICK:  That's what I got.  I got a
 9          warning.
10               MR. PATRICIOS:  You have to go through the
11          warning.
12               MR. SREBNICK:  Hang on.  Let me try to get
13          through the warning.  Mine says your connection
14          is not private.  Attackers might be trying to
15          steal your information for raulgorrin.net.  It
16          says learn more --
17               MR. PATRICIOS:  We have it up on the
18          screen.  Just follow on the screen.
19               MR. SREBNICK:  May I request that you just
20          show us how you got there.
21               THE WITNESS:  I arrived to become a
22          businessman.
23               THE INTERPRETER:  I am translating
24          interpreting what the attorneys were saying that
25          there is no question being posed.
```

Page 113

1              THE WITNESS:  One question.  Can I go to

2          the bathroom for a moment?

3              MR. PATRICIOS:  Let's take a five minutes

4          break.

5              THE WITNESS:  Thank you.

6              THE VIDEOGRAPHER:  We are going off the

7          record.  The time is 2:02 p.m.

8                  (Off the record.)

9                  (Back on the record.)

10             THE VIDEOGRAPHER:  We are back on the

11         record.  The time is 2:11 p.m.  This is Media

12         Card Number 4.  You may proceed.

13     BY MR. PATRICIOS:

14         Q    We pulled up a portion of a website that

15     has your photo and is dated December 12, 2017.  Do you

16     see that?  Do you see that, Mr. Gorrin?

17         A    Yes, of course.

18         Q    Did you approve the website raulgorrin.net

19     in English and in Spanish?

20         A    No.  I don't know who did that page to be

21     honest.

22         Q    Do you recall ever telling someone on your

23     report that even though you don't think you are being

24     called for the role of a leader in Venezuela but when

25     the country needs it, I will become a leader and I will

Page 114

1    do it publicly?

2         A    I never said that.

3         Q    That's not something you say out loud in

4    Venezuela?

5         A    I have no political interest.  I'm an

6    entrepreneur.

7         Q    You have no political interest because you

8    would run up against President Maduro, wouldn't you?

9         A    I have no political interest.  I don't have

10   a political party.  I have no political interest.  I do

11   have an interest that the countries get better, of

12   course, I do have an interest in that.

13        Q    When the support story came out that you

14   were interested in being a leader, that's when you

15   contacted the DEA to try and make a deal to come to our

16   country?

17             MR. SREBNICK:  Assumes facts not in

18        evidence.

19             THE WITNESS:  I contacted DEA after whom

20        was I after?  That's craziness.

21   BY MR. PATRICIOS:

22        Q    You've never tried to provide information

23   to the DEA or CIA on behalf of yourself to cut a deal,

24   right?

25        A    Never ever.

Page 115

1          Q     And you've never asked other people to
2     contact the DEA or the CIA to provide information on
3     your behalf; is that correct?
4          A     The only thing that happened was somebody
5     came before the indictment started.  Sorry.  After the
6     indictment was done, somebody came, there was a
7     contract for from the DEA that came here in my house in
8     Venezuela, and told me the only thing I needed to say
9     was that Fridays belonged to Maduro.  And I said no, I
10    am not going to say that, I am not going to lie.  I am
11    not going to tell lies.
12         Q     Do you know Mikel Jose Moreno Perez.  Mikel
13    Jose Moreno Perez of the Supreme Court?
14         A     Yes, of course.
15         Q     Are you aware that your company transferred
16    $500,000 to him in April of 2013?
17               THE INTERPRETER:  The interpreter did not
18               interpret the question.  The answer was we
19               studied together at the university.
20    BY MR. PATRICIOS:
21         Q     You gave him $500,000?
22         A     If I did, it would have been through an
23    agreement, attorney, but before he became a judge.
24         Q     Before or after?
25         A     Before he became a magistrate, not after, I

Page 116

 1          don't believe.  He was an acting attorney.

 2                  Q     What position did he hold when you gave him

 3          $500,000?

 4                  A     He was an acting attorney.

 5                  Q     Was he obligated to pay you back that

 6          money?

 7                  A     Me to him, certainly.

 8                  Q     What do you mean me to him?

 9                  A     Could have been that a case that we did

10          together and that was his payment that was owed.

11                  Q     Why would you pay him offshore in dollars?

12                  A     What would be the problem me paying him in

13          another account?  I paid him what was corresponding to

14          him in the account that he told me pay me in this

15          account, my personal account in the USA and I paid him.

16                  Q     What case did he earn a $500,000 fee on?

17                  A     We have had together no less than ten

18          cases.

19                  Q     Which case was the one that he was entitled

20          to $500,000?

21                  A     No, that must have been an accumulation of

22          fees, not just for one case.

23                  Q     We got records of that.

24                  A     It has been a long time.

25                  Q     So you don't have records?

Page 117

1          A     No.  Right now I don't.

2          Q     Do you know a gentleman by the name of

3     Mathias Cruz?

4          A     Yes.  That was -- he was my banker in a

5     Swiss bank that is called Julius Baer.

6          Q     What period of time was he your banker?

7          A     Look, I don't recall very well the date.

8          Q     Do you recall meeting with him in

9     Venezuela?

10               THE INTERPRETER:  There was background

11          noise, Mr. Patricios, I apologize.

12     BY MR. PATRICIOS:

13          Q     Do you recall meeting with Dr. Cruz in

14     Venezuela?

15          A     Yes, of course.

16          Q     Do you recall introducing him to Mario

17     Bonilla?

18          A     Me, no.

19          Q     Do you know Mario Bonilla?

20          A     No.

21          Q     How about Mario Enrique Bonilla Vallera?

22          A     I am not his friend.  I don't know him.

23          Q     Who is he?

24          A     I don't know.

25          Q     You've never heard the name before?

Page 118

```
 1              A    Well, through an accusation there in the
 2       United States.
 3              Q    What is the accusation?
 4              A    I don't know in reality why he is being
 5       accused, why he is being accused.  But I don't have any
 6       relation.  I don't have any relation.  I don't have any
 7       relation with him and neither did I introduce him to
 8       Cruz.  Cruz had hundreds of clients, hundreds.  You
 9       guys know better than I do.
10              Q    You met with Cruz in Miami in Fisher
11       Island, correct?
12                   THE INTERPRETER:  You met in Miami where?
13       BY MR. PATRICIOS:
14              Q    Fisher Island.
15              A    I met Cruz in Miami, yes.
16              Q    In Fisher Island?
17              A    Yes, of course when I purchased an
18       apartment.  That transfer I did it through the account
19       in which he managed.  Pardon me, in the account in
20       which he managed, that is why.
21              Q    So the account that he managed for you was
22       used to purchase the unit on Fisher Island that we are
23       speaking of?
24              A    Of Julius Baer, B-a-e-r.
25       BY MR. PATRICIOS:
```

Page 119

```
 1          Q    That was your account at the bank, personal

 2    bank, right?

 3          A    Correct.

 4          Q    When you purchased the condominium on

 5    Fisher Island, did you put it in the name of --

 6               THE INTERPRETER:  Interpreter was not able

 7          to hear.  There was two people speaking at the

 8          same time.

 9    BY MR. PATRICIOS:

10          Q    When you purchased the condominium or the

11    units on Fisher Island, did you put it in the name of a

12    company?

13          A    Yes, of course.

14          Q    That company was named Planet 2 Reaching,

15    Inc.?

16          A    I believe, yes.

17          Q    You own and control that company?

18          A    Yes, of course.

19          Q    Do you know --

20               THE INTERPRETER:  Sorry.  Mr. Patricios.

21    BY MR. PATRICIOS:

22          Q    Do you know Hugo Carvajal?

23          A    No.  I have never met him personally.

24          Q    Do you know his name?  Do you know who he

25    is?
```

```
                                                       Page 120

  1              A    He is an important person in Venezuela.  He

  2       was the military of affairs in Venezuela for 12 years

  3       during the Chavez time.

  4              Q    You never offered to pay him any money?

  5              A    That doesn't exist.

  6              Q    Do you know Diosdado Cabello?

  7              A    They call him Mazo Dando.  That's what they

  8       call him.  He has a television show called Mazo Dando.

  9       That's what they call him.  He has had the show for

 10       nine years.  He is very popular by the way.

 11              Q    Didn't he used to work for the government?

 12              A    He was a minister of Chavez.  He was vice

 13       president for Chavez.  He's a political figure in

 14       Venezuela.  Everybody knows of him.

 15              Q    What relationship do you have with him?

 16              A    None.  I know him.  I know him.  Up to

 17       that, he has been at my house several times.

 18                   THE INTERPRETER:  Interpreter's correction.

 19              The deponent said channel.  Interpreter heard

 20              house.

 21                   THE WITNESS:  I never said he went to my

 22              house.

 23       BY MR. PATRICIOS:

 24              Q    All right.  We are going to show you what

 25       we have marked as Exhibit 46.
```

Page 121

```
 1              (Whereupon, the above referred-to document
 2               was marked as Plaintiff's Exhibit 46.)
 3        BY MR. PATRICIOS:
 4              Q    Mr. Gorrin, these are some documents for
 5        Planet 2 Reaching, Inc., do you recognize your name and
 6        your wife's name there?
 7              A    Yes, of course.
 8              Q    Do you recognize on the second page that
 9        you were elected as president and your wife as
10        secretary and vice president?
11              A    Correct.
12              Q    And that has never changed?
13              A    No.  It has maintained the same.
14              Q    Is that your signature at the bottom of the
15        next page?
16              A    Yes, of course.  And my wife's is the
17        second one.
18              Q    And above that, it says shares of stock
19        Planet 2 Reaching, Inc. Limited.  Do you see that?
20        Yes?
21              A    Let me see.  What would you like me to see,
22        the share amount?
23              Q    Do you see there is a company called Planet
24        2 Reaching, Inc. Limited?
25              A    Yes, of course.
```

Page 122

```
 1            Q    You are the owner of that company?

 2            A    Yes, of course.

 3            Q    You control that company?

 4            A    Yes, of course.

 5            Q    There are no other owners of that company?

 6            A    My wife.

 7            Q    Only, right?

 8            A    Yes, of course.

 9            Q    I am going to go to Exhibit 47.

10         (Whereupon, the above referred-to document

11          was marked as Plaintiff's Exhibit 47.)

12      BY MR. PATRICIOS:

13            Q    This is a document that was produced --

14                 MR. PATRICIOS:  You know what, we need to

15            stop and have the agent leave the Zoom now.

16            Sorry.

17                 THE WITNESS:  Are we stopping then?

18                 MR. PATRICIOS:  No.  I just wanted him to

19            leave because these documents have been marked

20            by your attorneys as confidential.

21                 THE WITNESS:  Okay.

22         (Whereupon, Eric Moreno left the Zoom deposition.)

23      BY MR. PATRICIOS:

24            Q    Did you recognize that you are the

25      president of Globovision Corporation?
```

Page 132

1                        CERTIFICATE OF OATH

2      STATE OF FLORIDA          )

3                                        SS:

4      COUNTY OF MIAMI-DADE )

5

6      I, MARLA SCHREIBER, Shorthand Reporter, Notary

7      Public, State of Florida, certify that Raul Gorrin

8      appeared before me on the 23rd day of May, 2023 and

9      was duly sworn.

10

11          Signed this 24th day of May 2023.

12

13

14

15          MARLA SCHREIBER, SHORTHAND REPORTER

16          NOTARY PUBLIC, State of Florida

17

18

19

20

21

22

23

24

25

Page 133

1                    REPORTER'S CERTIFICATE

2        STATE OF FLORIDA)

3        COUNTY OF MIAMI-DADE )

4            I, Marla Schreiber, Shorthand Reporter, certify

5        that I was authorized to and did stenographically

6        report the foregoing proceedings; and that the

7        transcript is a true record.

8            I further certify that I am not a relative,

9        employee, or counsel of any of the parties, nor am I

10       a relative or employee of any of the parties'

11       attorney or counsel connected with the action, nor

12       am I financially interested in the action.

13           Dated this 24th day of May, 2023.

14

15

16

17       MARLA SCHREIBER, SHORTHAND REPORTER

18       NOTARY PUBLIC, Commission # DD 723489

19       MY COMMISSION EXPIRES:

20       October 14, 2023

21

22

23

24

25