# Exhibit 4

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO CABALLERO,                       Case No. 1:18-CV-25337-KMM

       Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLUMBIA, a/k/a
FARC-EP a/k/a REVOLUTIONARY ARMED
FORCES OF COLUMBIA; and THE NORTE
DE VALLE CARTEL,

       Defendants.
_____/

### DECLARATION OF LEAMSY SALAZAR

Pursuant to 28 U.S.C. § 1746, I, Leamsy Salazar, hereby declare as follows:

1. I am fully competent to make this declaration and I have personal knowledge of the facts stated in this declaration.

2. From 2010 until his death in 2013, I was the personal bodyguard of Hugo Rafael Chávez Frías, President of Venezuela ("President Chávez").

3. In my role as the personal bodyguard of President Chávez, I was physically present next to or near President Chávez.

4. I was personally present during numerous meetings between President Chávez and several leaders of the FARC, including Luciano Marín Arango (a/k/a Iván Márquez) ("Iván Márquez") who remains the leader of the FARC in the regions close to Venezuela. Such meetings would take close to the border between Venezuela and Colombia and occurred during 2008 through 2011.

5. Other senior members of Venezuela's government also attended the meetings with the FARC. Such members included Rafael Darío Ramírez Carreño ("Rafael Ramírez"), the

Page **1** of **9**

AC-006264

Minister of Oil and Energy and President of Petróleos de Venezuela, S.A. ("PDVSA"), and Ramón Rodríguez Chacín ("Ramon Chacín"), the Minister of the Interior Justice in charge of Venezuela's intelligence agencies, General Hugo Armando Carvajal Barrios ("Hugo Carvajal"), head of Venezuela's military intelligence. President Chávez's daughter, María Gabriela Chávez, was present at one of the meetings with the FARC during which photographs were taken, including with Raúl Reyes of the FARC. Raúl Reyes was later killed in a raid in FARC territory and his laptop retrieved by law enforcement. I recall that there was much fear that his laptop would have the photographs taken of FARC leaders with the highest leaders of Venezuela's government.

6. Ramon Chacín was so closely allied with the FARC that I heard the FARC leaders give him the honorary title of Commander in the FARC.

7. On numerous occasions, I personally heard President Chávez give orders that assistance be provided to the FARC. Such orders include:

   a. President Chávez ordering Rafael Ramírez to provide funds to the FARC. In an attempt to justify the transfers of cash to the FARC, on occasion Venezuela received a small amount of agricultural products in "exchange" even though such agricultural products were readily available in Venezuela at far less of a price.

   b. President Chávez ordering the delivery of weapons to the FARC. When Venezuela would receive a shipment of new weapons from China or elsewhere, President Chávez would order the older weapons delivered to the FARC and also had a portion of the new weapons delivered to the FARC. To cover up the transfer, as soon as the weapons had left the Venezuelan facilities for delivery to the FARC, a fire would destroy the armory where the weapons had been

AC-006265

stored, but the weapons would have already been distributed the FARC beforehand. The information distributed to the public and the world was that the weapons had been destroyed in the armory fire.

8. I also witnessed a meeting between President Chávez and Daniel Ortega (President of Nicaragua) as well as President Ortega's wife, Rosario Murillo.

9. At the meeting, President Ortega's wife asked Chávez to supply a larger plane for her and her family.

10. President Chávez told President Ortega at that meeting that "he knew what he needed to do," and procured a new larger plane for President Ortega.

11. President Chávez instructed that the plane be laden with cocaine provided by the FARC, and that plane carrying President Ortega's and President Ortega's wife took off to Nicaragua fully loaded with FARC cocaine.

12. Claudia Patricia Diaz Guillen ("Claudia Diaz Guillen") was also present at meetings with the FARC. At one time, she was President Chávez's personal nurse and also his lover. President Chávez is the father of Claudia Diaz Guillen's son. Because of her close relationship with President Chávez, Claudia Diaz Guillen was given several positions in the Venezuelan government, including National Treasurer of Venezuela and Secretary of FONDEN (Fondo de Desarrolo Nacional, S.A.).

13. I personally witnessed President Chávez ask Claudia Diaz Guillen on a daily basis for the balance in the accounts of FONDEN and as National Treasurer. I also personally witnessed President Chávez tell Claudia Diaz Guillen that funds from those accounts needed to go to the FARC.

AC-006266

14. After being appointed to her positions within the Venezuelan government, Claudia Diaz Guillen and her husband Adrian Velazquez Figueroa immediately became very wealthy.

15. I witnessed Raúl Gorrín Belisario ("Raúl Gorrín") interacting with Claudia Diaz Guillen and her husband and other members of the Venezuelan government. It was well known that Raúl Gorrín was a person who could assist members of the Venezuelan government move funds to offshore accounts.

16. I personally witnessed corruption within the Venezuelan government and also witnessed some of the methods that were used by President Chávez and others to obtain funds that were provided to the FARC.

17. One method used by President Chávez and others in his government was to authorize a project, such as a construction project, to which funds would be allocated. After the funds were allocated, the project would either not occur or only a portion of the project would be completed (the "Subject Projects"). The funds allocated for such projects would be used by President Chávez for whatever he desired, including funding the FARC.

18. One technique used by President Chávez to launder funds regarding the Subject Projects was to authorize the payment on false contracts. Again, after the funds were allocated, the Subject Projects would either not occur or only a portion of the project would be completed. The funds allocated for such Subject Projects would be spent on false contracts issued to FARC shell companies.

19. Under the false contracts the FARC shell companies would not render any real services for the money that they were receiving pursuant to the false contract scheme. A week or so before the Governor of the Venezuelan State of Apure was assassinated, I went with President Chávez to visit the Apure Governor.

AC-006267

20. On that visit President Chávez slept at the Apure Governor's residence.

21. I was in attendance during the meeting between the Apure Governor and President Chávez. The Apure Governor reported that he was losing control over the region to the FARC. I recall President Chávez telling the Apure Governor to calm down and that all would be resolved.

22. I also recall that President Chávez did not agree to assist the Apure Governor with his resistance to the FARC false contract scheme in Apure. Rather, President Chávez approved other projects that did not involve FARC as way to provide comfort to the Apure Governor and cover-up for the false contract scheme, by providing for the separate non-FARC related projects undertaken.

23. A few days after President Chávez's visit to the Apure Governor's resident, President Chávez removed him from office.

24. I personally observed President Chávez remark "me mataron al muchacho" [*they killed the young man*] in a very dry and unemotional way when the Apure Governor was killed about 15 days after the visit by President Chavez to the Apure Governor's residence.

25. The assassination took place after an altercation with Diosdado Cabello Rondon ("Diosdado Cabello") regarding the Apure Governor's resistance to instructions to issue false contracts to FARC shell companies for several projects.

26. Knowing President Chávez intimately for so many years, I immediately understood that the assassination of the Apure Governor was with the full knowledge and acquiescence of President Chávez.

27. Through my personal observations, I also learned that portions of the profits from the sale of bonds issued under the "permuta" system (by both the Office of the National Treasury

AC-006268

of Venezuela ("ONT") and FONDEN) and portions of the profits from the unofficial currency exchange markets were paid to President Chávez.

28. I was personally present when President Chávez would inquire from Claudia Diaz Guillen about the amount of funds available in the ONT and FONDEN accounts, and instruct that funds from the sale of bonds under the "permuta" scheme be utilized for the FARC.

29. I also personally observed many transactions involving China. The government of China provided funds to the ONT – supposedly for the financing of construction or other projects. Through my personal observations, I learned that President Chávez used the China-Venezuela Joint Fund (*Fondo Conjunto Chino Venezolano*) (funded by the Government of China, and the Government of Venezulea – including through FONDEN) for whatever he desired including funding the FARC.

30. I also personally observed meetings between President Chávez and Rafael Ramírez, at which both President Chávez ordered the delivery to the FARC of funds held by PDVSA.

31. I know Nicolás Maduro Moros ("Maduro") and was personally present during meetings with him and President Chávez. In approximately 2008 or 2009, Maduro had three close Staff Members that were his direct subordinates and were active members of the FARC. Rodrigo Granda, known as an Ambassador for the FARC, provided Maduro with the three Staff Members.

32. As a person responsible for the safety of President Chávez, I was concerned that such three Staff Members had access to President Chávez through Maduro. During my time in the armed forces of Venezuela, before Hugo Chávez became President, there had been battles between FARC troops and Venezuelan troops.

AC-006269

33. Even though President Chávez had close relationships with the FARC, I was concerned that the FARC had three Staff Members, in our own government, with frequent access to him.

34. Alejandro Cedeno Andrade ("Andrade") was one of President Chávez's closest friends. Because of their close friendship, President Chávez appointed Andrade as the National Treasurer. After his appointment, Andrade immediately became very rich. Again, Raúl Gorrín was the person that bribed Andrade and assisted him to move his funds offshore.

35. I was personally aware that because President Chávez and Andrade were very close, in fact Andrade was President Chávez's best friend since childhood, and that because Claudia Diaz Guillen was his lover and mother of his child, that President Chávez fully understood that Raúl Gorrín was providing kickbacks to each of them.

36. I personally witnessed President Chávez inform Andrade that he was to be removed from his position as Treasurer because he had flaunted (including through, owning airplanes and ranches) his wealth to too many people, and that President Chávez was concerned that there would be scrutiny over himself, because of Andrade's flaunting of wealth.

37. I understood President Chávez was concerned that others would find out that he himself had embezzled and laundered funds from the "permute" scheme in which Andrade had participated.

38. I had personally witnessed President Chávez instruct Andrade on many occasions to bring him within hours millions of dollars in cash.

39. On one occasion I heard President Chávez instruct Andrade to bring to $10M dollars (USD) by "this afternoon."

AC-006270

40. I understood clearly that the funds which President Chávez embezzled, and laundered to the FARC, were from three sources: 1) the "permuta" scheme (whereby Raúl Gorrín would bribe Andrade, and later Claudia Diaz Guillen) including through proceeds that were deposited into the ONT and at times, FONDEN;  2) the funds allocated to Subject Projects, including through false contracts on Subject Projects and as well as monies diverted from various projects using the China-Venezuela Joint Fund (*Fondo Conjunto Chino Venezolano*); and 3) PDVSA.

41. I also understood that President Chávez, Maduro, Diosdado Cabello, Hugo Carvajal, and others in the Chávez administration were receiving profits for their assistance in moving FARC cocaine.

42. President Chávez had a three-prong strategy for the movement of FARC cocaine, and had assigned three individuals to lead in three forms of assistance.

43. These individuals were—1) Regarding Financial and Logistical support: Rafael Ramírez, President of PDVSA from 2004 to 2013; 2) Military Coordination and Assistance: Hugo Carvajal; and 3) Intelligence and Information Assistance: Ramon Chacín.

44. I was present at meetings with each of these individuals where President Chávez gave instructions to provide support to the FARC in their various areas of designate support.

45. Rafael Ramírez in particular would take copious notes, and I never saw him question President Chávez's instructions to assist the FARC.

AC-006271

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on April 17, 2023

_____
Leamsy Salazar

AC-006272