UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25337-KMM

ANTONIO CABALLERO,

    Plaintiff,

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA, *et al.*,

    Defendants.
_____/

**PLAINTIFF ANTONIO CABALLERO'S RESPONSE TO ECF NO. 343 THE
INTERESTED PARTIES' STATEMENT OF MATERIAL FACTS**

Pursuant to Fed. R. Civ. P. 56 and Local Rule 56.1, Antonio Caballero ("Caballero"), by his undersigned counsel, submits the following response to the IPs'[1] Statement of Material Facts:[2]

1. Disputed.

Material Assistance provided by FARC A/I Hugo Chávez ("Chávez"), included without limitation: 1) instructed Nicolás Maduro to remove judges that would not protect the FARC; 2) agreed with Ivan Marquez to use PDVSA funds to support FARC, 3) served as a leader of the *Cártel de Los Soles*; 4) attempted to remove terrorist label on FARC; 5) conducted agricultural business with FARC; 6) ordered funds to FARC to maintain troops, buy uniforms, and obtain electronic and communications equipment; 6) provided safe haven for FARC operations in Apure; 8) acquiesced to murder of Apure Governor for resisting FARC "false state contracts"'; 9) ordered Rafael Darío Ramírez Carreño ("Rafael Ramírez") to provide financial assistance to FARC; 10) ordered arms to be delivered to FARC; 11) ordered Claudia Diaz Guillen ("Diaz Guillen") to provide funds to FARC; 12) instructed Diaz Guillen to use funds from bond sales under permuta scheme for FARC; 13) used China-Venezuela Joint Fund to provide financial assistance to FARC; 14) embezzled funds through the "permuta scheme" and bond sales that were deposited into ONT and/or FONDEN, as well as monies derived from projects using China-Venezuela Joint Fund; and 15) all other activities of Chávez in support of FARC in Robert Zachariasiewicz's Report.[3]

---

[1] The "**IPs**" are defined as Raul Gorrin Belisario ("**Gorrin**"), Gustavo Adolfo Perdomo Rosales ("**Perdomo**"), and the 23 entities ("**IP Entities**") listed at ECF No. 207 at 2, n.1.

[2] Caballero notes that in violation of the Local Rules, the IPs failed to cite any record evidence in Paragraphs 1, 4, 7, 8, 9, 10, 11, 12, 13, 18, 19, 20, 21, 22, 23, 24, 25, 26, and 28 of their Statement of Material Facts ("**SOMF**"), ECF No. 343.

[3] Citations as to: **1)** **Composite Exhibit 1** hereto, Expert Report of Robert Zachariasiewicz dated May 1, 2023 (including corresponding Exhibits A to Y thereto) ("**RZ Report**") at 17 (quoting Ex. D thereto at ¶ 15(b)); **2)** RZ Report at 17 (quoting Ex. D thereto at ¶ 15(e)); **3)** *Id.*; **4)** RZ Report at 18; **5)** RZ Report at 18, and Ex. B thereto at ¶ 7(a); **6)** RZ Report at 18; **7)** RZ Report at 18-19; **8)** RZ Report at 19, 37, and Ex. B thereto at ¶¶ 19-26; Declaration of Martin Rodil dated May 5, 2023 ("**M. Rodil Decl.**") ECF No. 301-3 at ¶¶ 40-58; **9)** RZ Report at 19, and Ex. B thereto at ¶¶ 30, 44-45; **10)** RZ Report at 19, and Ex. B thereto at ¶ 7(b); **11)** RZ Report at 19, and Ex. B thereto at ¶ 13; **12)** RZ Report, Ex. B thereto at ¶ 28; Expert Report of Dr. William J. Luther ("**WL Report**") ECF No. 287-1 at 10-11; **13)** RZ Report, Ex. B thereto at ¶ 29; M. Rodil Decl., ECF No. 301-3 at ¶¶ 46-53; WL Report, ECF No. 287-1 at 10-11, 16-17); and **14)** RZ Report, Ex. B thereto at ¶¶ 16-19, 27-29, 30, and 40; M. Rodil Decl., ECF No. 301-3 at ¶ 46-53. Note that on May 19, 2023, both Mr. Zachariasiewicz and Dr. Luther affirmed under oath that their respective expert reports (i.e., the RZ Report and the WL Report) contain the matters that they will be offering opinions on at trial. *See* Zachariasiewicz Depo Tr., ECF No. 288-2 at p. 60/line 12 – p. 61/ line 22; and Luther Depo Tr., ECF No. 287-2 at p. 16/lines 5-10, p. 30/lines 9-13.

Gorrin's material assistance to the FARC and FARC A/I Chávez, included without limitation: 1) **funneling money to the FARC through participating in the "bond scheme"[4] whereby proceeds from bond sales were deposited into the ONT[5] or FONDEN[6] and then paid out through "false state contracts" or "never projects"[7]**; 2) primary participant in the "bond scheme"; and 3) enriching Chávez through his involvement in the "bond scheme".[8]

Nicolás Maduro ("Maduro") "is not only an agency or instrumentality of the FARC – he is the FARC. The FARC itself states that Maduro is the head of the FARC (i.e., the 'leader of the ship')."[9] Material Assistance provided by FARC leader Maduro included without limitation: 1) participated in a narco-terrorism conspiracy between the *Cártel de Los Soles* and the FARC; 2) led and managed the *Cártel de Los Soles* and the narco-terrorism conspiracy with the FARC; 3) agreed to launder FARC's drug proceeds; 4) agreed to provide the FARC cash and weapons in exchange for increased cocaine production and to keep the Venezuelan/Colombian border open to facilitate drug trafficking; 5) negotiated multi-ton shipments of FARC-produced cocaine; 6) agreed to continue to provide weapons to the FARC; 7) following his agreement with Marín Arango, *Cártel de Los Soles* diverted Venezuelan military equipment to the FARC; 8) oversaw three of his staff members who were active FARC soldiers; 9) directed that the *Cártel de Los Soles* provide military-grade weapons to the FARC; 10) coordinated foreign affairs with Honduras and other countries to facilitate largescale drug trafficking; 11) participated along with Chávez in support of the FARC as a minister who conducted business with the FARC; and 12) served as President of FONDEN,

---

[4] *See* RZ Report at 38-65, 65-66.

[5] "**ONT**" refers to the *Oficina Nacional del Tesoro* (National Treasury Office) in Venezuela.

[6] "**FONDEN**" refers to *Fondo de Desarrollo Nacional FONDEN, S.A.* (National Development Fund FONDEN, S.A.).

[7] The "**never projects**" refer to projects that were subject to the practice of laundering monies to FARC and/or FARC agencies or instrumentalities such as Chávez and Maduro (who is the FARC) that "were either never built, never completed, completed with grave defects, or completed only many years later after the money laundering activities that occurred." *See* RZ Report at 35.

[8] Citations as to: **1)** RZ Report at 65-67, 80; WL Report, ECF No. 287-1 at 7-16; **2)** RZ Report at 65-66, 80; WL Report, ECF No. 287-1 at 7-12; and **3)** WL Report, ECF No. 287-1 at 10-11 (citing and quoting Declaration of Leamsy Salazar dated April 17, 2023 ("**L. Salazar Decl.**") (*i.e.,* Ex. B to RZ Report) at ¶¶ 27-28, 38-40); RZ Report at 51-53.

[9] *See* RZ Report at 21 (citations omitted).

which was an important source of funding for the "never projects" and "false state contracts" that benefitted the FARC through its shell companies.[10]

Gorrin's material assistance to the FARC and FARC leader Maduro, included without limitation: 1) serving as a "testaferro" for Maduro, who is the FARC; 2) attempting to shield Maduro's FARC cocaine proceeds, including by trying to hire former Assistant Secretary of State Otto Reich; 3) **funneling money to the FARC through participating in the "bond scheme" whereby proceeds from bond sales were deposited into the ONT or FONDEN and then paid out through "false state contracts" or "never projects"**; 4) being a primary participant in the "bond scheme"; 5) **bribing Maduro, who is the FARC, through gifts to his wife** Cilia Flores Maduro; 6) money laundered for Maduro and his family members; and 7) **bribing Maduro, who is the FARC, through payments to Los Chamos**[11], **pursuant to Gorrin's involvement in the "fake loan" scheme involving PDVSA**.[12]

Material Assistance provided by FARC A/I Cilia Adela Flores de Maduro ("Cilia Flores Maduro"), includes without limitation: 1) **runs Maduro's (who is the FARC) finances**; and 2) **assists Maduro (who is the FARC) to maintain an illegitimate grip on power**.[13]

Gorrin's material assistance to the FARC and FARC A/I Cilia Flores Maduro, included without limitation: 1) **bribed Maduro, who is the FARC, through gifts to** Cilia Flores Maduro;

---

[10] Citations as to: **1)** RZ Report at 7, and Ex. D thereto at ¶ 1; **2)** RZ Report at 24, and Ex. D thereto at ¶¶ 4, 6; **3)** RZ Report, Ex. D thereto at ¶ 15(c); **4)** RZ Report at 24, and Ex. D thereto at ¶ 15(f); **5)** RZ Report, Ex. D thereto at ¶ 5; **6)** RZ Report, Ex. D thereto at ¶ 15(k); **7)** RZ Report at 24, and Ex. D thereto at ¶ 15(m); **8)** RZ Report at 21-22, and Ex. B thereto at ¶¶ 31-33; **9)** RZ Report, Ex. D thereto at ¶ 5; **10)** *Id*.; **11)** RZ Report at 18; and **12)** RZ Report at 33-37, and Ex. G thereto at AC-006257 - AC-006258.

[11] "**Los Chamos**" refers to FARC A/Is Walter Jacob Gavidia Flores, Yosser Daniel Gavidia Flores, and Yoswal Alexander Gavidia Flores.

[12] Citations as to: **1)** RZ Report at 8, 66, and Comp. Ex. R thereto at 3; **2)** *Id*.; **3)**; RZ Report at 65-67, 80-81, 38-65; WL Report, ECF No. 287-1 at 7-16; **4)** RZ Report at 65-67, 80-81, 38-65; WL Report, ECF No. 287-1 at 7-12; **5)** R.Z Report at 69, and **Exhibit 2 hereto**, Press Release, U.S. Treasury Dep't (Sept. 25, 2018); **6)** RZ Report at 8, 28-29; and **7)** RZ Report at 28 (stating that "it has become clear to…[him] that Cilia runs the finances of Maduro and the clan. It is telling that…already back in 2002, the FARC had noted corruption of both Maduro and Cilia. That is because from the outset their ill-gotten assets have been comingled not only between Maduro and Cilia, but across the Maduro clan. And the money flows up to Cilia for its distribution and disposition—often through the allocation of credit cards to be charged against the funds."), 66-67, Ex. U thereto at ¶ 19(b), and Ex. Y thereto at ¶ 109(b).

[13] Citations as to: **1)** RZ Report at 28, and Ex. C thereto at 9; and **2)** RZ Report at 28-29, and **Exhibit 2 hereto** Press Release, U.S. Treasury Dep't (Sept. 25, 2018).

2) **money laundered for Maduro and his family members**; 3) **bribed Maduro (who is the FARC) and Cilia Flores Maduro through payments** to Los Chamos pursuant to the "fake loan" scheme involving PDVSA.[14]

Material Assistance provided by FARC A/Is Los Chamos, includes without limitation: 1) **served as "straw men" or "testaferros" for Maduro (who is the FARC)**; 2) **served as FARC A/I Alex Saab's liaisons to Maduro regime officials for his money laundering and bribery activities**; and 3) **assisted FARC A/I Gorrin address issues with Maduro (who is the FARC)**, by intervening with their mother, Cilia Flores Maduro.[15]

Gorrin's material assistance to the FARC and FARC A/Is Los Chamos, included without limitation: 1) **participated in the "fake loan" scheme involving PDVSA that paid bribes and/or kickbacks to Maduro (who is the FARC) through FARC A/Is Los Chamos**; and 2) **conspired to launder illicitly obtained proceeds with FARC A/Is Los Chamos and others to bribe Maduro (who is the FARC)**.[16]

Material Assistance provided by FARC A/I Victor Aular, included without limitation: **participated in the "fake loan" scheme involving PDVSA, through which Gorrin bribed Maduro (who is the FARC) and Maduro's family**—specifically through funds paid to FARC A/Is Los Chamos. *See* RZ Report at 69-79, and Ex. Y thereto at AC-004634 - AC-004664.

Gorrin's material assistance to the FARC and FARC A/I Victor Aular, included without limitation: **bribed Victor Aular through schemes such as the "fake loan" scheme involving PDVSA as part of the scheme to bribe Maduro (who is the FARC) through payments to FARC A/Is Los Chamos**. *See* RZ Report at 69-79, and Ex. Y thereto at AC-004634 - AC-004664.

Material Assistance provided by FARC A/I Alejandro Andrade Cedeno ("Andrade"), included without limitation: 1) allowed FARC A/I Gorrin to conduct foreign currency exchanges and secure an improper advantage in acquiring the right to conduct such exchange transactions; 2)

---

[14] Citations at to: **1)** RZ Report at 8, 69, 80-81; **Exhibit 2 hereto** Press Release, Treasury Dep't (Sept. 25, 2018); **2)** RZ Report at 8, 28-29, 69, 79; and **3)** RZ Report at 66-67, Ex. U thereto at ¶ 19(b), Ex. Y thereto at ¶ 109(b), and AC-004634 - AC-004664.

[15] Citations at to: **1)** RZ Report at 80, 66-67, Ex. U thereto at ¶ 19(b), Ex. Y thereto at ¶ 109(b), and AC-004634 - AC-004664; WL Report, ECF No. 287-1 at 18, 12-16); **2)** RZ Report at 79-80; **Exhibit 3 hereto** Press Release, U.S. Treasury Dep't (Jul. 25, 2019); and **3)** RZ Report at 76-79, Ex. U thereto at ¶ 28.

[16] Citations at to: **1)** RZ Report at 66-67, Ex. U thereto at ¶ 19(b), Ex. Y thereto at ¶ 109(b), and AC-004634 - AC-004664; WL Report, ECF No. 287-1 at 18, 12-16; and **2)** *Id*.

participated in Chávez's illegalities such as embezzlement and laundering funds to the FARC from the bond scheme; and 3) **funneling money to the FARC through participating in the "bond scheme" with Gorrin whereby proceeds from bond sales were deposited into the ONT or FONDEN and then paid out through "false state contracts" or "never projects"**.[17]

Gorrin's material assistance to the FARC and FARC A/I Andrade, included without limitation: 1) **funneled money to the FARC through participating in the "bond scheme" with Andrade whereby proceeds from bond sales were deposited into the ONT or FONDEN and then paid out through "false state contracts" or "never projects"**; 2) bribed Andrade and assisted him to move his funds offshore; and 3) offered, promised, authorized, and paid, bribes to Andrade to allow Gorrin **to conduct foreign currency exchanges and securing an improper advantage in acquiring the right to conduct such exchange transactions and to participate in the "bond scheme", proceeds of which were funneled to the FARC through "false state contracts" and "never projects"**.[18]

Material Assistance provided by FARC A/I Diaz Guillen, included without limitation: 1) as the Executive Secretary of FONDEN, signed documentation recommending that FONDEN authorize Maduro (who is the FARC) as the new director of FONDEN (which was funding false contracts allocated directly to FARC shell companies); 2) assisted Chávez in obtaining funds to support the FARC; and 3) **funneling money to the FARC through participating in the "bond scheme" with Gorrin whereby proceeds from bond sales were deposited into the ONT or FONDEN and then paid out through "false state contracts" or "never projects"**.[19]

Gorrin's material assistance to the FARC and FARC A/I Diaz Guillen, included without limitation: offered, promised, authorized, and paid, bribes to Diaz Guillen to allow Gorrin **to conduct foreign currency exchanges and securing an improper advantage in acquiring the**

---

[17] Citations as to: **1)** RZ Report at 38-51; **2)** RZ Report at 64-65 (citing L. Salazar Decl. (i.e., Ex. B to RZ Report) at ¶¶ 38-39 (stating that he "had personally witnessed President Chávez instruct Andrade on many occasions to bring him within hours millions of dollars in cash[,]" and that "[o]n one occasion I heard President Chávez instruct Andrade to bring to $10M dollars (USD) by 'this afternoon.'"); and **3)** RZ Report at 64-65.

[18] Citations as to: **1)** RZ Report at 65-67, 80; WL Report, ECF No. 287-1 at 7-16; **2)** L. Salazar Decl. (i.e., Ex. B to RZ Report) at ¶ 34; RZ Report at 62 (citing Comp. Ex. X thereto (containing numerous examples of bribe payments and communications regarding bribe payments in Gov. Exhibits), and 63-65; and **3)** *Id*.

[19] Citations as to: **1)** RZ Report at 34 (citing Ex. G thereto); **2)** RZ Report at 34-37; and **3)** RZ Report at 38-51, 65.

5

**right to conduct such exchange transactions and to participate in the "bond scheme" with Diaz Guillen, proceeds of which were funneled to the FARC through "false state contracts" and "never projects"**.[20]

Material Assistance provided by FARC A/I Adrian Jose Velasquez Figueroa ("Velasquez"), included without limitation: received bribe payments on behalf of FARC A/I Diaz Guillen from Gorrin and/or Perdomo.[21]

Gorrin's material assistance to the FARC and FARC A/I Velasquez, included without limitation: paid bribes to Diaz Guillen through Velasquez to allow Gorrin **to conduct foreign currency exchanges and securing an improper advantage in acquiring the right to conduct such exchange transactions and to participate in the "bond scheme" with Diaz Guillen, proceeds of which were funneled to the FARC through "false state contracts" and "never projects"**.[22]

    2.    Disputed. *See* response and evidence cited *supra* Paragraph 1.

    3.    Disputed. *See* response and evidence cited *supra* Paragraph 1.

    4.    Disputed. *See* response and evidence cited *supra* Paragraph 1 (specifically as to Material Assistance provided by FARC A/Is Chávez, Maduro, Diaz Guillen, and Velasquez), and the following regarding Perdomo's material assistance to the FARC and such FARC A/Is:

Perdomo's material assistance to the FARC and FARC A/Is Chávez, Maduro, Diaz Guillen, and Velasquez, included without limitation: 1) Perdomo (by participating in the "bond scheme" through companies he owns jointly with Gorrin, such as Vineyard Ventures) has **provided funding for the money laundering engine run by Chávez and Maduro (who is the FARC) to enrich themselves and to also funnel money to the FARC**; 2) Perdomo (by participating in the "bond scheme" through such companies) has **provided funding for projects such as the "never projects" and "false state contracts" that benefitted the FARC through its shell companies**;

---

[20]    *See* RZ Report at 38-51, 65, 44 (citing Comp. Ex. N thereto (containing numerous examples of bribe payments and communications regarding bribe payments in Gov. Exhibits)).

[21]    *See* RZ Report at 38-51, 44 (citing Comp. Ex. N thereto (containing numerous examples of bribe payments and communications regarding bribe payments in Gov. Exhibits)).

[22]    *See* RZ Report at 38-51, 65, and 44 (citing Comp. Ex. N (containing numerous examples of bribe payments and communications regarding bribe payments in Gov. Exhibits)).

3) Perdomo **paying bribery expenses on behalf of the FARC A/Is Diaz Guillen and Velasquez**; and 4) serving as a "testaferro" for FARC A/Is, including Andrade, Diaz Guillen, and Velasquez.[23]

5. Disputed. *See* response and evidence cited *supra* Paragraph 1 (specifically as to Material Assistance provided by FARC A/Is Chávez, Maduro, Diaz Guillen, and Velasquez); and response and evidence cited *supra* Paragraph 4 (reflecting Perdomo's Material Assistance provided to FARC and such FARC A/Is).

6. Disputed. *See* response and evidence cited *supra* Paragraph 1 (specifically as to Material Assistance provided by FARC A/Is Chávez, Maduro, Diaz Guillen, and Velasquez); and response and evidence cited *supra* Paragraph 4 (reflecting Perdomo's Material Assistance provided to FARC and such FARC A/Is).

7. Disputed. Gorrin and/or Perdomo respectively own and control the IP Entities.[24] That the IPs are agencies of the FARC is easily derived from their ownership and control by Gorrin and Perdomo, in that their "knowledge" cannot be truthfully separated from the paper existence of those entities. An entity that is majority-owned by an A/I (i.e., that satisfies the "50% Plus Rule") is not only "blocked," but also, at least an "instrumentality" pursuant to Eleventh Circuit precedent.[25] In any case, it is not necessary that Caballero prove that each of the IP Entities are an

---

[23] Citations as to: **1)** RZ Report at 81, 43-44; **2)** *Id*.; and **3)** RZ Report at 46 (citing Comp. Ex. O thereto (containing examples of communications regarding bribe payments in Gov. Exhibits); and 4) RZ Report at 53 (quoting Ex. P thereto), 46, and Comp. Ex. O thereto.

[24] *See* ECF No. 314-1, 5/22/2023 Perdomo Deposition Transcript ("**Perdomo Depo Tr.**") at p. 31/line 4 – p. 32/line 4, p. 32/lines 5-21, p. 34/line 24 – p. 36/line 14, p. 36/lines 15-24, p. 36/line 25 – p. 37/line 11; Link to video clips of the deposition of Perdomo which correspond to the transcript citations: https://www.dropbox.com/scl/fo/m39om6xzw4bgq1i2p12ml/h?dl=0&rlkey=qswl2v4zmd3f9aqu9mb9drsnw; ECF No. 314-2, Perdomo Depo Ex. 56; ECF No. 314-3, Perdomo Depo Ex. 57; ECF No. 314-4, Perdomo Depo Ex. 59; ECF No. 314-5, Perdomo Depo Ex. 60; ECF No. 314-6, 5/22/2023 Gorrin Deposition Transcript ("**Gorrin Depo Tr.**") at p. 16/lines 13-15, p. 122/line 24 – p. 123/line 8, p. 123/line 9 – p. 124/line 3, p. 124/lines 4-15, p. 124/line 16 – p. 125/line 5, p. 125/lines 6-15, p. 126/lines 13-23, p. 119/lines 4-18; Link to video clips of the deposition of Gorrin which correspond to the transcript citations: https://www.dropbox.com/scl/fo/nw80oqv65x6fx918e3jsw/h?dl=0&rlkey=3ckv26en7xl059rle4d7d2h5w; ECF No. 314-7, Gorrin Depo Ex. 47; ECF No. 314-8, Gorrin Depo Ex. 48; ECF No. 314-9, Gorrin Depo Ex. 49; OFAC Notice, ECF No. 160-1 at 3-4; OFAC Notice, ECF No. 160-4 at 3; and Press Release, U.S. Treasury Dep't (Jan. 8. 2019), ECF No. 160-3 at 6-7.

[25] *Stansell v. Revolutionary Armed Forces of Colom.*, 45 F.4th 1340, 1355 (11th Cir. 2022) ("*Stansell V*") ("**under the TRIA knowledge is required for agency status but not for instrumentality status**") (emphasis added); *id*. at 1354 (**"an instrumentality is a person or thing**

7

"agency" and/or an "instrumentality" of the FARC. Gorrin's and/or Perdomo's control over the IP Entities renders the IP Entities' assets subject to execution as blocked assets of Gorrin and/or Perdomo.

8. Disputed. *See* response and evidence cited *supra* Paragraphs 1, 4, and 7.

9. Disputed. *See* response and evidence cited *supra* Paragraphs 1, 4, and 7.

10. Disputed.

   a. FARC accepts Chávez's help. *See e.g.*, RZ Report, Ex. C thereto (i.e., the FARC Activities Chart) at 2, 12, 13, 19, 20, and 36.

   b. FARC accepts Maduro's help. *See e.g.*, RZ Report, Ex. C thereto at 8, 10.

   c. FARC acknowledges Maduro as its leader. *See* RZ Report at 21 (citations omitted); *see also*, Ex. D thereto (*i.e.*, the Maduro Superseding Indictment) at ¶¶ 4, 6, 14.

   d. Gorrin orchestrated and participated in an illegal lobbying scheme (receiving millions of dollars in payments) on behalf of Maduro, who is the leader of the FARC, to protect Maduro's ill-gotten assets.[26]

   e. Gorrin and Perdomo have knowledge that Maduro is the FARC given that Maduro is the head of the *Cártel de Los Soles*—the largest drug cartel in Venezuela, and that Maduro has three staff members which were active FARC members working for him.[27]

   f. Gorrin and/or Perdomo respectively own and control the IP Entities.[28]

11. Disputed. *See* response and evidence cited *supra* Paragraph 10.

12. Disputed. *See* response and evidence cited *supra* Paragraph 10.

13. Disputed. *See* response and evidence cited *supra* Paragraph 10.

---

***through which or by which some end or purpose is achieved…the word has been used to refer to <u>unwitting cogs in a criminal scheme</u>***") (emphasis added).

[26] *See e.g.*, Declaration of Otto Reich dated Feb. 16, 2023, ECF No. 284-5 at ¶¶ 16, 18, 21; **Composite Exhibit 4 hereto**, Indictment as to David Rivera and Esther Nuhfer (the "Rivera Indictment") at 15 (¶ 23) (detailing that "[o]n or about April 4, 2017, **DAVID RIVERA** sent a text message to U.S. Congressman 1: '[Foreign Individual 1] just got word from Foreign Minister that the President and First Lady have sent down orders that all [U.S. Oil Company 1] activity is to be coordinated between [Foreign Individual 1] and you only'."), and the Government's Response to David Rivera's Motion for Miscellaneous Relief at 4 (revealing that Gorrin is identified in the Rivera Indictment as "Foreign Individual 1"); and response and evidence *supra* Paragraph 1.

[27] *See* RZ Report at 7-8, 21-22, Ex. D thereto at ¶¶ 4, 6, and Ex. B thereto at ¶¶ 31-33; ECF No. 314-1, Perdomo Depo Tr. at p. 13/lines 11-19 (Perdomo stating (under oath) that he has worked together with Gorrin for "30 years maybe, or more maybe.").

[28] *See* evidence cited *supra* note 24.

8

14. Disputed. *See* response and evidence cited *supra* Paragraph 10.

15. Disputed. *See* response and evidence cited *supra* Paragraph 10.

16. Disputed. *See* response and evidence cited *supra* Paragraph 10.

17. Disputed. *See* response and evidence cited *supra* Paragraph 10.

18. Disputed. *See* response and evidence cited *supra* Paragraph 10.

19. Disputed. *See* response and evidence cited *supra* Paragraph 10.

20. Disputed. *See* response and evidence cited *supra* Paragraph 10. Moreover, the IP Entities are owned and controlled by Gorrin and/or Perdomo.[29]

21. Undisputed, based upon currently available public information. However, *see* response and evidence cited *supra* Paragraph 1 (specifically as to Material Assistance provided by FARC A/Is Chávez, Maduro, Diaz Guillen, and Velasquez); and response and evidence cited *supra* Paragraph 4 (reflecting Perdomo's Material Assistance provided to FARC and such FARC A/Is).

22. Undisputed, based upon currently available public information. However, *see* response and evidence cited *supra* Paragraph 1 (specifically as to Material Assistance provided by FARC A/Is Chávez, Maduro, Diaz Guillen, and Velasquez); and response and evidence cited *supra* Paragraph 4 (reflecting Perdomo's Material Assistance provided to FARC and such FARC A/Is).

23. Undisputed, based upon currently available public information. However, the IP Entities are owned and controlled by Gorrin (who is criminally charged) and/or Perdomo,[30] and were designated pursuant to Executive Order 13850.[31]

24. Undisputed, based upon currently available public information. However, *see* response and evidence cited *supra* Paragraph 23.

25. Disputed. The Superseding Indictment in *U.S.A. v. Raul Gorrin Belisario, et al.*, No. 18-cr-80160-WPD (S.D. Fla.), ECF No. 44 (the "Gorrin Indictment") charges Gorrin for bribing and money laundering for Andrade and Diaz Guillen (and other violations). Both Andrade and Diaz Guillen are FARC A/Is. *See* RZ Report at 38-68.

---

[29] *See* evidence cited *supra* note 24.
[30] *See* evidence cited *supra* note 24.
[31] *See* OFAC Notice, ECF No. 160-1 at 2-5; OFAC Notice, ECF No. 160-4 at 2-3; E.O. 13850, ECF No. 301-11.

26. Disputed to the extent that Paragraph 26 of the SOMF calls for a legal conclusion. Undisputed that the Subject Properties were designated as "substitute assets" in the Gorrin Indictment, at the time such indictment was filed.

27. Undisputed. However, the Gorrin Indictment charges Gorrin for bribing and money laundering for Andrade and Diaz Guillen (and other violations). Both Andrade and Diaz Guillen are FARC A/Is. *See* RZ Report at 38-68.

28. Undisputed. However, the IPs were designated pursuant to Executive Order 13850. *See* OFAC Notice, ECF No. 160-1 at 2-5; OFAC Notice, ECF No. 160-4 at 2-3; E.O. 13850, ECF No. 301-11.

29. Disputed. The Treasury Department's press release issued simultaneously with the blocking of the IPs, lists certain activities that in fact constitute the IPs' material assistance to the FARC, despite not expressly stating "FARC." As the RZ Report states: "Raul Gorrin's January 8, 2019 sanctions imposed by the United States Treasury Department make clear, in my expert opinion, that he is an agency or instrumentality of the FARC. Gorrin was sanctioned for his involvement in the illicit foreign exchange, or permuta, system that flourished in Venezuela and directly benefitted the FARC through the laundering of their drug proceeds." *See* RZ Report at 65-66, 38-65; Press Release, U.S. Treasury Dep't (Jan. 8, 2019), ECF No. 160-3 at 2-8; *supra* Paragraphs 1 and 4. Moreover, an agency or instrumentality determination "is a separate determination in addition to blockage ***not dispositively decided by OFAC designation***." *Stansell V*, 771 F.3d 713, 726 (emphasis added).

30. Disputed. The Treasury Department's press release regarding the IPs' designation outlines certain activities which delineate material assistance to the FARC despite not expressly stating "FARC." As the RZ Report states: "Raul Gorrin's January 8, 2019 sanctions imposed by the United States Treasury Department make clear, in my expert opinion, that he is an agency or instrumentality of the FARC. Gorrin was sanctioned for his involvement in the illicit foreign exchange, or permuta, system that flourished in Venezuela and directly benefitted the FARC through the laundering of their drug proceeds." *See* RZ Report at 65-66, 38-65; Press Release, U.S. Treasury Dep't (Jan. 8, 2019), ECF No. 160-3 at 2-8; *supra* Paragraphs 1 and 4. Moreover, an agency or instrumentality determination "is a separate determination in addition to blockage ***not dispositively decided by OFAC designation***." *Stansell V*, 771 F.3d 713, 726 (emphasis added).

Dated: July 28, 2023

                                                  Respectfully submitted,

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano
Fla. Bar. No. 0056091
jzumpano@zplaw.com
Leon N. Patricios
Fla. Bar No. 0012777
lpatricios@zplaw.com
Gabriela Rosell
Fla. Bar No. 0111735
grosell@zplaw.com
ZUMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: (305) 444-5565

*Attorneys for Plaintiff Antonio Caballero*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 28th day of July, 2023, the undersigned electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano