# Composite Exhibit 1

Expert Report of Robert Zachariasiewicz and corresponding Exhibits A to Y thereto.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO CABALLERO,                                            Case No. 1:18-CV-25337-KMM

       Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLOMBIA, *et al.*

       Defendants.

_____/

**<u>EXPERT REPORT OF ROBERT ZACHARIASIEWICZ</u>**

**TABLE OF CONTENTS**

I.    PROFESSIONAL QUALIFICATIONS ................................................................ 4

II.    SUMMARY OF OPINIONS ........................................................................... 5

III.    OPINIONS .................................................................................................... 6

   A.   FARC – An Overview Of The Roles Of Chavez, Maduro, Gorrin And Perdomo. ............. 6

   B.   Hugo Chávez is an A/I of the FARC. ................................................................ 9

      1. The Early Chávez Years 1999-2006 .......................................................... 9

         a.   The Dossier ................................................................................. 9

         b.   The Maduro Indictment (re: The Role of Chávez) .................................... 16

      2. The Later Chávez Years 2007-2013 ........................................................... 18

        a. Leamsy Salazar—Personal Security Officer to Hugo Chávez ........................ 18

        b. The Dossier ................................................................................. 19

        c. The Maduro Indictment (re: The Role of Chávez) ..................................... 20

   C.   Nicolas Maduro is an A/I of the FARC. ............................................................ 21

      1. FARC on Maduro's Staff ........................................................................ 21

      2.  The Dossier ...................................................................................... 22

      3. The Maduro Indictment (re: The Role of Maduro) ......................................... 24

   D.   Cilia Flores is an A/I of the FARC. ................................................................. 27

   E.   Rafael Ramirez is an A/I of the FARC. ............................................................. 29

   F.   Claudia Diaz-Guillen and Adrian Velasquez Figueroa are A/I of the FARC. .................. 32

      1. Diaz Guillen's Role in Financial System ..................................................... 32

      2. Diaz Guillen's Relationship with Chávez ..................................................... 32

      3. The Role of FONDEN and the "Never Projects" ............................................ 34

      4. The Murder of the Governor of Apure ........................................................ 37

      5. Diaz Guillen and the Bond Scheme ........................................................... 38

      6. Adrian Velasquez Figueroa ..................................................................... 42

        a.  Diaz Guillen's Husband and Gorrin's Payments ..................................... 42

        b. Swimming in Gorrin's Cash .............................................................. 46

        c. "But it was a lot of cash" .................................................................. 50

   G.   Alejandro Andrade is an A/I of the FARC. ........................................................ 51

      1. Andrade, Like Diaz Guillen After Him, Was the Grease that Made the FARC Money
Laundering Engine Run ............................................................................. 55

2. The Bribes Received by Andrade ............................................................. 62

3. Andrade's Assistance to Hugo Chávez, the Cartel of the Suns, and the FARC............... 64

H.   Both Raul Gorrin and Gustavo Perdomo are Agencies or Instrumentalities of the FARC.65

1. Who is Raul Gorrin? ................................................................................. 65

a. The Permuta Scheme and Bond Scheme......................................................... 65

b. The "PDVSA" Scheme .............................................................................. 66

c. Gorrin's Relationships with Key Venezuelan FARC Agencies or Instrumentalities ..... 67

i. Banco Central de Venezuela (the Central Bank of Venezuela) ................................... 67

ii. Alejandro Andrade and Diaz Guillen ........................................................... 68

iii. Cilia Flores ...................................................................................... 69

iv. Victor Aular ..................................................................................... 69

(a) Aular was Crucial to Gorrin's PDVSA Scheme ................................................ 69

(b) Enter Mattias Krull ........................................................................... 72

(c) Victor Aular is an agency or instrumentality of the FARC. ................................ 79

v. Los Chamos ....................................................................................... 79

d. The Bases for Opinions 1 and 2 Are Legion. .................................................... 80

IV.   FACTS, DATA, DATA OPINIONS ........................................................... 81

V.   COMPENSATION ................................................................................ 83

## I. PROFESSIONAL QUALIFICATIONS

I worked for the Drug Enforcement Administration ("DEA") for 22 years, where I developed and managed many significant DEA cases.  I concluded my career at DEA as the Deputy Chief of the Office of Financial Investigations. In that capacity, I was responsible for planning and overseeing global anti-money laundering programs and threat finance investigations, including DEA's undercover money laundering operations and virtual currency initiative. My work involved close cooperation with the U.S. Department of the Treasury regarding money laundering investigations and financial sanctions imposed on foreign nationals and entities connected to transnational criminal and terrorist organizations.  I also spearheaded DEA's efforts to target money laundering networks affiliated with hostile states and organizations posing a threat to U.S. national security.

I spent most of my DEA career in the Special Operations Division ("SOD"), where I served both as a Special Agent / Criminal Investigator and as Supervisory Special Agent. I was assigned for over a decade to the Bilateral Investigations Unit ("BIU"), which was formed after 9/11 to target high-profile transnational criminals.  While at BIU, I helped to identify, investigate, and bring to justice some of the world's most powerful and elusive drug kingpins, narco-terrorists, arms traffickers, and corrupt foreign government officials.  I developed and administered an intelligence network used to penetrate transnational criminal organizations and expose foreign government corruption.

With regard to Venezuela, I have vast experience investigating Venezuelan drug trafficking, money laundering and corruption.  I managed a high-speed international investigative unit within DEA's Special Operations Division that conducted extremely sensitive undercover operations and broad multifaceted investigations that focused on Venezuela.  At the conclusion of my twenty plus year career with DEA, I oversaw DEA's global financial investigations which included a robust program that targeted the highest levels of Venezuelan money laundering.

By way of further background, I received numerous awards during the course of my career, including: the U.S. Attorney's Office for the District of Maryland's Award for Excellence in Conducting Investigations (2019); the HIDTA National Task Force of the Year Award (2018); the Executive Office for U.S. Attorneys Director's Award for Superior Performance by a Litigative Team (2013); the Samuel J. Heyman Service to America Award (2012); the Anti-Defamation League Shield Award (2012); the DEA Administrator's Award for Outstanding Achievement (1999); and the U.S. Navy Achievement Medal (1993).  I served as a United States Naval Officer from 1991 to 1994.  I graduated from Villanova University in 1991 and received my J.D. in 1997 from the Sturm College of Law of the University of Denver.

I do not have any publications authored in the previous 10 years on any of the subjects addressed herein. I have not testified in any other cases during the previous 4 years by way of deposition or trial.

## II. SUMMARY OF OPINIONS

In reaching my opinions, I have used the following definition of agency or instrumentality ("A/I").

An A/I includes a person or entity that is or was ever involved in the cultivation, manufacture, processing, purchase, sale, trafficking, security, storage, shipment or transportation, distribution of FARC coca paste or cocaine, or that assisted the FARC's financial or money laundering network because such person or entity was either:

> (1) materially assisting in, or providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of FARC; and/or
> (2) owned, controlled, or directed by, or acting for or on behalf of FARC; and/or
> (3) playing a significant role in international narcotics trafficking related to coca paste or cocaine manufactured or supplied by the FARC.

*Stansell v. Revolutionary Armed Forces of Colombia*, 45 F.4th 1340, 1350 (11th Cir. 2022). I also understand from an Eleventh Circuit Court of Appeals' opinion that an A/I does not need to have a direct relationship with the FARC.  Per the Eleventh Circuit:

> If that were not enough, nothing in § 201(a) of the TRIA suggests that an instrumentality relationship with a terrorist party needs to be direct. Imagine, for example, that the FARC hires A to oversee and coordinate the laundering of its narcotics proceeds in different parts of the world. Then A subcontracts, hires, or uses other individuals or entities (B, C, and D) to carry out the money laundering operation in other countries. In that example, B, C, and D could be (depending on the nature of the arrangement, agreement, or understanding) instrumentalities of the FARC notwithstanding their lack of a direct contractual relationship with the FARC.

*Stansell*, 45 F.4th at 1351.

Based on the material and information referenced in Section III below, the following is a summary of some of my opinions in this report, along with others, which I further opine upon in Section III hereof:

1) Raul Gorrin Belisario is an Agency or Instrumentality of the FARC.

2) Gustavo Perdomo is an Agency or Instrumentality of the FARC.

3) Hugo Chávez was an Agency or Instrumentality of the FARC.

4) Nicolas Maduro is a leader of the FARC, and, as such, is the FARC, as well as an Agency or Instrumentality of the FARC.

5) Alejandro Andrade is an Agency or Instrumentality of the FARC.

6) Victor Aular is an Agency or Instrumentality of the FARC.

7) Petróleos de Venezuela, S.A. ("PDVSA") is an Agency or Instrumentality of the FARC.

8) Rafael Ramirez is an Agency or Instrumentality of the FARC.

9) Claudia Diaz Guillen is an Agency or Instrumentality of the FARC.

10) Adrian Velasquez Figueroa is an Agency or Instrumentality of the FARC.

11) Diosdado Cabello is an Agency or Instrumentality of the FARC.

12) Cilia Flores Maduro is an Agency or Instrumentality of the FARC.

13) "Los Chamos" are Agencies or Instrumentalities of the FARC.

14) Banco Central de Venezuela is an Agency or Instrumentality of the FARC.

| Raul Gorrin Companies | Joint Raul Gorrin and Gustavo Perdomo Companies |
|---|---|
| Bellsite Overseas S.A. | IBCDB, Inc. |
| Andiron Corp | Western Cape Holdings |
| Harbringer Corporation | Vineyard Ventures |
| El Pastor Inc. | SevenStar Ltd. |
| Inversiones Play Andes | Mahogany Commercial |
| Seguros La Vitalicia | |

## III. OPINIONS

### A.  FARC – An Overview Of The Roles Of Chavez, Maduro, Gorrin And Perdomo.

During the Presidency of Hugo Chávez, and during the illegitimate Presidency of Nicolas Maduro, each of Chávez, Maduro, and their associates carried out material support for the FARC. Each of them materially assisted the FARC by: (1) providing financial or technological support for or to, or providing goods or services in support of, the international narcotics trafficking activities of FARC; (2) acting for or on behalf of FARC; and (3) playing a significant role in international narcotics trafficking related to coca paste or cocaine manufactured or supplied by the FARC.

Chávez's support for the FARC was characterized by four main sectors of activity: (1) military support; (2) intelligence support; (3) financial support; and (4) public support for its legitimization as a non-terrorist group. Chávez was himself receiving monies from the sale of FARC cocaine, assisting in the narcotrafficking of FARC cocaine, and strengthening the FARC reach in the trafficking of FARC cocaine. Below, I will discuss the specific examples of Chávez actions on behalf of the FARC.

Nicolas Maduro Moros ("Maduro") is the head of the Cartel of the Suns (alternatively "Cartel de los Soles"), a major distributor of FARC cocaine internationally. Maduro was indicted in the United States District Court for the Southern District of New York on March 5, 2020 (the "Maduro Indictment"). Superseding Indictment, *United States of America v. Nicolas Maduro Moros, et al.*, No. 11-cr-00205-AKH (S.D.N.Y. Mar. 5, 2020) ECF No. 11 (attached hereto as **Exhibit D**). The indictment mentions the FARC approximately fifty-one (51) times. Maduro and his inner circle have directly trafficked FARC cocaine.

In the very opening paragraph of the indictment, the United States accurately described Maduro's inner circle and their participation with the FARC, and in fact indicted these individuals as Co-Defendants in the Maduro Indictment:

> From at least in or about 1999, up to and including in or about 2020, NICOLAS MADURO MOROS, DIOSDADO CABELLO RONDON, HUGO ARMANDO CARVAJAL BARRIOS, a/k/a 'El Pollo,' CLIVER ANTONIO ALCALA CORDONES, LUCIANO MARIN ARANGO, a/k/a 'Ivan Marquez,' and SEUXIS PAUCIS HERNANDEZ SOLARTE, a/k/a 'Jesus Santrich,' the defendants, participated in a corrupt and violent narco-terrorism conspiracy between the Venezuelan *Cartel de Los Soles* and the *Fuerzas Armadas Revolucionarias de Colombia* ('FARC').

**Exhibit D** at ¶ 1. I adopt paragraph 1 of the Maduro Indictment above, as my Opinion (15).

The United States accurately summarized Maduro's role, and that of his inner circle, succinctly in paragraphs 1-6 of the Maduro Indictment, and I adopt the statement therein as my Opinion (16):

> From at least in or about 1999, up to and including in or about 2020, the *Cartel de Los Soles,* or 'Cartel de Los Soles,' was a Venezuelan drug-trafficking organization comprised of high-ranking Venezuelan officials who abused the Venezuelan people and corrupted the legitimate institutions of Venezuela – including parts of the military, intelligence apparatus, legislature, and the judiciary -- to facilitate the importation of tons of cocaine into the United States. The name of the *Cartel de Los Soles* is a reference to the sun insignias affixed to the uniforms of high-ranking Venezuelan military officials who are members of the Cartel.

NICOLAS MADURO MOROS, the defendant, helped manage and, ultimately, lead the *Cartel de Los Soles* as he gained power in Venezuela. Under the leadership of MADURO MOROS and others, the *Cartel de Los Soles* sought not only to enrich its members and enhance their power, but also to 'flood' the United States with cocaine and inflict the drug's harmful and addictive effects on users in this country. Thus, whereas most drug-trafficking organizations in South and Central America have sought to recede from their roles in importing narcotics into the United States in an effort to avoid U.S. prosecution, the *Cartel de Los Soles,* under the leadership of MADURO MOROS and others, prioritized using cocaine as a weapon against America and importing as much cocaine as possible into the United States.

While pursuing these and other objectives, NICOLAS MADURO MOROS, the defendant, negotiated multi-ton shipments of FARC-produced cocaine; directed that the *Cartel de Los Soles* provide military-grade weapons to the FARC; coordinated foreign affairs with Honduras and other countries to facilitate largescale drug trafficking; and solicited assistance from FARC leadership in training an unsanctioned militia group that functioned, in essence, as an armed forces unit for the *Cartel de Los Soles.*

At various times between 1999 and 2020, NICOLAS MADURO MOROS, DIOSDADO CABELLO RONDON, HUGO ARMANDO CARVAJAL BARRIOS, a/k/a 'El Pollo,' and CLIVER ANTONIO ALCALA CORDONES, the defendants, acted as leaders and managers of the *Cartel de Los Soles* and the narco-terrorism conspiracy with the FARC.

**Exhibit D** at ¶¶ 3-6.

As further expanded upon below, Raul Gorrin Belisario is Maduro's testaferro.  Gorrin and his brother in-law Gustavo Perdomo have bribed a litany of FARC agencies – including Hugo Chávez, Maduro, and his family members (including "Los Chamos"), Alejandro Andrade, Claudia Diaz Guillen, Adrian Velasquez, Hugo Carvajal, and Victor Aular.  Gorrin and Perdomo money launder for Maduro, and Maduro's family members. Gorrin answers directly to Cilia Flores Maduro (Maduro's wife) who runs a vast amount of the finances of the Maduro clan.  Gorrin has bribed her with gifts, and the Department of the Treasury has published that bribery. Gorrin has attempted to shield Maduro's FARC cocaine proceeds through by attempting to hire former Assistant Secretary of State Otto Reich.  When questioned about what he wanted, Gorrin responded as to Maduro's assets: "in Venezuela, we love our whiskey, our women, our money, and we want to keep our whiskey, our women and our money." My Opinion (17) is that all of these activities constitute material assistance to the FARC and its agencies and support my Opinions (1) and (2) in this case.

**B.   Hugo Chávez is an A/I of the FARC.**

**1. The Early Chávez Years 1999-2006**

The FARC and Colombia were at war since 1964, but the FARC moved more and more heavily into drug trafficking in the late 1990s and early 2000s – just as Chávez took power in Venezuela in 1998. In 1999 Chávez met with Raul Reyes and first broached the idea of assistance to the FARC to alter the "military balance of power in Colombia." Asylum began to be offered to Colombian guerillas.[1]

Chávez was briefly removed in a coup in April 2002, and he called on Fidel Castro of Cuba and senior FARC leader Manuel Marulanda a/k/a "Tirofijo" for support. This shows the importance and sincerity of the alliance that he had formed with FARC. An intercepted email of Rodrigo Granda shortly after the failed coup documented a request from the Chávez government for small arms and demolitions "to get rid of counter-revolutionaries".  A "Contingency Plan" was developed later that same year, also documented in intercepted documents that provided for FARC trained paramilitaries operating in Venezuela to support the Venezuelan government against their opposition to include "through sabotage and targeted assassination."

Colombian President Alvaro Uribe took a hardline stance against the guerillas following his 2002 election and was backed by the U.S. via "Plan Colombia". Activity on the Venezuelan border by the Colombian military against the FARC was greatly increased. Chávez largely broke off communications with the Colombian government and the Venezuelan relationship with the U.S. deteriorated greatly. In 2005, Chávez expelled the DEA from Venezuela right as the DEA's targeting of the FARC was in full force, and Hugo Chávez's protection received by FARC in Venezuela was coming to light.

By March 2006, an indictment of 50 of the FARC top leaders was filed in the United States District Court Southern District of New York, for participating in a $25 billion drug trafficking conspiracy.[2]

**a.   The Dossier**

Attached as **Exhibit C** is a chart that I received from Counsel for Mr. Caballero, reciting the events, individuals involved, and assistance to the FARC (the "FARC Activities Chart"). I

---

[1] Edgar Devia Silva a/k/a Raul Reyes (also a/k/a Luis Devia) was a FARC leader, and FARC Secretariat Member.  Reyes was the since the mid-1990s the head of FARC's foreign network of representatives and sympathizers known as "COMINTER". THE INTERNATIONAL INSTITUTE FOR STRATEGIC STUDIES, THE FARC FILES: VENEZUELA ECUADOR AND THE SECRET ARCHIVE OF 'RAUL REYES', 13 (2011). In 2008, a bombing raid on a FARC (a/k/a FARC-EP) encampment in Ecuador, resulted in the death of Reyes. Devia had in his possession an unencrypted computer drive with his emails dating back to the year 2000) (the "Dossier"). *Id.*  Peace negotiations began to break down between the Colombian government and FARC in 2002 which opened the door for increased [cooperation] between Chavez and FARC. The Dossier provides emails of senior FARC leadership and operatives, including a COMINTER member stationed in Venezuela and positioning himself with the Venezuelan political establishment. *Id.* at 48; *see also* Jens Glüsing, The Colombian Connection: How Hugo Chavez Courted FARC, SPIEGEL Nachrichten (Jun. 4, 2008) (http://www.spiegel.de/international/world/the-colombian-connection-how-hugo-chavez-courted-farc-a-557736.html
[2] Background information for this timeline of events: Yale Institute of International Studies, Conditional Convenience: Venezuelan Support for FARC Since Hugo Chávez (Jan. 2014) http://yris.yira.org/essays/1251.

reviewed the backup materials recited in the FARC Activities Chart and found them to be credible sources. There are multiple examples of Chávez's support for the FARC during the time period referenced in **Section III, B, 1** herein, at the direction of Hugo Chávez. I understand the information recited in the FARC Activities Chart, and the Dossier entries, and I rely upon them respectively. It is my Opinion (18) that all of the aforementioned activities of Hugo Chávez in support of the FARC, and all of the activities recited below from the "FARC Activities Chart" support my Opinion (3) that Hugo Chávez is an Agency or Instrumentality of the FARC:

> Communication from Rodrigo Granda Escobar [Ricardo] to Luis Edgar Devia Silva [Raul Reyes], Liliana Lopez Palacios [Olga Lucia Marin], and Luis Alberto Alban Urbano [Marco Leon Calarca]. Freddy Bernal wants to train "his" people. The Venezuelan politicians will let FARC know how many individuals to be trained and how to do so. Information will come from "La Coordinadora Popular de Caracas":

> *El gobierno ha prohibido las manifestaciones frente al Palacio de Miraflores y ellos insisten en llegar hasta allí. El decreto que las prohíbe es desempolvado del año 1992 utilizado por Carlos Andrés Pérez.*

> > *[...]*

> *La gente de Fredy Bernal, Alcalde del Municipio Libertador pide que se le entrene una gente. El número y la forma la darán después. Igual solicitud hacen los de la Coordinadora Popular de Caracas.*

**Exhibit C** at 10.

> **ENGLISH TRANSLATION** (by A. Aguero):

> *The government has banned demonstrations in front of the Miraflores Palace and they insist on getting there. The decree prohibiting them is dusted off from the year 1992, used by Carlos Andrés Pérez.*

> > *[...]*

> *The people of Fredy Bernal, Mayor of the Libertador Municipality, ask for some people to be trained. The number and form will be given later. The same request is made by those of the Popular Coordinator of Caracas.*

*Id.*

> Chavez appointed Freddy Bernal as head of political relations to FARC. Communication from Luciano Marin Arango [Ivan Marquez], Noel Mata [Narino] to Luis Edgard Devia Silva [Raul

Reyes].  The President appointed Freddy Bernal as head of political relations with FARC. Marquez and Narino also said that the designation is very favorable because Bernal is a true friend of FARC:

*El presidente Chávez designo a Freddy Bernal, alcalde de Caracas, como responsable de las relaciones políticas con FARC. Estamos esperando una nota donde nos amplían los detalles de esta decisión. La designación ha sido muy favorable para nosotros porque Freddy es un hombre que de verdad es amigo de FARC. De su cuerda hace parte Julio Montes, embajador de Venezuela en Cuba, quien personalmente traslado sin novedad a relámpago desde la Habana hasta Caracas.*

**Exhibit C** at 12.

**ENGLISH TRANSLATION** (by A. Aguero):

*President Chávez appointed Freddy Bernal, mayor of Caracas, as the one responsible for political relations with FARC. We are waiting for a note where the details of this decision are expanded. The appointment has been very favorable for us because Freddy is a man who is truly a friend of FARC. Julio Montes, Venezuela's ambassador to Cuba, is part of his rope, who was personally transferred without hesitation from Havana to Caracas.*

*Id.*

Communication from [Rodrigo Granda Escobar] Ricardo to Luis Edgar Devia Silva [Raul Reyes]. The Mayor of Caracas met with Camila, Chacin, Ricardo and two others. The Mayor said that Chavez liked his project and Diosdado will be included in the group to work alongside FARC and present some other proposals to President Chavez:

*El Alcalde nos recibió en su despacho. El asistente pidió que llevara a Camila que el quería conocer porque viene realizando algunos trabajos de asesoramiento para la Alcaldía. Estaban con él el asistente y otras dos personas. Planteó que el informe presentado por él al Presidente fue de buen recibo y que de una vez le dijo que junto con Ramón se hicieran cargo de atendernos, que ha involucrado a Diosdado Cabello en el grupo que trabajaría con nosotros y que se reunirán, los tres para elaborar un plan que le presentaran a Chávez. Que si el cojo no muestra interés al igual ha tomado la resolución de dinamizarla y entonces lo dejarían de lado.*

**Exhibit C** at 12.

**ENGLISH TRANSLATION** (by A. Aguero):

*The Mayor received us in his office. The assistant requested to bring Camila that he wanted to meet, because he has been doing some advisory work for the Mayor's Office. With him they were, the assistant and two other people. He stated that the report presented by him to the president was well received and that he told him at once that together with Ramón they should be in charge of attending us, that he has involved Diosdado Cabello in the group that would work with us and the three of them will meet, the three of them to elaborate a plan that they will present to Chávez. That if "el cojo" does not show interest, he has taken the resolution to dynamize it and then they would leave him aside.*

*Id.* at 13.

An intercepted email of May 24, 2004, from the Dossier between Rodrigo Granda and Raul Reyes, corroborates Salazar's description of the Venezuelan government support involving China. In the email, the two discuss a meeting with a Chinese emissary, who requested that a FARC member be sent to China to view materials that the FARC was in need of – presumably weapons. The Chinese emissary had previously met with Venezuelan representatives of PDVSA and other Venezuelan officials. According to the email exchange, the Venezuelan officials had agreed to pay the Chinese in oil for the weapons order.

*Nos reunimos con el emisario Chino. El muestra la mejor disposición y manifiesta que se debe enviar un hombre de FARC a China el 15 de junio para mostrar lo que ellos tienen y mirar en el terreno calidades que suplan nuestras necesidades. Sería atendido por la gente del Partido que trabaja la Inteligencia. Plantea que cualquier negocio sería pagado por adelantado o por carta de crédito. Antes se había reunido, entre otros con Julio Montes, Freddy Bernal, el Viceministro de Minas y Energía, Gente de PDVSA y Amílcar. Allí llegaron al acuerdo de enviar petróleo a China y que los chinos pagarían parte en armamento. Al parecer lo correspondiente a una "comisión". Al chino se le planteó que como ellos recibían el petróleo, nosotros, para evitar enredos le cancelaríamos a los venezolanos la parte nuestra. El aceptó. Hasta ahora la cosa va ahí. Julio quiere ampliar y esperamos la reunión para hacerlo.*

**Exhibit C** at 13.

**ENGLISH TRANSLATION** (by IISS):

*We met with the Chinese emissary. He is completely at our disposal and says that a man from the FARC must be sent to China on the 15th of June so that he can be shown what they have and to have a look on the ground at the things which might fulfill our requirements.*

> *He would be attended to by people from the Party who work for the intelligence services. He says that any deal would have to be paid for in advance or by credit card. He had previously met with Julio Montes, Freddy Bernal, the Vice-Minister of Mines and Energy, people from PDVSA and Amilcar [Figueroa], amongst others. There they agreed to send petrol to China and that the Chinese would pay for part of it with weapons. Apparently what would correspond to a "commission" It was suggested to the Chinese man that as they would be receiving the oil, we would pay the Venezuelans directly for our share to avoid complications. He agreed. Up to now that is how things stand. Julio wants to expand on the details and we are waiting for the meeting to do it.*

The FARC Files at 98.

> Venezuela shared its development plans to FARC. Venezuela also shared its succession lines with FARC. Succession went as follows: Bernal, Diosdado and Ronald Blanco. Chavez's officials **provide ammunition** for FARC weapons.

> *Expusieron ante el Presidente nuestra opinión sobre su viaje a Montería procediendo a cancelar la visita proyectada a dicha ciudad. 2- Nuestra percepción es que la crisis reciente ha sido superada. En un gesto que valoramos debidamente nos hicieron entrega en su estuche original de un fusil israelí calibre 3.08, para francotiradores con mira incluida, 1.500 cartuchos, una caja de granadas rusas (20 en total) y dos cajas metálicas con 1.640 cartuchos calibre 5.56 y regalos paras las muchachas, al tiempo que reiteraron su admiración por nuestra lucha. "Este es el comienzo. Con seguridad vendrán más cosas". Nos consideran sus aliados estratégicos. 3- Muy contentos con el triunfo electoral que tiñó de rojo chavista el mapa de Venezuela. Los felicitamos y se alegraron de ello. 4- Nos expusieron su amplia visión sobre el desarrollo del proceso. Carácterizaron a sus más destacados líderes. Resaltaron como cuadros de sucesión y continuidad de la lucha a Freddy Bernal, Diosdado Cabello y a Ronal Blanco la Cruz, gobernador del Táchira. Aseguran también que tienen una buena camada de cuadros en la Asamblea Nacional. Al vicepresidente Rangel lo catalogan como hombre clave y consecuente escudero del Presidente. De García Carneiro y de Baduel, en general una buena opinión. Sobre el "PPT" dijeron que poseía el 3% de los votos y el 70% entre ministerios y burocracia. Es posible que le bajen perfil en esta nueva etapa llamando a cuadros de otras vertientes. Estos (los del PPT) propugnan por una revolución bolivariana sin chavismo. El Presidente les dijo que no confía en V República. No justifican la existencia de las FBL en medio de un proceso*

*revolucionario, agregando que se han dedicado a retenciones sin necesitar recursos porque estos provienen del PPT, que maneja a PDVSA. No hay condiciones para armar al pueblo por la falta de organización y seriedad; que prefieren entregárselas a las FARC. Estiman que la Brigada Francisco Miranda (integrada por 35.000 jóvenes que han pasado por la escuela de trabajadores sociales en Cuba) se perfila como germen de lo que puede ser a futuro el nuevo partido de la revolución. En la actualidad estas Brigadas realizan trabajo social, organización de masas y recolección de información. Viene la depuración con la declaración de guerra a la corrupción y al oportunismo."*

**Exhibit C** at 20.

**ENGLISH TRANSLATION** (by A. Aguero):

*They presented to the President our opinion on his trip to Monteria, proceeding to cancel the planned visit to that city. 2- Our perception is that the recent crisis has been overcome. In a gesture that we duly appreciated, they gave us in their original case an Israeli rifle caliber 3.08, for snipers with sight included, 1,500 cartridges, a box of Russian grenades (20 in total) and two metal boxes with 1,640 cartridges caliber 5.56 and gifts for the girls, while reiterating their admiration for our struggle. "This is the beginning. More things are sure to come." They consider us their strategic allies. 3- Very happy with the electoral triumph that dyed with Chavista red the map of Venezuela. We congratulated them and they were happy about it. 4- They explained their broad vision on the development of the process. They characterized their most outstanding leaders. They highlighted as cadres of succession and continuity of the struggle Freddy Bernal, Diosdado Cabello and Ronal Blanco la Cruz, governor of Táchira. They also assured that they have a good litter of cadres in the National Assembly. Vice President Rangel is classified as a key man and consistent amorbearer of the president. Of García Carneiro and Baduel, in general a good opinion. On the "PPT" they said that it had 3% of the votes and 70% between ministries and bureaucracy. It is possible that they lower the profile in this new stage by calling cadres from other sides. These (those of the PPT) advocate for a Bolivarian revolution without Chavismo. The President told them that he does not trust the Fifth Republic. They do not justify the existence of the FBL in the midst of a revolutionary process, adding that they have dedicated themselves to withholdings without needing resources because these come from the PPT, which manages PDVSA. There are no conditions to arm the people because of the lack of organization and seriousness; who prefer to hand them over to the FARC. They estimate that the Francisco*

> *Miranda Brigade (made up of 35,000 young people who have gone through the school of social workers in Cuba) is emerging as the germ of what the new party of the revolution may be in the future. At present these Brigades carry out social work, mass organization and information gathering. The purge comes with the declaration of war on corruption and opportunism.*

*Id.* at 20-21.

FARC communications being funneled through Amilcar Figueroa Salazar a/k/a "Tino": (a Chavez assigned intermediary under Chavez loyalist Freddy Bernal).

> *La idea que tengo para entregar la carta personal a Chávez, es hacerlo por vía de nuestro Tino, contando con su concurso. Habría que decirle al hombre, nuestro interés en que su presidente reciba personalmente y cuanto antes la mencionada carta y por el mismo conducto obtener respuesta. La otra opción sería uno de los personajes con los que ha conversado Timo, pero para mí tiene más méritos el Tino. Tiene otras propuestas?."* ... *"En primer lugar, acusamos recibo de su atenta carta enviada a las FARC-EP por medio de nuestro compañero y amigo Tino. […] En la perspectiva de hacer realidad la esperada conversación, de nuestra parte estamos de acuerdo en establecer las formas de encuentro por medio del compañero Tino y sugerimos efectuarla ahora en abril próximo. Esperamos ustedes nos den la fecha, por medio del mismo compañero.*

**Exhibit C** at 28.

**ENGLISH TRANSLATION** (by A. Aguero):

> *I have to deliver the personal letter to Chavez. The idea is to do it through Tino, counting on his help. We should tell the man our interest in his president receiving the aforementioned letter personally and as soon as possible received by the same manner. The other option would be to send the letter with one of the characters with whom Tino has talked, but for me Tino has more merits. Do you have other proposals?"* ... *"First of all, we acknowledge receipt of your attentive letter sent to the FARC-EP through our comrade and friend Tino. [...] In the perspective of making the expected conversation a reality, for our part we agree to establish the forms of meeting through comrade Tino and we suggest holding it now next April. We hope you will give us the date, through the same comrade.*

*Id.*

Reyes's letter was given to Chavez through Tino. Tino allowed to visit FARC camps whenever necessary.

*Totalmente de acuerdo con los términos políticos y diplomáticos de la carta al compañero presidente, procedamos a entregarla vía Tino, el momento es propicio por la nueva puja con Uribe. Hacerlo con la expresa recomendación de hacerla llegar personalmente al destinatario y al mismo tiempo solicitar la respuesta escrita. Vale la pena recordarle a Tino que, él puede venir donde nosotros cuantas veces lo considere necesario.*

**Exhibit C** at 30.

**ENGLISH TRANSLATION** (by A. Aguero):

*In total accordance with the political and diplomatic terms of the letter to comrade president, let's proceed to deliver it via Tino, the moment is propitious for the new bid with Uribe. Do so with the express recommendation of sending it personally to the recipient and at the same time request the written response. It is worth reminding Tino that he can come to us as many times as he deems necessary.*

*Id.*

Tino Facilitating training 1,300 soldiers by the FARC.

*Tino ocupa una alta responsabilidad en el manejo de las "Unidades de Defensa Popular". Dice que la meta es pasar por curso militar en fuerte Tiuna a unos 1.300 muchachos de su confianza. Ya está preparando los primeros 120, algunos de los cuales pasaron por esta modesta escuela. Pide el favor (para más adelante) prepararles aquí en guerra de guerrillas a unos 100 jefes de escuadra. Dijo que los Ak rusos están destinados al ejército y que los fales de este pasarán a las "UDP".*

**Exhibit C** at 30.

**ENGLISH TRANSLATION** (by A. Aguero):

*Tino holds a high responsibility in the management of the 'People's Defense Units'. He says the goal is for some 1,300 boys of his confidence to pass through the military course in Fort Tiuna. He is already preparing the first 120, some of whom passed through this modest school. He asks for the favor (for later) of preparing of about 100 squad leaders in guerilla warfare. He said that the Russian AK's are destined for the army and that the fales of this will pass to the "UDP".*

*Id.*

**b.  The Maduro Indictment (re: The Role of Chávez)**

16

Also illustrative of Chávez's role as an agency or instrumentality of the FARC are the recitations made in the Maduro Indictment, which also covers the early years of Chávez serving as an agency or instrumentality of the FARC:

> In furtherance of the narco-terrorism conspiracy and to effect the illegal objects thereof, the following overt acts, among others, were committed:
>
> a. In or about 2003, an associate of the FARC and the *Cartel de Los Soles* paid SEUXIS PAUCIS HERNANDEZ SOLARTE, a/k/a 'Jesus Santrich,' the defendant, $300,000 to help establish a FARC camp near Apure, Venezuela where the FARC could process cocaine.
>
> b. In or about 2005, Chavez instructed NICOLAS MADURO MOROS, the defendant, who was then a member of the Venezuelan National Assembly, and others, that Venezuelan judges who would not protect the FARC and its activities should be removed from their positions. That same year, the Venezuelan government largely terminated Venezuela's participation in bilateral counter narcotics operations with the Drug Enforcement Administration ('DEA').
>
> c. In or about 2006, Chavez made MADURO MOROS the foreign minister of Venezuela. During the same year, the FARC paid MADURO MOROS $5 million in drug proceeds, through a third party, in connection with a money-laundering scheme that was part of the narco-terrorism conspiracy. MADURO MOROS and others agreed to launder many millions of dollars from the FARC, including the $5 million, by purchasing palm oil extraction equipment from Malaysia with drug proceeds, which would be used to support the operation of African palm plantations in Apure that would appear legitimate. In connection with this scheme, in or about December 2006, Venezuela announced trade agreements with Malaysian firms relating to African palm oil extraction and crude oil exploration in Venezuela.
>
> d. In or about 2006, the *Cartel de Los Soles* dispatched a 5.6-ton cocaine shipment from Venezuela on a DC-9 jet bearing a United States registration number. DIOSDADO CABELLO RONDON and HUGO ARMANDO CARVAJAL BARRIOS, a/k/a 'El Pollo,' the defendants, worked with other members of the *Cartel de Los Soles* to coordinate the shipment. The jet departed Venezuela from Simon Bolivar International Airport in Maiquetia, Venezuela (the 'Maiquetia Airport'), and landed at Ciudad del Carmen Airport in Campeche, Mexico. Mexican authorities seized the 5.6 tons of cocaine when it arrived in Campeche.

Exhibit D at ¶ 15.

### 2. The Later Chávez Years 2007-2013

#### a. Leamsy Salazar—Personal Security Officer to Hugo Chávez

Leamsy Salazar was Hugo Chávez's personal security officer from 2000 to 2013. I have reviewed the Declaration of Leamsy Salazar. I know Salazar personally and have interviewed him at length regarding the activities of Hugo Chávez on behalf of the FARC. I find him to be a credible and truthful source of information, and I rely upon his Declaration. I have attached Leamsy Salazar's Declaration to this Report as **Exhibit B**.

Salazar has indicated to me, that after becoming president of Venezuela, Chávez was trying to remove the terrorist label from the FARC and interact with them as a political organization and also conduct agricultural business with them. Nicolas Maduro participated along with Chávez in support of the FARC as a minister who conducted business with the FARC -- almost daily. Salazar witnessed Chávez and Maduro interact directly on these FARC matters.

On approximately five or six occasions, Salazar relates that he was present and witnessed Ivan Marquez (one of top 5 FARC Secretariat members) and/or Rodrigo Granda, as "Minister of the FARC", meeting with Chávez. Salazar related to me that Granda was always present at these FARC meetings, and Marquez was present on one or two of these occasions with Granda. Salazar informs me that other senior member of Venezuela's government also attended the meetings with the FARC. Such members included Rafael Darío Ramírez Carreño ("Rafael Ramírez"), the Minister of Oil and Energy and President of PDVSA, Ramón Rodríguez Chacín ("Chacín"), the Minister of the Interior Justice in charge of Venezuela's intelligence agencies, and General Hugo Armando Carvajal Barrios ("Hugo Carvajal"), head of Venezuela's military intelligence.

Salazar was present at a meeting in 2008/2009 between Chávez, Rafael Ramirez, Ivan Marquez, Marquez's wife, Granda and Chacín (Minister of the Interior) at a finca belonging to Chacín. Chávez ordered logistical support to the FARC at the meeting. This support included money for the FARC to maintain troops and buy uniforms and obtain electronic and communications equipment. Salazar indicated that support from Chávez empowered the FARC and allowed them to combat the Colombian government and take ground.

President Chávez's daughter, María Gabriela Chávez, was present at the meeting with the FARC at Chacín's farm during which photographs were taken, including with Raúl Reyes of the FARC. Raúl Reyes was later killed in the above-mentioned bombing raid upon the FARC encampment where he was located.  I recall that there was much fear from Mariela Chávez, who had attended that meeting at Chacín's farm, that the Reyes laptop would have the photographs of her and FARC leaders together with the highest leaders of Venezuela's government.

By the late 2000s, the Colombian Tenth Front controlled/operated freely on both sides of the Colombian/Venezuelan border in the Apure region of Venezuelan. Through their control of this territory, they coordinated and controlled the launch of nearly all drug laden aircraft that departed the Apure region. This region had become the launching point for the "air bridge" that had formed

between Venezuela, and specifically Apure, and Central America – and most notably Honduras. In addition to allowing the FARC safe haven to operate in Apure, Venezuelan officials [under the direction of Chávez] would allow for the safe departure of aircraft by blocking out radar coverage for drug trafficking organizations that paid a tax. It is this operation that formed the basis of the United States indictment of Venezuelan Minister of Defense General Vladimar Padrino Lopez.

As further described in Salazar's Declaration, the Governor of Apure was murdered by gunmen with full knowledge and acquiescence of Chávez, for resisting false contract schemes in Apure that would further strengthen the FARC's control and operations in his State of Apure.

In 2011, Chávez shifted control of PDVSA to the state. This gave Venezuela a much greater ability to use PDVSA as a tool to achieve the government's ambitions regarding support of the FARC. It is my Opinion (19) that Chávez ultimately turned PDVSA into the world's largest money laundering machine.  PDVSA assisted the FARC both financially and logistically.  Rafael Ramirez was often at the for front of such assistance, as related in through the accounts of Salazar in his Declaration.

It is important to note that Salazar witnessed Chávez give orders of support to the FARC such as: ordering Rafael Ramirez to provide financial assistance to the FARC from PDVSA; ordering that arms be delivered to the FARC; and ordering Claudia Diaz Guillen—the National Treasurer of Venezuela and Secretary of FONDEN—to provide funds to the FARC.

Salazar detailed three sources from which Chávez provided financial assistance to the FARC. The first was via the permuta scheme and bond scheme. The second was the schemes involving the use of a development fund shared with China whereby sham projects were established and false contracts were paid to FARC controlled entities. The third source of financial assistance was provided through PDVSA.[3]

### b. The Dossier

There are multiple examples of Chávez's support for the FARC during the time period referenced in this Section III.B.2 at the direction of Hugo Chávez. It is my Opinion (20) that all of the aforementioned activities of Hugo Chávez in support of the FARC, and all of the activities recited below from the "FARC Activities Chart", support my Opinion (3) that Hugo Chávez is an Agency or Instrumentality of the FARC:

> FARC communications moved to Chacin, establishing a new line of communication into the Venezuelan government.

---

[3] **OPINION (7): For all of the reasons stated above, including the use of PDVSA to support the FARC as reflected in the Dossier, the Maduro Indictment, Salazar's Declaration, and in the various court cases that have ruled PDVSA to be an agency or instrumentality of the FARC, I hereby opine that PDVSA itself is an agency or instrumentality of the FARC**. I am aware that several different courts have declared PDVSA and/or a PDVSA subsidiary to be a FARC A/I. *See* Order, *Caballero v. FARC, et.al.*, No. 8:20-mc-00105-VMC-TGW (M.D. Fla. Mar. 17, 2021), D.E. 11; and Order, *Stansell, et al. v. FARC, et al.,* No. 1:16-mc-00405-LGS-SN (S.D.N.Y. Dec. 15, 2020), D.E. 114, both of which have been supplied to me by counsel for Caballero and attached hereto as **Composite Exhibit Z**.

**Exhibit C** at 41.

> Email from Marquez to Velez and other members of the Secretariado saying that Chacin was arriving with a proposal from Chávez to speed up FARC collaborations:
>
> *Que el miércoles viene Rodríguez Chacín con una propuesta de Chávez para dinamizar todo, el cual tiene la orientación de esperar en el sitio tres días para ver si es posible una respuesta del camarada Manuel.*

**Exhibit C** at 41.

> **ENGLISH TRANSLATION** (by A. Agüero):
>
> *Rodríguez Chacín comes on Wednesday with a proposal from Chávez to mobilize everything, he is going to wait at the site for three days to see if a response from comrade Manuel is possible.*

*Id.*

> FARC providing Chacin (Venezuelan official at the time), with war tactics. Communication from Iván Márquez [Luciano Marín Arango] to Secretariado stating that Chacin has asked about getting Access to the FARC's guerrilla warfare tactic "guerra asimétrica" for potential use in invading the United States:
>
> *Rodríguez Chacín preguntó sobre posibilidades de que les transmitamos nuestra experiencia en guerra de guerrillas, la cual ellos llaman "guerra asimétrica". Quieren modalidad operativa, explosivos, cátedra bolivariana, campamentos en la selva, emboscadas, logística, movilidad…, todo esto pensando en una respuesta adecuada a la posibilidad de una invasión de los Estados Unidos.*

**Exhibit C** at 42.

> **ENGLISH TRANSLATION** (by A. Agüero):
>
> *Rodríguez Chacín asked about the possibilities of us transmitting to them our experience in guerrilla warfare, which they call "asymmetric warfare." They want operational modality, explosives, Bolivarian methodologies, jungle camps, ambushes, logistics, mobility…, all this thinking about an adequate response to the possibility of an invasion by the United States.*

*Id.*

### c. The Maduro Indictment (re: The Role of Chávez)

Also, illustrative of Chávez's role an agency or instrumentality of the FARC, are the recitations made in the Maduro Indictment, which also covers these later years of Chávez serving as an agency or instrumentality of the FARC:

> In or about 2008, Chavez, who was at that time the president of Venezuela and one of the leaders of the *Cartel de Los Soles,* agreed with LUCIANO MARIN ARANGO, a/k/a 'Ivan Marquez,' the defendant, to use funds from the Venezuelan state-owned oil producer, Petroleos de Venezuela (PDVSA), to support the FARC's drug-trafficking and terrorist operations.

**Exhibit D** at ¶ 15(e).

**OPINION (3): Based on all of the information above, my independent research, interviews of individuals who were close to Hugo Chávez, such as Leamsy Salazar, I opine that Hugo Chávez acted as an agency or instrumentality of the FARC from as early as the year 1999 up until his death in 2013.**

### C.   Nicolas Maduro is an A/I of the FARC.

Nicolas Maduro assumed the Venezuelan presidency following the death of Hugo Chávez in 2013. However, he was one of Chávez's closest confidants for many years leading up to this point and all support for the FARC documented to Chávez above as an A/I of the FARC is equally attributable to Maduro.

At the outset it should be noted that it is my Opinion (21) that Maduro is not only an agency or instrumentality of the FARC – he is the FARC.  The FARC itself states that Maduro is the head of the FARC (i.e., the "leader of the ship"):

> A *Caracol Noticias* report by noted investigative journalist Ricardo Calderón—who was part of an unfortunate recent exodus From *Semana* magazine—cited videos and emails **indicating an ever closer relationship between Venezuelan security forces and members of the ELN and FARC dissident groups** on Venezuelan soil. '**Today we are in full support of the commander, comrade Nicolás Maduro, so that this government may continue, so that he may continue to lead this ship,**' a video depicts 'Julián Chollo,' a commander in the dissident group headed by former FARC leader '**Gentil Duarte**,' telling residents of the town of Elorza, deep within Apure, Venezuela.

WOLA, Colombia peace update: Annual UN human rights report (Feb. 27, 2021), available at: https://colombiapeace.org/colombia-peace-update-february-27-2021/.

### 1. FARC on Maduro's Staff

Leamsy Salazar regularly witnessed meetings between Maduro and Chávez. Salazar explained that while working under Chávez, Maduro was supplied three staff members by Rodrigo Granda—the FARC's "ambassador" in Venezuela. These three staff members were all active FARC members.  Leamsy relayed that when he found out there were three (3) active FARC Maduro

Staff Members, he became very concerned about that situation. He remembered having fought against the FARC before Chávez took power, and felt now having these men on the Staff of Nicolas Maduro was a security concern.

2. **The Dossier**

There are multiple references to Maduro in the Dossier that accurately depict the closeness of the relationship between Maduro and the FARC, particularly during the time period of the early years of 2000-2007. Below are some examples:

Maduro sent special greetings to Reyes:

*Se ha conversado con los diputados Nicolás Maduro (que envía un especial saludo a Raúl), Tarek William, Marelis Pérez interesándoles para que se adhieran al encuentro de México y alertándolos sobre las consecuencias del recrudecimiento del conflicto colombiano. Se les dejó la convocatoria y dicen que en 3 días nos dan la respuesta para ver sí lo hacen en bloque con otros Diputados.*

**Exhibit C** at 8.

**ENGLISH TRANSLATION** (by A. Agüero):

*We have spoken with the deputies Nicolás Maduro (who sends a special greeting to Raúl), Tarek William, Marelis Pérez to interest them to join the meeting in Mexico and to alert them about the consequences of the intensification of the Colombian conflict. They were left with the call, and they say that in 3 days they will give us the answer to see if they do it en bloc with other Deputies.*

*Id.*

Communication from Rodrigo Granda Escobar [Ricardo] to Luis Egar Devia Silva [Raul Reyes] and Liliana Lopez Palacio [Olga Lucia Marin] and Luis Alberto Alban Urgano [Marco Leon Calarca]. Ricardo met with Pedro Carreno (a pro-Chávez member of Venezuelan National Assembly from 2000 onwards) and Maduro. Carreno and Maduro send greetings and a hug to Reyes:

*Pedro Carreño y Nicolás Maduro envían fuerte abrazo al C. Raúl. Plantean que van a sacar un documento para que nuestra dirección lo estudie sobre lo que ellos consideran puede ser la coordinación de un plan a largo plazo que sirva a las partes y están dispuestos a moverse a la frontera, sector Venezuela, para que se intercambie impresiones sobre el documento mencionado. Quedaron de entregarlo en 10 días.*

**Exhibit C** at 9.

22

**ENGLISH TRANSLATION** (by A. Agüero):

*Pedro Carreño and Nicolás Maduro send a big hug to C. Raúl. They propose that they are going to issue a document for our leadership to study on what they consider may be the coordination of a long-term plan that serves the parties and they are willing to move to the border, Venezuela sector, so that they exchange impressions on the aforementioned document. They were set to deliver it in 10 days.*

*Id.*

The FARC even took note of Maduro's and his wife Celia Flores' corruption. For example, Ricardo (a FARC Member, a/k/a Rodrigo Granda Escobar) states that 'el cojo' (Rodriguez Chacin) deposited Bs.77,000,000.00 into the bank accounts of Carreno, Maduro, and Cilia Flores. There are some rumors that Carreno, Maduro, and Flores are corrupt.:

*El cojo ha estado renuente a dar la cara y lo han tomado como "trompo pagador" por la doble identidad y ahora se habla de una cuenta donde depositó 77 millones de bolívares. De Carreño, Maduro y Cecilia Flores (esposa de Maduro y Diputada Nacional). Se habla con persistencia de que están metidos en corrupción.*

**Exhibit C** at 9.

**ENGLISH TRANSLATION** (by A. Agüero):

*El Cojo has been reluctant to show his face and they have taken him as "two faced" because of the double identity and now there is talk of an account where he deposited 77 million bolivars. Of Carreño, Maduro and Cecilia Flores (wife of Maduro and National Deputy). There is persistent talk that they are involved in corruption.*

*Id.*

Nonetheless, the FARC pressed on to do business with Maduro. For instance, in an intercepted email from June 16, 2002, FARC leader Luis Edgar Devia Silva (a/k/a Raul Reyes) sends greetings and an offer of the FARC's support to Maduro and Pedro Carreno, whenever they request it:

*Retorno mi saludo para los diputados Maduro y Carreño. Afirmarles nuestra disposición de prestarles cualquier apoyo desde el lado de nuestra frontera, al momento que ellos lo requieran. En ese sentido estamos a la espera del documento anunciado por ellos, esperanzados en que seguramente delinearán formas de coordinación y comunicaciones que sean garantía para aprovechar*

> *racionalmente los recursos de ambos lados de la Frontera, en beneficio de los dos procesos.*

**Exhibit C** at 10.

> **ENGLISH TRANSLATION** (by A. Agüero):
>
> *I return my greetings to Deputies Maduro and Carreño. We affirm our willingness to provide them with any support from the side of our border, at the moment when they require it. In that sense, we are waiting for the document announced by them, hoping that they will surely outline forms of coordination and communications that will guarantee to rationally use the resources of both sides of the border, for the benefit of both processes.*

*Id.*

### 3. The Maduro Indictment (re: The Role of Maduro)

Maduro is a leader of the Cartel of the Suns, a major distributor of FARC cocaine. In the Maduro Indictment, Maduro was charged as part of a narco-terrorism conspiracy along with numerous other Venezuelan officials as well as other FARC members. The Maduro Indictment depicts actions by Maduro on behalf of the FARC, particularly during the later years of 2008-2019. Among the acts for which Maduro was charged in furtherance of the conspiracy that were detailed were:

- the dispatch of a plane to Mexico by the Cartel de Los Soles carrying a 5.6 ton cocaine shipment that was seized in Campeche, Mexico [**Exhibit D** at ¶ 15(d)];
- an agreement with FARC leader Luciano Marin Arango in 2008 to use funds from PDVSA to support the FARC's drug trafficking and terror activities [**Exhibit D** at ¶ 15(e)];
- a meeting between Maduro and other members of the Cartel de Los Soles and a FARC representative in 2008 where it was agreed that Maduro et al would provide the FARC money in furtherance of cocaine production and to keep the Venezuelan/Colombian border open for drug trafficking [**Exhibit D** at ¶ 15(f)];
- a 2008 meeting of members of the Cartel de Los Soles regarding coordination for drug trafficking between the Cartel de Los Soles and the FARC [**Exhibit D** at ¶ 14(e)];
- a 2009 meeting between members of the Cartel de Los Soles and a FARC representative regarding a four-ton cocaine shipment between the two groups; a 1.3-ton cocaine shipment that was shipped by the Cartel de Los Soles to Paris and was seized by French law enforcement in 2013 after Maduro had become Venezuelan president [**Exhibit D** at ¶ 15(i)];
- a 2014 meeting between Maduro and FARC leader Marin regarding weapons provision to the FARC by Venezuela [**Exhibit D** at ¶ 15(k)];
- military pressure applied by Venezuela under Maduro's order in 2014 on the island nation of Aruba to release Hugo Carvajal after he was arrested there in furtherance of extradition to the United States [**Exhibit D** at ¶ 15(l)];
- the diversion of Venezuelan military equipment to the FARC in 2015 in furtherance of the agreement between Maduro and Marin [**Exhibit D** at ¶ 15(m)];

- the conspiracy regarding the nephews of Maduro's wife, Celia Flores, in 2015 to transport multi-hundred kilograms of (FARC) cocaine from Maduro's personal air hangar to Honduras that was documented in a DEA undercover operation [**Exhibit D** at ¶ 15(n)];
- further acts in 2017 by Maduro and other members of the Cartel de Los Soles regarding the dispatch of large cocaine shipments to the United States [**Exhibit D** at ¶ 15(o)];
- and the welcoming of Marin and other FARC members in Venezuela by Maduro in 2017 in a videotaped press conference. **Exhibit D** at ¶ 15(r).

I found the Department of Justice, Office of Public Affairs Press Release of March 26, 2020, very helpful in its summary of Maduro's activities as an agency and instrumentality of the FARC, and I have attached it hereto as **Exhibit E**. Among the statements, I found helpful and relied upon are the following:

> 'The Venezuelan regime once led by Nicolás Maduro Moros, remains plagued by criminality and corruption,' said Attorney General Barr. 'For more than 20 years, Maduro and a number of high-ranking colleagues allegedly conspired with the FARC, causing tons of cocaine to enter and devastate American communities. Today's announcement is focused on rooting out the extensive corruption within the Venezuelan government – a system constructed and controlled to enrich those at the highest levels of the government. The United States will not allow these corrupt Venezuelan officials to use the U.S. banking system to move their illicit proceeds from South America nor further their criminal schemes.'

**Exhibit E** at 1.

> 'Today we announce criminal charges against Nicolás Maduro Moros for running, together with his top lieutenants, a narco-terrorism partnership with the FARC for the past 20 years,' said U.S. Attorney Geoffrey S. Berman. 'The scope and magnitude of the drug trafficking alleged was made possible only because Maduro and others corrupted the institutions of Venezuela and provided political and military protection for the rampant narco-terrorism crimes described in our charges. As alleged, Maduro and the other defendants expressly intended to flood the United States with cocaine in order to undermine the health and wellbeing of our nation. Maduro very deliberately deployed cocaine as a weapon. While Maduro and other cartel members held lofty titles in Venezuela's political and military leadership, the conduct described in the Indictment wasn't statecraft or service to the Venezuelan people. As alleged, the defendants betrayed the Venezuelan people and corrupted Venezuelan institutions to line their pockets with drug money.'

**Exhibit E at 1.**

> A four-count superseding indictment unsealed today in the Southern District of New York (SDNY) charges Nicolás Maduro Moros, 57; Diosdado Cabello Rondón, 56, head of Venezuela's National Constituent Assembly; Hugo Armando Carvajal Barrios aka 'El Pollo,' 59, former director of military intelligence; Clíver Antonio Alcalá Cordones, 58, former General in the Venezuelan armed forces; Luciano Marín Arango aka 'Ivan Marquez,' 64, a member of the FARC's Secretariat, which is the FARC's highest leadership body; and Seuxis Paucis Hernández Solarte aka 'Jesús Santrich,' 53, a member of the FARC's Central High Command, which is the FARC's second-highest leadership body. The case is pending before U.S. District Judge Alvin K. Hellerstein.

**Exhibit E at 2.**

> Maduro Moros, Cabello Rondón, Carvajal Barrios, Alcalá Cordones, Marín Arango, and Hernández Solarte have each been charged with: (1) participating in a narcoterrorism conspiracy, which carries a 20-year mandatory minimum sentence and a maximum of life in prison; (2) conspiring to import cocaine into the United States which carries a 10-year mandatory minimum sentence and a maximum of life in prison; (3) using and carrying machine guns and destructive devices during and in relation to, and possessing machine guns and destructive devices in furtherance of, the narco-terrorism and cocaine-importation conspiracies, which carries a 30-year mandatory minimum sentence and a maximum of life in prison; and (4) conspiring to use and carry machine guns and destructive devices during and in relation to, and to possess machine guns and destructive devices in furtherance of, the narco-terrorism and cocaine-importation conspiracies, which carries a maximum sentence of life in prison. The potential mandatory minimum and maximum sentences in this case are prescribed by Congress and provided here for informational purposes only, as any sentencing of the defendants will be determined by the judge.

**Exhibit E at 2.**

> Since at least 1999, Maduro Moros, Cabello Rondón, Carvajal Barrios and Alcalá Cordones, acted as leaders and managers of the Cártel de Los Soles, or 'Cartel of the Suns.' The Cartel's name refers to the sun insignias affixed to the uniforms of high-ranking Venezuelan military officials. Maduro Moros and the other charged Cartel members abused the Venezuelan people and corrupted the legitimate institutions of Venezuela—including parts of the

26

military, intelligence apparatus, legislature, and the judiciary—to facilitate the importation of tons of cocaine into the United States. The Cártel de Los Soles sought to not only enrich its members and enhance their power, but also to 'flood' the United States with cocaine and inflict the drug's harmful and addictive effects on users in the United States.

**Exhibit E at 2-3.**

Marín Arango and Hernández Solarte are leaders of the FARC. Beginning in approximately 1999, while the FARC was purporting to negotiate toward peace with the Colombian government, FARC leaders agreed with leaders of the Cártel de Los Soles to relocate some of the FARC's operations to Venezuela under the protection of the Cartel. Thereafter, the FARC and the Cártel de Los Soles dispatched processed cocaine from Venezuela to the United States via transshipment points in the Caribbean and Central America, such as Honduras. By approximately 2004, the U.S. Department of State estimated that 250 or more tons of cocaine were transiting Venezuela per year. The maritime shipments were shipped north from Venezuela's coastline using go-fast vessels, fishing boats, and container ships. Air shipments were often dispatched from clandestine airstrips, typically made of dirt or grass, concentrated in the Apure State. According to the U.S. Department of State, approximately 75 unauthorized flights suspected of drug-trafficking activities entered Honduran airspace in 2010 alone, using what is known as the 'air bridge' cocaine route between Venezuela and Honduras.

In his role as a leader of the Cártel de Los Soles, Maduro Moros negotiated multi-ton shipments of FARC-produced cocaine; directed that the Cártel de Los Soles provide military-grade weapons to the FARC; coordinated foreign affairs with Honduras and other countries to facilitate large-scale drug trafficking; and solicited assistance from FARC leadership in training an unsanctioned militia group that functioned, in essence, as an armed forces unit for the Cártel de Los Soles.

**Exhibit E at 1-2.**

**OPINION (4): Based on all of the information above, and my independent research, I opine that Maduro is an agency or instrumentality of the FARC.**

**D. Cilia Flores is an A/I of the FARC.**

Cilia Flores is the wife of Nicolas Maduro.  She is also the mother of three sons, Maduro's stepsons— "Los Chamos," as well as two nephews she raised as her sons, the Narco-Sobrinos.[4] Cilia was blocked by OFAC on September 25, 2018.  In its Press Release on the blocking action, OFAC listed Cilia as a member of "Maduro's Inner Circle."  OFAC stated: "Today's designations target key current or former officials of the Venezuelan government. Maduro has relied on key figures, such as previously designated Cabello and El Aissami, and those officials being designated today, to maintain his grip on power." Press Release, U.S. Treasury Dep't, *Treasury Targets Venezuelan President Maduro's Inner Circle and Proceeds of Corruption in the United States* (Sept. 25, 2018), https://home.treasury.gov/news/press-releases/sm495. Helping Maduro maintain his grip on power itself is enough for me to opine that Cilia Flores is an agency or instrumentality of the FARC, because as extensively recited above Maduro uses his power over the Venezuelan government agencies, and military, to distribute FARC cocaine internationally.

Yet, my study of her role in the Maduro clan has provided me with further examples of assistance by Cilia Flores to her husband Maduro. Particularly, it has become clear to me that Cilia runs the finances of Maduro and the clan.  It is telling that as referenced above already back in 2002, the FARC had noted corruption of both Maduro and Cilia. *See* **Exhibit C at 9**.  That is because from the outset their ill-gotten assets have been comingled not only between Maduro and Cilia, but across the Maduro clan. And the money flows up to Cilia for its distribution and disposition—often through the allocation of credit cards to be charged against the funds. This principle of monies shared across the Maduro clan, but running up to Cilia for disposition and distribution, is exemplified, by the case of the "Narco-Sobrinos."  The Narco-Sobrinos are Cilia Flores nephews: Efrain Campo Flores and Franqui Francisco de Freitas. They were arrested in 2015.  Although they are nephews of Cilia, she considers them as her sons.  The arrest occurred at the conclusion of a month's long undercover operation that I supervised while assigned to DEA's Special Operations Division.

During the course of the investigation, multiple undercover DEA operatives met with Flores and Campos in Honduras, Venezuela, and Haiti. Nearly all meetings were recorded. Campos and Flores indicated in the meetings that they would be transporting FARC cocaine and were seeking assistance in landing their aircraft in Honduras. Flores and Campos made clear that they were protected in launching their drug laden aircraft from Venezuela and indicated **that they would be financing Celia Flores' future political elections with the proceeds.** Flores and Campos were arrested in Haiti after traveling to meet the DEA undercovers for a final time. They arrived in Haiti in an aircraft owned by wealthy **Venezuelan businessmen with direct ties to the Cartel de Los Soles.**

The information I provide herein regarding the investigation of the Narco-Sobrinos is not confidential as the Narco-Sobrinos were tried and convicted in the United States. During the serving of their prison sentences, the United States government released the Narco-Sobrinos from prison and exchanged them for persons held by the Venezuelan government.

---

[4] Based on my experience and my investigations of the Narco-Sobrinos— Efrain Campo Flores and Franqui Francisco de Freitas are narcotics traffickers who were, in fact, convicted for narco-trafficking. They admitted to trafficking in FARC cocaine. My Opinion (27) is that the Narco-Sobrinos are A/Is of the FARC.

Cilia's well documented role in the government of Venezuela during the years of both Chávez and Maduro administrations, her documented efforts to maintain her husband Maduro in power, and her role in running Maduro's finances and that of the Maduro clan clearly establishes her assistance of the international drug trafficking operations of the FARC.

**OPINION (12): Based on all of the information above, and my independent research, I opine that Cilia Flores is an agency or instrumentality of the FARC.**

### E.   Rafael Ramirez is an A/I of the FARC.

As stated by Salazar in his Declaration, Rafael Ramirez was central to Hugo Chávez in rendering assistance to the FARC:

> President Chávez had a three-prong strategy for the movement of FARC cocaine, and had assigned three individuals to lead in three forms of assistance.
>
> . . .
>
> These individuals were—1**) Regarding Financial and Logistical support: Rafael Ramírez, President of PDVSA from 2004 to 2013**; 2) Military Coordination and Assistance: Hugo Carvajal; and 3) Intelligence and Information Assistance: Ramon Chacín.

**Exhibit B** at ¶¶ 42-43 (emphasis added).

Attached hereto as **Exhibit F** is a chart illustrating the years Ramirez served respectively as: 1) Minister of Energy and Pertroleum of Venezuela; and 2) Both Minister of Energy and Petroleum of Venezuela, and President of Petroleos de Venezuela, S.A. ("PDVSA"), which itself I opine to be an agency or instrumentality of the FARC for its role in supporting the FARC, through for example "oil for weapons" transactions more particularly described below. The chart serves to show the overlap of times in office with Chávez, as well as with Andrade and Diaz Guillen—three other individuals who I opine are also agencies or instrumentalities of the FARC.

Salazar describes Rafael Ramirez's activities as an agency or instrumentality of the FARC, in various section of this declaration:

> On numerous occasions, I personally heard President Chávez give orders that assistance be provided to the FARC. Such orders include:
> . . .
>
> President Chávez ordering **Rafael Ramírez to provide funds to the FARC**. In an attempt to justify the transfers of cash to the FARC, on occasion Venezuela received a small amount of agricultural products in "exchange" even though such agricultural products were readily available in Venezuela at far less of a price.

**Exhibit B** at ¶ 7 (emphasis added).

> I also personally observed meetings between President Chávez and Rafael Ramírez, at which President Chávez ordered the delivery to the FARC of funds held by PDVSA.

**Exhibit B** at ¶ 30.

> Rafael Ramírez in particular would take copious notes, and I never saw him question President Chávez's instructions to assist the FARC.

**Exhibit B** at ¶ 45

Salazar's descriptions of Rafael Ramirez role in assisting the FARC, are consistent with his role as described in the FARC Files, which is the book containing the Dossier and interpretations of the emails therein, published by the International Institute for Strategic Studies:

> Secondly, Chavez offered FARC two ways in which it might receive substantial income from the sale of Venezuelan oil or petrol, in both cases with the **cooperation of "the manager of PDVSA"**. One option was "a business in which we receive a quota of oil in order to sell it abroad, which would leave us with a juicy profit", and the other was to use funds from the "dossier" to create "a profitable business for investments in Venezuela" that would sell "petrol to Colombia, or in Venezuela" and be awarded "state contracts".

The FARC Files at 148 (emphasis added,)

The corresponding entry in the Dossier supports the proposition that Ramirez:

> *Nos ofreció la posibilidad de un negocio en el que nosotros recibimos una cuota de petróleo para comercializarla en el exterior, lo cual nos dejaría una jugosa utilidad. Otra oferta: venta de gasolina a Colombia, o en Venezuela. Tomando del dossier, creación de una empresa rentable para inversiones en Venezuela. Posibilidad de adjudicación de contratos del Estado. En todo lo relacionado con este tema participó el gerente de "6579-6545-6245-6449" [PDVSA]. Para lo pertinente, Ángel designó a Ernesto para que coordinemos con él.*

**Exhibit C** at 44.

> **ENGLISH TRANSLATION**: (IISS Dossier)

> *He [Chavez] offered us the possibility of a business in which we receive a quota of oil In order to sell it abroad, which would leave us with a juicy profit. Another offer: the sale of petrol to Colombia, or in Venezuela. Taking*

> *[funds] from the dossier, the creation of a profitable business for investments in Venezuela. The possibility of adjudication of state contracts. The manager of "6579-6545-6245-6449" [PDVSA] participated in everything related to this subject. Angel designated Ernesto [Ramon Rodriguez Chacin] so that we coordinate with him for everything necessary.*

*Id.* at 45.

In fact, under Ramirez's leadership, PDVSA was the leading organ under Hugo Chávez for supporting the FARC in "oil for weapons" transactions:

> *Nos reunimos con el emisario Chino. El muestra la mejor disposición y manifiesta que se debe enviar un hombre de FARC a China el 15 de junio para mostrar lo que ellos tienen y mirar en el terreno calidades que suplan nuestras necesidades. Sería atendido por la gente del Partido que trabaja la Inteligencia. Plantea que cualquier negocio sería pagado por adelantado o por carta de crédito. Antes se había reunido, entre otros con Julio Montes, Freddy Bernal, el Viceministro de Minas y Energía, Gente de PDVSA y Amílcar. **Allí llegaron al acuerdo de enviar petróleo a China y que los chinos pagarían parte en armamento. Al parecer lo correspondiente a una "comisión". Al chino se le planteó que como ellos recibían el petróleo, nosotros, para evitar enredos le cancelaríamos a los venezolanos la parte nuestra.** El aceptó. Hasta ahora la cosa va ahí. Julio quiere ampliar y esperamos la reunión para hacerlo*

**Exhibit C** at 13 (emphasis added).

> **ENGLISH TRANSLATION**: (IISS Dossier)
>
> *We met with the Chinese emissary. He is completely at our disposal and says that a man from `the FARC must be sent to China on the 15th of June so that he can be shown what they have and to have a look on the ground at the things which might fulfill our requirements. He would be attended to by people from the Party who work for the intelligence services. He says that any deal would have to be paid for in advance or by credit card. He had previously met with Julio Montes, Freddy Bernal, the Vice-Minister of Mines and Energy, people from PDVSA and Amilcar [Figueroa], amongst others. **There they agreed to send petrol to China and that the Chinese would pay for part of it with weapons. Apparently what would correspond to a "commission" It was suggested to the Chinese man that as they would be receiving the oil, we would pay the Venezuelans directly for our share to avoid complications.** He agreed. Up to now that is how things stand. Julio wants to expand on the details and we are waiting for the meeting to do it.*

*Id.* at 13-14 (emphasis added).

31

**OPINION (8): Based on all of the information above, and my independent research, I opine that Rafael Ramirez is an agency or instrumentality of the FARC, and Opinion (26): I also opine that PDVSA is an agency or instrumentality of the FARC.**

### F.   Claudia Diaz-Guillen and Adrian Velasquez Figueroa are A/I of the FARC.

Claudia Diaz Guillen is an agency or instrumentality of the FARC. This label is sealed by her acts of support for Chávez and Maduro, the Cartel de Los Soles, and even directly to the FARC through her positions as Executive Secretary of FONDEN and National Treasurer of Venezuela from 2011-2013.

#### 1. Diaz Guillen's Role in Financial System

Diaz Guillen played a central role in the financial systems that Venezuela developed with China, (as further detailed in this report). These systems were utilized as a means to avoid and withstand U.S. sanctions and further, as a means to provide continued financial assistance and support to the FARC. Through the positions that Diaz Guillen was appointed by Chávez, she became an absolutely critical member of the Cartel of the Suns and a lynchpin to their corrupt financial activities. One of the direct goals and effects of these activities was supporting the FARC in their drug trafficking and money laundering activities that destabilized Colombia and thwarted American national security.

It would defy credulity to attempt to separate Hugo Chávez's actions supporting, involvement regarding, and knowledge of, narco-trafficking for the FARC from Diaz Guillen's role as National Treasurer, Executive Secretary of FONDEN, and as his lover.[5]

#### 2. Diaz Guillen's Relationship with Chávez

Diaz Guillen was so close to Chávez that, as put forth by Salazar, she is the mother of Chávez's son. Salazar further explained that due to Diaz Guillen's close personal and working relationship with Chávez, Diaz Guillen physically attended meetings with the FARC. It is this close relationship (which at one time including serving as Chávez's nurse and later lover) that Salazar indicated led Chávez to appoint her to her lofty positions in the Venezuelan Treasury and FONDEN.

---

[5] Interestingly, at her criminal trial Diaz Guillen's own attorney argued – "Claudia and Adrian had a very close relationship with President Chavez" …" Claudia was the president's speechwriter, nurse, spiritual advisor, confidant. She traveled with him. Adrian traveled on the presidential plane. These are people that were very close to President Chavez. They viewed President Chavez as a father figure. They called him "Papa" like father. Trial Transcript of Jury Trial Before the Honorable William P. Dimitrouleas, *United States of America v. Claudia Patricia Diaz Guillen, Adrian Jose Velasquez Figueroa*, No. 18-CR-80160-WPS, p. 24 (S.D. Fla. Nov. 28, 2023). Her attorney went on to argue that Diaz Guillen was "on call 24 hours a day" about how much money was available for Chavez's projects: "She reported directly to the minister of finance. She reported directly to President Chavez. She was on call 24 hours a day. Chavez could call her at 2:00 in the morning on Sunday, and she had to answer because he wanted to know how much money was in the bank account, Okay?" Diaz Guillen Trial Transcript at 36.

Salazar's Declaration recites that he personally witnessed the relationship between Hugo Chávez and Diaz Guillen in assisting the FARC:

> Claudia Patricia Diaz Guillen ('Claudia Diaz Guillen') was also present at meetings with the FARC. At one time, she was President Chávez's personal nurse and also his lover. President Chávez is the father of Claudia Diaz Guillen's son. Because of her close relationship with President Chávez, Claudia Diaz Guillen was given several positions in the Venezuelan government, including National Treasurer of Venezuela and Secretary of FONDEN (Fondo de Desarrolo Nacional, S.A.).

> I personally witnessed President Chávez ask Claudia Diaz Guillen on a daily basis for the balance in the accounts of FONDEN and as National Treasurer. I also personally witnessed President Chávez tell Claudia Diaz Guillen that funds from those accounts needed to go to the FARC.

**Exhibit B at ¶¶** 12-13.

Diaz Guillen's indictment and conviction in the Southern District of Florida makes clear that she was not an honest broker or unwitting participant in the positions that she held and utilized criminally. She played a central role "in a billion-dollar currency exchange, bribery, and money laundering scheme." *See* UNITED STATES DEPARTMENT OF JUSTICE, Former Venezuelan National Treasurer and Husband Convicted in International Bribery Scheme, (Dec. 15, 2022) https://www.justice.gov/opa/pr/former-venezuelan-national-treasurer-and-husband-convicted-international-bribery-scheme. These corrupt Venezuelan financial systems that she helped to establish and criminally flourish were essential to the FARC's success and continuation—both of which were built around their drug trafficking, money laundering and terror based activities.

Diaz Guillen was sanctioned with Raul Gorrin by the United States Treasury Department on January 8, 2019. The sanctions imposed by the United States Treasury Department also provide insight into why I opine that Diaz Guillen is also an agency or instrumentality of the FARC. U.S. DEPARTMENT OF THE TREASURY, Treasury Targets Venezuela Currency Exchange Network Scheme Generating Billions of Dollars for Corrupt Regime Insiders, (Jan. 8, 2019) https://home.treasury.gov/news/press-releases/sm583.

The year 2012 is an excellent focal point that illuminates Diaz Guillen's central role as an agency or instrumentality of the FARC. One of Chávez's techniques for getting money to the FARC was issuing false contracts for projects that were never real or never to be completed. From 2007 through 2013, FONDEN (the development fund of Venezuela) was a "go to" source of funding for these false state contracts. At or around 2012, Andrade was already Secretary of FONDEN. Maduro had become the President of FONDEN while Diaz Guillen was the Executive Secretary of FONDEN. In this respect Diaz Guillen answered directly to the head of the Cartel de Los Soles.

### 3. The Role of FONDEN and the "Never Projects"

Attached hereto as **Exhibit G**, is FONDEN Information Point No. 0039 (*FONDEN Punto de Cuenta No. 0039*) (Oct. 16, 2012). At the very top of the document Diaz Guillen is listed as the Executive Secretary of FONDEN. In this document Maduro is being presented as the new "Director of FONDEN". The FONDEN Information Point recommends that the governing body of FONDEN authorize Maduro as the new director of FONDEN. It is signed by Diaz Guillen and dated October 16, 2012. By 2012, it was public knowledge and well documented that Maduro was a FARC operative and leader of the Cartel de Los Soles. Participating in this recommendation to install Maduro as Director of FONDEN, and then signing it as Executive Secretary, itself constitutes material assistance to the FARC by placing its operative in a position of power over the development funds of an entire nation—particularly over the development fund which was funding false contracts allocated directly to FARC shell companies, as further discussed below. On this basis, even alone, Diaz Guillen is an agency or instrumentality of the FARC.

Consider the example of a project known as "*Gran Volumen*", a program originally funded under the "Joint China Venezuela Fund" (a fund established jointly through FONDEN and the China Development Bank. That project was allocated to E.B.S. LAMINALUM (SERLACA) in the Venezuelan State of Bolívar. The Venezuelan State of Bolivar is an area where the FARC has considerable presence in which false state contracts are allocated to funnel money to the FARC. On January 26, 2012, Diaz Guillen as Executive Secretary of FONDEN presented a proposal to Jorge Giordani (the then President of FONDEN and Minister of Finance – and thus Diaz Guillen's immediate supervisor) through FONDEN Information Point No. 0001 (*FONDEN Punto de Información No. 0001*). I have attached FONDEN Punto de Información No. 0001, attached hereto as **Exhibit H**. In **Exhibit H**, Diaz Guillen notes that the E.B.S. LAMINALUM project had no funding since 2010 and posits that now additional funds were being solicited from FONDEN. **Exhibit H.** Shortly after Diaz Guillen (approximately three (3) weeks later) presented FONDEN Punto de Información No. 0001, Maduro presents to Chávez the "Ministry of Popular Power for Industries Point of Account to the President Commander Hugo Chávez No. 014-2012". I have attached a copy of that document No. 014-2012 hereto as **Exhibit I**. In **Exhibit I**, Maduro posits that no work had been done on Phase II of the EPS LAMINUM project, and that funding the project through the Gran Volumen program of the Joint China Venezuela Fund would require Chinese companies to participate and make completion of the project more complicated. **Exhibit I.**

Diaz Guillen's and Maduro's tactics in **Exhibit H** and **Exhibit I** respectively were to bypass the Chinese Government, which would allow for funds to be withdrawn from a non-Chinese joint fund and therefore creating a path for not completing the project at that time.

But tellingly, **Exhibit I**, then requests funding from FONDEN directly rather than from the *Gran Volumen* program of the Joint China Venezuela Fund. *Id*. Thus, they aimed to bypass the Chinese funding and participation of Chinese companies for Phase II of the project all together. Chávez approved Exhibit I. *Id*. As of 2022, the E.B.S. LAMINALUM (SERLACA) project in Bolívar has never been completed.[6] That project is one of at least 20 projects in the State of Bolívar

---

[6] *See* Jhoalys Siverio, *In Bolívar there are more than 20 unfinished works as a result of corruption*, Correo del Caroní (Sept. 22, 2022), https://correodelcaroni.com/pais-politico/en-bolivar-hay-mas-de-20-obras-inconclusas-

which have never been completed. *Id*. I call the projects that were subject to the practice of money laundering monies to FARC and/or FARC agencies or instrumentalities such as Chávez and Maduro, using false contracts or other techniques, the "never projects" which means that they were either never built, never completed, completed with grave defects, or completed only many years later after the money laundering activities that occurred.

It is my opinion that it defies credulity that Diaz Guillen's participation in the EBS LAMINALUM scheme, together with Maduro, can be divorced from Maduro's role as a FARC operative and at the time a leader of Cartel de Los Soles. The use of Punto de Cuentas such as those in Exhibit H and I, was a known technique for funding false contracts to the FARC – particularly in FARC strong holds such as state of Bolivar and the state of Apure.

It would be difficult to argue that Chávez, Maduro, and Diaz Guillen were not aware of the money laundering that plagued the "never projects" and in fact Chávez and Maduro themselves made huge financial gains on the money laundering, and enriched the FARC and its other agencies or instrumentalities in the process. Consider Diaz Guillen's own testimony about the degree of her and Chávez's involvement in overseeing projects funded by the ONT and FONDEN:

**DIAZ GUILLEN TRIAL TRANSCRIPT**

> 24 A. Well, I'm going to try to summarize it. I
> 25 would get to the treasury; I would review the system

Diaz Guillen Trial Transcript at 2184.

> 1 to make all the payments that were scheduled for that
> 2 day. I would review all communications. I would
> 3 meet with the directors. There were days during the
> 4 week that I had to leave the office to go to other
> 5 states to supervise projects. I would attend
> 6 meetings at the Central Bank of Venezuela, which was
> 7 very close to the treasury.
> 8 I also had to review all the financial
> 9 payments or everything that was due to be paid:
> 10 Payments in foreign currency. The unique accounting.
> 11 The management account. **And then within the same**
> 12 **building I had to go to the Fonden office, which was**
> 13 **an office that had about 200 people. And it's also**
> 14 **important that within my administration, the minister**
> 15 **and I would organize projects, the projects of the**
> 16 **electronic signature.**
> 17 Q. We're going to get to it, Ms. Diaz Guillen.

---

producto-de-la-corrupcion/ (attached hereto as **Exhibit J**) *see also* Transparencia Venezuela Report, https://transparenciave.org/obrasinconclusas/ente_responsable/servicios-de-laminacion-de-aluminio-e-a-serlaca/?filter=true&estado=estado-bolivar (accounting for 246 unfinished projects throughout the country, contracted or announced during the governments of Chavez and Maduro) (attached hereto as **Exhibit K**). It is one of at least 20 projects identified in Bolívar which have yet to be completed. *Id*.

18 Let's break this down a little bit because that was a
**19 lot. So first you keep saying "projects." What are**
**20 the projects that you had to supervise?**
**21 A. Whenever the president would approve with**
**22 extraordinary resources to do projects, for example,**
**23 a highway, a school, a cement plant, he had asked me**
**24 to supervise that project and to evaluate whether the**
**25 money that had been used for it was being used to**

Diaz Guillen Trial Transcript at 2185 (emphasis added).

**1 make that project work. So we have an inspection**
**2 team, and we would go and supervise those projects to**
**3 different places. There were national projects as**
**4 well as international projects.**
Page 2186
17 Q. You also mention Fonden. What is Fonden?
18 F-O-N-D-E-N?
19 A. The phone for national development. For you
20 to understand about it, this was a place where
21 projects of great importance were implemented.
**22 Q. Was President Chavez involved with your work**
**23 as treasurer and executive secretary of Fonden?**
**24 A. Yes, very much so. Let me remind you, the**
**25 minister of finance was also the president of Fonden.**

Diaz Guillen Trial Transcript at 2186 (emphasis added).

1 He was the minister of finance. He was my
2 supervisor, and we work together with his two
3 offices. **And the president was aware, on top of all**
**4 this project. He would call me constantly.**
**5 Sometimes I was sleeping, and he would call me to ask**
**6 me about a certain project. Right next to my table,**
**7 I have a bunch of books regarding the project and the**
**8 availability of the money, the treasury, all that.**
**9 Q. Would you have to submit any reporting to the**
**10 president?**
**11 A. Yes, weekly. On Fridays, he would receive a**
**12 book with a summary of everything that was done at**
**13 the treasury and at Fonden, how much money was given**
**14 to a certain project, the characteristics and summary**
**15 of all inspections, the results of those inspections**.

Diaz Guillen Trial Transcript at 2187 (emphasis added).

**OPINION (22): Chávez and Guillen's direct oversight of the project expenditures and development progression (funded by FONDEN, the ONT, or other sources, they controlled), refutes arguments contrary to their involvement in the money laundering that plagued the "never projects".**

### 4. The Murder of the Governor of Apure

And when someone stood up to this practice – they were killed. I have discussed with both Martin Rodil and Salazar at length, how these false state projects led to the death of the Governor of Apure – Jose Aguilarte.  Governor Aguilarte was murdered.[7]  He was shot on March 14, 2012, and died of his injuries on April 2, 2012.  I discussed this matter with Martin Rodil, who had been approached by Governor Aguilarte's Chief of Staff – Alan Jose Alvarado Hernandez -- to help extricate himself from Venezuela for fear of losing his life as well.  Rodil relayed to me that the Chief of Staff had informed him that false state contracts in Apure were funding FARC.  He stated to Rodil, that such false contracts were being funded by Venezuela's Office of the National Treasury (which was under Diaz Guillen at the time), FONDEN of which Diaz Guillen was Executive Secretary, the Joint China Venezuela Fund, and other sources.

FONDEN Information Point No. 0004 (*FONDEN Punto de Información No. 0004*), has to it attached a copy of Ministry of Popular Power for Oil and Mining Point of Account to the President Commander Hugo Chávez No. 073-12. This document No. 073-12 describes a new potential loan from the Joint China Venezuela Fund be repaid in part through credits for supply of PDVSA of oil to China). I have attached these documents as **Composite Exhibit L**. This loan was desired to provide funds for projects under catastrophic circumstances – such as levy of sanctions by the United States. The Chief of State had told Rodil that the Joint China Venezuela Fund was being used to fund the false state contracts that Hugo Chávez wanted Governor Aguilarte to provide to the FARC.

Chávez was laundering money to the FARC in Apure and other places, through mechanisms such as document No. 073-12 and the false contracts issued to FARC controlled shell companies. Later in 2012, that Chief of Staff was also murdered under direction of the same FARC agency or instrumentality that killed his Governor: the notorious narco-trafficker and member of Chávez's inner circle Diosdado Cabello.

**OPINION (11):  Diosdado Cabello is an agency or instrumentality of the FARC, including his involvement in assisting the FARC in its narco-trafficking activities as recited in the Dossier, and his leadership role in the Cartel de Los Soles, as well as his involvement in the murder of the Governor of Apure for resisting awarding false state contracts to the FARC, and for the narco-trafficking activities involving FARC cocaine as listed in his indictment by the United States Government**.

_____

[7] Martin Rodil is an individual who was on several occasions contacted by Gorrin to attempt to extricate members of Chavez's and Maduro's inner circle to the United States.  Rodil's work included arranging for the departure from Venezuela of Alejandro Andrade, Diaz Guillen, Adrian Velasquez, and Diaz Guillen's child. Rodil's mission was to assist in the process of placing such individuals in contact with U.S. law enforcement agencies for purposes of beginning discussions between such individuals and U.S. law enforcement.

### 5. Diaz Guillen and the Bond Scheme

Gorrin had offered, promised, authorized, and paid bribes to FARC agents and instrumentalities such as Andrade to allow Gorrin and his companies to conduct foreign currency exchanges and securing an improper advantage in acquiring the right to conduct such exchange transactions.[8] This permuta scheme allowed very few individuals, such as Gorrin, to have currency exchange houses that were permitted access to the lower official government bolivar exchange rate to purchase dollars and then would sell dollars for bolivars at the higher black market exchange resulting in massive profits.

It is this system that aided Chávez to directly benefit the FARC because the permuta scheme by design created a dollar shortage resulting in Venezuelans have to seek dollars from the illicit sources that were flush with them – the FARC and its narco-traffickers. Gorrin was a critical player in this system through his influence and financial strength, and Diaz Guillen (through, for example, illicit bond sales pegged to just above the lower government official exchange rate discussed herein) was a vehicle for his funds to flow to the FARC through her position as National Treasurer and Executive Secretary of FONDEN. Her role in assisting Chávez to obtain the funds to support the FARC (such as the "never projects" described above), essentially made her a functioning member of the Cartel de Los Soles – the very group that so critically worked with, supported and protected the FARC and their lifeblood of drug trafficking and drug money laundering.

As set forth in this report, the Venezuelan partnership with the FARC was orchestrated by the Cartel de Los Soles and the complicated financial structures that they created under Chávez and Maduro – absolute and undeniable agencies or instrumentalities of the FARC. As with any machine, the Venezuelan state terror and drug trafficking supporting enterprise was dependent upon loyal and capable lynchpins in critical positions. Diaz Guillen fit this mold to a tee. Diaz Guillen can be found at the center of this financial engine during a critical period.

Diaz Guillen's trial transcript reveals the importance to Chávez of Diaz Guillen's roles in funding (through the Office of National Treasurer and/or FONDEN) Chávez's "projects" and the degree of intimate knowledge Chávez had regarding such funds.[9]

Chávez's ultimate control and oversight of the funds Diaz Guillen was administering at ONT was revealed by multiple witnesses in the criminal trial of Diaz Guillen and her husband Adrian Velasquez.  Max Camino was an individual cross examined by Diaz Guillen's attorney. Camino admitted at the trial that he had engaged in a bond scheme whereby his bids would be selected as winners of bond allocations from the ONT and then bribed Diaz Guillen with payments

---

[8] *See* Superseding Indictment at ¶ 12, *United States of America v. Raul Gorrin Belisario, Claudia Patricia Diaz Guillen, and Adrian Jose Velasquez Figueroa*, No. 18-cr-80160 (S.D. Fla.) (attached hereto as **Exhibit W**).

[9] Attached hereto is **Composite Exhibit M**, the accounts of the Office of National Treasurer (ONT) and FONDEN were often comingled, in various ways.  Both FONDEN and ONT  would sell bonds, ONT at times take custody of FONDEN bonds, and funds derived from bond sales and other activities were often commingled between these two agencies through the Central Bank of Venezuela. *See* Diaz Guillen Trial Transcript at 2364-2367. **Composite Exhibit M** illustrates how monies from the account of the ONT and FONDEN funds are commingled, and then reallocated, by the Central Bank of Venezuela.

to her husband Adrian Velasquez's entities. I considered Maximillian Camino's testimony in Diaz Guillen Trial Transcript which begins at page 1130:

> 6 Q. And everyone in government in Venezuela at that
> 7 time reported to president Chavez?
> 8 A. Yes.
> 9 Q. He was very involved in all aspects of his
> 10 government, would you agree?
> 11 A. Yes.
> 12 Q. And he was very involved with the Treasury
> 13 Office?
> 14 A. Yes.
> 15 Q. Because the Treasury Office funded his
> 16 projects?
> 17 A. Correct.
> 18 Q. And the Treasury Office is where money came
> 19 from to fund those projects?
> 20 A. Yes.

Diaz Guillen Trial Transcript at 1158.

One of the motivations for Chávez to look so closely at the disposition of funds from the ONT is that he was suspicious of political enemies having access to such funds. It was part of the motivation for funding the FARC through the permuta scheme and bond scheme or other "never project" schemes – as the FARC was his cocaine trafficking and military ally. This also was discussed in the Diaz Guillen trial:

> 16 Q. Do you know that during President Chavez's
> 17 presidency, they tried to overthrow him?
> 18 A. Yes, a couple of times.
> 19 Q. And that created a lot of suspicion in
> 20 President Chavez?
> 21 A. I suppose so.

Diaz Guillen Trial Transcript at 1221.

In fact, Chávez was the original architect of putting the permuta foreign exchange program in place, which also played a part in the bond scheme. Under the bond scheme, bonds would be purchased from ONT or FONDEN just above the lower government exchange rate but also at a premium above the face value, and the premium amount would go to fund Chávez's projects.[10] Diaz Guillen herself testified at her trial:

---

[10] Diaz Guillen's own attorney's line of question of Max Camino reflects this history:

> 1 …The currency exchange is flat. It's the same.
> 2 It's the national exchange. Where it varies, it's on
> 3 the amount of the bond, the U.K. bond. The U.K. bond is
> 4 150 or 145 percent.

> 17 Q. You also mention Fonden. What is Fonden?
> 18 F-O-N-D-E-N?
> 19 A. The phone for national development. For you
> 20 to understand about it, this was a place where
> 21 projects of great importance were implemented.
> 22 Q. Was President Chavez involved with your work
> 23 as treasurer and executive secretary of Fonden?
> 24 A. Yes, very much so. Let me remind you, the
> 25 minister of finance was also the president of Fonden.

Diaz Guillen Trial Transcript at 2186.

and also:

> 1…Why did the president require you to send
> 2 this to him every week when you were the treasurer?
> 3 A. So because he had to be informed about the
> 4 resources that we had, about the resources that the
> 5 treasury office had, because he is the administrator

---

> 5 Q. Okay. So you're actually paying the treasury

> 6 of Venezuela or the ONT, a premium to purchase the bond?
> 7 A. Correct.
> 8 Q. And when you pay that premium to purchase the
> 9 bond, when you sell it on the back end, you're actually
> 10 losing money?
> 11 A. Correct.
> 12 Q. Because this was a money-making venture for the
> 13 treasury?
> 14 A. Yes.
> 15 Q. And, I believe, President Chavez put this
> 16 system in place of selling the U.K. bonds?
> 17 A. I don't know.

Diaz Guillen Trial Transcript at 1170.

And see the following testimony from Diaz Guillen:

> 9…Why did
> 10 President Chavez, the minister of finance and/or the
> 11 treasury office purchase these bonds that we have
> 12 been talking about in this case?
> 13 A. These were very safe bonds. They varied very
> 14 little. They were very stable bonds. And other than
> 15 that, they were very profitable.
> 16 Q. And was President Chavez and the minister of
> 17 finance involved in the decision-making to purchase
> 18 the bonds?
> 19 A. Yes. They were aware of all of this.

Diaz Guillen Trial Transcript at 2215.

6 after all of the commonwealth. And because when he
7 had to go out at events, when he was going to approve
8 projects, he had to know how many resources he had in
9 order to -- in order to be able to provide certain
10 resources of a certain -- for a certain amount for a
11 certain project.

Diaz Guillen Trial Transcript at 2193.

There was no doubt that FARC Agency or Instrumentality Hugo Chávez, a leader of the Cartel of the Suns at the time, kept a close eye on the bond sales that generated ONT funds and the FONDEN funds as a source of support for the FARC, including for funding "never projects" to FARC shell companies in places like Bolivar and Apure. And Diaz Guillen knew it.  As Salazar has relayed to me, she was present at meetings were FARC funding and support was ordered by Hugo Chávez himself.[11]

I have described in detail, through the use of official Venezuelan documents and knowledgeable and vetted first person witnesses, how the Venezuelan government under Chávez

---

[11] FARC Agency or Instrumentality Chavez kept such a close on the ONT and FONDEN bond sales and funds that he was constantly receiving an account of such funds:

9 Q. Would you have to submit any reporting to the
10 president?
11 A. Yes, weekly. On Fridays, he would receive a
12 book with a summary of everything that was done at
13 the treasury and at Fonden, how much money was given
14 to a certain project, the characteristics and summary
15 of all inspections, the results of those inspections.

Diaz Guillen Trial Transcript at 2187.

Also

5 Q. Was President Chavez and the minister of
6 finance aware of this process of buying and selling
7 the bonds?
8 A. Of course. They were very well aware of that
9 process. I was in constant communication with the
10 president. And he very well aware of everything that
11 happened at the treasury, just as well as the
12 ministry of finance.

Diaz Guillen Trial Transcript at 2219.

And Chavez would only accept the figures if Diaz Guillen signed them as coming from her:

18 When it was printed, I would put my half signature.
19 This was because the president had told me that he
20 wanted to make sure that this booklet was truly the
21 one that I was sending him.

Diaz Guillen Trial Transcript at 2189.

and Maduro promulgated a money laundering system built around numerous critical Venezuelan institutions, including FONDEN (Venezuelan development fund) and the Office of the National Treasurer. These entities helped form a financial alliance with a narco-terrorist organization – the FARC. During this critical period of 2012, Diaz Guillen was stationed at ground zero as both Executive Secretary of FONDEN and as Venezuela National Treasurer. The FONDEN documents dissected above, prepared and signed by Diaz Guillen, make clear her crucial importance as the go-between between Chávez and these financial entities. Diaz Guillen was the grease that made the engine run.

**OPINION (9): Based on all of the information above, and my independent research, I opine that Diaz Guillen is an agency or instrumentality of the FARC.**

### 6. Adrian Velasquez Figueroa

#### a. Diaz Guillen's Husband and Gorrin's Payments

Adrian Velasquez Figueroa is married to Diaz Guillen. Velasquez was an implementer of the bond bribery scheme with Raul Gorrin. It defies credulity that Chávez would not have known of the enormous wealth that Diaz Guillen and Velasquez built up from taking bribes from Raul Gorrin in exchange for his access to ONT and FONDEN bonds under the bond scheme. Diaz Guillen was Chávez's personal nurse, treasurer, lover, and mother of Chávez's son. Like Diaz Guillen, Velasquez was convicted at their trial of engaging in the bond bribery scheme with Gorrin. Gorrin is a fugitive, who has thus far escaped his trial. Velasquez was also close to Hugo Chávez. In fact, according to witness testimony on the trial transcript, Velasquez was in charge of security of Chávez's other son "Huguito" and in charge of security of Chávez himself, as well as served as head of intelligence for Chávez -- stationed at Chávez's residence – Miraflores[12]

13 Q. Where did he work while you worked at the treasury?

14 A. He was in charge of security for the president and his son.

Diaz Guillen Trial Transcript at 1397.

---

[12] *See also* Trial Testimony of Max Camino:

> 18 Q. We were just talking about Mr. Velasquez
> 19 Figueroa's time in Miraflores as the head of
> 20 intelligence, head of security for President Chavez. Do
> 21 you remember that?
> 22 A. Yes.
> And at Page 1268
> 13 Q. And he would have had an enormous amount of
> 14 responsibility as Chavez's security and intelligence
> 15 advisor. Correct statement?
> 16 A. Correct.

Diaz Guillen Trial Transcript at 1267.

Velasquez was the point person (outside of the official ONT structure) for Gorrin on obtaining the bribes that were flowing from Gorrin to the Diaz Guillen/Velasquez household. The Diaz Guillen trial transcript shows an absolute immersion of the Diaz Guillen household in bribes received from Gorrin. Private airplanes, yachts, false loans to their company "Patric Love", were showered upon the Diaz Guillen household. The trial transcript is rife with examples of Gorrin's companies being corruptly "awarded" bonds with no up-front payment to the ONT, whereby Gorrin's entities made enormous financial gains by obtaining the bonds from Diaz Guillen's ONT, selling them for bolivars at a high market exchange rate, and then repaying the bonds to the ONT at a low official government exchange rate – a rate available only to Gorrin and a select few. The United States prosecutors were able to show that a numerous amount of bonds were awarded to Gorrin's companies listed on the chart of entities in **Section II** above, and left Diaz Guillen with little to say in response to the reality that was:

> 1 Q. Okay. And the Bellsite company purchased many
> 2 bonds from the ONT. Many U.K. treasury bonds from the
> 3 ONT; correct?
> 4 A. I don't remember it, but if it's so recorded,
> 5 then I guess it is, yes.
> 6 Q. And do you recall hearing about a company IBCDB
> 7 during the trial?
> 8 A. Yes. Yes, I do remember.
> 9 Q. And that's a company that also won bids to the
> 10 Office of National Treasury to purchase U.K. bonds,
> 11 treasury bonds; correct?
> 12 A. I don't remember it. But it's there --
> 13 recorded there. I think I saw a few reports here in the
> 14 courtroom.

Diaz Guillen Trial Transcript at 2287.

Likewise, the United States prosecutors were able to show that companies listed on the chart in Section II above, as purportedly jointly held by Gorrin and Perdomo, were also corruptly "awarded" bonds by the ONT under Diaz Guillen, in exchange for bribes to the Diaz Guillen household. Diaz Guillen admitted that Vineyard Ventures received UK bonds from Treasury:

> 9 Q. And this document in 816 shows a U.K. treasury
> 10 bond coming into Vineyard Ventures in July 2011 from the
> 11 Office of National Treasury; correct?
> 12 A. Yes, correct.
> 13 Q. So days after that account was opened, ONT is
> 14 transferring U.K. treasury bonds into the Vineyard
> 15 Ventures bank account?
> 16 A. I'm going to look at the document more
> 17 carefully, please, so that I can be sure.
> 18 Yes, that's correct.

Diaz Guillen Trial Transcript at 2298.

And the United States prosecutors were able to show the numerous bribes that were being showered down upon the Diaz Guillen household by Gorrin and/or Gorrin, (or Gorrin/Perdomo), entities listed in the chart in **Section II** above. Transfers were made to make expensive purchases, pay bills, and even fund Diaz Guillen's "dream" start-up company—Patric Love. The entities listed as owned or controlled by Velasquez Figueroa in the Chart on **Section II** above received many of the bribes and served as conduits for payment of expenses and purchases of goods and services for the Diaz Guillen household. Examples of these payments can be found on **Composite Exhibit N**, which contains key evidence of bribery by Gorrin to Diaz Guillen (through payments to Velasquez's entities) during the period Diaz Guillen was in office and Gorrin was availing himself of the bond scheme referenced above. **Composite Exhibit N** contains Government Exhibit 120[13] from the Diaz Guillen Trial, showing hundreds of thousands of dollars paid for the benefit of "AV" (which the United States prosecutors proved stands for "Adrian Velasquez"). Government Exhibit 120 shows a starting balance of $35.2 million dollars (US), and then credits and balances as monies would be paid out by Gorrin for expenses of the Diaz Guillen household, such as $250,000 to "Patric Love," $3,000 for their Yacht "Oro", $123,000 for Velasquez "company" MJ Box Tool, CA, and Interglobal Yacht Sales, LLC for approximately $280,000. See Trial Transcript Pages 562-565). **Composite Exhibit N** also contains Government Exhibit 106, which shows a $4M payment to Patric Love (which the United States prosecutors were able to show was disguised as a "sham" loan) – the "dream" company that Diaz Guillen and Velasquez had (even though she was serving as National Treasurer of Venezuela at the time!). Government Exhibit 119 also contained in **Composite Exhibit N** (an email from Gorrin's personal assistant Elizabeth Gouveia) also contains evidence of expenses through an email paid on behalf of Diaz Guillen/Adrian Velasquez, such as bodyguard payroll, airplane expenses, Mount Sinai Medical Center expenses, etc.

I have included in **Composite Exhibit N**, numerous exhibits presented by the United States prosecutors at the Diaz Guillen trial which show correspondence with Gorrin and/or his personal assistant Gouveia regarding these bribe payments (*see* Government Exhibits 137, 123 attached hereto in **Composite Exhibit N)** (wherein an agent of the "UniqueJet" writes Raul Gorrin asking for the payment of $6,405,000  - "Per AV, instructions I was asked that we send you the following requirement to process the payment for the purchase of the [Learjet] 45"),  (140,144, 147, 149, 150,151, 167. 173, 174, 175, 176, 177, 179, 180, 182, 187 252, 242, 251,and 253 attached hereto in **Composite Exhibit N)** is yet another example a bribe payment by Gorrin for Diaz Guillen/Velasquez. As Joel Brakha who was involved in the transaction testified:

> 14 Q. And if we look at the top, the subject, what is the--
> 15 A. "Instructions Transfer No. 2 for AV."
> 16 Q. And what is the date of this email?
> 17 A. 28th of November 2014.
> 18 Q. If we look at the body of this email, what are

---

[13] Any reference to any Government Exhibit in this report should be deemed to include both the Spanish and English translation of such reports as appear in the Diaz- Guillen trial. For example, a reference to Government Exhibit 120 (the Spanish version) shall also be deemed a reference to the Government Exhibit 120a (the English version). Both Spanish and English versions of each Government Exhibit cited are attached hereto.

19 you asking Raul Gorrin to do?
20 A. Attaching wiring instructions for AV for the
21 matter of a boat. This one is 400,000.
25 Q. And what company were you directing the payment

Diaz Guillen Trial Transcript at 797.

1 to here?
2 A. The 2.6 or 2.8 million to Interglobal Yacht
3 Sales and the 400,000 to the family holding company,
4 Harbinger Corp.
5 Q. And, again, why are you directing this payment
6 to Harbinger instead of Interglobal Yacht.
7 A. Wanted to pay less taxes.
8 Q. Okay. And why are you directing -- why are you
9 sending this to Raul Gorrin if it's for the benefit of
10 Adrian Velasquez?
11 A. So that he can effectuate payment.
12 Q. Okay

Diaz Guillen Trial Transcript at 798.

Gorrin went through processes to attempt to hide his interest in assets that were subject to his bribes to Diaz Guillen/Velasquez. In one instance he transferred ownership of "ORO" a large yacht (64-foot Hatteras) to an entity of his own, so others would see he was on title while the vessel really belonged to Diaz Guillen and Velasquez. Government Exhibits 181, 183 and185 attached hereto as **Composite Exhibit N**. As Joel Brakha testified:

11 Q. Okay. And why are you forwarding this to Raul
12 Gorrin and Elizabeth Gouveia?
13 A. So that they can sign the document and
14 effectuate the sale.

Diaz Guillen Trial Transcript at 791.

9 A. "Inversiones Play Andes Oro yacht."
10 Q. Okay. And what is this email about? You can
11 look at it and let us know.
12 A. Okay. That's to prepare some paperwork and get
13 in touch with Guzman, which is a documentation agent to
14 complete the sale of the Oro yacht.
15 Q. Okay. If we look at this middle part here,
16 you're asking -- could you go ahead and say what your
17 idea is?
18 A. To transfer the Oro yacht to a natural person
19 instead of a company and do the sale so that RG, which
20 is Raul Gorrin, does not appear.

> 21 "I think that RG and you can come to an
> 22 agreement into this issue to decide who you put."
> 23 Q. And why doesn't RG want to appear anywhere?
> 24 A. I don't know.

Diaz Guillen Trial Transcript at 792.

> 11 Q. Who is this email from?
> 12 A. From Interglobal Yacht Sales, from me.
> 13 Q. Okay. And who is this email to?
> 14 A. Elizabeth Gouveia, Adrian Velasquez, and Raul Gorrin.

Diaz Guillen Trial Transcript at 794.

> 6 Q. Why did you include Adrian Velasquez on this
> 7 email?
> 8 MR. HAYDEN: And you can scroll back out,
> 9 Ms. Luce.
> 10 THE WITNESS: I'm assuming that it was, you
> 11 know, his boat that was being sold, so he knew what
> 12 was going on, transpiring.
> 14 Q. Okay. What boat is that? If we look down at
> 15 the very first email.
> 16 A. Oro.

Diaz Guillen Trial Transcript at 795.

And like Gorrin, his brother-in-law and testaferro Gustavo Perdomo also paid bribery expenses on behalf of the Diaz Guillen/Velasquez household.  Government Exhibit 246, and 250 attached hereto in **Composite Exhibit O** (contains examples of correspondence regarding these payments as well).  Through his role as testaferro, Gustavo Perdomo, like Gorrin, assisted the money laundering activities of agencies or instrumentalities of the FARC.

### b. Swimming in Gorrin's Cash

Velasquez and Diaz Guillen were literally "swimming" in cash payments from Gorrin/Perdomo. It was Diaz Guillen's bodyguard, Moises Zapata (recruited by Velasquez in 2011), that would pick up the cash in boxes from Raul Gorrin's personal assistant, often at his company headquarters – Seguras La Vitalacia.  Diaz Guillen Trial Transcript at 1392.   The testimony is jarring:

> 5 Q. Yes. You mentioned that Claudia Diaz would
> 6 visit Raul Gorrin and Gustavo Perdomo approximately once
> 7 a week. Were those visits consistent throughout the
> 8 whole time that you worked for Ms. Diaz?

9 A. Yes.

Diaz Guillen Trial Transcript at 1400.

3 Q. How many times did you go to Raul Gorrin and
4 Gustavo Perdomo's offices alone?
5 A. Many.
6 Q. And why did you go alone?
7 A. Captain sent me.

8 Q. Which captain?

9 A. Captain Adrian Velasquez Figueroa.
10 Q. What did he send you to do on these occasions
11 when you went alone?
12 A. Pick up boxes.
13 Q. Would you please describe the boxes that you
14 picked up for the jury?
15 A. Boxes measuring two feet by two or by three
16 feet.
17 Q. And were those cardboard boxes?
18 A. Cardboard boxes. Like those boxes that
19 cornflakes come in, but the big boxes.
20 Q. Were these boxes sealed?
21 A. Yes.
22 Q. And again, who instructed you to pick up these
23 boxes from Raul Gorrin's office?
24 A. Captain Adrian Velasquez Figueroa.
25 Q. Would Defendant Velasquez ever accompany you to

Diaz Guillen Trial Transcript at 1401.

1 pick up the boxes?
2 A. Yes. Whenever he would meet with them, after
3 that he would ask me to bring the boxes down to the car.
4 Q. Would Defendant Diaz ever accompany you to pick
5 up boxes?
6 A. No.
7 Q. And when you went to Raul Gorrin's office
8 alone, who did you interact with at Raul Gorrin's
9 office?
10 A. With Mr. Raul Gorrin's secretary.
11 Q. And what was her name?
12 A. Elizabeth.
13 Q. Do you remember her last name?
14 A. No.
15 Q. So once you picked up a box, where would you

47

16 take the box?
17 A. Mainly to his house.
18 Q. When you say "his house," whose house do you
19 mean?
20 A. Captain Adrian Velasquez Figueroa's house.

Diaz Guillen Trial Transcript at 1402.

18 Q. And how many times did you actually see what
19 was inside of these boxes?
20 A. On two or three occasions -- two occasions.
21 Q. Would you go ahead and please describe that
22 incident or at least one of those?
23 A. On one occasion that I took the box, a nephew
24 of Claudia Diaz took a picture with them, saying that it
25 was a wad of his money, of his savings.
Page: 1404
1 Q. So you witnessed who opened the box on this
2 occasion?
3 A. On that occasion, it was Claudia's -- Ms.
4 Claudia's nephew. On the other occasion, on the second
5 occasion, it was Adrian -- Captain Adrian Velasquez
6 Figueroa at his home's living room.
7 Q. And who was present in the home when he opened
8 the box?
9 A. It was almost at the end of the day, afternoon.

10 Claudia -- Ms. Claudia Diaz was in the kitchen bedroom
11 area, and I was present with him in the living room.
12 Q. And what was inside of this box?
13 A. The word dollar, currencies, and bolivars.
14 Q. Was there anything else in the box besides
15 cash?
16 A. No.

Diaz Guillen Trial Transcript at 1403.

1 Q. How did you pick up the boxes? What car were
2 you in?
3 A. Any car that the captain owned. It could be on
4 the FJ or any of the cars that I mentioned previously.

Diaz Guillen Trial Transcript at 1418.

1 A. So on occasions, I would pick up one box, and
2 on other occasions, I would pick up three, but it wasn't
3 more than three.
4 Q. Would you go up an elevator to go see

48

5 Ms. Elizabeth, the assistant?
6 A. Correct.
7 Q. Would she meet you in a lobby, or did you have
8 to ask for her?
9 A. No. She knew me; so it was carte blanche to
10 work with the captain.
11 Q. Where would Ms. Elizabeth meet you when you
12 would arrive at the Seguros La Vitalicia office?

13 A. In Mr. Raul Gorrin's office.
14 Q. Ms. Elizabeth was inside Mr. Raul Gorrin's
15 office?
16 A. She would enter his office. She was at the
17 entrance of his office. She was the personal secretary
18 to Mr. Raul Gorrin.
19 Q. So you would walk through Mr. Gorrin's --
20 through the Seguros La Vitalicia office to make it to
21 Mr. Raul Gorrin's office?
22 A. To see the secretary.
23 Q. And then Ms. Elizabeth would recognize you and
24 give you boxes?
25 A. Correct.

Diaz Guillen Trial Transcript at 1422.

19 A. I would take them to Captain Velasquez. He had
20 -- under his orders.
21 Q. What would Mr. Velasquez Figueroa do with the
22 boxes?
23 A. I left them at his home, and I don't know what
24 he did with them. So I would leave the boxes at his
25 house or wherever I had to leave them, and I don't know

Diaz Guillen Trial Transcript at 1423.

1 what he did with the boxes. I don't know what happened.
2 The money -- I mean, I only saw that money on the
3 occasion that I mentioned.

Diaz Guillen Trial Transcript at 1424.

15 Q. Do you have any idea if Ms. Diaz Guillen saw
16 the cash inside the box from the kitchen or inside the
17 bedroom?
18 A. I was there. She was in the kitchen. She most
19 likely probably should have seen it.

Diaz Guillen Trial Transcript at 1436.

### c. "But it was a lot of cash"

I found the testimony of Zapata to be very credible.  In fact, the one answer on cross examination that stood out among the others was his answer to whether to having cash in boxes was de facto illegal:

> 3 Q. And you don't know why there was cash in those
> 4 boxes on those two occasions; right?
> 5 A. Correct.
> 6 Q. And having cash is not illegal; right?
> 7 A. Correct.
> 8 Q. Having cash in a box is not illegal; right?
> **9 A. But it was a lot of cash.**

Diaz Guillen Trial Transcript at 1503 (emphasis added).

And most disturbingly, Zapata could even give examples of how Diaz Guillen and Velasquez used the cash payments from Gorrin to purchase their luxuries:

> 23 Q. You saw -- it's your testimony that you saw
> 24 Adrian Velasquez Figueroa take the money from the box
> 25 that you testified under oath that he opened in your
>
>
> 1 presence and use the cash from that box to purchase
> 2 excessive items of clothing?
> 3 A. Yes. They use to go -- as you go up, the La
> 4 Castellana in Caracas to a place called Casablanca.
> 5 Once they would be there, they would try on all the
> 6 clothing. And it was brand clothing. Then he would
> 7 take -- I would go to his house, he would give me money
> 8 that he would put into bags, very heavy bags, in order
> 9 to go and pay for the purchases he had made along with
> 10 Claudia Diaz**.**
> 11 Q. So I want to go back, Mr. Zapata. The box that
> 12 was supposedly opened in your presence, the cornflakes
> 13 box with cash -- is it your testimony that you saw
> 14 Mr. Velasquez take cash from that box and use that cash
> 15 to buy clothing?
> 16 A. I do not know whether it came from that box,
> 17 but I do know that when I went to his house, he did give
> 18 me money to go pay for the purchases.

Diaz Guillen Trial Transcript at 1504-05.

50

What is clear about Velasquez's role is that he and Diaz Guillen worked as a team. He implemented the bribery portion of the bond scheme. That bond scheme did not only benefit FARC Agencies or Instrumentalities Gorrin and Perdomo, but Hugo Chávez himself. The bond scheme was an important source of funding for FONDEN and the ONT, and it was an important source of funding for the projects such as the "never projects" and "false state" contracts that benefitted the FARC through its shell companies.

**OPINION (10): Based on all of the information above, and my independent research, I opine that Adrian Velasquez is an agency or instrumentality of the FARC.**

### G. Alejandro Andrade is an A/I of the FARC.

Alejandro José Andrade Cedeño ("Andrade") is an agency or instrumentality of the FARC. Andrade is a lifelong friend of Hugo Chávez and, per Leamsy Salazar, was one of Chávez's closest friends. Andrade participated in Chávez's attempted 1992 coup in Venezuela and served as Chávez personal bodyguard during Chávez's 1998 election campaign, and private secretary following Chávez's victory. I have met with Andrade on multiple occasions, and he personally relayed the story to me of losing an eye in an accident when Chávez struck him with a beer bottle cap that he hit from a broomstick in a game that they were playing called "chapita". Salazar has also relayed the story to me and explained that the two would regularly play "chapita" in the presidential house. Andrade pitched the bottle cap to Chávez as batter, and Chávez hit the cap directly into Andrade's eye which caused him to lose sight in that eye.

Chávez later appointed Andrade as National Treasurer of Venezuela where he served from 2007 to 2011 and for a time in 2008 to 2010, he simultaneously served as President of BANDES. This was a trend of Chávez to have critical trusted cronies holding concurrent appointments as both treasurer and head of a critical fund that Chávez and the Cartel de Los Soles would manipulate to conduct money laundering operations with rogue states, such as China, and transnational criminal organizations—most centrally to Venezuela's anti-American goals, the FARC. As laid out above, Chávez utilized Claudia Diaz Guillen in the same corrupt manner when she assumed the role of National Treasurer following Andrade while also serving as Executive Secretary of FONDEN.

As Salazar explained, Andrade became exceedingly rich while abusing his position as National Treasurer. Chávez was loyal and needed cohorts with blind loyalty in critical positions. However, for Chávez to continue his criminal money laundering operations that filtered vast sums to numerous bad actors such as the FARC, Chávez needed to attempt to maintain a public appearance of austerity. This is no different than the way Vladimir Putin has at times been forced to publicly punish his rogue Russian oligarchs. Salazar further explained that he personally witnessed Chávez fire Andrade as National Treasurer because Andrade flaunted his wealth too publicly and Chávez was fearful of public scrutiny directed at him for his own misappropriations and his fictitious "Bolivarian Revolution." Andrade massively profited from the permuta scheme and bond scheme that were so central to Venezuela's support of, and partnership with, the FARC. Salazar explained that Chávez himself personally profited from the permuta scheme and bond scheme and feared that his profiting from the permuta scheme and bond scheme based embezzlement and money laundering would become public, in part because of Andrade's behavior.

51

Andrade was charged on December 18, 2017 in the Southern District of Florida. On January 4, 2018, he plead guilty to money laundering with the source of the funds having been derived from violations of the Foreign Corrupt Practices Act (FCPA) – essentially laundering the proceeds of bribes received as National Treasurer. He subsequently forfeited over $400 million dollars of illicit profits to the United States Government as part of his guilty plea and cooperation.

On January 8, 2019, the United States Treasury Department announced sanctions against Andrade. In no small irony, he was part of a sanctions package that included Raul Gorrin and Claudia Diaz—the "den of thieves" was packaged together. The sanctions announcement attached hereto as **Exhibit P** lays it out well:

> Today, the U.S. Department of the Treasury's Office of Foreign Assets Control (OFAC) sanctioned Venezuelan individuals and companies involved in a significant corruption scheme designed to take advantage of the Government of Venezuela's currency exchange practices, generating more than $2.4 billion in corrupt proceeds. This designation, pursuant to Executive Order (E.O.) 13850, targets seven individuals, including former Venezuelan National Treasurer Claudia Patricia Diaz Guillen (Diaz) and Raul Antonio Gorrin Belisario (Gorrin), who bribed the Venezuelan Office of the National Treasury (ONT, or Oficina Nacional del Tesoro) in order to conduct illicit foreign exchange operations in Venezuela.

**Exhibit P** at 1.

The Treasury announcement went on to detail the corrupt acts of Andrade, Diaz and Gorrin.

> The below former Government of Venezuela officials and individuals enriched themselves by capitalizing on favorable foreign exchange transactions through casas de bolsa, concealing their profits in European and U.S. bank accounts and investments. Both Andrade and Diaz, while occupying the role of National Treasurer, used their official positions to give Gorrin, a prominent Venezuelan businessman, access to the ONT's preferred exchange rates to maximize profits on currency transactions moving through the casas de bolsa, which Gorrin, amongst a select few others that were approved by the ONT, controlled. While Andrade was National Treasurer, he awarded the ONT exchange business to a limited number of individuals, including Gorrin and Leonardo Gonzalez Dellan (Gonzalez).

> In return for their selection as the only currency exchange houses approved by the ONT, Gorrin and Gonzalez, another Venezuelan businessman, paid hundreds of millions of dollars in bribes to Andrade. Andrade facilitated the continuation of the bribery scheme by introducing Gorrin to Andrade's successor, Diaz, when

he left the ONT.  Gorrin compensated Andrade for introducing him to Diaz, and as a result, allowed the bribery scheme to continue, undeterred.  From at least 2011 to 2013, Gorrin paid bribes to Diaz, wiring money to her and her husband, Adrian Jose Velasquez Figueroa (Velasquez), and purchasing assets on their behalf, to include a residence in Cap Cana, Dominican Republic, and an aircraft.

Gorrin and Gonzalez controlled the corrupt wealth that was generated on Andrade's behalf, holding the money in offshore bank accounts and reinvesting in properties, aircraft, and other luxury assets at the direction of Andrade.  Andrade's portion of the illicit profits were never sent directly to Andrade; instead these individuals would purchase assets for Andrade, at his direction, or on his behalf.  Gorrin, Gonzalez, and Gorrin's brother-in-law and business partner, Gustavo Adolfo Perdomo Rosales (Perdomo), purchased assets and paid expenses for Andrade related to numerous aircraft and yachts, properties in the United States and abroad, multiple championship horses, and numerous high-end watches.  The purchase of all of these goods and wiring of payments was hidden behind a sophisticated network of U.S. and foreign companies that hid the individuals' beneficial ownership.  All individuals involved in the scheme spent their portions of the resulting profits on properties in the United States as well as through maintaining significant accounts in U.S. banks, and purchasing boats and planes that were registered in the United States.  Gorrin later mimicked this structure in controlling Diaz's assets generated as a result of the currency exchange scheme.

**Exhibit P** at 2-3.

What the Treasury announcement did not explain was the operational purpose of this permuta scheme – outside of enriching a small consortium of politically connected criminal co-conspirators. The true function of the system—its primary purpose in being established by Chávez and allowed to grow into the destructive, poisoning behemoth that it evolved into—was to allow Chávez, and then Maduro, the necessary mechanism to strengthen financially and militarily one of their most vicious partners—the FARC.  Chávez was, and Maduro is, a leader of the Cartel of the Suns, and in fact the FARC itself.  The stronger the FARC, the stronger the financial return to them for international narcotics trafficking. It is my considered view that such fueled the interest of the DEA in the narco-trafficking of FARC cocaine, and those engaged in it—Chávez, Maduro, Andrade, Ramirez, Carvajal[14], Cabello, and others' testimony is consistent with such:

---

[14] Hugo Carvajal, a FARC A/I, disclosed to the New York Times that a representative of Gorrin offered $10 million to Carvajal in exchange for Carvajal to call off an investigation into Gorrin (which included information about bribes from Gorrin to government officials). See Ana Vanessa Herrero and Nicholas Casey, The New York Times, Venezuela's Ex-Spy Chief Rejects Maduro, Accusing Leader's Inner Circle of Corruption (Feb. 22, 2019), https://www.nytimes.com/2019/02/21/world/americas/hugo-carvajal-maduro-venezuela.html.  Gorrin attempting to bribe FARC A/I Hugo Carvajal constitutes material assistance to the FARC and its agencies.

22 Q. Yes. I think it's clear.
23 Was the DEA investigating foreign bribery at
24 the ONT when you met with the DEA?
25 A. They were asking about drugs.

Diaz Guillen Trial Transcript at 413

And although Andrade tried to remain circumspect about some of these individuals he well knew, the Diaz Guillen trial revealed that Gorrin and Andrade were in fact trying to curry favor to "save themselves" by attempting to bring other FARC agencies or instrumentalities, some who had been in Maduro's inner circle, to come talk to the DEA:

5 Q. And you also provided information about Hugo
6 Carvajal, C-A-R-V-A-J-A-L, another drug trafficker;
7 right?
8 A. Yes.
9 Q. And you provided information about another
10 individual called, General Cliver Alcala or Alcala?
11 A. Yes.
12 Q. Another drug trafficker; right?
13 A. I don't know if he is a drug dealer or not.
14 He's been accused.
Page: 341
7 Q. And just going back to General Alcala. At
8 this point in 2014, 2015, you're meeting with the
9 DEA; right?
10 A. Yes.
11 Q. You're cooperating with the DEA?
12 A. Yes.
13 Q. You're providing them with information?
14 A. Yes.
15 Q. And you're also continuing to receive money
16 in certain forms from Raul Gorrin; right?
17 A. Yes.
18 Q. And he's keeping a running tab -- supposedly
19 keeping a running tab for you through some of the
20 exhibits that the Government has shown the jury
21 today; right?
22 A. Yes.
23 Q. And there comes a time while you're
24 cooperating with the DEA that you're able to use some
25 of the money that you've received to finance a trip

Diaz Guillen Trial Transcript at 340-341.

1 to meet with General Alcala in Spain to meet with the
2 DEA because, like yourself, he was looking to get out

54

3 of Venezuela; right?
4 A. He did, right.
12 There came a time that you were able to use
13 some of the money that you received to finance a trip
14 for General Alcala to come meet with you and the DEA
15 in Spain?
16 A. No, not with me. Not with me.
17 Q. Okay. You didn't travel to Spain?
18 A. No.
19 Q. Mr. -- General Alcala traveled to Spain;
20 correct?
21 A. I believe that he did travel to Spain.
22 Q. And the purpose of his travel to Spain was to
23 meet with the DEA?
24 A. I believe it was to meet with the DEA.
25 Q. And you paid for his trip to meet with the DEA?
2 A. Yes.
3 Q. From the money that you --
4 A. I believe so.
5 Q. Good enough for me.
6 From the money that you were continuing to
7 receive; right?
8 A. Yes.
9 Q. Is that the money that you called and
10 testified today as the bribe money?
11 A. Yes.
12 Q. So the Government let you use your bribe
13 money to pay for General Alcala to travel to Spain to
14 meet with the DEA?
15 A. Yes, yes.

Diaz Guillen Trial Transcript at 342-43.

### 1. Andrade, Like Diaz Guillen After Him, Was the Grease that Made the FARC Money Laundering Engine Run

Andrade knew that the bond scheme was an important source of revenue for the ONT:

22 Q. Let's talk about President Chavez. He had
23 his hands in everything in the government; is that
24 right?
25 A. Yes, he had control.

Diaz Guillen Trial Transcript at 283.

1 Q. He was heavily involved in the treasury
2 office as well, wasn't he?
3 A. Yes.

55

4 Q. He had -- every Sunday he got on TV for hours
5 to talk to Venezuela; is that right?
6 A. Yes.
7 Q. And part of those discussions was to talk
8 about all the money that Venezuela was making?
9 A. Yes.
10 Q. And one of the ways that Venezuela was making
11 money when you were treasurer was by selling bonds;
12 is that right?
13 A. Yes, yes.
14 Q. That created an income for the country; is
15 that right?
16 A. Yes.
17 Q. And that income was used to fund projects
18 that President Chavez wanted?
19 A. Yes.
20 Q. Like building a school in a poor
21 neighborhood?
22 A. Yes.
23 Q. And these were some of the things that he
24 discussed on those Sunday shows?
25 A. Yes.

Diaz Guillen Trial Transcript at 284.

12 Q. And part of the "a lot of work" was that you
13 had to respond to President Chavez every time he
14 called and wanted to know how much money was in a
15 certain bank account; is that right?
16 A. Yes.

Diaz Guillen Trial Transcript at 288.

And Andrade knew that when money was not available in the ONT account, Chávez removed his predecessor as Treasurer of the Venezuela:

15 Q. Okay. And Carmen Melendez Manilla was removed
16 as treasurer by President Chavez; right?
17 A. Yes.
18 Q. President Chavez needed money from the Office
19 of the National Treasury in Venezuela and, for whatever
20 reason, when Carmen Melendez was asked to get that
21 money, it wasn't available. So Chavez had her removed;
22 correct?
23 A. I don't know all those details. I don't know.
24 Q. But you do know that as treasurer, she did
25 something to cause Hugo Chavez, the president of
1 Venezuela, to remove her as treasurer; right?

56

2 A. Well, that was public

Diaz Guillen Trial Transcript at 390-91.

Andrade admitted that Gorrin was one of three individuals allowed to access the permuta exchange system in exchange for paying bribes to Andrade:

> 3 How did you select the brokerage houses that
> 4 you used when you were treasurer?
> 5 A. In my case, I received certain referrals or
> 6 recommendations.
> 7 Q. And what agreements did you inquire of those
> 8 that were chosen?
> 9 A. To divide the share.
> 10 Q. And when you say "share," what do you mean?
> 11 A. The profits, the gains.
> 12 Q. So what type of agreement then was in place
>
> 13 with you and the brokerage houses that you selected?
>
> 14 A. Whatever profits were yielded from that one
> 15 share was to be theirs and the other share would be
> 16 mine.
> 17 Q. So fifty-fifty?
> 18 A. Yes.
> 19 Q. And how many individuals or brokerage houses
> 20 did you make this agreement with during your tenure as
> 21 treasurer?
> 22 A. Three persons.
> 23 Q. Who were they?
> 24 A. Raul Gorrin, Leonardo Gonzalez, and John Paul
> 25 Ribas.

Diaz Guillen Trial Transcript at 138.

Andrade recited with specificity his bribery arrangement with Gorrin, and the bribes he received:

> 2 Q. What was the financial agreement promised to
> 3 you?
> 4 A. To receive money in exchange for the
> 5 exchanging of dollars into bolivars.
> 6 Q. And you as the treasurer had the unique
> 7 authority to supply Raul Gorrin with the ability to
> 8 conduct currency exchanges?
> 9 A. Yes.
> 10 Q. Okay. And getting back to the agreement,

57

11 what was the financial agreement between you and Raul
12 Gorrin?
13 A. To share the proceeds as a result of the
14 exchange of dollars into bolivars.
15 Q. And when you say "proceeds," do you mean
16 bribes?
17 A. Yes.
18 Q. And why did you agree to accept a bribe from
19 Raul Gorrin?
20 A. Because I believed in him. We could do it.
21 Q. Okay. And what was your agreement as to how
22 you would receive your bribe payments from Raul
23 Gorrin?
24 A. Well, he would hold onto the money, and he
25 would pay upon my request.

Diaz Guillen Trial Transcript at 193.

Q. So he would pay you after?
2 A. Yes.

Diaz Guillen Trial Transcript at 194.

9 Q. What are some of the examples of things that
10 Raul Gorrin bought for you or for your benefit while
11 you were still treasurer?
12 A. Apartments, horses, watches, planes.
13 Q. Anything else you can think of?
14 A. Invoices that I would send to him.
15 Q. You discussed yesterday that you had already
16 forfeited $250,000,000. Did you also forfeit other
17 items besides the 250,000,000 in cash?
18 A. Besides that, yes; farms, homes, autos,
19 horses.
20 Q. How did Raul Gorrin account for the money
21 that he held on your behalf?
22 A. He -- he would send me statements via emails.
23 Q. Okay. So how did you communicate with him?
24 A. Normally, it would be through WhatsApp or
25 email.

Diaz Guillen Trial Transcript at 194.

Andrade further testified that the bribes made to Andrade continued under the new arrangement between Gorrin and Diaz Guillen after she took office as Treasurer of Venezuela:

7.What was your understanding of what the
8 profits would be now that you were no longer

58

9 treasurer?
10 A. Some would go to the treasury office, some
11 would go to the treasurer, and the rest we would
12 share.
13 Q. And when you say "some would go to the
14 treasurer," who was the treasurer?
15 A. Claudia Diaz.
16 Q. Okay. And do you know what the split was?
17 A. Half would go to her and the other half would
18 be split between Raul and me.
19 Q. Okay. So after you met with Raul Gorrin,
20 what did you do?
21 A. I called Claudia
22 Q. Do you recall when this was?
23 A. I don't remember the date. Don't remember.
24 Q. Do you recall if it was prior to her being
25 treasurer?

Diaz Guillen Trial Transcript at 203.

1 A. No, after she was treasurer.

14 Q. And what exactly do you remember saying to
15 her?
16 A. Yes, that if it was possible, that she could
17 work with Raul Gorrin to do these exchanges.
18 Q. And what did she say to you?
19 A. Well, at this moment I can't -- I don't
20 remember exactly what she said or what was said
21 during that conversation, but I do know that she
22 did -- or begin doing exchanges with Raul Gorrin.
23 Q. So there was an agreement in place?
24 A. Yes.

Diaz Guillen Trial Transcript at 204.

Diaz Guillen, and her predecessor Andrade, were thus joined in the bribery scheme that enriched each of them, with bribery payments from Gorrin, and money flowing into the ONT and FONDEN – for the benefit of Chávez and the FARC, as recited above.

One of the interesting sections of Andrade's testimony about the Gorrin's involvement in the bond scheme (and seems to also mentions the permuta scheme) was about Government Exhibit 33, which I have attached hereto as **Exhibit Q**. **Exhibit Q** contains a WhatsApp Chat between Gorrin and Andrade.  Andrade testifies that the content of the WhatsApp Chat conversation accurately reflected the schemes that he undertook together with Gorrin:

1 Q. Who are you chatting with in this WhatsApp?
2 A. With Raul Gorrin.

3 Q. And what is his chat name?

4 A. Gorrin USA, USA.

5 Q. And is AA you?

6 A. Yes.

7 MR. HAYDEN: And if we can scroll down,

8 and if we can blow up the chat starting on

9 October 24th, 2017, at 9:35 a.m.

10 BY MR. HAYDEN:

11 Q. If you can just go ahead and read this chat

12 on the Spanish version, please.

**13 A. "Entrepreneur according to Raul Gorrin,**

**14 president of Global Vision. Look for allies of the**

**15 treasury office. Offer them big profits. Make them**

**16 transfer for free custody of financial instruments to**

**17 Switzerland. Once your bank has custody of these**

**18 financial instruments, instruct your bank officials**

**19 to sell them. Have ready two owners of Venezuelan**

**20 banks that allow receipt of large quantities of**

**21 bolivars. Proceed with the sale of the dollar**

**22 products from the Venezuelan businessmen at the**

**23 dollar today price.**

**24 "Cancel the national treasury in bolivars at**

**25 the official exchange rate of bonds assigned.**

Diaz Guillen Trial Transcript at 260.

1 pay attention to the collateral damage of the

2 Venezuelan economy on the sale of dollars at the

3 dollar today price.

**4 "Try to be the only supplier of dollars in**

**5 the Venezuelan market. You must act without**

**6 scruples. You shouldn't care about whether the food**

**7 prices, medication, assets or services go up. That's**

**8 a market problem.**

9 "Look for political allies to defend you.

10 With the profits made, purchase TV channels,

11 insurance companies, brokerage houses and banks. Try

12 to break into the oil market.

13 "Lastly, do not reside in Venezuela

14 permanently. Settle in the United States. Some day

15 they might discover your irregular financial

16 operations, and you'll be incarcerated."

17 Q. Does this accurately describe the schemes

18 that you were involved in with Raul Gorrin?

19 A. Yes.

Diaz Guillen Trial Transcript at 261 (emphasis added).

60

And the bribes that Andrade was receiving from Gorrin, continued flowing to him during the Diaz Guillen years as Treasurer of Venezuela, long after Chávez had (for appearances only, but not effectively) shut down the exchange houses under the permuta scheme but left the corruption in place for "fixing" the bid awards on the bond scheme:

> 22…However,
> 23 exchanges kept on going. There were financial
> 24 institutions that were still functioning. And if you
> 25 ask me why it continued being a business, first and

Diaz Guillen Trial Transcript at 403.

> 1 foremost, the dollars were not sufficient to what people
> 2 could access in that system. The business was to still
> 3 continue having the options of selling currency.
> 4 The process and how it was done, I don't know.
> 5 I am unaware of it. What I maintain here is that the
> 6 exchanges kept on going because there were revenues
> 7 coming into the accounts that Gorrin would notify me
> 8 about. And he would tell me that this was part of that
> 9 change that had transpired.
> 10 Q. And as treasurer, did you still have the
> 11 authority to approve or reject who was chosen to do
> 12 those exchanges?
> 13 A. Yes. Yes. The treasurer had the authority.
> 14 Q. And do you know if that authority remained
> 15 after you left the treasury?
> 16 A. I don't know if it continued or not. What I do
> 17 know is that –

Diaz Guillen Trial Transcript at 404.

> 18 Q. Do you know if that authority remained?
> 19 A. I don't know whether it continued or not. What
> 20 I do know is that it was being done.
> 21 Q. And how do you know it was being done?
> 22 A. Because Raul Gorrin told me so.
> 23 Q. Did you also have a conversation with Claudia
> 24 Diaz?
> 25 A. Yes.

Diaz Guillen Trial Transcript at 405.

The United States prosecutors were able to show the bond scheme continued throughout Diaz Guillen's tenure as National Treasurer and were able to prove the bribery that continued not only from Gorrin to Diaz Guillen, but from Gorrin to her subordinate Angelica Barrios. Diaz Guillen Trial Transcript at 1012. Andrade even testified as to an example Gorrin's company

Bellsite Capital Group, participating in the bond scheme in 2011.  In, Government Exhibit 124 (attached hereto **Composite Exhibit V**) contains correspondence from Gorrin to one Mariano Aveledo stating "Appreciated Mariano what was agreed. Regards RG." Diaz Guillen Trial Transcript at 549.  Attached to that email is an approval by Claudia Diaz Guillen of a 10,000,000 GBP bond to be issued to be acquired by Bellsite Capital Group - "Delivery Free of Payment." Attached to the same email, was a second bond transaction for Bellsite Capital Group – also signed by Diaz Guillen – this one for a 16,000,000 GBP bond, also "Delivery Free of Payment." And so, the scheme set up between Gorrin, Andrade, and Diaz Guillen, went on and on throughout Diaz Guillen's tenure as National Treasurer, Government Exhibit 159 (attached hereto **Composite Exhibit V**) being an email from Gorrin himself (to SSoto@CBHBank.com) showing multiple bond transactions through April, May and June of 2012, for bonds with huge values – 100M GBP, 140M GBP, 160M GBP, 45M GBP, and 240M GBP.

### 2. The Bribes Received by Andrade

And as was the case with Diaz Guillen and Adrian Velasquez, the United States prosecutors were able to show the numerous bribes received by Andrade from Gorrin and/or Perdomo or their entities listed in the chart in Section II above. As in the case of Diaz Guillen and Adrian Velasquez, transfers were made to make expensive purchases, pay bills, and even support extra-marital affair related expenses.  By the time the "smoke cleared", Andrade had pled guilty to receiving the bribes from Gorrin and agreed to forfeit $1 Billion Dollars. Diaz Guillen Trial Transcript at 130.

Examples of the bribery payments can be found on **Composite Exhibit X**, which contains key evidence of bribery by Gorrin to Andrade during the time period he was in office, and thereafter during the time period Diaz Guillen was in office, as Gorrin was availing himself of the bond scheme referenced above.

**Composite Exhibit X** includes Government Exhibit 10 from the Diaz Guillen Trial that shows an email from Andrade to Gorrin for payment of veterinary expenses ($14,422) by Gorrin's company IBCDB (list in the above chart) because as Andrade testified: "Because he has money, money which is mine" and then stated "Because it's a result of the agreements that we reached." Diaz Guillen Trial Transcript at 210.  Government Exhibit 11 (attached hereto in **Composite Exhibit X**) also included therewith, is a spreadsheet entitled "Accounting 121212.xls".  At the top are the initials, which Andrade stated were there "Because those are my initials." Diaz Guillen Trial Transcript at 213. And at the top right there is beginning balance of over $32M, which Andrade testified is "The money Gorrin was holding pertaining to the agreements we had." *Id.* And reducing that starting balance, there were payments—many of them – made by Gorrin and/or his entities, even for airplanes:

> 6. What is Unique Jet Aviation?
> 7 A. It would probably be a company that used to
> 8 manage the planes.
> 9 Q. So why would Unique Jet Aviation be on this
> 10 spreadsheet?
> 11 A. Because it was the company providing services
> 12 or servicing the airplanes.

> 13 Q. Whose airplanes?
> 14 A. My airplanes. The ones that Gorrin had
> 15 purchased.
> 16 Q. How many planes did Raul Gorrin purchase for
> 17 you?
> 18 A. Three, three planes.
> 19 Q. How much was the cost of one of those
> 20 airplanes?
> 21 A. $6,000,000.
> 22 Q. How much were the cost of the others?
> 23 A. It could be an additional 6,000,000, and then
> 24 the other could be between 15 to 20 million.

Diaz Guillen Trial Transcript at 215.

And for the expenses of extramarital partners:

> 25 Q. Okay. If we look down six rows from Unique
> 1 Jet Aviation, who is Karina Rosenfeld?
> 2 A. It's a girlfriend, a girlfriend I had.
> 3 Q. Okay. And why would she be on this
> 4 spreadsheet?
> 5 A. Because he paid some money to her, that I
> 6 asked him to do so.

Diaz Guillen Trial Transcript at 215-16.

In Government's Exhibits 12 and 13 (attached hereto as **Composite Exhibit X**), we see Raul Gorrin sending a home security budget to Andrade of $1,103,371 and then in the spreadsheet found in the latter one reads "Payment IP4 Home, LLC, Smarthouse" with a corresponding number of $1,103,371. **Composite Exhibit X** contains numerous examples of bribes by Gorrin to Andrade, as depicted in Government Exhibits: 21 (purchase of Gulfstream Airplane), 28 and 148 (extramarital affair related expenses), and 29 (body guard – meal expenses) [all attached hereto in **Composite Exhibit X**]. By the date of his testimony at trial Andrade admitted:

> 4 Q. How much money does Raul Gorrin still hold on
> 5 your behalf?
> 6 A. Between 80 and 100 million.
> 7 Q. And what is your understanding of what that
> 8 amount includes?
> 9 A. The result of the agreements we made.
> 10 Q. And when you say "agreements," you mean two
> 11 agreements?
> 12 A. Yes.
> 13 Q. And -- and what are those two agreements?
> 14 A. The agreement I made with him when I was the
> 15 treasurer and the agreement made after Claudia became
> 16 treasurer.

17 Q. And you mentioned that you previously agreed
18 to forfeit $1 billion. What does that amount
19 represent?
20 A. That amount represents the money I made in
21 accordance with the agreements I had made.

Diaz Guillen Trial Transcript at 262.

### 3.  Andrade's Assistance to Hugo Chávez, the Cartel of the Suns, and the FARC

The permuta scheme and bond scheme were created by Chávez and his subordinates. As a leader of the Cartel of the Suns, there can be no doubt that laundering money to the FARC from the sale of bonds under the bond scheme, was implemented by Chávez to enrich and fortify the FARC – whether it was through the issuance of "false state contracts" or otherwise.  Andrade was the conduit for receiving funds for the ONT and FONDEN from Gorrin and his entities through Gorrin's participation in the scheme. I find Salazar's testimony credible:

> Alejandro Cedeno Andrade ("Andrade") was one of President Chávez's closest friends. Because of their close friendship, President Chávez appointed Andrade as the National Treasurer. After his appointment, Andrade immediately became very rich. Again, Raúl Gorrín was the person that bribed Andrade and assisted him to move his funds offshore.

> I was personally aware that because President Chávez and Andrade were very close, in fact Andrade was President Chávez's best friend since childhood, and that because Claudia Diaz Guillen was his lover and mother of his child, that President **Chávez fully understood that Raúl Gorrín was providing kickbacks to each of them.**

> I personally witnessed President Chávez inform Andrade that he was to be removed from his position as Treasurer because he had flaunted (including through, owning airplanes and ranches) his wealth to too many people, and that **President Chávez was concerned that there would be scrutiny over himself, because of Andrade's flaunting of wealth.**

> I understood **President Chávez was concerned that others would find out that he himself had embezzled and laundered funds from the "permuta" scheme in which Andrade had participated.**

> **I had personally witnessed President Chávez instruct Andrade on many occasions to bring him within hours millions of dollars in cash.**

> **On one occasion I heard President Chávez instruct Andrade to bring to $10M dollars (USD) by "this afternoon."**

64

> **I understood clearly that the funds which President Chávez embezzled, and laundered to the FARC, were from three sources: 1) the bond scheme (whereby Raúl Gorrín would bribe Andrade, and later Claudia Diaz Guillen) including through proceeds that were deposited into the ONT and at times, FONDEN**; 2) the funds allocated to Subject Projects, including through false contracts on Subject Projects and as well as monies diverted from various projects using the China-Venezuela Joint Fund (*Fondo Conjunto Chino Venezolano*); and 3) PDVSA.

**Exhibit B** at ¶¶ 34-40 (emphasis added).

**OPINION (5): Based on all of the information above, and my independent research, I opine that Alejandro Andrade is an agency or instrumentality of the FARC.**

## H.   Both Raul Gorrin and Gustavo Perdomo are Agencies or Instrumentalities of the FARC.

Diaz Guillen and Andrade before her were the grease that made Chávez's money laundering engine for the FARC run.  But that engine needed fuel.  That fuel was Raul Gorrin's money and greed.

### 1.  Who is Raul Gorrin?

#### a. The Permuta Scheme and Bond Scheme

Raul Gorrin's January 8, 2019 sanctions imposed by the United States Treasury Department make clear, in my expert opinion, that he is an agency or instrumentality of the FARC. Gorrin was sanctioned for his involvement in the illicit foreign exchange, or permuta, system that flourished in Venezuela and directly benefitted the FARC through the laundering of their drug proceeds. Above, I have explained the permuta scheme and bond scheme how these schemes assisted FARC Agency or Instrumentality Chávez and the FARC itself.  Gorrin was one of the crucial players that made this corrupt system flourish. His bribing of the Venezuelan National Treasury Office (not merely Treasurers Andrade and Diaz Guillen, but as reflected in the Trial Transcript others like Diaz Guillen's subordinate Angelica Barrios) supported and empowered the Cartel de Los Soles and assisted them in operating their financial schemes, such as the permuta scheme and bond scheme, through which they directly benefitted the FARC.[15]

In Claudia Diaz Guillen's testimony in her criminal trial in the SDFL under Case No. 18-cr-80160-WPD, she described the makeup of a bond purchaser capable of engaging in a similar

---

[15] U.S. DEPARTMENT OF THE TREASURY, Treasury Targets Venezuela Currency Exchange Network Scheme Generating Billions of Dollars for Corrupt Regime Insiders, (Jan. 8, 2019) https://home.treasury.gov/news/press-releases/sm583.

high-value bond purchase with the ONT. "There were big businesses in Venezuela that could purchase this bond. Obviously, this bond, as you have seen, were very expensive. They have a very high volume. We're talking about a hundred million pounds, just like the amount that you have seen before and that we have seen. So obviously, this had to be big companies that could get this bond." Diaz Guillen Trial Transcript at 2217. This is Raul Gorrin and the companies and resources that he had at his disposal. This is further evidence of the critical role played by a man of Gorrin's resources and why his involvement was so essential to this type of operation.

This was not a lone act of support by Gorrin. Leamsy Salazar made clear to me that the financial scheme for which Gorrin has been criminally charged was not his sole act of support for the Cartel de Los Soles. Rather, Salazar witnessed Gorrin interact with Claudia Diaz Guillen and her husband Adrian Velasquez Figueroa and indicated that it was well known within this Venezuelan power structure of government officials that Gorrin could assist them in moving their (ill-gotten) monies offshore. Gorrin is Maduro's testaferro, and it is no coincidence to me that he approached Otto Reich, whose Declaration has been attached hereto as **Composite Exhibit R**, to in such capacity attempt to protect the narcotics proceeds Maduro had amassed over the years. His statement: "In Venezuela, we love our whiskey, our women and our money, and we want to keep out whiskey, our women, and our money" is reflective of Gorrin's role as Maduro's testaferro. **Exhibit R** at 3.

### b. The "PDVSA" Scheme

The Factual Proffer of Mattias Krull detailed above (see **Section C** – Nicolas Maduro) from *United States of America v. Matthais* Krull, No. 18-cr-20682-Altonaga (S.D. Fla. Aug. 22, 2018) (attached hereto as **Exhibit U**), details Gorrin's dedicated involvement in a "fake loan" scheme with PDVSA that directly benefitted the family of Maduro – who is himself not merely a clear-cut agency or instrumentality of the FARC. Maduro is the FARC.

I find the Factual Proffer credible, and I rely upon it. I attach the proffer hereto as **Exhibit U**. The case involved the laundering of $1.2 billion in U.S. dollars of PDVSA funds involving a person identified as "Venezuelan Official 1" who I opine is PDVSA Vice President Victor Aular, a FARC agency or instrumentality addressed herein below. Maduro is referenced in the document as "Venezuelan Official 2".

Maduro and his family were also direct beneficiaries of a fake loan scheme involving PDVSA for which Raul Gorrin has been charged and Alejandro Andrade was convicted and sentenced. The factual proffer of Matthias Krull (attached hereto as **Exhibit U**) explains the system in great detail. The case, once again, involved the laundering of $1.2 billion in U.S. dollars of PDVSA funds. Maduro is referenced in the document as "Venezuelan Official 2". Gorrin is identified in the proffer as "Conspirator 7".

A loan was prepared by which a Venezuelan shell company agreed to loan 7.2 billion Bolivars to PDVSA. The shell company then assigned its contract to a second company, and PDVSA was granted the right to cancel the contract for a payment of the equivalent of $600 million U.S. dollars. Krull and other members of the conspiracy controlled the second company and

received approximately 511 million Euros for having lent PDVSA the equivalent of 35 million Euros in Venezuelan Bolivars.

Approximately half of the 511 million Euro profit went to Raul Gorrin, who in turn transferred approximately 159 million Euros to Celia Flores' sons - the three stepsons of Maduro known as "Los Chamos". The other half was transferred to multiple other members of the conspiracy—including FARC Agency or Instrumentality Victor Aular. Gorrin's support of Maduro and Maduro's family enriched Maduro as a FARC leader and helped Maduro to maintain his grip on Venezuela, which in turn allowed him to continue to protect and support the FARC and to help partake in their drug trafficking activities. Thus, Gorrin is an agency or instrumentality of the FARC.

### c. Gorrin's Relationships with Key Venezuelan FARC Agencies or Instrumentalities

Another Venezuelan source of information, who I cannot name for security purposes, with vast knowledge of the Venezuelan financial system, described Gorrin in the following scenario. When an entity, like BANDES, is holding a great deal of Bolivars and is in need of U.S. Dollars, the entity goes to the Central Bank to conduct a transaction (and receives the artificial government exchange rate, which provides far more Dollars to Bolivars than the unofficial market rate). Given the use of such artificial rate, the Venezuelan government severely restricted (but for government related transactions) the availability of Dollars to be obtained through the Central Bank.

When an entity is holding a great deal of U.S. Dollars, the entity goes to someone like Raul Gorrin to exchange their Dollars to Bolivars (at the higher, unofficial, but market, rate) because Gorrin was so influential in the permuta system. The source indicated that the source witnessed wealthy businessmen in Venezuela contact Gorrin to exchange Dollars for Bolivars to pay salaries in Venezuela, for example, because they did not want to go to the Venezuelan Central Bank, which used an artificial (not market) exchange rate, which would have caused the Venezuelan businessmen to lose too much money on the currency exchange. This same source indicated that Gorrin is tied directly to Maduro and would visit Maduro in Maduro's office. Attached hereto as **Exhibit S** is a picture of Maduro and Gorrin together.

### i. Banco Central de Venezuela (the Central Bank of Venezuela)

The source explained that powerful Venezuelan officials would instruct the Central Bank to sell Dollars to Gorrin (at the artificial government exchange rate, which provides far more Dollars to Bolivars than the unofficial market rate) and Gorrin would in turn sell those Dollars on the black market for Bolivars at the higher, unofficial, but market exchange rate.

For its conduct, OFAC has designated the Central Bank as an SDN. The Central Bank has been under the control of several persons designated as SDNs by OFAC, including Alejandro Zerpa Delgado, and Willliam Antonio Contreras.

The Central Bank was also a central player along with the FARC in carrying out an illicit gold mining program in Venezuela. After miners, under the supervision, and for the benefit, of ELN and FARC, extracted gold from the Arco Minero in eastern Venezuela, the gold was often

purchased by the Venezuelan state owned gold company, Minerven.  Once Minerven processed the gold, it was transported to the Central Bank, which prepared the gold for international shipment.

The role of the Central Bank is critical to both the FARC and the Cartel of the Suns.  By preparing the gold for international shipment, the Central Bank enabled the sale of illicit gold, which perpetuated the symbiotic relationship between the Maduro regime and the FARC.  The Central Bank provided an economic crutch to the Maduro regime because gold, especially in the failing economy of Venezuela, served to offset the impact of United States anti-narcotics operations.  *See* Venezuela Investigative Unit, *Venezuela Relies on Gold as Other Criminal Economics Dry Up*, InSight Crime (June 1, 2020) https://www.insightcrime.org/news/analysis/venezuela-depends-gold-industry.

**OPINION (14):  Based on all of the information above, and my independent research, I opine that the Central Bank is an agency or instrumentality of the FARC.**

### ii. Alejandro Andrade and Diaz Guillen

Gorrin's and Perdomo's relationship with Alejandro Andrade is further support for the symbiotic relationship that Gorrin shared with the Chávez and then Maduro's regime and the power structure in Venezuela. Andrade is himself an agency or instrumentality of the FARC. Through his lifelong friendship with Chávez and the various positions he held in the Venezuelan government, and specifically in the financial system, to include Minister of Finance and President of BANDES, Andrade was able to support and benefit those close to him, such as Gorrin.

The superseding indictment that charges Gorrin, *United States of America v. Raul Gorrin Belisario, Claudia Patricia Diaz Guillen, and Adrian Jose Velasquez Figueroa*, No. 18-cr-80160 (S.D. Fla.) (attached hereto as **Exhibit W**) charges Gorrin with bribing Andrade during Andrade's term as National Treasurer from 2007 – 2010. The bribes were made in furtherance of the permuta foreign currency exchanges detailed throughout this report and indicates that Gorrin paid "hundreds of millions of dollars in bribes to secure the rights to engage in over $1 billion in foreign currency exchange transactions" which resulted in profits for Gorrin in the "hundreds of millions of dollars."  The indictment points out that Gorrin bribed both Andrade and Diaz Guillen—consecutive National Treasurers of Venezuela. This alone shows Gorrin's dedicated access to the power structure in charge of the Venezuelan financial system.  Perdomo, as Gorrin's business partner and brother-in-law, was heavily involved in assisting Andrade move his illicit bribes offshore and, as OFAC noted in its January 8, 2019 Press Release: "Perdomo – on Gorrin's instruction – made wire transfers and held property on behalf of Andrade.  Additionally, Perdomo beneficially owns an aircraft that Andrade would use, N133JA."

Andrade pleaded guilty to his charges and his Factual Proffer acknowledged his acceptance of bribes to secure benefits in the Venezuelan currency exchange system for his co-conspirators – which includes Gorrin. I have attached his plea and factual proffer hereto as **Composite Exhibit T**.

### iii. Cilia Flores

Moreover, the January 8, 2019, Press Release also went on to document Gorrin's involvement in providing financial support to FARC agency or instrumentality Cilia Adela Flores de Maduro: "***Gorrin also purchased gifts for Cilia Adela Flores de Maduro, the First Lady of Venezuela, who was designated by OFAC on September 25, 2018 pursuant to E.O. 13692.***" U.S. DEPARTMENT OF THE TREASURY, Treasury Targets Venezuelan President Maduro's Inner Circle and Proceeds of Corruption in the United States *(Sept. 25, 2018) https://home.treasury.gov/news/press-releases/sm495* (emphasis added).

### iv. Victor Aular

Victor Aular is an agency or instrumentality of the FARC and his activities on their behalf are reflected in the unscrupulous and criminal manner in which he utilized his position as Vice President of Finance of PDVSA. As has been demonstrated in this report, PDVSA was a central conduit to the financial and logistical support that both the Chávez and Maduro regimes provided to the FARC.

As discussed throughout this report, there are numerous financial entities in Venezuela that are critical to the state's engagement in money laundering, evading U.S. sanctions, and supporting criminal and terror organizations such as the FARC. Among these various entities, there is none more powerful and crucial to Venezuela's corrupt dealings than the PDVSA. It is my professional opinion, after twenty-two years of service in the Drug Enforcement Administration which included a tour as the co-chief of global financial investigations, that PDVSA is the world's largest money laundering operation and it provides financial and logistical support to FARC cocaine trafficking internationally.

PDVSA has been crucial to Venezuela's survival – and to the proliferation of billionaire Venezuelan "kleptogarchs." Oil is traded in dollars and amidst first the reality of U.S. economic sanctions; a failed economy; and an artificially depressed Bolivar and scandalous currency exchange permuta system, PDVSA has been an important means of Venezuela acquiring U.S. dollars – the world's currency and the currency upon which oil is traded.

### (a) Aular was Crucial to Gorrin's PDVSA Scheme

Ironically, Aular was arrested in August 2022 in Venezuela on charges of having embezzled nearly $5 billion from PDVSA with former PDVSA President Rafael Ramirez. In my view, this event is an acknowledgment of the very accusations made against Aular and PDVSA and multiple U.S. law enforcement investigations (specifically including the Gorrin indictment attached hereto as **Exhibit W** under SDFL case 18-cr-80160).[16]

A review of the Affidavit of Homeland Security Investigations ("HSI") Special Agent George Fernandez (relating to the criminal complaint filed in 18-cr-80160) attached hereto as **Exhibit Y** more specifically details Aular's criminal activities in his role at PDVSA. Paragraphs 40, 41 and

---

[16] REUTERS, Venezuela to seek extradition of former minister in corruption case, (Sept. 9, 2022) https://www.reuters.com/world/americas/venezuela-seek-extradition-former-minister-corruption-case-2022-09-09/

42 provide details as to how one of the defendants, Francisco Convit, provided a fake "joint venture contract" involving one of the shell companies in the case – Eaton Global. The "joint venture" was a sham arrangement between Easton Global and the CS's trust to make loans to PDVSA. As more specifically related in the Affidavit:

> The fake joint venture contract, dated December 17, 2014, contemplated a fictitious 600 million U.S. Dollar joint venture between Eaton Global and the CS's trust; the supposed business of the joint venture was the making of loans to PDVSA.

> On February 9, 2015, the CS told CONVIT that the fake joint venture contract could not be used. CONVIT and URDANETA assured the CS that the fake contract had not been used or provided to any bank.[17]

> The CS also requested the original underlying exchange contracts and CONVIT responded that URDANETA had physical copies and would deliver them. Days later in Venezuela, the CS received the documents in-person from URDANETA, who explained that he obtained the documents from "CONSPIRATOR 1," a former PDVSA official.

> These documents, which the CS provided to HSI-Miami, reveal the source of the PDVSA funds and the nature of the scheme.

**Exhibit Y ¶¶** 42-45.

The source of PDVSA funds for the "scheme" was a foreign currency exchange scheme involving Eaton Global. **Exhibit Y ¶** 46. The structure of the transaction was described paragraph 46 as follows:

> The source of the PDVSA funds was a PDVSA foreign-currency exchange scheme benefitting Eaton Global. The exchange scheme 'was disguised as a "financing" arrangement using the following three documents (provided by URDANETA) in an artless attempt to hide what was ultimately revealed as an embezzlement:

> a. First, 'a loan contract, dated December 17, 2014, between PDVSA and Rantor Capital C.A., a Venezuelan shell company, in which Rantor agreed to loan 7.2 billion Bolivars to PDVSA. The loan

---

[17] Almost tragi-comically, professional money launderer Jose Vincente Amparan later told the CS that the fake joint venture contract had actually been provided to banks in Canada and Malta. This Amparan relayed to the CS, made it impossible to replace the fake joint venture contract with a simple foreign exchange contract and that additional fake contracts would be warranted. The CS asked to reverse the transactions, and Amparan responds that such would not be possible. **Exhibit Y ¶** 53.  The Affidavit makes clear that conspirators would go on to later develop "supplemental fake [joint venture] contracts" (*Id.* at ¶ 66) and "replacement [joint venture] fake contracts" *Id.* at ¶57.

contract was executed by "VENEZUELAN OFFICIAL 1" as Vice President of PDVSA;

b. Second, an assignment contract, dated December 23,2014, between Rantor and Eaton Global, in which Rantor assigns its rights as PDVSA's creditor under the loan contract to Eaton Global and in which it is contemplated that PDVSA is given the right to cancel the debt within 180 days by paying 600 million U.S. Dollars; and

c. Third, a notice of assignment letter, dated December 23, 2014, in which Eaton Global informs PDVSA (VENEZUELAN OFFICIAL 1) of the assignment and suggests that PDVSA repay the 7.2 billion Bolivar loan in the Euro equivalent of 600 million U.S. Dollars. The letter included instructions for PDVSA to wire the funds to European Financial Institution accounts for the benefit of Eaton Global.

Aular, who I opine is "VENEZUELAN OFFICAL 1", was Finance Vice President of PDVSA at the time, acting under PDVSA leader and FARC agency or instrumentality Rafael Ramirez. The first fake loan contract provided was signed by Aular as "Vice President of PDVSA". Aular is informed of the assignment of this loan via a notice of the assignment letter referenced in paragraph 46. This assignment is the crux of the fraud – it involved the "repayment" by PDVSA of the loan, which was to be funded by Eaton Global at the Bolivar equivalent of approximately 35 million Euros, with a repayment amount of 511 million Euros. The Affidavit of Fernandez recites:

In short, Eaton Global ended up with the right to pay PDVSA about 7.2 billion Bolivars (worth around 35 million Euros) and receive about 510 million Euros, of which about 78.8 million Euros was sent to the CS.

**Exhibit Y ¶ 47.**

Aular's reward for participating in this fraud was a kickback. Paragraph 48 of the Affidavit makes this kickback requirement clear:

[T]he CS learned that the CS was not involved in a forex transaction, but rather a money laundering operation in which the CS was expected to launder the proceeds of the embezzlement and make cash kickback payments to "VENEZUELAN OFFICIAL 1".

**Exhibit Y ¶ 48.** Venezuelan Official 1 is none other than Victor Aular.

Later in Paragraph 57 of the document, another conspirator is recorded indicating that he had a "payment for [VENEZUELAN OFFICIAL 1]." I believe that an actual reference to Aular was utilized in this recording.  Paragraph 58 details another recorded meeting with the CS

regarding "the receipt and expenditure of the PDVSA funds" which at the time was approximately $78 million, and the payments going to Aular:

> In a March 7, 2016 recorded meet with URDANETA, the CS and URDANETA recounted the receipt and expenditure of the PDVSA funds to date ("seventy eight million eight hundred and something"). They recounted how much belonged to CONSPIRATOR 1 ("fourteen million five hundred forty thousand six hundred twenty-five") and other expenditures, including a list of cash payments to include payments to VENEZUELAN OFFICIAL 1 who authorized the underlying PDVSA loan agreement. The CS recounted the cash kickbacks to VENEZUELAN OFFICIAL 1 as follows:
>
> [VENEZUELAN OFFICIAL 1], I gave him ... to the boy he sent, in one occasion two hundred thousand [200,000], June fourth [4th] and in another occasion one hundred thousand [100,000], on June twenty sixth [26th].

**Exhibit Y ¶** 58.

Thus, the kickbacks to Aular were detailed in the recording where it was clearly stated that on one occasion Aular had received "200,000" and on another he had received "$100,000."

### (b) Enter Mattias Krull

Mattis Krull is a Swiss banker and money launderer. He assisted Gorrin with expanding upon Aular's work in providing of the fake loan contracts as paragraphs 96 and 97 of the Affidavit of Fernandez make clear (**Exhibit Y ¶¶** 96-97):

> In October 2016, the CS met with KRULL in Panama. KRULL explained that he was looking for a bank to deposit approximately 600,000,000 U.S. Dollars from a currency exchange with PDVSA on behalf of a client, "CONSPIRATOR 7,"[12] and which the CS learned, were located in Gazprombank. The CS stated the CS could explore some options but needed a contract proving providing the source of funds. On November 8, 2016, KRULL explained that he had the contract. In a November 17, 2016 WhatsApp chat, KRULL asked if the CS had "the hush" (meaning hushmail, an encrypted email provider), and the CS provided a hushmail address. That same day a PDVSA loan contract arrived at the CS's hushmail account.
>
> **The PDVSA contract that the CS received from KRULL was an amendment to the original contract between PDVSA and Rantor,** and doubled the credit line from 7.2 to 14 billion Bolivars. The amendment was dated May 25, 2015, and specifically incorporated the initial PDVSA loan contract.

**Exhibit Y** ¶¶ 96-97 (emphasis added).

In footnote 12 marked in the quote above, the Affidavit of Fernandez makes clear:

> CONSPIRATOR 7 is another reported billionaire member of the "boliburgues" and owner of a television network in Venezuela.

*Id.* at fn 12.

The Affidavit then explains how Gorrin pressed to get the money over to the FARC leader Maduro's stepsons. Maduro is referred to as Venezuelan Official 2 in the Affidavit of Fernandez:

> Over the course of the next few weeks, KRULL continued to press the issue over WhatsApp chats, explaining his client was in a "hurry." On November 30, 2016, the CS and KRULL met again in Panama. Per the CS, KRULL explained that the funds came from exchange contracts which generated around 1.2 billion U.S. Dollars. KRULL explained that, in addition to the 600-million-Dollar solution for CONSPIRATOR 7, KRULL needed an additional solution for 200 million U.S. Dollars held in European Financial Institution 1 in the name of a straw owner, "CONSPIRATOR 8." (The CS recognized CONSPIRATOR 8 as a straw owner previously proposed to be used **to conceal money for the stepsons of VENEZUELAN OFFICIAL 2, a.k.a, "los chamos," during a prior meeting with the CONSPIRATOR 8, CONVIT, and "los chamos."**)
>
> On November 30, 2016, KRULL sent the CS a WhatsApp message with photos of CONSPIRATORS 7 and 8's Venezuelan passports. KRULL also forwarded an email to the CS explaining the European Financial Institution  structure; the email was in fact a string of previously forwarded emails attaching documents from European Financial Institution 1, which had been sent from AMPARAN to "CONSPIRATOR 9," to CONSPIRATOR 7, to KRULL, and to the CS.
>
> In early December 2016, the CS informed KRULL of a solution for laundering the additional PDVSA funds. The CS ultimately proposed GUSTAVO and his mutual-fund laundering solution. On December 21, 2016, KRULL sent the CS a resume for CONSPIRATOR 8, whom KRULL referred to as his "buddy." In a later recorded January 7, 2017 phone call with KRULL, the CS explained that he could not use the CONSPIRATOR 8 resume, noting "this shit is a joke." KRULL agreed, "Yes (it's a joke .... I agree, I agree.)

In a recorded January 9, 2017 meet with GUSTAVO in Miami, the CS asked GUSTAVO for a **solution similar to ORTEGA's for CONSPIRATORS 7 & 8, and GUSTAVO immediately agreed. GUSTAVO noted that CONSPIRATOR 7 has one of the wealthiest fortunes from the "chavismo."** GUSTAVO walked through all the different laundering options for both and how to handle any "KYC" issues. KRULL later agreed to the solution presented by GUSTAVO, and in BBM chats would acknowledge "Gustavo" when inquiring of the status. The CS and KRULL and the CS and GUSTAVO had numerous recorded conversations and message chats about the scheme over the course of months.

In a January 10, 2017 recorded conversation, KRULL noted that **"[CONSPIRATOR 7]" is asking if the money can be sent.** In another, on January 23, 2017, KRULL said · the money at European Financial Institution 1 is ready to be moved to CONSPIRATOR 8 and that "I met the dude, and also met the guy that represents him." The CS asked, **"Are these the guy's sons?" (meaning the stepsons of VENEZUELAN OFFICIAL 2), and KRULL responded, "Nah. Don't, don't, don't ask."**

In a January 31, 2017 recorded call, the CS informed Krull that he is in Miami and both discuss the laundering further. KRULL acknowledged receiving money from the European Financial Institution 1 accounts before (i.e., other laundering activity) when he described how the wires work.

On March 7, 2017, KRULL sent the CS a WhatsApp chat and explained that the clients are asking about GUSTAVO's fund being in the United States. In a March 7, 2017 recorded call, **KRULL advised that "[CONSPIRATOR 7]" is worried,** and the CS explained that the fund is not in the United States, but that GUSTAVO has offices in the United States (Miami and New York). The CS explained that GUSTAVO lives in Miami. KRULL asked if GUSTAVO can fly to Panama, and the-CS assured KRULL he could.

On March 16, 2017, the CS met with KRULL and CONSPIRATOR 8 in Panama, and at one point called GUSTAVO (who was not in Panama) to discuss the laundering operation. During the meeting, CONSPIRATOR 8 stated that he "represented three persons." After the meeting, KRULL confided to the **CS that he had once seen CONSPIRATOR 8 at CONSPIRATOR 7's office having lunch with "los chamos," i.e., the stepsons of VENEZUELAN OFFICIAL 2.**

In a recorded April 5, 2017 call with KRULL, KRULL stated that CONSPIRATOR 8 was worried about wiring funds to purchase GUSTAVO's fraudulent fund to U.S. Financial Institution 1 in New Jersey because he was worried about using U.S. banks. KRULL explained that he told CONSPIRATOR 8 it was irrelevant because **all U.S. Dollar wire transactions travel through correspondent banks in the United States regardless.**

In a recorded April 14, 2017 meet in Miami with KRULL, KRULL and the **CS discussed GUSTAVO and CONSPIRATOR 7 and the plan to launder the other PDVSA funds.**

GUSTAVO and KRULL would continue to discuss this scheme with the CS for months thereafter. For instance, in a recorded call with KRULL on August 2, 2017, the CS told KRULL, "I am going to be with GUSTAVO tomorrow ... and he's going to ask me about the fund with the children." KRULL explained that he is not sure, but that "CONSPIRATOR 7" may be doing something on it with "Chente" (AMPARAN) and explained that he (KRULL) speaks mostly to "[CONSPIRATOR 8]" about it because he is "the client."

Records obtained from email search warrants confirm the flow of the PDVSA funds from PDVSA to the defendants and other conspirators through European Financial Institution 1. For instance, a September 2015 email circulated among AMPARAN and CONSPIRATORS 5 and 6 with the subject line **"Numeros [CONSPIRATOR 7]" includes an attachment titled "Operation 600k,"** which contains the following work sheets:

   a. **A work sheet titled "Detailed Income from PDVSA" shows ten transfers from PDVSA from December 29, 2014 through February 3, 2015 totaling 511,913,270.74 Euros**.

   b. A work sheet titled "Summary of the 600 Operation'; shows that, of the 511 million Euros: 20,476,530.83 was assigned to European Financial Institution 1 as a 4% fee; 227,265,537.52 Euros went to the "BOLl" (CONVIT and CONSPIRATOR 2); **159,085,876.26 Euros went to "CHAMOS" (the stepsons of VENEZUELAN OFFICIAL 2); and 68,179,661.26 Euros went to CONSPIRATOR 7.** The remaining 36,905,664.87 Euros was accounted for as the "Cost" of the initial 7.2 billion Bolivars used to obtain the 511 million Euros.

   c. Further worksheets account for how each recipient moved the money. The "BOLl" for instance moved 78.8 million Euros to the

> CS and the majority of the rest through apparent shell companies, Volbqr Vontobel and Vencon Holding. **CONSPIRATOR 7 sent dozens of U.S. Dollar wires through banks in Malta and Austria, including to aviation and yacht services as well as brokerage companies in Miami, Florida.**
>
> These records not only exhibit the conspiracy in blunt detail, but confirm the connection between Krull and the additional conspirators and the initial 78.8 million Euros in PDVSA funds received by the CS.

**Exhibit Y** ¶¶ 98-109 (emphasis added).

I find that the Proffer of Mattias Krull, attached hereto as **Exhibit U**, affirms the description of the roles of Aular and Gorrin in the PDVSA scheme to funnel money to Maduro and his family. Krull states in his proffer:

> The purposes of the money laundering conspiracy in this case was to launder $1.2 billion U.S. Dollars' worth of funds **embezzled from PDVSA by Venezuelan officials, including by "Venezuelan Official l,"** who was a "foreign official" as that term is defined in the FCPA, and who authorized the embezzlement in exchange for kickbacks.

**Exhibit U** at ¶ 13 (emphasis added).

> Venezuelan Official 1, and others, facilitated this scheme in exchange for receiving kickbacks from the proceeds. This bribery of Venezuelan Official 1 violated not only Venezuelan law, but also the Foreign Corrupt Practices Act because one or more members of the conspiracy engaged in corrupt acts from within the territory of the United States…

**Exhibit U** at ¶ 16.

> The members of the conspiracy agreed to split the net proceeds of the PDVSA foreign-exchange embezzlement scheme as follows:
>
> a. 227 million Euros went to the "Boli" (Francisco Convit Guruceaga and "Conspirator 2"); and
>
> **b. 227 million Euros went to "Conspirator 7"**
>
> From there, the members of the conspiracy agreed to further distribute the proceeds among some of the members of the conspiracy, for instance:

a. The "Boli" routed approximately **78 million Euros to a confidential source (CS), who was instructed to deliver the funds to Carmelo Urdaneta Aqui, Abraham Ortega, "Conspirators 1 and 3," and Venezuelan Official 1**; and

b. **"Conspirator 7" routed approximately 159 million Euros to three individuals known as "Los Chamos," the stepsons of "Venezuelan Official 2," who was a "foreign official" as that term is defined in the FCPA**.

In order to conceal the nature, source and control of the PDVSA funds, the members of the conspiracy included an array of straw owners, bankers, money managers whose role was to facilitate the laundering.

**Exhibit U** at ¶¶ 18-20 (emphasis added).

Initially, Conspirator 7 informed KRULL about a tranche of money worth about 600 million U.S. Dollars generated from foreign exchange contracts. Conspirator 7 stated he needed a solution for moving and depositing the funds. KRULL asked Conspirator 7 for the source of the funds, **and Conspirator 7 provided KRULL a copy of an addendum to the original PDVSA and Rantor loan contact,** which doubled the initial credit line from 7.2 to 14 billion Bolivars. **The amendment was dated May 25, 2015 and specifically incorporated the initial PDVSA loan contract**.

Conspirator 7 later summoned KRULL to his office in Venezuela regarding a tranche of money worth about 200 million U.S. **Dollars. Conspirator 7 stated that he needed an urgent solution for moving these funds,** and that he wanted KRULL to meet the owner of the funds.

At Conspirator's 7 office, Conspirator 7 introduced KRULL to Mario Enrique Bonilla Vallera (formerly referred to as "Conspirator 8") and "Conspirator 10," both as the people who Conspirator 7 "represents."

Conspirator 7, in tum, asked KRULL if KRULL knew who "Mario" represents. When KRULL answered "no," Conspirator 7 explained that "Mario" represents "Los Chamos" (the stepsons of Venezuelan Official 2). **Conspirator 7 explained to KRULL how "Los Chamos" help Conspirator 7 solve issues with Venezuelan Official 2**, by intervening with their mother, the wife of Venezuelan Official 2.

**Conspirator 7 then introduced KRULL to "Los Chamos" who were seated in the next room,** with Conspirator 9 and "Conspirator 11," wearing hats and chains. It was explained to KRULL that Mario Enrique Bonilla Vallera and Conspirator 10 would be the **straw account owners for "Los Chamos,"** for whatever solution KRULL provided.

**Conspirator 7 explained to KRULL that he (Conspirator 7) was displeased with the previous efforts of Jose Vincente Amparan** Croquer and the "Portuguese guy" (Hugo Gois) to manage the money. KRULL agreed to assist and join the conspiracy to launder the funds.

**KRULL met with Mario Enrique Bonilla Vallera and Conspirator 10 on several occasions in an effort to assist them in receiving the PDVSA funds as straw owners for the "Chamos,"** including as part of a proposed plan to use a money laundering structure with Global Securities Advisors and Gustavo Hernandez Frieri in Miami, Florida which included deposits to be made to U.S. Financial Institution 1.

**KRULL and Conspirator 7 had additional meetings, <u>including one on Fisher Island in the Southern District of Florida, where Conspirator 7 was renovating a condominium</u>. During that meeting, Conspirator 7 called Conspirator 11 to inquire as to the status of providing KRULL with the necessary documents to move the funds for the "Los Chamos."**

**KRULL was specifically aware that Conspirator 7 was previously involved in another corruption scheme involving a high-level Venezuelan official from Conspirator 7's own past statements to KRULL.**

KRULL knew that he was participating in an illegal money laundering conspiracy and that the funds he was attempting to conceal and transact in were the proceeds of criminal activity and bribery in particular.

**Exhibit U** at ¶¶ 25-34 (emphasis added).

There can be no doubt that Conspirator 7 is Raul Gorrin. Both the Affidavit of Fernandez and the Mattis Krull Proffer, make that very obvious, (see "GUSTAVO noted that CONSPIRATOR 7) has one of the wealthiest fortunes from the "chavismo." **Exhibit Y at ¶ 101**; **Exhibit U at 32 (**"KRULL and Conspirator 7 had additional meetings, including one on Fisher Island in the Southern District of Florida, where Conspirator 7 was renovating a condominium.") **Exhibit Y at fn 12** ("CONSPIRATOR 7 is another reported billionaire member of the "boliburgues" and owner

of a television network in Venezuela"). There can be no doubt that "Venezuela Official 2" is Maduro as "Los Chamos" are his stepsons. And there is no doubt that Victor Aular is "Venezuela Official 1" as he would have been the individual to sign the fake loan documents as the Finance Vice President of PDVSA.

### (c) Victor Aular is an agency or instrumentality of the FARC.

Gorrin's involvement in the PDVSA loan scheme is an example of how he would money launder for the FARC – in this case for the benefit of Maduro—who the FARC has called their "leader of the ship" and whose Cartel de Los Soles is a major international narco-trafficker of FARC cocaine.  Los Chamos were the recipients of the funds, and having known and studied how the Maduro clan works – those funds would have flowed up to Cilia for Maduro's disposition. PDVSA was a key cog in this machinery, and FARC agencies or instrumentalities like Gorrin and Aular used PDVSA and other government entities to allow the corruption and support of groups like the FARC to flourish.

**OPINION (6): Without Victor Aular the PDVSA "fake loan" scheme would not have been possible.  FARC leader Maduro and his family (through the payment made to his stepsons Los Chamos) would not have been able to receive Gorrin's bribe through the scheme as involving Raul Gorrin (Conspirator 7) and Los Chamos without Victor Aular having participated in the production and issuance of the "fake loan" documents as Finance Vice President of PDVSA.  It was because of Aular's participation in creating the "fake loan" contract between PDVSA and Rantor, and his involvement in the scheme that Gorrin was able to press forward with transmitting the bribes to Maduro and Maduro's family – specifically through funds paid to Los Chamos. This basis alone is sufficient for me to opine that Victor Aular is an agency or instrumentality of the FARC.**

### v. Los Chamos

"Los Chamos" are Maduro's three stepsons, Walter Jacob Gavidia Flores, Yosser Daniel Gavidia Flores, and Yoswal Alexander Gavidia Flores. All three of Los Chamos are FARC agencies or instrumentalities. They provided material support and assistance to FARC agency or instrumentality Alex Saab[18] and served as SAAB's liaisons to Maduro regime officials for his

---

[18] **OPINION (23): Alex Saab is a FARC agency or instrumentality whose money laundering activities and bribery of FARC leader Maduro have led to his blocking by OFAC and his indictment in the United States. He has served as "testaferro" for Maduro, and money launderer of Maduro narco-trafficking profits from FARC cocaine.** Saab was "implicated in several corruption schemes involving the Maduro regime" and has assisted Nicolas Maduro and other Venezuelan government officials to "launder hundreds of millions of dollars in corruption proceeds." *See* Claudia Fernandez, Moises Rendon, *Corruption in Venezuela: The Alex Saab Case,* CENTER FOR STRATEGIC AND INTERNATIONAL STUDIES, (Jun. 24, 2020), https://www.csis.org/analysis/corruption-venezueJa-alex-saab-case; and has enriched Nicolas Maduro, including, by paying bribes to Los Chamos for access to government contracts. Press Release, U.S. Treasury Dept., Treasury Disrupts Corruption Network Stealing From Venezuela's Food Distribution Program, CLAP, (July 25, 2019),  https://home.treasury.gov/new /press-releases/sm741. Saab also conspired with Tareck El Aissami, another FARC agency or instrumentality, in illicit gold operations under the supervision of the FARC (*see* Joseph M. Humire, *Iran, Turkey, and Venezuela's Super Facilitator: Who is Alex Saab?* CENTER FOR A SECURE FREE SOCIETY, (Jun. 30, 2020) httms://www.securefreesociely.org/research/who-is-alex-saab/.

money laundering and bribery activities.  OFAC stated in its July 25, 2019, Press Release regarding Los Chamos:

> In 2011, Saab gave Cilia Adela Flores de Maduro's (Flores) three sons Walter, Yosser, and Yoswal (also known as 'Los Chamos') and their cousin, Carlos Erica Malpica Flores (Malpica), a contract to clear land for the construction of homes in the Venezuelan State of Vargas....Saab's relationship with Flores, Los Chamos, and Malpica was key for Saab Pulido's access to Government of Venezuela officials, allowing them to pay the requisite bribes and kickbacks to obtain government contracts. Los Chamos would also receive kickbacks from Saab's companies in return for government contracts. Los Chamos had frequent access to Maduro and Tareck Zaidan El Aissami Maddah (El Aissami), who was designated on February 13, 2017 pursuant to the Foreign Narcotics Kingpin Designation Act for playing a significant role in international narcotics trafficking; El Aissami is the current Minister of Industries and National Production and former Executive Vice President of Venezuela. As a result, Los Chamos were able to manipulate the recipients of government contracts, and Saab had the opportunity to work with the highest levels of the Venezuelan government.

U.S. TREASURY DEPARTMENT OF THE TREASURY, Treasury Disrupts Corruption Network Stealing From Venezuela's Food Distribution Program, CLAP, (Jul. 25, 2019), https://home.treasury.gov/news/press-releases/sm741.

**OPINION (13): Los Chamos are each agencies or instrumentalities of the FARC.** Los Chamos are "straw men" or "testaferros" for Maduro – they take in funds from money laundering schemes such as the PDVSA "fake loan" scheme (mentioned above) for Maduro and other FARC agencies or instrumentalities such as Cilia Flores. They also have provided material support and assistance to FARC agency or instrumentality Alex Saab, including by providing access to Saab to Venezuelan Government Officials so that he may pay the bribes and kickbacks required to obtain government contracts.

### d. The Bases for Opinions 1 and 2 Are Legion.

**OPINION (1): Raul Gorrin is a FARC agency or instrumentality, as: a) he is testaferro to Maduro, who is not only an agency or instrumentality of the FARC – but who actually is the FARC, and who is referred to by the FARC as "leader of the ship", and leads its major narco-trafficking operation in Venezuela: the Cartel of the Suns; b) his involvement in the permuta scheme, the bond scheme, and the bribery of FARC agencies or instrumentalities in Venezuela's Office of the National Treasurer (including two past treasures – Andrade and Diaz Guillen) as well as Diaz Guillen's subordinate Angelica Barrios), provided the "fuel" for the money laundering engine that was run by Chávez and Maduro to enrich themselves and to also funnel money to the FARC through techniques like "false state" contracts and "never projects".  The permuta scheme also strengthened the**

FARC and its narco-traffickers by making them a primary source of dollars for Venezuelans who need to pay their debts in U.S. dollars; c) has directly bribed Maduro and his family members (including his stepsons Los Chamos and his wife Cilia Flores) through schemes such as the PDVSA loan scheme referenced above; and d) has bribed FARC Agency or Instrumentality Victor Aular through the PDVSA scheme; and e) has engaged in the bond scheme, which was an important source of funding for FONDEN and the ONT, and was an important source of funding for the projects such as the "never projects" and "false state" contracts that benefitted the FARC through its shell companies.

OPINION (2): Gustavo Perdomo is a FARC agency or instrumentality as: a) he assists FARC agency and instrumentality Gorrin in bribing officials such as Andrade and Diaz Guillen, and Adrian Velasquez. He also has participated in the bond scheme through companies that he owns jointly with Gorrin (such as Vineyard Ventures) and in so doing has contributed to the "fuel" for the money laundering engine run by Chávez and Maduro to enrich themselves and to also funnel money to the FARC because the bond scheme was an important source of funding for FONDEN and the ONT, and was an important source of funding for the projects such as the "never projects" and "false state" contracts that benefitted the FARC through its shell companies.

*          *          *

## IV.   FACTS, DATA, DATA OPINIONS

In preparing my opinions in this case, I have relied upon my general knowledge and background on Venezuela obtained during my long tenure with the DEA, including specific knowledge obtained from informants, witnesses, and other law enforcement agents. I have also reviewed and relied upon the following materials and information in addition to **Exhibits A-Z** attached hereto:

1. Conferences with Martin Rodil about the allegations in this case.
2. Conferences with Leamsy Salazar about the allegations in this case.
3. Affidavit of Special Agent Shauna L. Willard (bates stamped nos. AC-004665 → AC-004675)
4. Sworn Declaration of John Robert McBrien Regarding Agencies and Instrumentalities of the FARC dated July 14, 2020, including all exhibits thereto (bates stamped nos. AC-004796 → AC-004981)
5. Supplemental Sworn Declaration of John Robert McBrien Regarding Agents and Instrumentalities of the FARC dated September 8, 2020, including all exhibits thereto (bates stamped nos. AC-004982 → AC-005425)
6. Sixth Supplemental Sworn Declaration of John Robert McBrien Regarding Agents and Instrumentalities of the FARC dated March 3, 2021 (D.E. 133-1) (bates stamped nos. AC-006273 → AC-006712)
7. Summary of "Dossier"

8. Press Release, U.S. Treasury Dep't, *Treasury Targets Venezuelan President Maduro's Inner Circle and Proceeds of Corruption in the United States* (Sept. 25, 2018), https://home.treasury.gov/news/press-releases/sm495 (bates stamped nos. AC-005462 → AC-005465)

9. Press Release, Department of Justice, *Venezuelan Billionaire News Network Owner, Former Venezuelan National Treasurer and Former Owner of Dominican Republic Bank Charged in Money Laundering Conspiracy Involving Over $1 Billion in Bribes* (Nov. 20, 2018), https://www.justice.gov/opa/pr/venezuelan-billionaire-news-network-owner-former-venezuelan-national-treasurer-and-former (bates stamped no. AC-005450)

10. Government exhibits entered into evidence during the criminal trial of Guillen and Velasquez in the United States District Court for the Southern District of Florida, Case No. 18-cr-80160-WPD (bates stamped nos. AC-002636 → AC-004615)

11. Transcripts of the criminal trial of Guillen and Velasquez in the United States District Court for the Southern District of Florida, Case No. 18-cr-80160-WPD (bates stamped nos. AC-000001 → AC-002610)

12. Summary of Transcripts of the criminal trial of Guillen and Velasquez in the United States District Court for the Southern District of Florida, Case No. 18-cr-80160-WPD

13. Press Release, Department of Justice, *Former Venezuelan National Treasurer and Husband Convicted in International Bribery Scheme* (Dec. 15, 2022), https://www.justice.gov/opa/pr/former-venezuelan-national-treasurer-and-husband-convicted-international-bribery-scheme (bates stamped nos. AC-005453 → AC-005454)

14. Information as to Alejandro Andrade Cedeno, *United States of America v. Alejandro Andrade Cedeno*, Case No. 17-cr-80242-RLR (S.D. Fla. Dec. 18, 2017), ECF No. 3 (bates stamped nos. AC-004738 → AC-004743)

15. Press Release, Department of Justice, *Former Venezuelan National Treasurer Sentenced to 10 Years in Prison for Money Laundering Conspiracy Involving Over $1 Billion in Bribes* (Nov. 27, 2018), https://www.justice.gov/opa/pr/former-venezuelan-national-treasurer-sentenced-10-years-prison-money-laundering-conspiracy (bates stamped no. AC-005451)

16. Information as to Gabriel Arturo Jimenez Aray, *United States of America v. Gabriel Arturo Jimenez Array*, Case No. 18-cr-80054-RLR (Mar. 12, 2018), ECF No. 3 (bates stamped nos. AC-004680 → AC-004684)

17. Plea Agreement as to Gabriel Arturo Jimenez Aray, *United States of America v. Gabriel Arturo Jimenez Array*, Case No. 18-cr-80054-RLR (Mar. 20, 2018), ECF No. 14 (bates stamped nos. AC-004685 → AC-004695)

18. Factual Proffer as to Gabriel Arturo Jimenez Aray, *United States of America v. Gabriel Arturo Jimenez Array*, Case No. 18-cr-80054-RLR (Mar. 20, 2018), ECF No. 15 (bates stamped nos. AC-004676 → AC-004679)

19. Press Release, Department of Justice, *Former Owner of Dominican Republic Bank Sentenced to Three Years in Prison for Money Laundering Conspiracy* (Nov. 29, 2018), https://www.justice.gov/opa/pr/former-owner-dominican-republic-bank-sentenced-three-years-prison-money-laundering-conspiracy (bates stamped no. AC-005452)

20. Chart, Department of Justice, *Corrupt Venezuelan Regime*, https://www.justice.gov/opa/press-release/file/1261511/download (bates stamped no. AC-004630)

21. Criminal Complaint as to Maikel Jose Moreno Perez and Affidavit of Shauna L. Willard, Special Agent with Homeland Security Investigations dated March 12, 2020, *United States of America v. Maikel Jose Moreno Perez*, Case No. 20-mj-02407-JJ (S.D. Fla. Mar. 12, 2020), ECF No. 3 (bates stamped nos. AC-004665 → AC-004675)

22. Press Release, Department of Justice, *Former President of Venezuelan Supreme Court Indicted on Charges of Accepting Bribes to Resolve Court Cases* (Jan. 26, 2023) (bates stamped nos. AC-005444 → AC-005446)

23. First Superseding Indictment, *United States of America v. Lustgarten Acherman*, No. 1:15-mj-02465-CMM (D. Mass. Apr. 1, 2015), ECF No. 1 (bates stamped nos. AC-004744 → AC-004759)

24. Information as to Matthias Krull, *United States of America v. Matthias Krull*, Case No. 18-cr-20682-CMA (S.D. Fla. Aug. 16, 2018), ECF No. 23 (bates stamped nos. AC-004705 → AC-004710)

25. WOLA, Colombia peace update: Annual UN human rights report (Feb. 27, 2021), available at https://colombiapeace.org/colombia-peace-update-february-27-2021/

26. Transregional Threats Journal Issue 10: Weaponized Drug Trafficking (by David Grantham, Ph.D. and Jose Gustavo Arocha)

27. Jens Glüsing, "The Colombian Connection: How Hugo Chavez Courted FARC," *SPIEGEL Nachrichten*, http://www.spiegel.de/international/world/the-colombian-connection-how-hugo-chavez-courted-farc-a-557736.html (accessed July 2, 2013)

28. Yale Institute of International Studies, Conditional Convenience: Venezuelan Support for FARC Since Hugo Chávez (Jan. 2014) http://yris.yira.org/essays/1251

29. Joseph M. Humire, *Iran, Turkey, and Venezuela's Super Facilitator: Who is Alex Saab?* CENTER FOR A SECURE FREE SOCIETY, (Jun. 30, 2020) https://www.securefreesociely.org/research/who-is-alex-saab/

30. *See* Venezuela Investigative Unit, *Venezuela Relies on Gold as Other Criminal Economics Dry Up*, InSight Crime (June 1, 2020) https://www.insightcrime.org/news/analysis/venezuela-depends-gold-industry.

31. Treasury Press Releases regarding the blocking of Maduro, Cilia Flores, Gorrin, Perdomo, Diaz-Guillen, Velasquez-Figueroa, Los Chamos, Cabello, Carvajal

## V.   COMPENSATION

I am being compensated $3,500 a month for my work on this case.


I reserve my right to supplement my opinions set forth herein.


Dated:   May 1, 2023

Robert Zachariasiewicz