IN THE CIRCUIT COURT OF THE ELEVENTH JUDICIAL CIRCUIT IN AND
FOR MIAMI-DADE COUNTY, FLORIDA

PALAZZO DEL SOL/DELLA LUNA AT
FISHER ISLAND CONDOMINIUM
ASSOCIATION, INC.,

    Plaintiff,                                             Case No. 2022-004165 CA (31)

v.

PLANET 2 REACHING, INC; *et al.*,

    Defendants.
                                                         /

## CASA EXPRESS CORP'S ANSWER AND AFFIRMATIVE DEFENSES

Casa Express Corp ("Casa Express"), by and through undersigned counsel, files its Answer and Affirmative Defenses to Plaintiff Palazzo Del Sol/Della Luna at Fisher Island Condominium Association, Inc.'s ("Condominium") Amended Complaint as follows:

## PARTIES, JURISDICTION & VENUE

1. Without knowledge, therefore denied.

2. Denied.

3. Denied.

4. Admitted.

5. Without knowledge, therefore denied.

6. Without knowledge, therefore denied.

7. Admitted.

## GENERAL ALLEGATIONS AS TO ALL COUNTS

8. Denied.

9. Denied.

1

10. Denied.

## COUNT I – FORECLOSURE OF CLAIM OF LIEN
## AGAINST DEFENDANT PLANET 2 REACHING, INC.

Casa Express restates and realleges each and every allegation in paragraphs 1-10 as if fully set herein.

11. Denied.

12. Without knowledge, therefore denied.

13. Without knowledge, therefore denied.

14. Without knowledge, therefore denied.

15. Denied.

    a) Without knowledge, therefore denied.

    b) Without knowledge, therefore denied.

    c) Denied.

    d) Denied.

    e) Denied.

## COUNT II – EXTINGUISH SUBORDINATE
## INTERESTS OVER SUBJECT PROPERTY AGAINST CASA EXPRESS

Casa Express restates and realleges each and every allegation in paragraphs 1-15 as if fully set herein.

16. Denied.

17. Denied.

18. Denied.

19. Denied.

20. Denied.

21. Without knowledge, therefore denied.

22. Without knowledge, therefore denied.

23. Denied.

## COUNT III – ACTION TO RECOVER MONEY JUDGMENT AGAINST PLANET 2 REACHING, INC.

Casa Express restates and realleges each and every allegation in paragraphs 1-15 as if fully set herein.

24. Without knowledge, therefore denied.

25. Without knowledge, therefore denied.

26. Without knowledge, therefore denied.

27. Without knowledge, therefore denied.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE - NECESSARY AND INDISPENSABLE PARTY

The Condominium seeks to foreclose the real property located at 7043 Fisher Island Drive, Unit 7043, Fisher Island, Florida 33109 ("Property") based on alleged unpaid assessments. Raul Gorrin Belisario purchased the Property, through his controlled-entity Defendant Planet 2 Reaching, Inc., with funds that he misappropriated from the Bolivarian Republic of Venezuela ("Venezuela") in a well-documented foreign currency exchange scheme. Because Venezuelan misappropriated funds are traceable to the Property, the Property is subject to a constructive trust in Venezuela. *In re Fin. Federated Title & Tr. Inc.*, 273 B.R. 706, 718 (Bankr. S.D. Fla. 2001) (holding that defendant held title to real property subject to constructive trust because misappropriated funds where "directly or indirectly" traceable to the acquisition of real property) (applying Florida).

3

Significantly, the Condominium possessed actual knowledge of Venezuela's claim to the Property before it filed its Amended Complaint. Yet it failed to join Venezuela as a party to this proceeding.

For these reasons, Casa Express submits that Venezuela is a necessary and indispensable party to this action. The Condominium's failure to join it warrants dismissal.

**SECOND AFFIRMATIVE DEFENSE – LACK OF SUBJECT MATTER JURISDICTION**

The Foreign Sovereign Immunities Act ("FSIA") governs this action because the Amended Complaint seeks the judicial sale of real property that belongs to Venezuela, a foreign state. *Alejandre v. Telefonica Larga Distancia, de Puerto Rico, Inc.*, 183 F.3d 1277, 1282 (11th Cir. 1999) ("The FSIA is the exclusive source of subject matter jurisdiction over all civil actions against foreign states").

The Court lacks subject matter jurisdiction over this proceeding because the Amended Complaint fails to identify an exception to sovereign immunity that would permit the judicial sale of sovereign property.

**THIRD AFFIRMATIVE DEFENSE - FAILURE TO STATE A CAUSE OF ACTION**

Section 1609 of the FSIA provides that "property in the United States of a foreign state shall be immune from attachment arrest and execution except as provided in sections 1610 and 1611 of this chapter." 28 U.S.C. § 1609.

The Amended Complaint fails to identify an exception to sovereign immunity that would authorize this court to order the judicial sale of the Property. For this reason, the Amended Complaint fails to state a cause of action upon which relief could be granted.

**FOURTH AFFIRMATIVE DEFENSE – ENTITLEMENT TO SURPLUS FUNDS**

Casa Express holds an unsatisfied judgment against Venezuela. The judgment is recorded in the public records of Miami-Dade County. The recordation of the judgment created a lien over all property belonging to Venezuela in Miami-Dade County, including the Property. If the Court orders the judicial sale of the Property in contravention of the FSIA (it should not), then Casa Express asserts its entitlement to any surplus funds generated from the sale as a lienholder.

**WHEREFORE**, Casa Express respectfully requests that the Court dismiss the Amended Complaint for failure to state a claim and grant such other relief as it deems just and proper.

Dated: May 12, 2023                                    Respectfully submitted,

**GAMARDO, P.A.**
1200 Brickell Avenue, Suite 750
Miami, Florida 33131
Tel: (305)542-6626

*/s/ Andres Gamardo*
Andres Gamardo, Esq.
Florida Bar No.: 1021165
Email: agamardo@gamardolaw.com
*Attorney for Casa Express Corp*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on May 12, 2023, I electronically filed or caused to be filed the foregoing document using Florida's e-Filing Portal.

By: */s/ Andres Gamardo*
Andres Gamardo, Esq.