UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO CABALLERO,

    Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLUMBIA, *et al.*

    Defendants.

_____/

Case No. 1:18-CV-25337-KMM

## **SATISFACTION OF FINAL JUDGMENT IN GARNISHMENT (D.E. 115)**

Judgment in Garnishment (ECF No. 115) was rendered in favor of Plaintiff Antonio Caballero ("Caballero") and against Garnishee Sunstate Bank in the above-entitled action, on August 24, 2021, in the sum of the Blocked Funds (held in Account XXXXX1839 and Account XXXXX1821), which were held by held by Sunstate Bank in the putative name of, or for the benefit of, or blocked due to an association with, non-judgment debtor third party Leonardo Gonzalez Dellan, a.k.a. Leonardo Gonzalez.

Caballero acknowledges payment of the sum of the Blocked Funds (held in Account XXXXX1839 and Account XXXXX1821) in full satisfaction of, and only of, that Final Judgment in Garnishment rendered against Sunstate Bank on the 24th of August, 2021, a copy of which is attached hereto as Exhibit A, but only in partial satisfaction of his Final Judgment (D.E. 63), which Final Judgment (D.E. 63) is against others than Sunstate Bank.

Dated: August 16, 2023.

Respectfully submitted,

/s/ Leon N. Patricios
Joseph I. Zumpano
Fla. Bar. No. 0056091
jzumpano@zplaw.com
Leon N. Patricios
Fla. Bar No. 0012777
lpatricios@zplaw.com

ZUMPANO PATRICIOS, P.A.
312 Minorca Ave.
Coral Gables, FL 33134
Tel: (305) 444-5565

*Attorneys for Plaintiff Antonio Caballero*

STATE OF FLORIDA         )
                         )
COUNTY OF MIAMI-DADE     )

The foregoing instrument was acknowledged before me by means of ☐ physical presence or ☐ online notarization this **16TH** day of **August**, 2023, by **LEON N. PATRICIOS**, who is personally known to me or who has produced _____ as identification.

Notary Name: Ina Munagorri
Notary Seal:

> INA MUNAGORRI
> Notary Public - State of Florida
> Commission # GG 973795
> My Comm. Expires Mar 26, 2024
> Bonded through National Notary Assn.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 16th day of August, 2023, the undersigned electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

/s/ Leon N. Patricios
Leon N. Patricios