UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-25337-KMM

ANTONIO CABALLERO,

    Plaintiff

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA, *et al.*,

    Defendants.
_____/

## **FINAL JUDGMENT**

THIS CAUSE came before the Court upon the Court's Order (ECF No. 365) granting the Interested Parties'[1] Corrected Motion for Summary Judgment (ECF No. 342). Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Final Judgment is hereby entered in favor of the Interested Parties, and against Plaintiff Antonio Caballero:

(1) Plaintiff Antonio Caballero's claims against the Interested Parties are dismissed with prejudice; Plaintiff Antonio Caballero shall take nothing by this action against the Interested Parties, and the Interested Parties shall go hence without day;

---

[1] The "Interested Parties" are Raul Gorrin Belisario, Gustavo Adolfo Perdomo, and all entities in which they maintain a beneficial ownership interest. ECF No. 365 (Summary Judgment Order) (citing ECF No. 207 at 2 n. 1). Those entities include: (1) Globovision Tele C.A., (2) Globovision Tele Ca, Corp., (3) Seguros La Vitalicia C.A., (4) Corpomedios GV Inversiones, C.A., (5) Corpomedios LLC, (6) RIM Group Investments Corp., (7) RIM Group Investments I Corp., (8) RIM Group Investments II Corp., (9) RIM Group Investments III Corp., (10) RIM Group Properties of New York, Corp., (11) RIM Group Properties of New York II Corp., (12) Magus Holdings USA, Corp., (13) Magus Holding LLC , (14) Magus Holding II, Corp., (15) Tindaya Properties Holding USA Corp., (16) Tindaya Properties of New York, (17) Tindaya Properties of New York II Corp., (18) Posh 8, Dynamic, Inc., (19) Constello No. 1 Corporation, (20) Constello Inc., (21) Windham Commercial Group Inc., (22) Planet 2 Reaching, Inc., and (23) Potrico Corp. *Id*. (citing ECF No. 150-2).

(2) The November 8, 2022 United States Marshals sale of the real property with the legal description:

> **Unit 7043, PALAZZO DEL SOL/ DELLA LUNA AT FISHER ISLAND, A CONDOMINIUM, together with an interest in the limited common elements and common elements appurtenant thereto, according to the Declaration of Condominium for Palazzo del Sol / Della Luna at Fisher Island, a Condominium, as recorded on December 30, 2015, in Official Records Book 29908, Page 447, as amended from time to time, of the Public Records of Miami-Dade County, Florida.**
>
> **Folio: 02-4210-018-0170**
>
> **A/K/A 7043 Fisher Island Dr, Unit: 7043, Miami Beach, Florida 33109-0064**

is hereby set aside *nunc pro tunc* (*see* ECF No. 187), and the United States Marshals Deed to Fisher Isl. 7043, LLC dated November 14, 2022, recorded as CFN 2022R0864886, OR BK 33465 pgs. 1612-1614 (ECF No. 184-8) is hereby declared null and void *ab initio*. Within seven calendar days, Plaintiff and his counsel shall cause Fisher Isl. 7043, LLC to execute in favor of, and deliver to, Planet 2 Reaching, Inc. a Quit Claim Deed for said property.

(3) The November 8, 2022 United States Marshals sale of the real property with the legal description:

> **Unit 4401 of 18555 Collins Avenue Condominium, a Condominium, according to the Declaration of Condominium thereof, recorded in Official Records Book 28399, Page 2439, of the Public Record of Miami-Dade County, Florida, and all exhibits and amendments thereto, together with its undivided share in the common elements.**
>
> **Folio: 31-2202-050-0360**
>
> **A/K/A 18555 Collins Avenue, Unit 4401, Sunny Isles Beach, Florida 33160**

is hereby set aside *nunc pro tunc* (*see* ECF No. 187), and the United States Marshals Deed to Collins Apt. 4401, LLC dated November 14, 2022, recorded at CFN 2022R0864887, OR BK 33465 pgs. 1616-1619 (ECF No. 184-9) is hereby declared null and void *ab initio*. Within seven

calendar days, Plaintiff and his counsel shall cause Collins Apt. 4401, LLC to execute in favor of, and deliver to, Posh 8, Dynamic, Inc. a Quit Claim Deed for said property

(4) All execution process concerning the Interested Parties and/or their properties, including, but not limited to, the properties identified in ECF No. 150-3, including any writs of attachment, garnishment, or execution, is hereby vacated and dissolved, and all *lis pendens* filed by Plaintiff against said properties are hereby dissolved and discharged.

(5) The Court retains jurisdiction to enforce the terms of this Final Judgment and issue additional and supplemental orders and take any further action to carry out the intent and purpose of this Final Judgment.

DONE AND ORDERED in Chambers in Miami, Florida, this 25th day of August, 2023.

K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All counsel of record