UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 18-cv-25337-KMM

ANTONIO CABALLERO,

    Plaintiff

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA, et al.,

    Defendants.
_____/

## **NOTICE OF FILING LISTING AGREEMENT**

On April 23, 2024, this Court entered an Order (ECF No. 411) granting Interested Party, Planet 2 Reaching, Inc.'s ("Planet 2 Reaching"), Motion for Sale of Property (ECF No. 394). This Court's Order sets forth the following procedure:

> Plaintiff (through counsel) and Planet 2 Reaching, Inc. (through counsel and/or Mr. D. E. Wilson, Jr., to whom the United States Department of the Treasury's Office of Foreign Assets Control ("OFAC") has issued an active license governing the Fisher Island Property (License No. VENEZUELA-EO13850-2019-359725-7)) shall confer in good faith and select a qualified Florida-licensed real estate broker unrelated to any of the Parties or their counsel (the "Broker") on commercially reasonable terms, to list the Fisher Island Property for sale;
>
> The Broker shall be engaged by Planet 2 Reaching and shall be instructed to make diligent and continued efforts to sell the Fisher Island Property, including by advertising the sale of the Fisher Island Property to the general public, listing the Fisher Island Property on the Multiple Listing Service ("MLS"), and showing the Fisher Island Property to prospective buyers;

ECF No. 411 at 5.

On May 6, 2024, Plaintiff, Antonio Caballero ("Caballero"), filed a Petition for a Writ of Mandamus with the Eleventh Circuit Court of Appeals seeking a writ to block the sale, and claiming this Court acted beyond its jurisdiction. *In re: Antonio Caballero*, USCA11 Case: 24-

11432 (ECF No. 1-2). The Petition for a Writ of Mandamus was denied on July 8, 2024. *Id*. at ECF No. 6-2.

On July 10, 2024, Mr. Wilson, on behalf of Planet 2 Reaching and in accordance with this Court's Order requiring the parties to "confer in good faith and select a qualified Florida-licensed real estate broker" (ECF No. 411 at 5), sent correspondence to counsel for Caballero proposing to engage Mocca Realty, LLC for the purpose of listing the Fisher Island Property for sale. Mr. Wilson also attached a proposed listing agreement. On July 11, 2024, counsel for Caballero responded as follows:

> We maintain that the TVFA is applicable such that the Interested Parties may not utilize the resources of the courts, which necessarily implicates this sales process set by Judge Moore. Furthermore, please clarify who you intend to bind as Seller to the listing agreement. Caballero, would not agree to sign the listing agreement as Seller, given the TVFA and the pending appeal.
>
> If you are asking for our thoughts on the selection of a broker, we refrain from making any recommendations regarding same at this time. Finally, we note that we may appeal any final order regarding the sale of the Fisher Island property.

The email exchange among counsel is attached hereto as Exhibit A. Planet 2 Reaching's Proposed Listing Agreement is attached hereto as Exhibit B.

Counsel for Caballero has declined to confer in good faith or participate in the process of selecting a real estate broker. Significantly, Caballero did not indicate any objection to the selection of Mocca Realty, LLC as the real estate broker or the financial terms negotiated between Plant 2 Reaching and Mocca Realty, LLC as reflected in the proposed listing agreement.

Therefore, pursuant to this Court's Order stating that "[t]he Broker shall be engaged by Planet 2 Reaching" (ECF No. 411 at 5), Planet 2 Reaching provides notice that it is engaging Mocca Realty, LLC "to make diligent and continued efforts to sell the Fisher Island Property, including by advertising the sale of the Fisher Island Property to the general public, listing the

Fisher Island Property on the Multiple Listing Service ("MLS"), and showing the Fisher Island Property to prospective buyers" (*Id.*).  Toward that end, Planet 2 Reaching will execute the Listing Agreement attached hereto as Exhibit B.

        Respectfully submitted,

*/s/Lisandra Guerrero*
Howard Srebnick (FL Bar No. 919063)
Lisandra Guerrero (FL Bar No. 98521)
**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel. (305) 371-6421
E-mail: HSrebnick@RoyBlack.com
LGuerrero@RoyBlack.com

*/s/ Robert T. Dunlap*
Robert T. Dunlap (FL Bar No. 119509)
Freedman Normand Friedland LLP
1 SE 3rd Avenue, Suite 1250
Miami, FL 33131
Tel: (786) 924-2900
rdunlap@fnf.law

*Counsel for Interested Parties*