## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

ANTONIO CABALLERO,

     Plaintiff,

                                    Case No. 1:18-cv-25337-KMM

v.

FUERZAS ARMADAS REVOLUCIONARIAS
     DE COLUMBIA, *et al.,*

     Defendants.

_____/

### INTERESTED PARTY, POSH 8 DYNAMIC, INC.'S,
### MOTION FOR COURT APPROVAL OF PROPOSED
### <u>SALE OF COLLINS AVENUE PROPERTY</u>

Interested Party, Posh 8 Dynamic, Inc. ("Posh 8"), submits this Motion for Court Approval of its Proposed Sale of the residential condominium unit located at 18555 Collins Avenue, Unit 4401, Sunny Isles, Florida 33160 (the "Collins Avenue Property"), in accordance with this Court's Orders dated April 23, 2024 (ECF No. 411) and August 20, 2024 (ECF No. 421).

On July 30, 2024, Posh 8 requested permission to execute a listing agreement with Mocca Realty, LLC ("Mocca") for the sale of the Collins Avenue Property at a price of $8,500,000, and otherwise proceed under the same procedures and conditions already approved by this Court with respect to another property. ECF No. 416. Caballero objected to listing the Collins Avenue Property at $8.5 million. ECF

No. 419 at 3-4. To avoid delay, Posh 8 agreed to raise the initial listing price from $8.5 million to $10.9 million, but notified the Court that it had "commissioned two independent appraisers to inspect the Collins Avenue Property and provide opinions on the fair market value now," and requested "that the Court allow Posh 8 and Mocca Realty, LLC to adjust the listing price 'in the event that the appraisals and/or market realities indicate that fair market value is lower.'" ECF No. 421 at 4 (quoting ECF No. 420 at 2). Posh 8's motion was granted (ECF No. 421), and this Court incorporated the same procedures and conditions previously approved with respect to the sale of another property (ECF No. 411).

On August 8, 2024, two independent appraisals of the Collins Avenue Property were completed. According to the appraisal conducted by ACP Appraisals, LLC, which is attached as **Exhibit 1**, the market value of the Collins Avenue Property is $7,950,000. According to the appraisal conducted by Cruz Appraisals, Inc., which is attached as **Exhibit 2**, the market value of the Collins Avenue Property is $7,400,000.

The Collins Avenue Property has been listed for sale since August 20, 2024. In the nearly four months since, Mocca has shown the Collins Avenue Property multiple times and has received four offers. The highest offer to date is for $7.6 million from one of the original developers of the building, Gil Dezertzov (the "Dezertzov offer," attached as **Exhibit 3**), which is higher than the appraised value

2

according to Cruz Appraisals, Inc. (Exhibit 2).[1] *See* Declaration of Diana C. Gutierrez, attached hereto as **Exhibit 4**.

Pursuant to this Court's Order (ECF No. 411 at 5(¶ 6)), Posh 8 informed Caballero of the Dezertzov offer to obtain mutual consent to the terms and conditions of the proposed sale, including the purchase price. Counsel for Caballero has advised:

> [W]e maintain that the TVFA is applicable such that the IPs may not utilize the resources of the courts, which necessarily implicates the sales process set by Judge Moore. As such, we will be filing an opposition to the motion and will appeal any order authorizing the sale of the property. We also reserve all rights to pursue any claims against third parties, including the buyer.

The email correspondence from counsel for Caballero dated December 17, 2024 is attached as **Exhibit 5**.

Pursuant to this Court's Order, "[i]n the event that the Parties cannot agree on the terms and conditions of the sale, such as the purchase price, [Posh 8] shall present to the court the terms and conditions of the sale that it deems acceptable for Court approval and indicate Plaintiff's disagreement." ECF No. 411 at 5-6 (¶ 6). Accordingly, Posh 8 presents this Court with the offer to purchase the Collins Avenue

---

[1] The Court may recall that the unit is unfinished (known in the trade as a "vanilla box"), so it appeals only to a buyer willing to undertake the time-consuming and expensive effort to hire an architect / designer and contractor to render the unit habitable. The proposed buyer developed the building and is in a position to complete the required construction. Exhibit 4 at ¶¶ 6, 8.

Property, attached as Exhibit 3, which Posh 8 and its listing agent, Mocca, deem acceptable and would like to accept, subject to all other and normal conditions being met by the purchaser.

Therefore, Posh 8 requests that this Court enter an order authorizing Ed Wilson, on behalf of Posh 8, to accept the Dezertzov offer. Upon the buyer's compliance with all terms and conditions prior to the closing date, Posh 8 will seek a further order of the Court as necessary to effectuate a title transfer in order to proceed to closing at a price of $7.6 million.[2]

Respectfully submitted,

*/s/Lisandra Guerrero*
Howard Srebnick (FL Bar No. 919063)
  HSrebnick@RoyBlack.com
Lisandra Guerrero (FL Bar No. 98521)
  LGuerrero@RoyBlack.com

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131 / Tel. (305) 371-6421

*Counsel for Interested Party,*
*Posh 8 Dynamic, Inc.*

---

[2] Title to the Collins Avenue Property is currently in the name of Collins Apt. 4401, LLC (owned by Caballero and his counsel) pending the appeal before the Eleventh Circuit. To implement the Court's Order (ECF No. 411) and close on this proposed sale, the buyer may require that this Court enter an order compelling Collins Apt. 4401, LLC to execute and deliver clear title to the Collins Avenue Property or, alternatively, that the Court declare null and void the title in the name of Collins Apt. 4401, LLC. All surplus proceeds from the sale of the Collins Avenue Property will be deposited with the Court's registry pending the outcome of Caballero's appeal.