UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

ANTONIO CABALLERO,   Case No. 1:18-CV-25337-KMM

    Plaintiff,

vs.

FUERZAS ARMADAS
REVOLUCIONARIAS DE COLUMBIA, *et al.*

    Defendants.
_____/

**NOTICE OF MONETARY RECOVERY IN PARTIAL SATISFACTION OF FINAL JUDGMENT IN GARNISHMENT**

Plaintiff Antonio Caballero ("Caballero") provides this Court with notice of the partial satisfaction of the Final Judgment (ECF No. 63) with the blocked funds held for the benefit of entities owned by a fugitive money launderer. Order Granting Plaintiff Antonio Caballero's Motion for Turnover of Blocked Account Under TRIA and Final TRIA Turnover Judgment, *Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia et al.*, Case No. 20-mc-00249-VEC (S.D.N.Y. Feb. 12, 2025), ECF No. 135 ("SDNY Final Judgment").

Caballero acknowledges payment of the sum of **$7,597,137.12** in partial satisfaction of his Final Judgment (ECF No. 63). As of April 7, 2025, the remaining balance of compensatory damages in the Final Judgment is $112,074,366.54.[1]

---

[1] One year ago, in the United States District Court of South Carolina, Caballero also partially satisfied his Final Judgment (ECF No. 63) with the blocked funds in the amount **$39,647.84**, held in the putative name of Arturo Meza Gaspar. *Antonio Caballero v. Fuerzas Armadas Revolucionarias de Colombia*, Case No. 20-cv-04283-MGL (D.S.C. Mar. 5, 2024), ECF No. 95.

| | |
|---|---|
| Dated: April 7, 2025. | Respectfully submitted, |
| | */s/ Joseph I. Zumpano* |
| | Joseph I. Zumpano |
| | Fla. Bar. No. 0056091 |
| | jzumpano@zplaw.com |
| | Leon N. Patricios |
| | Fla. Bar No. 0012777 |
| | lpatricios@zplaw.com |
| | |
| | ZUMPANO PATRICIOS, P.A. |
| | 312 Minorca Ave. |
| | Coral Gables, FL 33134 |
| | Tel: (305) 444-5565 |
| | |
| | *Attorneys for Plaintiff Antonio Caballero* |

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 7th day of April, 2025, the undersigned electronically filed the foregoing document with the Clerk of the Court by using the CM/ECF system.

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano