

DEPARTMENT OF THE TREASURY
WASHINGTON, D.C. 20220

LICENSE No. VENEZUELA-EO13850-2019-359725-10

**VENEZUELA SANCTIONS REGULATIONS**

**LICENSE AMENDMENT**

Issued under the authority of one or more of 50 U.S.C. §§ 1601-51, 1701-06, Pub. L. 113-278, Executive Orders 13692, 13808, 13827, 13835, 13850, 13857 and 13884 and 31 C.F.R. Parts 501 and 591.

**To:** Lankford & Reed PLLC
120 N. St. Asaph Street
Alexandria, VA 22314
**Attn:** D.E. Wilson, Jr.

**1.** Based upon your request dated March 5, 2025, to the Office of Foreign Assets Control (the "Application"), the transactions described herein are hereby authorized. This license replaces and supercedes License No. VENEZUELA-EO13850-2019-359725-8 in all respects.

**2.** This License is subject to the condition, among others, that the Licensee(s) comply with its terms and with all regulations, rulings, orders, and instructions issued under any of the authorities cited above.

**3.** This License **expires on March 15, 2027,** and is not transferable. The transactions described in this License are subject to the authorities cited above and any regulations and rulings issued pursuant thereto. This License may be revoked or modified at any time. If this License was issued as a result of willful misrepresentation, it may be declared void from the date of its issuance or from any other date.

**4.** This License does not authorize transactions prohibited by any law or regulation administered by the Office of Foreign Assets Control other than those listed above.

**5.** This License does not excuse the Licensee(s) from the need to comply with any law or regulation (including reporting requirements) administered by any other agency or the need to obtain any required authorization(s) from any other agency.

Issued on behalf of the Secretary of the Treasury:

**OFFICE OF FOREIGN ASSETS CONTROL**

By_____  _____
    **Kelly Falconi**                              Date
    **Chief, Licensing Division**

Attention is directed to, *inter alia*, 18 U.S.C. § 1001, 50 U.S.C. § 1705, and Pub. L. 113-278, § 5(b)(2) for provisions relating to penalties.

**LICENSE No. VENEZUELA-EO13850-2019-359725-10**　　　　　　　　　　　　　　　Page 2 of 3

**SECTION I – AUTHORIZATION:** Subject to the conditions and limitations stated herein, Lankford & Reed PLLC (the "Licensee") is hereby authorized to engage in the following:

> **(a)** all activities ordinarily incident and necessary to continue to manage and maintain all of the blocked properties and chattels (such as vessels, vehicles and aircraft) (collectively, the "Properties"), including representing the Properties in litigation and other forms of dispute resolution, owned by Raul Belisario Gorrin and Gustavo Perdomo, persons whose property and interests in property are blocked pursuant to Executive Order 13850, including but not limited to, acting as legal representative for the Properties and their property managers, collecting, receiving, and depositing income generated from the Properties, and debiting condominium assessment payments;
>
> **(b)** Should the Licensee not receive payment from the residents of the Properties, or in the ordinary course of business decide to sell the Properties, the Licensee may engage in transactions ordinarily incident and necessary to sell the Properties, and the Licensee is authorized to recover for itself, and/or reimburse third parties, from the proceeds of the sale of any of the Properties, any taxes, costs, or legal, administrative or other fees that are necessary and incident to the sale of any of the Properties, and place the remainder in a blocked account, as consistent with section 591.203 of the Venezuela Sanctions Regulations and reported to OFAC.
>
> **(c)** Receive payments from Raul Bellisario Gorrin and Gustavo Perdomo in connection with the maintenance of the Properties.

**SECTION II - CONDITIONS: (a)** Except as authorized in **SECTION I**, this License does not authorize the transfer of any blocked property, the debiting of any blocked account, the entry of any judgment or order that affects a transfer of blocked property, or the execution of any judgment against property blocked pursuant to any Executive order, statute, or Chapter V of Title 31 of the Code of Federal Regulations (C.F.R).

**(b)** Income generated from the Properties shall be based on the sale of the Properties or on contracts/leases entered into prior to the designation of Raul Belisario Gorrin and Gustavo Perdomo and shall not be based any new (post-designation) contracts/leases.

**(c)** Any payments received by the Licensee related to the income generated from the Properties, including from the sale of the Properties, in excess of fees due against the Properties shall be placed into a blocked account at a U.S. financial institution.

**(d)** Payments authorized by **Section I(c)** of this License must not originate from a source within the United States, or from any source outside the United States within the possession or control of a U.S. person, or from any entity or individual, other than Raul Bellisario Gorrin and Gustavo Perdomo, whose property or interests in property are blocked pursuant to any Executive order or Chapter V of Title 31 of the C.F.R.

**SECTION III - WARNINGS: (a)** Except as authorized by the terms of this License, or otherwise by OFAC, nothing in this License authorizes the receipt of funds or other property, directly or indirectly, from any entity or individual whose property or interests in property are blocked pursuant to any Executive order or statute or Chapter V of Title 31 of the C.F.R.

**(b)** Any transfer of funds through the U.S. financial system pursuant to the authorizations set forth in **SECTION I** hereof should reference the number of this License to avoid blocking of the transfer.

**LICENSE No. VENEZUELA-EO13850-2019-359725-10**                                            Page 3 of 3

**SECTION IV – RECORDKEEPING & REPORTING REQUIREMENTS:** **(a)** The Licensee is required to submit quarterly reports to OFAC starting on June 30, 2022, providing a summary of all transactions undertaken pursuant to **SECTION I**.

**(b)** The Licensee is subject to the recordkeeping and reporting requirements of, *inter alia*, 31 C.F.R. §§ 501.601 and 501.602, including the requirement to maintain full and accurate records concerning the transactions undertaken pursuant to this License for a period of ten years from the date of each transaction.

**SECTION V – PRECEDENTIAL EFFECT:** The authorization contained in this License is limited to the facts and circumstances specific to the Application.
*************************************************************************