UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25337-KMM

ANTONIO CABALLERO,

    Plaintiff,

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA, *et al.*,

    Defendants.
_____/

**STIPULATION OF PLAINTIFF AND THE INTERESTED PARTIES AND JOINT MOTION FOR COURT APPROVAL**

With regard to the Joint Notice of Global and Final Resolution and Joint Motion for Court Approval (ECF No. 448), Plaintiff Antonio Caballero ("Caballero") and the Interested Parties hereby stipulate, and request that this Court order, that any reference to April 30, 2025 be changed to May 15, 2025 due to the Buyer requesting an extension of the closing date to on or before May 15, 2025.

<div style="display: flex;">
<div>

*/s/ Joseph I. Zumpano*
Joseph I. Zumpano
Fla. Bar. No. 0056091
E-mail: jzumpano@zplaw.com
Leon N. Patricios
Fla. Bar. No. 0012777
E-mail: lpatricios@zplaw.com

ZUMPANO PATRICIOS, P.A.
312 Minorca Avenue
Coral Gables, FL 33134
Tel: (305) 444-5565
Fax: (305) 444-8588

*Counsel for Antonio Caballero*

</div>
<div>

*/s/ Howard Srebnick*
Howard Srebnick
Fla. Bar. No. 919063
E-mail: hsrebnick@royblack.com
Lisandra Guerrero
Fla. Bar. No. 98521
E-mail: lguerrero@royblack.com

BLACK SREBNICK
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131
Tel: (305) 371-6421

*/s/ Robert T. Dunlap*
Robert T. Dunlap
Fla. Bar. No. 119509
E-mail: rdunlap@fnf.law

FREEDMAN NORMAND FRIEDLAND LLP
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131

*D.E Wilson, Jr.*
_____
D.E. ("Ed") Wilson, Jr.
Lankford & Reed, PLLC
120 N St Asaph St
Alexandria, VA 22314


*Counsel for Interested Parties*

</div>
</div>