# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25337-KMM

ANTONIO CABALLERO,

    Plaintiff,

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA, *et al.*,

    Defendants.

_____/

## ORDER DIRECTING DISBURSEMENT
## FROM REGISTRY OF THE COURT

In accordance with this Court's prior orders (ECF No. 458, 466), the Clerk of the Court is hereby ORDERED to remit from funds held in the Registry of the Court under the above referenced case number as follows:

1. As to Plaintiff Antonio Caballero, the amount of Six Million Dollars and No Cents ($6,000,000.00) remitted to Zumpano Patricios, P.A., counsel for Plaintiff Antonio Caballero, pursuant to the instructions that counsel for Antonio Caballero will provide to the Clerk of the Court on Form AO213P; and,

2. As to Planet 2 Reaching, Inc.'s request (to which Caballero does not object, without admission), the remainder of the funds, with accrued interest, held in the Registry of the Court under the above-referenced case number remitted to D. E. Wilson, Jr., pursuant to U.S. Treasury, Office of Foreign Assets Control License Number VENEZUELA-EO13850-2019-359725-10 and pursuant to the instructions counsel for Mr. Wilson will provide to the Clerk of the Court on Form AO213P.

DONE AND ORDERED in Chambers at Miami, Florida, on this <u>23rd</u> day of May, 2025.

                                              K. MICHAEL MOORE
                                              UNITED STATES DISTRICT JUDGE

cc: All counsel of record