UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25337-KMM

ANTONIO CABALLERO,

    Plaintiff,

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA, *et al.*,

    Defendants.
_____/

**INTERESTED PARTIES' UNOPPOSED RENEWED
MOTION FOR DISBURSEMENT FROM REGISTRY OF THE COURT**

On February 7, 2025, this Court entered its Order on Report and Recommendation (ECF No. 438) granting Posh 8 Dynamic, Inc. and Planet 2 Reaching, Inc.'s Motion for Court Approval of Proposed Sale of Collins Avenue Property (ECF No. 424, 425).

On April 28, 2025, proceeds from the sale of the Collins Avenue Property in the amount of $4,201,543.80 (the "Collins Avenue Proceeds") were deposited into the court registry. *See* ECF No. 459. On May 22, 2025, proceeds from the sale of the Fisher Island Property in the amount of $13,529,072.09 (the "Fisher Island Proceeds") were deposited into the court registry. The total amount deposited into the court registry was $17,730,615.89.

On May 23, 2025, the Court entered its Order Directing Disbursement from Registry of the Court. ECF No. 469. Therein, the Court ordered the Clerk of the Court to remit from funds held in the Registry of the Court under the above referenced case number the amount of: (1) $6,000,000.00 remitted to Zumpano Patricios, P.A., counsel for Plaintiff Antonio Caballero; and (2) the remainder of the funds, with accrued interest, held in the Registry of the Court under the above-referenced

case number remitted to D. E. Wilson, Jr., pursuant to U.S. Treasury, Office of Foreign Assets Control License Number VENEZUELA-EO13850-2019-359725-10.

On June 6, 2025, counsel for Plaintiff Antonio Caballero received the $6,000,000.00 million disbursement. However, Mr. Wilson received only a $7,529,072.09 disbursement, which is the difference between the Fisher Island Proceeds and the $6 million disbursement to Caballero, not accounting for the Collins Avenue Proceeds. The Collins Avenue Proceeds remain on deposit and have not been disbursed.

Pursuant to the Joint Notice of Global and Final Resolution and Joint Motion for Court Approval (ECF No. 448), the parties did fully and finally resolve this case. Pursuant to the Order Directing Disbursement from Registry of the Court (ECF No. 469), the Court ordered the Clerk of the Court to remit the remainder of the funds, with accrued interest, held in the Registry of the Court under the above-referenced case number, to D. E. Wilson, Jr., pursuant to U.S. Treasury, Office of Foreign Assets Control License Number VENEZUELA-EO13850-2019-359725-10.

WHEREFORE, the Interested Parties[1] respectfully request that the Court direct the Clerk of the Court to remit the remaining $4,201,543.80 that constitutes the Collins Avenue Proceeds to D. E. Wilson, Jr., pursuant to U.S. Treasury, Office of Foreign Assets Control License Number VENEZUELA-EO13850-2019-359725-10.

## LOCAL RULE 7.1(a)(2)

Pursuant to Local Rule 7.1(a)(2), counsel for the Interested Parties and Plaintiff have conferred, and Plaintiff does not does not object to the relief set forth herein.

---

[1] The Interested Parties are Raul Gorrin, Gustavo Perdomo, and all entities in which they maintain a beneficial ownership interest. See (ECF No. 207) at 2 n. 1.

Respectfully submitted,

*/s/ Lisandra Guerrero*
Howard Srebnick (FL Bar No. 919063)
  HSrebnick@RoyBlack.com
Lisandra Guerrero (FL Bar No. 98521)
  LGuerrero@RoyBlack.com

**BLACK SREBNICK**
201 South Biscayne Boulevard, Suite 1300
Miami, Florida 33131 / Tel. (305) 371-6421

*Counsel for Planet 2 Reaching, Inc.*

*/s/ Robert T. Dunlap*
Robert T. Dunlap
Fla. Bar. No. 119509
E-mail: rdunlap@fnf.law

**FREEDMAN NORMAND FRIEDLAND LLP**
1 SE 3rd Avenue, Suite 1240
Miami, FL 33131 / Tel. (786) 924-2900