UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 1:18-cv-25337-KMM

ANTONIO CABALLERO,

    Plaintiff,

v.

FUERZAS ARMADAS REVOLUCIONARIAS
DE COLOMBIA, *et al.*,

    Defendants.

_____/

### [PROPOSED] ORDER GRANTING UNOPPOSED RENEWED MOTION FOR DISBURSEMENT FROM REGISTRY OF THE COURT

THIS CAUSE came before the upon the Interested Parties[1] Unopposed Renewed Motion for Disbursement of Funds from the Registry of the Court (the "Motion"). Upon consideration of the Motion, the pertinent portions of the record, and being otherwise fully advised in the premises, it is hereby **ORDERED AND ADJUDGED** that the Motion is **GRANTED**.

In accordance with this Court's prior order (ECF No. 469), the Clerk of the Court is hereby **ORDERED** to remit from funds held in the Registry of the Court under the above referenced case number as follows:

1. As to the Interested Parties, the $4,201,543.80 constituting the proceeds from the sale of the Collins Avenue property (ECF No. 459), with accrued interest, held in the Registry of the Court under the above-referenced case number remitted to D. E. Wilson, Jr., pursuant to U.S. Treasury, Office of Foreign Assets Control License Number

---

[1] The Interested Parties are Raul Gorrin, Gustavo Perdomo, and all entities in which they maintain a beneficial ownership interest. See (ECF No. 207 at 2 n. 1).

VENEZUELA-EO13850-2019-359725-10 and pursuant to the instructions counsel for Mr. Wilson will provide to the Clerk of the Court on Form AO213P.

DONE AND ORDERED in Chambers at Miami, Florida, on this ___ day of June, 2025.

_____
K. MICHAEL MOORE
UNITED STATES DISTRICT JUDGE

cc: All counsel of record